Scott C. Borison, State Bar No. 289456
Legg Law Firm, LLP
1900 S. Norfolk St., Suite 350
San Mateo CA 94403
Telephone: (301) 620-1016
Fax: (301) 620-1018
Email: borison@legglaw.com

E. Michelle Drake (pro hac vice)
Joseph C. Hashmall (pro hac vice)
Berger Montague
43 S.E, Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Fax: (612) 584-4470
Email: emdrake@bm.net
jhashmall@bm.net

*ATTORNEYS FOR PLAINTIFF DIEGO BINATENA*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD<br><br>**REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Date: September 20, 2018<br>Time: 1:30 P.M.<br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

Pursuant to the Honorable Edward J. Davila's Standing Order, Plaintiff Diego Binatena ("Plaintiff") respectfully requests that his Counsel, specifically, E. Michelle Drake, be allowed to appear by telephone for the September 20, 2018 Initial Case Management Conference ("Conference") in the above-referenced matter.

Ms. Drake is located outside of California and has other case and personal obligations that make traveling difficult around the date of the Conference. Ms. Drake's telephonic appearance will not impede the effectiveness of the Conference, as (1) Ms. Drake will be informed and prepared to address all matters contained in the parties' Joint Case Management Statement [Doc. No. 56], (2) Ms. Drake has full authority to enter into stipulations and make admissions on behalf of Plaintiff, and (3) there are no expected points of contention or argument between the parties at this Case Management Conference.

Dated: September 11, 2018                    Respectfully submitted,

                                             s/E. Michelle Drake
                                             E. Michelle Drake (pro hac vice)

                                             *Attorney for Plaintiff Diego Binatena*

**IT IS SO ORDERED.**

Date:
                                             Hon. Edward J. Davila
                                             U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2018, I electronically filed the Request to Appear Telephonically for Case Management Conference using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

s/E. Michelle Drake<br>E. Michelle Drake