UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: MACBOOK KEYBOARD LITIGATION

Case No. 18-cv-02813-EJD (VKD)

**ORDER RE FEBRUARY 11, 2019 DISCOVERY DISPUTE**

Re: Dkt. No. 85

Plaintiffs seek an order compelling defendant Apple, Inc. to supplement its response to plaintiffs' Interrogatories Nos. 4-5 and 9-12. The parties agree that supplementation is required; they disagree regarding the date by which supplementation will be made.

The Court is pleased the parties have resolved their disputes regarding the substance of these interrogatories. Having accomplished that feat, the Court is somewhat baffled that the timing of supplementation could not be resolved without the Court's intervention. The Court is sympathetic to plaintiffs' expressed frustration with what it perceives as Apple's lack of commitment to a date certain, but the Court is not persuaded that plaintiffs are prejudiced by waiting until March 22, 2019, the date Apple says it "anticipates" being ready to supplement its interrogatory answers, particularly when no case management deadlines have been set in the case. On the other hand, Apple's explanation for why it requires until March 22 to supplement its interrogatories answers is a bit thin, consisting essentially of general assertions that the answers require "complex" queries and analysis or the review and analysis of information that is "not easily accessible." Dkt. No. 85 at 4–6.

Giving Apple the benefit of the doubt that it requires until March 22, 2019 to complete the necessary investigation, the Court orders Apple to supplement its responses to Interrogatories Nos.

4-5 and 9-12 by no later than **March 22, 2019**.

**IT IS SO ORDERED.**

Dated: February 19, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge