Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Angelica M. Ornelas (SBN 285929)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*aornelas@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*
*awf@chimicles.com*

*Interim Class Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br>Date: March 28, 2019<br>Time: 10:00 a.m.<br>Courtroom: 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

Pursuant to Civil Local Rule 16-10(d), Plaintiffs Kyle Barbaro, Joseph Baruch, Diego Binatena, Steve Eakin, Lorenzo Ferguson, Benjamin Gulker, Michael Hopkins, Adam Lee, Kevin Melkowski, and Zixuan Rao, and Defendant Apple Inc. submit this Joint Case Management Statement in advance of the March 28, 2019 Case Management Conference.

## I. DEVELOPMENTS SINCE THE LAST CASE MANAGEMENT STATEMENT

The Court held a hearing on Apple's motion to dismiss the Consolidated Class Action Complaint on February 21, 2019, and took the matter under submission. While the parties await the Court's ruling on the motion, fact discovery has progressed, as described below.

## II. DISCOVERY

### A. Document Requests

The parties have been meeting and conferring on Plaintiffs' First Set of Requests for Production of Documents, which were deemed served on August 16, 2018, and to which Apple responded on September 17, 2018. Although Apple has confirmed that Apple has not identified any responsive documents it is withholding on the basis of its objections at this time (*see* Dkt. No. 75), Plaintiffs have asked Apple to formally amend its responses to so state. Apple has agreed to do so by March 25, 2019.

On February 15, 2019, the parties submitted a joint discovery letter brief to Magistrate Judge DeMarchi regarding the timing of production of ESI responsive to Plaintiffs' requests. Dkt. No. 87. Apple also provided Plaintiffs with proposed search terms and certain custodian information on that same day. As of February 16, 2019, Apple completed production of documents that could be readily identified through a targeted collection. Four of Plaintiffs' requests, however, require an ESI search, collection, and review, which is well underway.

On March 1, 2019, pursuant to Judge DeMarchi's February 26, 2019 order, Apple (i) produced all responsive ESI it had identified to date; and (ii) provided Plaintiffs' counsel with additional information regarding proposed custodians, search terms, and estimated dates for production, including an estimated date of completion of production. See Dkt. No. 95 at 2. Judge DeMarchi also ordered the parties to meet and confer regarding other ESI issues. *Id.* To date, Apple has produced approximately 2,000 documents, which Plaintiffs are reviewing and will continue to produce documents from its

review of ESI on a rolling basis every two weeks. The parties expect that Apple's document review will exceed 1 million documents.

The parties conferred and were able to resolve most, but not all, of the ESI issues. On March 12, 2019, Judge DeMarchi held a telephonic discovery conference during which the Court acknowledged that the parties had made progress, and directed the parties to continue their discussions regarding ESI, including to assess narrowing search terms, and to submit a status report on March 26, 2019. *See* Dkt. No. 101. Apple agreed to provide certain additional information about its ESI custodians and confirmed June 27, 2019 as the anticipated end date for production of responsive ESI based on Apple's proposed search terms from Apple's proposed custodians (which Apple had previously conveyed to Plaintiffs in meet and confer). The parties are still reviewing and discussing Plaintiffs' proposed search terms, which Plaintiffs provided Apple on March 4, 6, and 7, 2019.

### B. Interrogatories

Apple has provided verified responses to seven of the 13 interrogatories Plaintiffs served on November 16, 2018, and will provide supplemental responses to the remaining six interrogatories by March 22, 2019. *See* Dkt. Nos. 85, 89. These interrogatories seek information regarding: (i) the number of consumer contacts and warranty claims Apple received about the alleged keyboard defect (ROG Nos. 4-5); (ii) the "failure rate" for certain MacBooks (ROG Nos. 9-10); and (iii) and the number of MacBooks Apple repaired or replaced before and after it implemented its Keyboard Service Program (ROG Nos. 11-12). *See* Dkt. No. 85-1.

### C. Non-Party Discovery

Plaintiffs are pursuing document subpoenas they served on seven non-party repair shops and authorized resellers. An issue regarding one reseller has arisen, and the parties are meeting and conferring to try to resolve the issue.

### D. ESI Protocol and Stipulated Protective Order

A Stipulated Protective Order and ESI protocol were approved and entered by the Court on February 6 and 20, 2019, respectively. Dkt. Nos. 83, 84, 90.

### III. SCHEDULING

The parties' respective proposed schedules are set forth below.

**Plaintiffs' Statement**. Plaintiffs believe it is appropriate for the Court to set a case schedule while the parties await the Court's ruling on Apple's motion to dismiss.

