Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Angelica M. Ornelas (SBN 285929)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*aornelas@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*awf@chimicles.com*
*bmm@chimicles.com*

*Interim Class Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> **N.D. Cal. Local Rules 7-11 and 79-5** <br><br> Judge: Honorable Edward J. Davila <br> No Hearing Date Set Pursuant to L.R. 7-11(c) |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs will and hereby do move the Court, pursuant to Civil Local Rule 79-5, for an administrative order to file under seal:

- Portions of Plaintiffs' First Amended Consolidated Class Action Complaint.

Plaintiffs file this motion to comply with the Stipulated Protective Order (Dkt. Nos. 83, 84) entered in this case and Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5 and 7-11(c), no hearing date has been set.

### Material to Be Filed Under Seal

Paragraph 14.3 of the Stipulated Protective Order requires materials designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" ("Protected Material") to be filed under seal. Protected Material includes excerpts, summaries, and information extracted from materials designated as Confidential. Stipulated Protective Order, ¶ 2.14, Dkt. Nos. 83, 84.

Portions of Plaintiffs' First Amended Consolidated Class Action Complaint contain, summarize or reflect the content of materials Apple Inc. has designated as Protected Material pursuant to the Stipulated Protective Order entered in this case.

Pursuant to Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. Declaration of Angelica M. Ornelas in support of Plaintiffs' Administrative Motion to Seal;
2. A proposed order that lists in the table format each document sought to be sealed;
3. A redacted version of Plaintiffs' First Amended Consolidated Class Action Complaint; and
4. An unredacted version of Plaintiffs' First Amended Consolidated Class Action Complaint.

Dated:  May 13, 2019                                      Respectfully submitted,

                                                By:    /s/ *Angelica M. Ornelas*
                                                    Daniel C. Girard
                                                    Jordan Elias
                                                    Angelica M. Ornelas

Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*aornelas@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*awf@chimicles.com*
*bmm@chimicles.com*

*Interim Class Counsel*

Robert C. Schubert
Willem F. Jonckheer
Miranda P. Kolbe
Noah M. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
3 Embarcadero Ctr., Ste. 1650
San Francisco, California 94111
Telephone:  (415) 788-4220
Facsimile:  (415) 788-0161
*rschubert@sjk.law*
*wjonckheer@sjk.law*
*mkolbe@sjk.law*
*nschubert@sjk.law*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5:18-cv-02813-EJD-VKD

E. Michelle Drake
Joseph C. Hashmall
**BERGER & MONTAGUE, P.C.**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone:  (612) 594-5999
Facsimile:  (215) 875-4604
*emdrake@bm.net*
*jhashmall@bm.net*

Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone:  (415) 489-7004
Facsimile:  (202) 800-2730
*enafisi@classlawdc.com*

*Plaintiffs' Executive Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the under seal document to be served via electronic mail on defense counsel.

Dated: May 13, 2019        /s/Angelica M. Ornelas