Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Angelica M. Ornelas (SBN 285929)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*aornelas@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*awf@chimicles.com*
*bmm@chimicles.com*

*Interim Class Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD |
| | **DECLARATION OF ANGELICA M. ORNELAS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| | **N.D. Cal. Local Rules 7-11 and 79-5** |
| | Judge: Honorable Edward J. Davila |

1

I, Angelica M. Ornelas, declare as follows:

1.      I am an associate at the law firm Girard Sharp LLP, interim class counsel for Plaintiffs in the above-captioned action. I submit this declaration in accordance with Civil Local Rule 79-5(d)(1)(A) in support of Plaintiffs' Administrative Motion to Seal.

2.      A Stipulated Protective Order has been entered in this case, under which a party or non-party may designate information or items that it produces in disclosures or in responses to discovery as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("Protected Material"). (Dkt. Nos. 83, 84, ¶ 2.4.)

3.      Paragraph 14.3 of the Stipulated Protective Order governs the filing of materials so designated and restricts the filing of such materials in the public record.

4.      The following pages of Plaintiffs' First Amended Consolidated Class Action Complaint quote, reference, or otherwise rely on documents designated by Defendant as Protected Material pursuant to the Stipulated Protective Order:

| Complaint Page | Lines |
|---|---|
| 2 | 23-24 |
| 30 | 5, and 9-11 |
| 31 | 8-28 |
| 32 | 1-27 |
| 33 | 1-12 |
| 37 | 19-21 |
| 38 | 1-8 |
| 40 | 5-10 |
| 42 | 20-22 |

DECLARATION OF ANGELICA M. ORNELAS IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:18-cv-02813-EJD-VKD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of May, 2019, in San Francisco, California.

/s/ *Angelica M. Ornelas*
Angelica M. Ornelas

DECLARATION OF ANGELICA M. ORNELAS IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:18-cv-02813-EJD-VKD

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the under seal document to be served via electronic mail on defense counsel.


Dated: May 13, 2019                              */s/Angelica M. Ornelas*

DECLARATION OF ANGELICA M. ORNELAS IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 5:18-cv-02813-EJD-VKD