1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  For good cause shown, the Court GRANTS Plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' First Amended Consolidated Class Action Complaint.

The Court hereby ORDERS that the following portions of the Plaintiffs' First Amended Consolidated Class Action Complaint are to be maintained under seal:

| Complaint Page | Lines |
|---|---|
| 2 | 23-24 |
| 30 | 5, and 9-11 |
| 31 | 8-28 |
| 32 | 1-27 |
| 33 | 1-12 |
| 37 | 19-21 |
| 38 | 1-8 |
| 40 | 5-10 |
| 42 | 20-22 |

**IT IS SO ORDERED.**

Dated: _____        _____
                                    Honorable Edward J. Davila

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the under seal document to be served via electronic mail on defense counsel.

Dated: May 13, 2019                             */s/Angelica M. Ornelas*