| | |
|---|---|
| Daniel C. Girard (SBN 114826)<br>Jordan Elias (SBN 228731)<br>Angelica M. Ornelas (SBN 285929)<br>Simon S. Grille (SBN 294914)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>dgirard@girardsharp.com<br>jelias@girardsharp.com<br>aornelas@girardsharp.com<br>sgrille@girardsharp.com<br><br>Steven A. Schwartz (*pro hac vice*)<br>Benjamin F. Johns (*pro hac vice*)<br>Andrew W. Ferich (*pro hac vice*)<br>Beena M. McDonald (*pro hac vice*)<br>**CHIMICLES SCHWARTZ KRINER**<br>**& DONALDSON-SMITH LLP**<br>One Haverford Centre<br>361 W. Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>sas@chimicles.com<br>bfj@chimicles.com<br>awf@chimicles.com<br>bmm@chimicles.com<br><br>*Interim Class Counsel*<br><br>[Additional counsel listed on signature page] | Penelope A. Preovolos (SBN 87607)<br>Claudia M. Vetesi (SBN 233485)<br>Margaret E. Mayo (SBN 259685)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>ppreovolos@mofo.com<br>cvetesi@mofo.com<br>mmayo@mofo.com<br><br>Purvi G. Patel (SBN 270702)<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>ppatel@mofo.com<br><br>*Counsel for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FRCP 12(a)(4)(A)**<br><br>Hon. Edward J. Davila<br><br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019 |

Plaintiffs Kyle Barbaro, Joseph Baruch, Steve Eakin, Lorenzo Ferguson, Benjamin Gulker, Michael Hopkins, Adam Lee, Kevin Melkowski, and Zixuan Rao and Defendant Apple Inc., by and through their respective counsel, stipulate as follows:

WHEREAS, on November 22, 2019, the Court entered an Order denying Apple's motion to dismiss Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC") (ECF No. 164);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Apple's deadline to file its answer to the FAC is December 6, 2019;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A) and Local Rule 6-2, the parties have agreed, subject to the Court's approval, to extend Apple's deadline to answer the FAC by twelve (12) days, to and including December 18, 2019 (Declaration of Purvi G. Patel ("Patel Decl.") ¶ 2);

WHEREAS, taking into account the intervening Thanksgiving holiday, the extension will provide Apple sufficient time to analyze the allegations in Plaintiffs' 312-paragraph FAC and prepare its answer (Patel Decl. ¶ 3);

WHEREAS, in the event the Court has not reviewed and ruled on this stipulation on or before Apple's current deadline to respond to the FAC, Plaintiffs agree not to seek entry of default, move for a default judgment, or take the position that Apple has waived or forfeited any rights with respect to its responsive pleading;

WHEREAS, this stipulation is not being made for delay or for any other improper purpose;

WHEREAS, the extension of time for Apple to respond to the FAC will not alter the date of any event or deadline already fixed by the Court;

///
///
///
///
///

1    THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the deadline for Apple to answer the FAC will be **December 18, 2019**.

Dated: November 26, 2019

By: */s/ Daniel C. Girard*
    Daniel C. Girard
    Jordan Elias
    Angelica M. Ornelas
    Simon S. Grille
    **GIRARD SHARP LLP**
    601 California Street, Suite 1400
    San Francisco, California 94108
    Telephone: (415) 981-4800
    Facsimile: (415) 981-4846
    dgirard@girardsharp.com
    jelias@girardsharp.com
    aornelas@girardsharp.com
    sgrille@girardsharp.com

    Steven A. Schwartz (*pro hac vice*)
    Benjamin F. Johns (*pro hac vice*)
    Andrew W. Ferich (*pro hac vice*)
    Beena M. McDonald (pro hac vice)
    **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
    361 W. Lancaster Avenue
    Haverford, Pennsylvania 19041
    Telephone: (610) 642-8500
    Facsimile: (610) 649-3633
    sas@chimicles.com
    bfj@chimicles.com
    awf@chimicles.com
    bmm@chimicles.com

    *Interim Class Counsel*

    Robert C. Schubert
    Willem F. Jonckheer
    Miranda P. Kolbe
    Noah M. Schubert
    **SCHUBERT JONCKHEER & KOLBE LLP**
    3 Embarcadero Ctr., Ste. 1650

Respectfully submitted,

By: */s/ Purvi G. Patel*
    Penelope A. Preovolos (SBN 87607)
    Claudia M. Vetesi (SBN 233485)
    Margaret E. Mayo (SBN 259685)
    **MORRISON & FOERSTER LLP**
    425 Market Street
    San Francisco, California 94105-2482
    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
    ppreovolos@mofo.com
    cvetesi@mofo.com
    mmayo@mofo.com

    Purvi G. Patel (SBN 270702)
    **MORRISON & FOERSTER LLP**
    707 Wilshire Boulevard
    Los Angeles, California 90017-3543
    Telephone: (213) 892-5200
    Facsimile: (213) 892-5454
    ppatel@mofo.com

    *Attorneys for Defendant Apple Inc.*

San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
mkolbe@sjk.law
nschubert@sjk.law

E. Michelle Drake
Joseph C. Hashmall
**BERGER & MONTAGUE, P.C.**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (215) 875-4604
emdrake@bm.net
jhashmall@bm.net

Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
enafisi@classlawdc.com

*Plaintiffs' Executive Committee*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __November 26__, 2019

Hon. Edward J. Davila
United States District Judge

**ECF ATTESTATION**

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file the foregoing document. I attest under penalty of perjury that concurrence in the filing of this document has been obtained from, Daniel C. Girard, Interim Class Counsel, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: November 26, 2019                    MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
      Purvi G. Patel

***Attorneys for Defendant Apple Inc.***