Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Trevor Tan (SBN 281045)
Angelica M. Ornelas (SBN 285929)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*ttan@girardsharp.com*
*aornelas@girardsharp.com*
*sgrille@girardsharp.com*

*Interim Class Counsel*

[Additional counsel listed on signature page]

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*awf@chimicles.com*
*bmm@chimicles.com*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

IN RE: MACBOOK KEYBOARD
LITIGATION

Case No. 5:18-cv-02813-EJD-VKD

**PLAINTIFFS' ADMINISTRATIVE MOTION
TO FILE UNDER SEAL**

**N.D. Cal. Local Rules 7-11 and 79-5**

Judge: Honorable Edward J. Davila

No Hearing Date Set Pursuant to L.R. 7-11(c)

1   **TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

2   PLEASE TAKE NOTICE that Plaintiffs will and hereby do move the Court, pursuant to Civil

3   Local Rule 79-5, for an administrative order to file under seal:

4   • Portions of the parties' Joint Discovery Letter Brief re 30(b)(6) Depositions.

5   Plaintiffs file this motion to comply with the Stipulated Protective Order (Dkt. Nos. 83, 84) entered in

6   this case and Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5 and 7-11(c), no hearing date has

7   been set.

8   ### Material to Be Filed Under Seal

9   Paragraph 14.3 of the Stipulated Protective Order requires materials designated as

10  "Confidential" or "Highly Confidential – Attorneys' Eyes Only" ("Protected Material") to be filed under

11  seal. Protected Material includes excerpts, summaries, and information extracted from materials

12  designated as Confidential. Stipulated Protective Order, ¶ 2.14, Dkt. Nos. 83, 84.

13  Portions of the parties' Joint Discovery Letter Brief re 30(b)(6) Depositions contain, summarize

14  or reflect the content of materials Apple Inc. has designated as Protected Material pursuant to the

15  Stipulated Protective Order entered in this case.

16  Plaintiffs file this administrative motion to comply with the Stipulated Protective Order and Civil

17  Local Rule 79-5. Plaintiffs take no position on whether the designated Protected Material should remain

18  under seal. Pursuant to Civil Local Rule 79-5(e), Defendant, as the Designating Party, bears the

19  responsibility to establish that all of the designated material is sealable.

20  Pursuant to Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

21  1.  Declaration of Angelica M. Ornelas in support of Plaintiffs' Administrative Motion to

22      Seal;

23  2.  A proposed order that lists in the table format each document sought to be sealed;

24  3.  A redacted version of the parties' Joint Discovery Letter Brief re 30(b)(6) Depositions;

25      and

26  4.  An unredacted version of the parties' Joint Discovery Letter Brief re 30(b)(6)

27      Depositions.

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5:18-cv-02813-EJD-VKD

Dated:  December 16, 2019

Respectfully submitted,

By:  /s/ *Steven A. Schwartz*

Daniel C. Girard
Jordan Elias
Trevor Tan
Angelica M. Ornelas
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
ttan@girardsharp.com
aornelas@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
awf@chimicles.com
bmm@chimicles.com

*Interim Class Counsel*

Robert C. Schubert
Willem F. Jonckheer
Miranda P. Kolbe
Noah M. Schubert
**SCHUBERT JONCKHEER & KOLBE**
**LLP**
3 Embarcadero Ctr., Ste. 1650
San Francisco, California 94111

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5:18-cv-02813-EJD-VKD

Telephone:  (415) 788-4220
Facsimile:  (415) 788-0161
*rschubert@sjk.law*
*wjonckheer@sjk.law*
*mkolbe@sjk.law*
*nschubert@sjk.law*

E. Michelle Drake
Joseph C. Hashmall
**BERGER & MONTAGUE, P.C.**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone:  (612) 594-5999
Facsimile:  (215) 875-4604
*emdrake@bm.net*
*jhashmall@bm.net*

Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone:  (415) 489-7004
Facsimile:  (202) 800-2730
*enafisi@classlawdc.com*

*Plaintiffs' Executive Committee*

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5:18-cv-02813-EJD-VKD

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on December 16, 2019, I electronically filed the foregoing document

3  using the CM/ECF system, which will send notification of such filing to all counsel of record

4  registered in the CM/ECF system. I also caused a copy of the under seal document to be served via

5  electronic mail on defense counsel.

6

7                                   */s/ Steven A. Schwartz*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 5:18-cv-02813-EJD-VKD