**Defendant's Statement**. Apple respectfully requests that the Court defer setting a case schedule until the Court decides Apple's motion to dismiss. If the Court is inclined to set a schedule at this time, Apple proposes deadlines through class certification based off the date Apple's answer (if any) would be due.

| Event | Plaintiffs' Proposal | Apple's Proposal |
|---|---|---|
| Motion for class certification and class certification expert reports | By no later than October 21, 2019 | 9 months after Answer |
| Opposition to motion for class certification and opposing class certification expert reports | Within 60 days of motion for class certification | 10.5 months after Answer |
| Reply in support of motion for class certification and reply class certification expert reports | Within 45 days of opposition to motion for class certification | 11.5 months after Answer |
| Hearing on Motion for Class Certification | February 20, 2020, or as soon thereafter as is convenient to the Court | 12 months after Answer |
| Joint Trial Setting Conf. Statement | March 2, 2020 | Defer setting until after class certification |
| Trial Setting Conference | March 12, 2020 | Defer setting until after class certification |
| Fact Discovery Cut-Off | April 13, 2020 | Defer setting until after class certification |
| Merits expert reports | May 13, 2020 | Defer setting until after class certification |
| Rebuttal merits expert reports | June 12, 2020 | Defer setting until after class certification |
| Close of expert discovery | July 13, 2020 | Defer setting until after class certification |
| Dispositive and *Daubert* Motion Filing Deadline | August 11, 2020 | Defer setting until after class certification |

///

///

| | |
|---|---|
| Dated:  March 18, 2019 | Respectfully submitted, |

By: *Steven A. Schwartz*  
   Daniel C. Girard  
   Jordan Elias  
   Angelica M. Ornelas  
   Simon S. Grille  
   **GIRARD SHARP LLP**  
   601 California Street, Suite 1400  
   San Francisco, California 94108  
   Telephone: (415) 981-4800  
   Facsimile:  (415) 981-4846  
   dgirard@girardsharp.com  
   jelias@girardsharp.com  
   aornelas@girardsharp.com  
   sgrille@girardsharp.com  

   Steven A. Schwartz (*pro hac vice*)  
   Benjamin F. Johns (*pro hac vice*)  
   Beena M. McDonald (*pro hac vice*)  

   Andrew W. Ferich (*pro hac vice*)  
   **CHIMICLES SCHWARTZ KRINER**  
   **& DONALDSON-SMITH LLP**  
   361 W. Lancaster Avenue  
   Haverford, Pennsylvania 19041  
   Telephone:  (610) 642-8500  
   Facsimile:  (610) 649-3633  
   sas@chimicles.com  
   bfj@chimicles.com  
   bmm@chimicles.com  
   awf@chimicles.com  

   *Interim Class Counsel*  
   Robert C. Schubert  
   Willem F. Jonckheer  
   Miranda P. Kolbe  
   Noah M. Schubert  
   **SCHUBERT JONCKHEER & KOLBE LLP**  
   3 Embarcadero Ctr., Ste. 1650  
   San Francisco, California 94111  
   Telephone:  (415) 788-4220  
   Facsimile:  (415) 788-0161  

By: *Purvi G. Patel*  
   Penelope A. Preovolos (State Bar No. 87607)  
   Margaret E. Mayo (State Bar No. 259685)  
   **MORRISON & FOERSTER LLP**  
   425 Market Street  
   San Francisco, California 94105-2482  
   Telephone:  (415) 268-7000  
   Facsimile:  (415) 268-7522  
   ppreovolos@mofo.com  
   mmayo@mofo.com  

   Purvi G. Patel (State Bar No. 270702)  
   Kelsey M. Stricker (State Bar No. 300955)  
   **MORRISON & FOERSTER LLP**  
   707 Wilshire Boulevard  
   Los Angeles, California 90017-3543  
   Telephone:  (213) 892-5200  
   Facsimile:  (213) 892-5454  
   ppatel@mofo.com  
   kstricker@mofo.com  

   *Attorneys for Defendant Apple Inc.*

*rschubert@sjk.law*
*wjonckheer@sjk.law*
*mkolbe@sjk.law*
*nschubert@sjk.law*

E. Michelle Drake
Joseph C. Hashmall
**BERGER & MONTAGUE, P.C.**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (215) 875-4604
*emdrake@bm.net*
*jhashmall@bm.net*

Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 489-7004
Facsimile: (202) 800-2730
*enafisi@classlawdc.com*

*Plaintiffs' Executive Committee*

## **ATTESTATION**

I, Purvi G. Patel, am the ECF user whose identification and password are being used to file this Joint Case Management Conference Statement. I attest under penalty of perjury that concurrence in this filing has been obtained from the other signatory above.

Dated: March 18, 2019                             */s/ Purvi G. Patel*