PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (SBN 233485)
CVetesi@mofo.com
MARGARET E. MAYO (SBN 259685)
MMayo@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD |
| | **DEFENDANT APPLE INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| | Consol. Compl. Filed:  October 11, 2018 Am. Consol. Compl. Filed: May 13, 2019 |

la-1418313

Defendant Apple Inc. hereby answers Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC").  Any and all allegations not specifically admitted herein are denied. To the extent the FAC asserts conclusions of law, such conclusions of law require no response. To the extent any response is required to headings or other unnumbered paragraphs in the FAC, Apple denies the factual allegations, if any, contained in such headings or unnumbered paragraphs.

## SUMMARY OF THE ACTION

1.      Responding to paragraph 1 of the FAC, Apple admits that Plaintiffs have brought an action on behalf of individuals who have allegedly purchased model year 2015 or later MacBook, model year 2016 or later MacBook Pro, and model year 2018 or later MacBook Air equipped with a "butterfly" keyboard (collectively, "MacBook").  Apple admits that it markets and sells MacBook notebooks and that the starting price for some models is more than $1,200.00. Except as otherwise stated, Apple denies the allegations in paragraph 1.

2.      Apple denies the allegations in paragraph 2 of the FAC.

3.      Responding to paragraph 3 of the FAC, Apple admits that it developed the butterfly keyboard, filed patent applications for its design, and sold MacBook notebooks with the butterfly keyboard.  Except as otherwise stated, Apple denies the allegations in paragraph 3.

4.      Responding to paragraph 4 of the FAC, Apple states that to the extent paragraph 4 references or purports to summarize, interpret, or quote from any portion of apple.com, the website speaks for itself, and Apple denies any characterization of the website that is inconsistent with its content.  Apple states that insofar as the allegations in paragraph 4 state conclusions of law, no response thereto is required.  Except as otherwise stated, Apple denies the allegations in paragraph 4.

5.      Responding to paragraph 5 of the FAC, Apple admits that a one-year limited warranty accompanies the sale of every MacBook.  Apple also admits that it implemented a Keyboard Service Program.  Apple states that to the extent paragraph 5 references or purports to summarize, interpret, or quote from documents, the documents speak for themselves, and Apple

denies any characterization of the documents that is inconsistent with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 5.

6.  Responding to paragraph 6 of the FAC, Apple states that to the extent paragraph 6 references or purports to summarize, interpret, or quote from online postings, websites, or any iteration of a petition on Change.org, the postings and websites speak for themselves, and Apple denies any characterization of the postings and websites that is inconsistent with their content, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the allegations in paragraph 6.

7.  Responding to paragraph 7 of the FAC, Apple admits that Plaintiffs seek relief for themselves and other MacBook purchasers.  Except as otherwise stated, Apple denies the allegations in paragraph 7 of the FAC.

**PARTIES**

8.  Responding to paragraph 8 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Zixuan Rao, and on that basis denies those allegations.

9.  Responding to paragraph 9 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Joseph Baruch and on that basis denies those allegations.

10.  Responding to paragraph 10 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Kyle Barbaro, and on that basis denies those allegations.

11.  Responding to paragraph 11 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Steve Eakin, and on that basis denies those allegations.

12.  Responding to paragraph 12 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Michael Hopkins, and on that basis denies those allegations.

13.     Responding to paragraph 13 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Adam Lee, and on that basis denies those allegations.

14.     Responding to paragraph 14 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Kevin Melkowski, and on that basis denies those allegations.

15.     Responding to paragraph 15 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Lorenzo Ferguson, and on that basis denies those allegations.

16.     Responding to paragraph 16 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff Benjamin Gulker, and on that basis denies those allegations.

17.     Responding to paragraph 17 of the FAC, Apple admits that it is incorporated under the laws of the State of California and that it maintains its principal place of business in Cupertino, California.

## JURISDICTION AND VENUE

18.     Responding to paragraph 18 of the FAC, Apple admits that this Court has jurisdiction pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332, *et seq.*, and that Plaintiffs purport to summarize, interpret, or state the contents of CAFA.  Apple denies any characterization of CAFA that is inconsistent with its content.  Apple denies that class treatment is appropriate or warranted.  Except as otherwise admitted, Apple denies the allegations in paragraph 18.

19.     Responding to paragraph 19 of the FAC, Apple admits that its principal place of business is within the District.  Apple further admits that it conducts business in California. Apple states that insofar as the allegations in paragraph 19 state conclusions of law, no response thereto is required.

20.     Responding to paragraph 20 of the FAC, Apple admits that venue is proper in this District.  Apple states that insofar as the allegations in paragraph 20 state conclusions of law, no

1   response thereto is required.  Except as otherwise stated, Apple denies the allegations in

2   paragraph 20.

3       21.     Responding to paragraph 21 of the FAC, Apple admits that decisions regarding

4   keyboard design for the MacBook, MacBook Pro, and MacBook Air, as well as decisions

5   regarding the Keyboard Service Program are made in California.  Apple further admits that

6   marketing materials for the MacBook, MacBook Pro, and MacBook Air are developed in

7   California.  Apple admits that the launch events for the 2015 MacBook and 2016 MacBook Pro

8   took place in Cupertino, California.  Apple further admits that decisions regarding the

9   development, marketing, and advertising of the MacBook are made in California.  Apple further

10  admits that certain procedures and warranty policies regarding the MacBook's hardware and

11  software are made in California.  Except as otherwise stated, Apple denies the allegations in

12  paragraph 21.

13                          **INTRADISTRICT ASSIGNMENT**

14      22.     Responding to paragraph 22 of the FAC, Apple admits that assignment to the San

15  Jose Division is appropriate.  Apple states that insofar as the allegations in paragraph 22 state

16  conclusions of law, no response thereto is required.  Except as otherwise stated, Apple denies the

17  allegations in paragraph 22.

18                       **PLAINTIFF-SPECIFIC ALLEGATIONS**

19                              **Plaintiff Zixuan Rao**

20      23.     Responding to paragraph 23 of the FAC, Apple states that its records indicate

21  Plaintiff Rao purchased a 2017 MacBook Pro online from B&H Photo Video in January 2018.

22  Apple states that it is without knowledge or information sufficient to form a belief as to the truth

23  of the remaining allegations, and on that basis denies the remaining allegations in paragraph 23.

24      24.     Responding to paragraph 24 of the FAC, Apple states that it is without knowledge

25  or information sufficient to form a belief as to the truth of the allegations in paragraph 24, and on

26  that basis denies the allegations in paragraph 24.

27

28

25.     Responding to paragraph 25 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25, and on that basis denies the allegations in paragraph 25.

26.     Responding to paragraph 26 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26, and on that basis denies the allegations in paragraph 26.

27.     Responding to paragraph 27 of the FAC, Apple states that its records indicate Plaintiff Rao brought his MacBook Pro to the Apple retail store located in Fashion Valley shopping center in San Diego, California on or about April 2, 2018.  Apple further states that its records indicate Plaintiff Rao reported that the "b" key works intermittently.  Apple's records further indicate that a Genius Bar representative cleaned out the keyboard, and offered to send the MacBook Pro to depot repair center for top case replacement, but that Plaintiff Rao declined the repair.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 27, and on that basis denies the remaining allegations in paragraph 27.

28.     Responding to paragraph 28 of the FAC, Apple denies that Plaintiff Rao has suffered any injury.  Apple states that insofar as allegations in paragraph 28 state conclusions of law, no response thereto is required.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 28, and on that basis denies the remaining allegations in paragraph 28.

**Plaintiff Joseph Baruch**

29.     Responding to paragraph 29 of the FAC, Apple states that its records indicate Plaintiff Baruch purchased a 2017 MacBook Pro from an Apple retail store in Sherman Oaks, California in July 2017 for $1,799.00 plus tax.

30.     Responding to paragraph 30 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30, and on that basis denies the allegations in paragraph 30.

la-1418313

31. Responding to paragraph 31 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31, and on that basis denies the allegations in paragraph 31.

32. Responding to paragraph 32 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32, and on that basis denies the allegations in paragraph 32.

33. Responding to paragraph 33 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33, and on that basis denies the allegations in paragraph 33.

34. Responding to paragraph 34 of the FAC, Apple states that its records indicate that Plaintiff Baruch brought his MacBook Pro to an Apple retail store in Sherman Oaks, California for repair on or about March 16, 2018. Apple further states that its records indicate that it proposed to send Plaintiff Baruch's MacBook Pro to an Apple service depot for repair. Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis denies the remaining allegations in paragraph 34.

35. Responding to paragraph 35 of the FAC, Apple states that its records indicate that Plaintiff Baruch's MacBook Pro was sent to an Apple service depot for repair, and that Apple notified Plaintiff Baruch on or about March 25, 2018 that his repaired MacBook Pro was ready for pick up. Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35, and on that basis denies the allegations in paragraph 35.

36. Responding to paragraph 36 of the FAC, Apple denies that Plaintiff Baruch has suffered any injury. Apple states that insofar as allegations in paragraph 36 state conclusions of law, no response thereto is required. Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 36, and on that basis denies the remaining allegations in paragraph 36.

1

**Plaintiff Kyle Barbaro**

2    37.    Responding to paragraph 37 of the FAC, Apple states that its records indicate

3  Plaintiff Barbaro purchased a 2016 MacBook Pro from apple.com in November 2016 for

4  $2,548.94 (including tax), and picked it up at an Apple retail store in Burlington, Massachusetts.

5    38.    Responding to paragraph 38 of the FAC, Apple states that it is without knowledge

6  or information sufficient to form a belief as to the truth of the allegations in paragraph 38, and on

7  that basis denies the allegations in paragraph 38.

8    39.    Responding to paragraph 39 of the FAC, Apple states that it is without knowledge

9  or information sufficient to form a belief as to the truth of the allegations in paragraph 39, and on

10  that basis denies the allegations in paragraph 39.

11    40.    Responding to paragraph 40, Apple states that its records indicate Plaintiff

12  Barbaro contacted Apple Support on or about September 4, 2017 regarding his MacBook Pro, and

13  Apple Support made a Concierge Reservation for him to take his notebook in for service.  Apple

14  further states that its Apple states that it is without knowledge or information sufficient to form a

15  belief as to the truth of the remaining allegations in paragraph 40, and on that basis denies the

16  remaining allegations in paragraph 40.

17    41.    Responding to paragraph 41 of the FAC, Apple states its records indicate Plaintiff

18  Barbaro visited an Apple retail store on or about September 11, 2017, and reported that the

19  "space" and "caps lock" keys of his MacBook Pro were "not typing."  Apple's records further

20  indicate that a Genius Bar representative inspected Plaintiff Barbaro's MacBook Pro, and that the

21  MacBook Pro was sent to an Apple service depot for repair.  Apple states that it is without

22  knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

23  paragraph 41, and on that basis denies the remaining allegations in paragraph 41.

24    42.    Responding to paragraph 42 of the FAC, Apple states its records indicate that

25  Apple notified Plaintiff Barbaro on or about September 14, 2017 that his repaired MacBook Pro

26  was available for pick up.  Apple states that it is without knowledge or information sufficient to

27  form a belief as to the truth of the remaining allegations in paragraph 42, and on that basis denies

28  the remaining allegations in paragraph 42.

APPLE'S ANSWER TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
la-1418313

43.     Responding to paragraph 43 of the FAC, Apple denies that Plaintiff Barbaro has suffered any injury.  Apple states that insofar as allegations in paragraph 43 state conclusions of law, no response thereto is required.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 43, and on that basis denies the remaining allegations in paragraph 43.

**Plaintiff Steve Eakin**

44.     Responding to paragraph 44 of the FAC, Apple states that its records indicate Plaintiff Eakin purchased a 2016 MacBook Pro from apple.com in April 2017.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis denies the remaining allegations in paragraph 44.

45.     Responding to paragraph 45 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45, and on that basis denies the allegations in paragraph 45.

46.     Responding to paragraph 46 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46, and on that basis denies the allegations in paragraph 46.

47.     Responding to paragraph 47 of the FAC, Apple's records indicate that on or about June 15, 2017, Plaintiff Eakin called AppleCare and reported issues with the "n" key on his MacBook keyboard, and that AppleCare recommended service.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47, and on that basis denies the allegations in paragraph 47.

48.     Responding to paragraph 48 of the FAC, Apple states that its records indicate on or about June 15, 2017, an Apple representative made a reservation for Plaintiff Eakin with an Apple Authorized Service Provider.  Apple further states that to the extent paragraph 48 references or purports to summarize, interpret, or quote from www.ifixit.com, the website speaks for itself, and Apple denies any characterization of the website that is inconsistent with its content, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, denies them.  Apple states that it is without knowledge or

1  information sufficient to form a belief as to the truth of the remaining allegations in paragraph 48,

2  and on that basis denies the remaining allegations in paragraph 48.

3       49.     Responding to paragraph 49 of the FAC, Apple states that it is without knowledge

4  or information sufficient to form a belief as to the truth of the allegations in paragraph 49, and on

5  that basis denies the allegations in paragraph 49.

6       50.     Responding to paragraph 50 of the FAC, Apple states that its records indicate

7  Plaintiff Eakin called Apple Support on or about January 3, 2018, and was referred to an Apple

8  Authorized Service Provider for repairs.  Apple further states that it is without knowledge or

9  information sufficient to form a belief as to the truth of the remaining allegations in paragraph 50,

10  and on that basis denies those allegations.

11       51.     Responding to paragraph 51 of the FAC, Apple denies that Plaintiff Eakin has

12  suffered any injury.  Apple states that insofar as allegations in paragraph 51 state conclusions of

13  law, no response thereto is required.  Apple further states that it is without knowledge or

14  information sufficient to form a belief as to the truth of the remaining allegations in paragraph 51,

15  and on that basis denies the remaining allegations in paragraph 51.

16  **Plaintiff Michael Hopkins**

17       52.     Responding to paragraph 52 of the FAC, Apple states that it is without knowledge

18  or information sufficient to form a belief as to the truth of the allegations in paragraph 52, and on

19  that basis denies the allegations in paragraph 52.

20       53.     Responding to paragraph 53 of the FAC, Apple states that it is without knowledge

21  or information sufficient to form a belief as to the truth of the allegations in paragraph 53, and on

22  that basis denies the allegations in paragraph 53.

23       54.     Responding to paragraph 54 of the FAC, Apple states that it is without knowledge

24  or information sufficient to form a belief as to the truth of the allegations in paragraph 54, and on

25  that basis denies the allegations in paragraph 54.

26       55.     Responding to paragraph 55 of the FAC, Apple states that it is without knowledge

27  or information sufficient to form a belief as to the truth of the allegations in paragraph 55, and on

28  that basis denies the allegations in paragraph 55.

56.     Responding to paragraph 56 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56, and on that basis denies the allegations in paragraph 56.

57.     Responding to paragraph 57 of the FAC, Apple denies that Plaintiff Hopkins has suffered any injury.  Apple states that insofar as allegations in paragraph 57 state conclusions of law, no response thereto is required.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 57, and on that basis denies the remaining allegations in paragraph 57.

**Plaintiff Adam Lee**

58.     Responding to paragraph 58 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58, and on that basis denies the allegations in paragraph 58.

59.     Responding to paragraph 59 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59, and on that basis denies the allegations in paragraph 59.

60.     Responding to paragraph 60 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60, and on that basis denies the allegations in paragraph 60.

61.     Responding to paragraph 61 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61, and on that basis denies the allegations in paragraph 61.

62.     Responding to paragraph 62 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62, and on that basis denies the allegations in paragraph 62.

63.     Responding to paragraph 63 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63, and on that basis denies the allegations in paragraph 63.

64.     Responding to paragraph 64 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64, and on that basis denies the allegations in paragraph 64.

65.     Responding to paragraph 65 of the FAC, Apple denies that Plaintiff Lee has suffered any injury.  Apple states that insofar as allegations in paragraph 65 state conclusions of law, no response thereto is required.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 65, and on that basis denies the remaining allegations in paragraph 65.

**Plaintiff Kevin Melkowski**

66.     Responding to paragraph 66 of the FAC, Apple states that its records indicate Plaintiff Melkowski purchased a 2016 MacBook Pro from apple.com in April 2017.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis denies the remaining allegations in paragraph 66.

67.     Responding to paragraph 67 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67, and on that basis denies the allegations in paragraph 67.

68.     Responding to paragraph 68 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68, and on that basis denies the allegations in paragraph 68.

69.     Responding to paragraph 69 of the FAC, Apple states that its records indicate that Apple set up a repair for Plaintiff Melkowski with Simply Mac, an Apple Authorized Service Provider.  Apple is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 69, and on that basis denies the remaining allegations in paragraph 69.

70.     Responding to paragraph 70 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70, and on that basis denies the remaining allegations in paragraph 70.

APPLE'S ANSWER TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

la-1418313

71.     Responding to paragraph 71 of the FAC, Apple states that its records indicate Plaintiff Melkowski obtained a 2017 MacBook Pro as a replacement in August 2017.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 71, and on that basis denies the remaining allegations in paragraph 71.

72.     Responding to paragraph 72 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72, and on that basis denies the allegations in paragraph 72.

73.     Responding to paragraph 73 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73, and on that basis denies the allegations in paragraph 73.

74.     Responding to paragraph 74 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74, and on that basis denies the allegations in paragraph 74.

75.     Responding to paragraph 75 of the FAC, Apple denies that Plaintiff Melkowski has suffered any injury.  Apple states that insofar as allegations in paragraph 75 state conclusions of law, no response thereto is required.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 75, and on that basis denies the remaining allegations in paragraph 75.

**Plaintiff Lorenzo Ferguson**

76.     Responding to paragraph 76 of the FAC, Apple states that its records indicate Plaintiff Ferguson purchased a 2016 MacBook Pro from apple.com in February 2017 for $1,899.00 plus tax.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 76, and on that basis denies the remaining allegations in paragraph 76.

77.     Responding to paragraph 77 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77, and on that basis denies the allegations in paragraph 77.

78.     Responding to paragraph 78 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78, and on that basis denies the allegations in paragraph 78.

79.     Responding to paragraph 79 of the FAC, Apple states that its records indicate that Plaintiff Ferguson contacted Apple on or about April 21, 2017 through the Support App and reported an issue with the keyboard not working.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 79, and on that basis denies the remaining allegations in paragraph 79.

80.     Responding to paragraph 80 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80, and on that basis denies the allegations in paragraph 80.

81.     Responding to paragraph 81 of the FAC, Apple states that its records indicate that Plaintiff Ferguson contacted Apple on or about June 28, 2018 through the Support App, and that Apple referred Plaintiff to an Apple retail store for a repair.  Apple further states that its records indicate that Plaintiff Ferguson went to an Apple retail store on or about July 1, 2018, and a Genius Bar representative inspected his keyboard, cleaned it, and replaced at least one key. Apple further states that its records indicate that Apple recommended to Plaintiff Ferguson that if the issue persists, he should bring his notebook back in to have the top case replaced.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 81, and on that basis denies the remaining allegations in paragraph 81.

82.     Responding to paragraph 82 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82, and on that basis denies the allegations in paragraph 82.

83.     Responding to paragraph 83 of the FAC, Apple denies that Plaintiff Ferguson has suffered any injury.  Apple states that insofar as allegations in paragraph 83 state conclusions of law, no response thereto is required.  Apple further states that it is without knowledge or

1   information sufficient to form a belief as to the truth of the remaining allegations in paragraph 83,

2   and on that basis denies the remaining allegations in paragraph 83.

3                          **Plaintiff Benjamin Gulker**

4          84.    Responding to paragraph 84 of the FAC, Apple states that its records indicate

5   Plaintiff Gulker purchased a 2016 MacBook from apple.com in June 2016 for $1,249.00 plus tax.

6   Apple states that it is without knowledge or information sufficient to form a belief as to the truth

7   of the remaining allegations in paragraph 84, and on that basis denies the remaining allegations in

8   paragraph 84.

9          85.    Responding to paragraph 85 of the FAC, Apple states that it is without knowledge

10  or information sufficient to form a belief as to the truth of the allegations in paragraph 85, and on

11  that basis denies the allegations in paragraph 85.

12         86.    Responding to paragraph 86 of the FAC, Apple states that it is without knowledge

13  or information sufficient to form a belief as to the truth of the allegations in paragraph 86, and on

14  that basis denies the allegations in paragraph 86.

15         87.    Responding to paragraph 87 of the FAC, Apple states that its records indicate

16  Plaintiff Gulker brought his MacBook Pro to an Apple retail store on or about May 12, 2017,

17  where a Genius Bar representative cleaned the keys and communicated to Plaintiff Gulker that if

18  the issue persists, Apple could do a repair at an Apple service depot.  Apple states that its records

19  indicate Plaintiff Gulker declined  Apple is without knowledge or information sufficient to form a

20  belief as to the truth of the remaining allegations in paragraph 87, and on that basis denies the

21  remaining allegations in paragraph 87.

22         88.    Responding to paragraph 88 of the FAC, Apple states that its records indicate

23  Plaintiff Gulker visited an Apple retail store on or about October 7, 2017, and reported that the

24  "space bar" on his MacBook Pro was not working.  Apple further states that its records indicate

25  that a Genius Bar representative sent Plaintiff Gulker's MacBook Pro to an Apple service depot

26  for repair.  Apple is without knowledge or information sufficient to form a belief as to the truth of

27  the remaining allegations in paragraph 88, and on that basis denies the remaining allegations in

28  paragraph 88.

89.     Responding to paragraph 89 of the FAC, Apple states that its records indicate Plaintiff Gulker visited an Apple store on or about November 10, 2017, and reported that he was having issues with the "space bar" on his MacBook Pro.  Apple further states that its records indicate that the Genius Bar representative noted that in previous repair notes the bottom case was replaced, and that the Genius Bar representative advised Plaintiff Gulker that his device needed a top case replacement.  Apple is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 89, and on that basis denies the remaining allegations in paragraph 89.

90.     Responding to paragraph 90 of the FAC, Apple denies that Plaintiff Gulker has suffered any injury.  Apple states that insofar as allegations in paragraph 90 state conclusions of law, no response thereto is required.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 90, and on that basis denies the remaining allegations in paragraph 90.

## COMMON FACTUAL ALLEGATIONS

### Plaintiffs' Common Injury and Preference

91.     Apple denies the allegations in the heading immediately above.  Responding to paragraph 91 of the FAC, Apple states that to the extent paragraph 91 references or purports to summarize, interpret, or quote from any portion of apple.com, the website speaks for itself, and Apple denies any characterization of the website that is inconsistent with its content.  Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what each Plaintiff "encountered," and on that basis denies those allegations.  Except as otherwise stated, Apple denies the allegations in paragraph 91.

92.     Apple denies the allegations contained in paragraph 92 of the FAC.

93.     Responding to paragraph 93 of the FAC, Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93, and on that basis denies the allegations in paragraph 93.  Apple further states that insofar as allegations in paragraph 93 state conclusions of law, no response thereto is required.

94.     Responding to paragraph 94 of the FAC, Apple admits that it has advertised the MacBook and the butterfly keyboard.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94, and on that basis denies the allegations in paragraph 94.

**The MacBook Laptop Computer**

95.     Responding to paragraph 95 of the FAC, Apple admits that notebooks are commonly used in the United States.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 95, and on that basis denies the remaining allegations in paragraph 95.

96.     Responding to paragraph 96 of the FAC, Apple states that to the extent paragraph 96 references or purports to summarize, interpret, or quote from any portion of a document, the document speaks for itself, and Apple denies any characterization of the document that is inconsistent with its content, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the allegations in paragraph 96.

97.     Responding to paragraph 97 of the FAC, Apple admits notebooks have an integrated keyboard and offer more mobility than a desktop computer.  Apple states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 97, and on that basis denies the remaining allegations in paragraph 97.

98.     Responding to paragraph 98 of the FAC, Apple states that the keyboard on a notebook enables users to type and enter commands.  Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 98, and on that basis denies the remaining allegations in paragraph 98.

99.     Responding to paragraph 99 of the FAC, Apple states that to the extent paragraph 91 references or purports to summarize, interpret, or quote from any portion of apple.com, the website speaks for itself, and Apple denies any characterization of the website that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 99.

1

**Overview of Keyboard Technology and Technological Advances**

2

100.    Responding to paragraph 100 of the FAC, Apple states that it is aware of computer

3

keyboards that have utilized a buckling spring mechanism.  Apple states that it is without

4

knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

5

paragraph 100, and on that basis denies the remaining allegations in paragraph 100.

6

101.    Responding to paragraph 101 of the FAC, Apple admits that it has used new

7

technology to make notebooks that are sleeker and more portable.  Apple states that it is without

8

knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

9

paragraph 101, and on that basis denies the remaining allegations in paragraph 101.

10

102.    Responding to paragraph 102 of the FAC, Apple states that it has sold notebooks

11

with keyboards that utilized a "scissor" mechanism.  Apple further states that it is aware the

12

mechanism has been described as involving two pieces that interlock in a "scissor"-like fashion.

13

Apple states that it is without knowledge or information sufficient to form a belief as to the truth

14

of the remaining allegations in paragraph 102, and on that basis denies the remaining allegations

15

in paragraph 102.

16

103.    Apple admits the allegations contained in paragraph 103 of the FAC.

17

**Apple Launches the MacBook Without Disclosing the Keyboard Defect**

18

104.    Apple denies the allegations in the heading immediately above.  Responding to

19

paragraph 104 of the FAC, Apple states that it released its first MacBook with a butterfly

20

keyboard in March 2015.  Apple admits that the launch event for the 2015 MacBook was

21

broadcasted from Apple headquarters in Cupertino, California on March 9, 2015.  Apple further

22

states that to the extent paragraph 104 references or purports to summarize, interpret, or quote

23

from a statement made by Apple's Senior Vice President Phil Schiller, the document speak for

24

itself, and Apple denies any characterization of the document that is inconsistent with its content.

25

Except as otherwise stated, Apple denies the allegations in paragraph 104.

26

105.    Responding to paragraph 105 of the FAC, Apple states that to the extent paragraph

27

105 references or purports to summarize, interpret, or quote from an Apple press release, the

28

document speak for itself, and Apple denies any characterization of the document that is

17

la-1418313

inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 105.

106.    Responding to paragraph 106 of the FAC, Apple states that to the extent paragraph 106 references or purports to summarize, interpret, or quote from apple.com, the website speaks for itself, and Apple denies any characterization of the website that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 106.

107.    Responding to paragraph 107 of the FAC, Apple admits that it first sold MacBooks equipped with butterfly keyboards on April 10, 2015.  Apple further states that it released 2016 and 2017 MacBook models on April 19, 2016 and June 5, 2017, respectively. Apple further admits that the price of these products started at $1,299.00.  Except as otherwise stated, Apple denies the allegations in paragraph 107.

108.    Responding to paragraph 108 of the FAC, Apple states that it introduced a new MacBook Pro on October 27, 2016.  Apple further states that to the extent paragraph 108 references or purports to summarize, interpret, or quote from an Apple press release, the document speaks for itself, and Apple denies any characterization of the document that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 108.

109.    Responding to paragraph 109 of the FAC, Apple admits that the launch event for the MacBook Pro occurred on October 27, 2016 in Cupertino, California.  Apple states that to the extent paragraph 109 references or purports to summarize, interpret, or quote from a statement made by Apple's Senior Vice President Phil Schiller, the document speak for itself, and Apple denies any characterization of the document that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 109.

110.    Responding to paragraph 110 of the FAC, Apple states it released 2016, 2017, and 2018 MacBook Pro models equipped with a butterfly keyboard on October 27, 2016, June 5, 2017, and July 12, 2018, respectively.  Apple admits that the prices of these products started at $1,299.00, depending on the model.  Except as otherwise stated, Apple denies the allegations in paragraph 110.

1   111.   Responding to paragraph 111 of the FAC, Apple admits it released a MacBook Air

2   model equipped with a butterfly keyboard on October 30, 2018.  Apple further admits that pre-

3   2018 model MacBook Airs were not equipped with a butterfly keyboard.  Apple further states

4   that the price of the 2018 MacBook Air started at $1,199.00.  Except as otherwise stated, Apple

5   denies the allegations in paragraph 111.

6   112.   Responding to paragraph 112 of the FAC, Apple admits that MacBook and

7   MacBook Pro with butterfly keyboard can be purchased directly from Apple at Apple retail stores

8   and on apple.com.  Apple further admits that certain models of MacBook and MacBook Pro with

9   butterfly keyboard can be purchased from third-party retailers such as B&H Photo Video,

10   Amazon, and Best Buy.  Except as otherwise admitted, Apple denies the allegations in paragraph

11   112.

12   113.   Responding to paragraph 113 of the FAC, Apple states that to the extent paragraph

13   113 references or purports to summarize, interpret, or quote from any document, the documents

14   speak for themselves, and Apple denies any characterization of the documents that is inconsistent

15   with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 113.

16   114.   Responding to paragraph 114 of the FAC, Apple states that it is without

17   knowledge or information sufficient to form a belief as to the truth of the allegations in

18   paragraph 114, and on that basis denies the allegations in paragraph 114.  Apple further states that

19   to the extent paragraph 114 references or purports to summarize, interpret, or quote from any

20   portion of apple.com, the website speaks for itself, and Apple denies any characterization of the

21   website that is inconsistent with its content.   Except as otherwise stated, Apple denies the

22   allegations in paragraph 114.

23   115.   Responding to paragraph 115 of the FAC, Apple states that it is without

24   knowledge or information sufficient to form a belief as to the truth of the allegations in

25   paragraph 115, and on that basis denies the allegations in paragraph 115.  Apple further states that

26   to the extent paragraph 115 references or purports to summarize, interpret, or quote from any

27   portion of the packaging of the MacBook, the packaging speaks for itself, and Apple denies any

28

la-1418313

1   characterization of the packaging that is inconsistent with its content.  Except as otherwise stated,

2   Apple denies the allegations in paragraph 115.

3          116.    Responding to paragraph 116 of the FAC, Apple states that insofar as allegations

4   in paragraph 116 state conclusions of law, no response thereto is required.  Apple is without

5   knowledge or information sufficient to form a basis as to the truth of the allegations regarding

6   Plaintiffs' actions, and on that basis denies those allegations.  Apple further states that to the

7   extent paragraph 116 references or purports to summarize, interpret, or quote from any portion of

8   information provided by Apple during the setup process, the document speaks for itself, and

9   Apple denies any characterization of the document that is inconsistent with its content.  Apple

10  denies the remaining allegations in paragraph 116.

11         117.    Apple denies the allegations in paragraph 117 of the FAC.

12         118.    Responding to paragraph 118 of the FAC, Apple states that customers can return

13  notebook computers purchased directly from Apple for a refund within 14 calendar days from the

14  date of purchase, subject to certain requirements.  Apple is without knowledge or information

15  sufficient to form a basis as to the truth of the allegations regarding third party retailers' return

16  policy, and on that basis denies those allegations.  Except as otherwise stated, Apple denies the

17  allegations in paragraph 118.

18                   **The Keyboard Defect Manifests Soon After Launch**

19         119.    Apple denies the allegations in the heading immediately above.  Responding to

20  paragraph 119 of the FAC, Apple states that insofar as allegations in paragraph119 state

21  conclusions of law, no response thereto is required.  Apple further states that to the extent

22  paragraph 119 references or purports to summarize, interpret, or quote from online postings, the

23  postings speak for themselves, and Apple denies any characterization of the postings that is

24  inconsistent with their content.  Apple denies the remaining allegations in paragraph 119.

25         120.    Apple denies the allegations in paragraph 120 of the FAC.

26         121.    Responding to paragraph 121 of the FAC, Apple states that to the extent paragraph

27  121 references or purports to summarize, interpret, or quote from an online article, the document

28  speak for itself, and Apple denies any characterization of the article that is inconsistent with its

1   content, or lacks knowledge or information sufficient to form a belief as to the truth of those

2   allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

3   allegations in paragraph 121.

4          122.    Responding to paragraph 122 of the FAC, Apple states that to the extent paragraph

5   122 references or purports to summarize, interpret, or quote from an online article, the document

6   speak for itself, and Apple denies any characterization of the article that is inconsistent with its

7   content, or lacks knowledge or information sufficient to form a belief as to the truth of those

8   allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

9   allegations in paragraph 122.

10         123.    Responding to paragraph 123 of the FAC, Apple states that to the extent paragraph

11   123 references or purports to summarize, interpret, or quote from an online article, the document

12   speak for itself, and Apple denies any characterization of the article that is inconsistent with its

13   content, or lacks knowledge or information sufficient to form a belief as to the truth of those

14   allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

15   allegations in paragraph 123.

16         124.    Responding to paragraph 124 of the FAC, Apple states that the model year 2015 or

17   later MacBook laptops, model year 2016 or later MacBook Pro laptops, and model year 2018 or

18   later MacBook Air laptops have a butterfly keyboard mechanism, which has been modified since

19   it was first introduced.  Except as otherwise stated, Apple denies the allegations in paragraph 124.

20         125.    Responding to paragraph 125 of the FAC, Apple is without knowledge or

21   information sufficient to form a basis as to the truth of the allegations in paragraph 125, and on

22   that basis denies those allegations.

23         126.    Responding to paragraph 126 of the FAC, Apple states that to the extent paragraph

24   126 references or purports to summarize, interpret, or quote online postings, the postings speak

25   for themselves, and Apple denies any characterization of the postings that is inconsistent with

26   their content, or lacks knowledge or information sufficient to form a belief as to the truth of those

27   allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

28   allegations in paragraph 126.

1    127.    Responding to paragraph 127 of the FAC, Apple states that to the extent paragraph

2    127 references or purports to summarize, interpret, or quote from online postings, the postings

3    speak for themselves, and Apple denies any characterization of the postings that is inconsistent

4    with their content, or lacks knowledge or information sufficient to form a belief as to the truth of

5    those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

6    allegations in paragraph 127.

7    128.    Responding to paragraph 128 of the FAC, Apple states that to the extent paragraph

8    128 references or purports to summarize, interpret, or quote from online postings, the postings

9    speak for themselves, and Apple denies any characterization of the postings that is inconsistent

10   with their content, or lacks knowledge or information sufficient to form a belief as to the truth of

11   those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

12   allegations in paragraph 128.

13   129.    Responding to paragraph 129 of the FAC, Apple states that to the extent paragraph

14   129 references or purports to summarize, interpret, or quote from online postings, the postings

15   speak for themselves, and Apple denies any characterization of the postings that is inconsistent

16   with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 129, or

17   lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and

18   on that basis, denies them.

19   130.    Responding to paragraph 130 of the FAC, Apple states that to the extent paragraph

20   130 references or purports to summarize, interpret, or quote from online postings, the postings

21   speak for themselves, and Apple denies any characterization of the postings that is inconsistent

22   with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 130, or

23   lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and

24   on that basis, denies them.

25   131.    Responding to paragraph 131 of the FAC, Apple states that to the extent paragraph

26   131 references or purports to summarize, interpret, or quote from a Change.org petition, the

27   document speaks for itself, and Apple denies any characterization of the document that is

28   inconsistent with its content, or lacks knowledge or information sufficient to form a belief as to

1    the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple

2    denies the allegations in paragraph 131.

3          132.    Apple denies the allegations in paragraph 132 of the FAC.

4          133.    Apple states that the terms of use for Apple Support Communities provide as

5    follows with respect to Apple's involvement: "Apple may respond to questions but does not

6    formally provide technical support on the Site."  Apple further states that customers have

7    contacted Apple by phone, online (https://getsupport.apple.com/), or at an Apple retail store for

8    support or service relating to the butterfly keyboard shortly after the first MacBook with the

9    butterfly keyboard was sold.  Apple denies the remaining allegations in paragraph 133 of the

10   FAC.

11                  **Apple Knew About the Defect and Actively Concealed It**

12         134.    Apple denies the allegations in the heading immediately above.  Apple denies the

13   allegations in paragraph 134 of the FAC.

14         135.    Responding to paragraph 135 of the FAC, Apple states that it designed the

15   butterfly keyboard mechanism and filed a patent application in connection with that technology.

16   Apple further states that to the extent paragraph 135 references or purports to summarize,

17   interpret, or quote from Apple's patent application, the document speaks for itself, and Apple

18   denies any characterization of the document that is inconsistent with its content.  Except as

19   otherwise stated, Apple denies the allegations in paragraph 135.

20         136.    Responding to paragraph 136 of the FAC, Apple admits that it continued to test

21   and modified the butterfly mechanism after releasing the 2015 MacBook.  Apple states that to the

22   extent paragraph 136 references or purports to summarize, interpret, or quote from Apple's patent

23   applications, the documents speak for themselves, and Apple denies any characterization of the

24   documents that is inconsistent with their content.  Except as otherwise stated, Apple denies the

25   allegations in paragraph 136.

26         137.    Responding to paragraph 137 of the FAC, Apple admits that it introduced the 2016

27   MacBook on April 19, 2016, and that the MacBook used the butterfly keyboard mechanism.

28   Apple states that to the extent paragraph 137 references or purports to summarize, interpret, or

quote from apple.com, the website speaks for itself, and Apple denies any characterization of the website that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 137.

138.    Responding to paragraph 138 of the FAC, Apple states that to the extent paragraph 138 references or purports to summarize, interpret, or quote from Apple's May 2016 patent application, the document speaks for itself, and Apple denies any characterization of the document that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 138.

139.    Responding to paragraph 139 of the FAC, Apple states that to the extent paragraph 139 references or purports to summarize, interpret, or quote from Apple's September 2016 patent application, the document speaks for itself, and Apple denies any characterization of the document that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 139.

140.    Responding to paragraph 140 of the FAC, Apple states that to the extent paragraph 139 references or purports to summarize, interpret, or quote from Apple's patent applications, the documents speak for themselves, and Apple denies any characterization of the documents that is inconsistent with their content.  Apple further states that it released the 2017 MacBook and MacBook Pro in June 2017, and that both models incorporated the second-generation butterfly keyboard.  Except as otherwise stated, Apple denies the allegations in paragraph 140.

141.    Responding to paragraph 141 of the FAC, Apple states that to the extent paragraph 141 references or purports to summarize, interpret, or quote from apple.com, the website speaks for itself, and Apple denies any characterization of the website that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 141.

142.    Responding to paragraph 142 of the FAC, Apple states that it released a new version of the MacBook Pro on July 12, 2018, and that the model contained a third-generation butterfly keyboard.  Apple states that to the extent paragraph 142 references or purports to summarize, interpret, or quote from apple.com, the website speaks for itself, and Apple denies

1    any characterization of the website that is inconsistent with its content.  Except as otherwise

2    stated, Apple denies the allegations in paragraph 142.

3         143.    Responding to paragraph 143 of the FAC, Apple admits that the 2018 MacBook

4    Pro has a silicone membrane as a part of the butterfly keyboard.  Apple states that to the extent

5    paragraph 143 references or purports to summarize, interpret, or quote from an online article, the

6    article speaks for itself, and Apple denies any characterization of the article that is inconsistent

7    with its content, or lacks knowledge or information sufficient to form a belief as to the truth of

8    those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

9    allegations in paragraph 143.

10        144.    Responding to paragraph 144 of the FAC, Apple states that to the extent paragraph

11   144 references or purports to summarize, interpret, or quote from an online posting or documents,

12   the documents speak for themselves, and Apple denies any characterization of the posting or

13   documents that is inconsistent with their content, or lacks knowledge or information sufficient to

14   form a belief as to the truth of those allegations, and on that basis, denies them.  Except as

15   otherwise stated, Apple denies the allegations in paragraph 144.

16        145.    Responding to paragraph 145 of the FAC, Apple states that to the extent paragraph

17   145 references or purports to summarize, interpret, or quote from documents, the documents

18   speak for themselves, and Apple denies any characterization of the documents that is inconsistent

19   with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 145.

20        146.    Responding to paragraph 146 of the FAC, Apple admits that it released a new

21   version of the MacBook Air on October 30, 2018 with the third-generation butterfly keyboard.

22   Apple states that to the extent paragraph 146 references or purports to summarize, interpret, or

23   quote from apple.com, the website speaks for itself, and Apple denies any characterization of the

24   website that is inconsistent with its content.  Except as otherwise stated, Apple denies the

25   allegations in paragraph 146.

26        147.    Responding to paragraph 147 of the FAC, Apple states that to the extent paragraph

27   147 references or purports to summarize, interpret, or quote from apple.com, the website speaks

28

1   for itself, and Apple denies any characterization of the website that is inconsistent with its

2   content.  Except as otherwise stated, Apple denies the allegations in paragraph 147.

3         148.    Responding to paragraph 148 of the FAC, Apple states that it performs reliability

4   testing on each MacBook, MacBook Pro, and MacBook Air model prior to release.  Apple states

5   that to the extent paragraph 148 references or purports to summarize, interpret, or quote from an

6   online article, the article speaks for itself, and Apple denies any characterization of the article that

7   is inconsistent with its content, or lacks knowledge or information sufficient to form a belief as to

8   the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple

9   denies the allegations in paragraph 148.

10        149.    Responding to paragraph 149 of the FAC, Apple states that it conducted testing on

11  its butterfly keyboard before releasing it.  Except as otherwise stated, Apple denies the allegations

12  in paragraph 149.

13        150.    Responding to paragraph 150 of the FAC, Apple states that to the extent paragraph

14  150 references or purports to summarize, interpret, or quote from documents, the documents

15  speaks for themselves, and Apple denies any characterization of the documents that is

16  inconsistent with their content.  Except as otherwise stated, Apple denies the allegations in

17  paragraph 150.

18        151.    Responding to paragraph 151 of the FAC, Apple states that to the extent paragraph

19  151 references or purports to summarize, interpret, or quote from documents, the documents

20  speaks for themselves, and Apple denies any characterization of the documents that is

21  inconsistent with their content.  Except as otherwise stated, Apple denies the allegations in

22  paragraph 151.

23        152.    Responding to paragraph 152 of the FAC, Apple states that to the extent paragraph

24  152 references or purports to summarize, interpret, or quote from documents, the documents

25  speaks for themselves, and Apple denies any characterization of the documents that is

26  inconsistent with their content.  Except as otherwise stated, Apple denies the allegations in

27  paragraph 152.

28

153.    Responding to paragraph 153 of the FAC, Apple states that to the extent paragraph 153 references or purports to summarize, interpret, or quote from documents, the documents speaks for themselves, and Apple denies any characterization of the documents that is inconsistent with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 153 of the FAC.

154.    Responding to paragraph 154 of the FAC, Apple states that insofar as allegations in paragraph 154 state conclusions of law, no response thereto is required.  Apple further states that to the extent paragraph 154 references or purports to summarize, interpret, or quote from documents, the documents speaks for themselves, and Apple denies any characterization of the documents that is inconsistent with their content.  Apple denies the remaining allegations in paragraph 154.

**Apple Has Failed to Adequately Address the Keyboard Defect in the MacBook**

155.    Apple denies the allegations in the heading immediately above.  Responding to paragraph 155 of the FAC, Apple admits that it provides a one-year limited warranty for the MacBook models identified in the FAC.

156.    Responding to paragraph 156 of the FAC, Apple states that to the extent paragraph 156 references or purports to summarize, interpret, or quote from any iteration of Apple's one-year limited warranty, the document speaks for itself, and Apple denies any characterization of the document that is inconsistent with its content.

157.    Responding to paragraph 157 of the FAC, Apple states that under the one-year limited warranty, Apple has the option to either: (i) repair the Apple Product, (ii) replace the Apple Product, or (iii) exchange the Apple Product.  Except as otherwise stated, Apple denies the allegations in paragraph 157.

158.    Apple denies the allegations in paragraph 158 of the FAC.

159.    Responding to paragraph 159 of the FAC, Apple states that to the extent paragraph 159 references or purports to summarize, interpret, or quote from support.apple.com, the website speaks for itself, and Apple denies any characterization of the website that is inconsistent with its content.

160.     Responding to paragraph 160 of the FAC, Apple states that to the extent paragraph 160 references or purports to summarize, interpret, or quote from online articles or postings, the documents speak for themselves, and Apple denies any characterization of the documents that is inconsistent with their content, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the allegations in paragraph 160.

161.     Apple states that it is aware that certain customers required a key cap repair or topcase replacement where a keyboard cleaning did not address the keyboard behavior the customer was experiencing.  Apple denies the remaining allegations in paragraph 161 of the FAC.

162.     Apple denies the allegations in paragraph 162 of the FAC.

163.     Apple denies the allegations in paragraph 163 of the FAC.

164.     Responding to paragraph 164 of the FAC, Apple is without knowledge or information sufficient to form a basis as to the truth of the allegations in paragraph 164, and on that basis denies those allegations.

165.     Responding to paragraph 165 of the FAC, Apple states that to the extent paragraph 165 references or purports to summarize, interpret, or quote from online postings, the documents speak for themselves, and Apple denies any characterization of the documents that is inconsistent with their content, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the allegations in paragraph 165.

**The Keyboard Service Program**

166.     Responding to paragraph 166 of the FAC, Apple admits that it announced its Keyboard Service Program on June 22, 2018, and that the program covers the MacBook model years 2015 to 2017 and the MacBook Pro model years 2016 to 2017.  Apple denies that the Keyboard Service Program does not cover the 2018 model year MacBook Pro or MacBook Air notebooks.  Except as otherwise stated, Apple denies the allegations in paragraph 166.

167.     Responding to paragraph 167 of the FAC, Apple states that to the extent paragraph 167 references or purports to summarize, interpret, or quote from any portion of apple.com, the

1    website speaks for itself, and Apple denies any characterization of the website that is inconsistent

2    with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 167.

3            168.    Responding to paragraph 168 of the FAC, Apple states that under the Keyboard

4    Service Program, the type of service offered may involve the replacement of one or more keys or

5    the whole keyboard.  To the extent paragraph 168 references or purports to summarize, interpret,

6    or quote from any portion of apple.com, the website speaks for itself, and Apple denies any

7    characterization of the website that is inconsistent with its content.  Except as otherwise stated,

8    Apple denies the allegations in paragraph 168.

9            169.    Responding to paragraph 169 of the FAC, Apple states that to the extent paragraph

10   169 references or purports to summarize, interpret, or quote from documents, the documents

11   speak for themselves, and Apple denies any characterization of the documents that is inconsistent

12   with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 169.

13           170.    Responding to paragraph 170 of the FAC, Apple states that to the extent paragraph

14   170 references or purports to summarize, interpret, or quote from documents, the documents

15   speak for themselves, and Apple denies any characterization of the documents that is inconsistent

16   with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 170.

17           171.    Apple denies the allegations in paragraph 171 of the FAC.

18           172.    Responding to paragraph 172 of the FAC, Apple states that to the extent paragraph

19   172 references or purports to summarize, interpret, or quote from various third-party websites, the

20   documents speak for themselves, and Apple denies any characterization of the documents that is

21   inconsistent with their content, or lacks knowledge or information sufficient to form a belief as to

22   the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple

23   denies the allegations in paragraph 172.

24           173.    Apple denies the allegations in paragraph 173 of the FAC.

25           174.    Responding to paragraph 174 of the FAC, Apple states that to the extent paragraph

26   174 references or purports to summarize, interpret, or quote from a Change.org petition, the

27   document speaks for itself, and Apple denies any characterization of the document that is

28   inconsistent with its content, or lacks knowledge or information sufficient to form a belief as to

1    the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple

2    denies the allegations in paragraph 174.

3           175.    Responding to paragraph 175 of the FAC, Apple states that to the extent paragraph

4    175 references or purports to summarize, interpret, or quote online postings, the postings speak

5    for themselves, and Apple denies any characterization of the postings that is inconsistent with

6    their content, or lacks knowledge or information sufficient to form a belief as to the truth of those

7    allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

8    allegations in paragraph 175.

9           176.    Apple denies the allegations in paragraph 176 of the FAC.

10          177.    Responding to paragraph 177 of the FAC, Apple states that to the extent paragraph

11   177 references or purports to summarize, interpret, or quote from an online article or other

12   documents, the documents speak for themselves, and Apple denies any characterization of the

13   documents that is inconsistent with their content, or lacks knowledge or information sufficient to

14   form a belief as to the truth of those allegations, and on that basis, denies them.  Except as

15   otherwise stated, Apple denies the allegations in paragraph 177.

16          178.    Responding to paragraph 178 of the FAC, Apple states that to the extent paragraph

17   178 references or purports to summarize, interpret, or quote from documents, the documents

18   speak for themselves, and Apple denies any characterization of the documents that is inconsistent

19   with their content.  Except as otherwise stated, Apple denies the allegations in paragraph 178.

20          179.    Responding to paragraph 179 of the FAC, Apple states that to the extent paragraph

21   179 references or purports to summarize, interpret, or quote online postings, the postings speak

22   for themselves, and Apple denies any characterization of the postings that is inconsistent with

23   their content, or lacks knowledge or information sufficient to form a belief as to the truth of those

24   allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the

25   allegations in paragraph 179.

26          180.    Responding to paragraph 180 of the FAC, Apple states that to the extent paragraph

27   180 references or purports to summarize, interpret, or quote from a third-party website, the

28   document speaks for itself, and Apple denies any characterization of the document that is

inconsistent with its content, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the allegations in paragraph 180.

181.    Responding to paragraph 181 of the FAC, Apple states that to the extent paragraph 181 references or purports to summarize, interpret, or quote from an online poll and article, the documents speak for themselves, and Apple denies any characterization of the documents that is inconsistent with their content, or lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, denies them.  Except as otherwise stated, Apple denies the allegations in paragraph 181.

182.    Responding to paragraph 182 of the FAC, Apple states that to the extent paragraph 182 references or purports to summarize, interpret, or quote from the terms of Apple's Keyboard Service Program, the document speak for itself, and Apple denies any characterization of the document that is inconsistent with its content.  Except as otherwise stated, Apple denies the allegations in paragraph 182.

183.    Responding to paragraph 183 of the FAC, Apple is without knowledge or information sufficient to form a basis as to the truth of the allegations regarding whether Plaintiffs have paid for external keyboards or repairs, and on that basis denies those allegations.  Except as otherwise stated, Apple denies the allegations in paragraph 183.

184.    Responding to paragraph 184 of the FAC, Apple states that particle ingress could get in the way of key movement.  Apple denies the remaining allegations in paragraph 184 of the FAC.

**CLASS ACTION ALLEGATIONS**

185.    Responding to paragraph 185 of the FAC, Apple admits that Plaintiffs purport to bring a class action against Apple and seek to represent a purported class and subclasses as stated. Apple denies that class treatment is appropriate.  Except as otherwise stated, Apple denies the allegations in paragraph 185.

186.    Responding to paragraph 186 of the FAC, Apple admits that Plaintiffs seek to exclude certain persons from their proposed class and subclasses.  Apple denies that class

1   treatment is appropriate.  Except as otherwise stated, Apple denies the allegations in paragraph

2   186.

3   187.   Responding to paragraph 187 of the FAC, Apple admits that it has sold hundreds

4   of thousands of MacBook notebooks.  Apple admits that Plaintiffs purport to bring a class action

5   against Apple.  Apple denies that class treatment is appropriate.  Insofar as the allegations in

6   paragraph 187 state conclusions of law, no response thereto is required.  Except as otherwise

7   stated, Apple denies the allegations in paragraph 187.

8   188.   Responding to paragraph 188 of the FAC, Apple admits that Plaintiffs purport to

9   bring a class action against Apple.  Apple denies that class treatment is appropriate.  Insofar as the

10  allegations in paragraph 188 state conclusions of law, no response thereto is required.  Except as

11  otherwise stated, Apple denies the allegations in paragraph 188.

12  189.   Responding to paragraph 189 of the FAC, Apple admits that Plaintiffs purport to

13  bring a class action against Apple.  Apple denies that class treatment is appropriate.  Insofar as the

14  allegations in paragraph 189 state conclusions of law, no response thereto is required.  Apple

15  states it is without knowledge or information sufficient to form a belief as to the truth of the

16  remaining allegations, and on that basis denies those allegations.

17  190.   Responding to paragraph 190 (including subparagraphs 190a through 190j) of the

18  FAC, Apple admits that Plaintiffs purport to bring a class action against Apple.  Apple denies that

19  class treatment is appropriate.  Insofar as the allegations in paragraph 190 state conclusions of

20  law, no response thereto is required.  Except as otherwise stated, Apple denies the allegations in

21  paragraph 190.

22  191.   Responding to paragraph 191 of the FAC, Apple admits that Plaintiffs purport to

23  bring a class action against Apple.  Apple denies that class treatment is appropriate, and denies

24  that Plaintiffs or the members of the purported class have been injured or damaged in any way

25  and further denies that Plaintiffs or the members of the purported class are entitled to relief of any

26  kind.  Insofar as the allegations in paragraph 191 state conclusions of law, no response thereto is

27  required.  Except as otherwise stated, Apple denies the allegations in paragraph 191.

28

192.   Responding to paragraph 192 of the FAC, Apple admits that Plaintiffs purport to bring a class action against Apple.  Apple denies that class treatment is appropriate.  Insofar as the allegations in paragraph 192 state conclusions of law, no response thereto is required.  Except as otherwise stated, Apple denies the allegations in paragraph 192.

## FIRST CLAIM FOR RELIEF

### Violations of the Unfair Competition Law
### CAL. BUS. & PROF. CODE § 17200, *et seq*. ("UCL")

193.   Responding to paragraph 193 of the FAC, Apple realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

194.   Responding to paragraph 194 of the FAC, Apple admits that Plaintiffs have brought a claim on behalf of the Class or, in the alternative, the California Subclass as stated.  Apple denies that class treatment is appropriate.

195.   Responding to paragraph 195 of the FAC, Apple states that insofar as allegations in paragraph 195 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 195.

### Unlawful

196.   Responding to paragraph 196 of the FAC, Apple states that to the extent paragraph 196 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Apple denies any characterization of the statute that is inconsistent with its content.  Apple further states that insofar as the allegations in paragraph 196 state conclusions of law, no response thereto is required.

### Unfair

197.   Responding to paragraph 197 of the FAC, Apple states that insofar as allegations in paragraph 197 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 197.

198.   Responding to paragraph 198 of the FAC, Apple states that insofar as allegations in paragraph 198 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 198.

199.     Responding to paragraph 199 of the FAC, Apple states that insofar as allegations in paragraph 199 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 199.

200.     Responding to paragraph 200 of the FAC, Apple states that insofar as allegations in paragraph 200 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 200.

201.     Responding to paragraph 201 of the FAC, Apple states that insofar as allegations in paragraph 201 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 201.

**Fraud by Omission**

202.     Responding to paragraph 202 of the FAC, Apple states that insofar as allegations in paragraph 202 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 202.

203.     Responding to paragraph 203 of the FAC, Apple states that insofar as allegations in paragraph 203 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 203.

204.     Responding to paragraph 204 of the FAC, Apple states that insofar as allegations in paragraph 204 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 204.

205.     Responding to paragraph 205 of the FAC, Apple states that insofar as allegations in paragraph 205 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 205.

206.     Responding to paragraph 206 of the FAC, Apple states that insofar as allegations in paragraph 206 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 206.

207.     Responding to paragraph 207 of the FAC, Apple admits Plaintiffs seek restitution and injunctive relief.  Apple denies that Plaintiffs have suffered any injury or are entitled to

la-1418313

1    restitution or any injunctive or other relief in this action.  Apple denies the remaining allegations

2    in paragraph 207.

3                                    **SECOND CLAIM FOR RELIEF**

4                        **Violations of the Consumers Legal Remedies Act**
                            **CAL. CIV. CODE § 1750,** *et seq.* **("CLRA")**
5

6         208.    Responding to paragraph 208 of the FAC, Apple realleges and incorporates by

7    reference each and every preceding paragraph of this Answer as if fully set forth herein.

8         209.    Responding to paragraph 209 of the FAC, Apple admits that Plaintiffs have

9    brought a claim on behalf of the Class or, in the alternative, the California Subclass as stated.

10   Apple denies that class treatment is appropriate.

11        210.    Responding to paragraph 210 of the FAC, Apple states that to the extent paragraph

12   196 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself,

13   and Apple denies any characterization of the statute that is inconsistent with its content.  Apple

14   further states that insofar as allegations in paragraph 210 state conclusions of law, no response

15   thereto is required.  Apple denies the remaining allegations in paragraph 210.

16        211.    Responding to paragraph 211 of the FAC, Apple states that to the extent paragraph

17   196 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself,

18   and Apple denies any characterization of the statute that is inconsistent with its content.  Apple

19   further states that insofar as allegations in paragraph 211 state conclusions of law, no response

20   thereto is required.  Apple denies the remaining allegations in paragraph 211.

21        212.    Apple denies the allegations in paragraph 212 of the FAC.

22        213.    Responding to paragraph 213 of the FAC, Apple states that insofar as allegations

23   in paragraph 213 state conclusions of law, no response thereto is required.  Apple denies the

24   remaining allegations in paragraph 213.

25        214.    Responding to paragraph 214 of the FAC, Apple states that insofar as allegations

26   in paragraph 214 state conclusions of law, no response thereto is required.  Apple denies the

27   remaining allegations in paragraph 214.

28

---

35

215.     Responding to paragraph 215 of the FAC, Apple states that insofar as allegations in paragraph 215 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 215.

216.     Responding to paragraph 216 of the FAC, Apple states that Plaintiff Rao sent a CLRA notice to Apple dated May 12, 2018 and Plaintiff Baruch sent a CLRA notice to Apple dated July 30, 2018.  Except as otherwise stated, Apple denies the allegations in paragraph 216.

217.     Responding to paragraph 217 of the FAC, Apple admits that Plaintiff Rao and Plaintiff Baruch's CLRA notices were sent via certified mail to Apple.  Apple states that to the extent paragraph 217 references or purports to summarize, interpret, or quote those notices, the notices speak for themselves, and Apple denies any characterization of the notices that is inconsistent with their content.  Apple admits that Plaintiffs seek monetary relief under the CLRA.  Apple denies that Plaintiffs have suffered any injury or are entitled to any monetary or other relief in this action.  Apple denies the remaining allegations in paragraph 217.

218.     Responding to paragraph 218 of the FAC, Apple states that insofar as allegations in paragraph 218 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 218.

219.     Responding to paragraph 219 of the FAC, Apple states that Exhibits A through I to Plaintiffs' FAC are CLRA venue declarations.  Apple denies the remaining allegations in paragraph 219.

## THIRD CLAIM FOR RELIEF

### Fraudulent Concealment

220.     Responding to paragraph 220 of the FAC, Apple realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

221.     Responding to paragraph 221 of the FAC, Apple admits that Plaintiffs have brought a claim on behalf of the Class under California law or, alternatively, the law of state in which each Plaintiff purchased a MacBook, as stated.  Apple denies that class treatment is appropriate.

la-1418313

222.    Responding to paragraph 222 of the FAC, Apple states that insofar as allegations in paragraph 222 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 222.

223.    Responding to paragraph 223 of the FAC, Apple states that insofar as allegations in paragraph 223 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 223.

224.    Responding to paragraph 224 of the FAC, Apple states that insofar as allegations in paragraph 224 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 224.

225.    Responding to paragraph 225 of the FAC, Apple states that insofar as allegations in paragraph 225 state conclusions of law, no response thereto is required.  Apple states that it conducted pre-release testing of the MacBook models identified in the FAC.  Apple denies the remaining allegations in paragraph 225.

226.    Responding to paragraph 226 of the FAC, Apple states that insofar as allegations in paragraph 226 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 226.

227.    Responding to paragraph 227 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 227, and on that basis denies those allegations.

228.    Apple denies the allegations in paragraph 228.

229.    Responding to paragraph 229 of the FAC, Apple states that insofar as allegations in paragraph 229 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 229.

230.    Responding to paragraph 230 of the FAC, Apple states that insofar as allegations in paragraph 230 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 230.

231.    Responding to paragraph 231 of the FAC, Apple states that insofar as allegations in paragraph 231 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 231.

232.    Responding to paragraph 232 of the FAC, Apple states that insofar as allegations in paragraph 232 state conclusions of law, no response thereto is required.  Apple admits Plaintiffs seek punitive damages, but denies that Plaintiffs have suffered any injury or are entitled to punitive damages or other relief in this action.  Apple denies the remaining allegations in paragraph 232.

**FOURTH CLAIM FOR RELIEF**

**Violations of the Song-Beverly Consumer Warranty Act**
CAL. CIV. CODE § 1792, *et seq.*

233.    Responding to paragraph 233 of the FAC, Apple realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

234.    Responding to paragraph 234 of the FAC, Apple admits that Plaintiffs Rao and Baruch have brought a claim on behalf of themselves and the California Subclass as stated. Apple denies that class treatment is appropriate.

235.    Responding to paragraph 235 of the FAC, Apple admits that Plaintiff Rao and Baruch purchased a MacBook Pro in California.  Apple states that insofar as allegations in paragraph 235 state conclusions of law, no response thereto is required.  Except as otherwise stated, Apple denies the allegations in paragraph 235.

236.    Responding to paragraph 236 of the FAC, Apple states that insofar as allegations in paragraph 236 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 236.

237.    Responding to paragraph 237 of the FAC, Apple states that insofar as allegations in paragraph 237 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 237.

la-1418313

238.     Responding to paragraph 238 of the FAC, Apple states that insofar as allegations in paragraph 238 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 238.

239.     Responding to paragraph 239 of the FAC, Apple states that insofar as allegations in paragraph 239 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 239.

240.     Responding to paragraph 240 of the FAC, Apple states that insofar as allegations in paragraph 240 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 240.

241.     Responding to paragraph 241 of the FAC, Apple states that to the extent paragraph 241 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Apple denies any characterization of the statute that is inconsistent with its content.  Apple further states that insofar as allegations in paragraph 241 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 241.

242.     Responding to paragraph 242 of the FAC, Apple states that insofar as allegations in paragraph 242 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 242.

243.     Responding to paragraph 243 of the FAC, Apple admits Plaintiffs Rao and Baruch seek costs and expenses, including attorneys' fees.  Apple denies that Plaintiffs Rao and Baruch have suffered any injury or are entitled to any relief in this action.  Apple denies the remaining allegations in paragraph 243.

### FIFTH CLAIM FOR RELIEF

**Violations of the Washington Consumer Protection Act**
**WASH. REV. CODE § 19.86.010, *et seq.* ("WCPA")**

244.     Responding to paragraph 244 of the FAC, Apple realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

245.     Responding to paragraph 245 of the FAC, Apple admits that Plaintiff Melkowski has brought a claim on behalf of himself and the Washington Subclass as stated.  Apple denies that class treatment is appropriate.

246.     Responding to paragraph 246 of the FAC, Apple states that insofar as allegations in paragraph 246 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 246.

247.     Responding to paragraph 247 of the FAC, Apple states that insofar as allegations in paragraph 247 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 247.

248.     Responding to paragraph 248 of the FAC, Apple states that to the extent paragraph 248 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Apple denies any characterization of the statute that is inconsistent with its content.  Apple further states that insofar as allegations in paragraph 248 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 248.

249.     Responding to paragraph 249 of the FAC, Apple realleges and incorporates by reference paragraph 198-207 of this Answer as if fully set forth herein.  Apple further states that insofar as allegations in paragraph 249 state conclusions of law, no response thereto is required. Apple denies the remaining allegations in paragraph 249.

250.     Responding to paragraph 250 of the FAC, Apple states that insofar as allegations in paragraph 250 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 250.

251.     Responding to paragraph 251 of the FAC, Apple states that insofar as allegations in paragraph 251 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 251.

252.     Responding to paragraph 252 of the FAC, Apple states that insofar as allegations in paragraph 252 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 252.

253.     Responding to paragraph 253 of the FAC, Apple states that insofar as allegations in paragraph 253 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 253.

254.     Responding to paragraph 254 of the FAC, Apple states that insofar as allegations in paragraph 254 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 254.

255.     Responding to paragraph 255 of the FAC, Apple admits Plaintiff Melkowski seeks injunctive and monetary relief as well as attorneys' fees.  Apple denies that Plaintiff Melkowski has suffered any injury or is entitled to any relief in this action.  Apple denies the remaining allegations in paragraph 255.

256.     Responding to paragraph 256 of the FAC, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 256, and on that basis denies those allegations.

## SIXTH CLAIM FOR RELIEF

### Violations of the Florida Deceptive and Unfair Trade Practices Act
**FLA. STAT. § 501.201, *et seq*. ("FDUTPA")**

257.     Responding to paragraph 257 of the FAC, Apple realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

258.     Responding to paragraph 258 of the FAC, Apple admits that Plaintiff Lee has brought a claim on behalf of himself and the Florida Subclass as stated.  Apple denies that class treatment is appropriate.

259.     Responding to paragraph 259 of the FAC, Apple states that insofar as allegations in paragraph 259 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 259.

260.     Responding to paragraph 260 of the FAC, Apple states that insofar as allegations in paragraph 260 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 260.

1    261.    Responding to paragraph 261 of the FAC, Apple states that to the extent paragraph

2    261 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself,

3    and Apple denies any characterization of the statute that is inconsistent with its content.  Apple

4    further states that insofar as allegations in paragraph 261 state conclusions of law, no response

5    thereto is required.  Apple denies the remaining allegations in paragraph 261.

6    262.    Responding to paragraph 262 of the FAC, Apple realleges and incorporates by

7    reference paragraph 198-207 of this Answer as if fully set forth herein.  Apple states that insofar

8    as allegations in paragraph 262 state conclusions of law, no response thereto is required.  Apple

9    denies the remaining allegations in paragraph 262.

10    263.    Responding to paragraph 263 of the FAC, Apple states that insofar as allegations

11    in paragraph 263 state conclusions of law, no response thereto is required.  Apple denies the

12    remaining allegations in paragraph 263.

13    264.    Responding to paragraph 264 of the FAC, Apple states that insofar as allegations

14    in paragraph 264 state conclusions of law, no response thereto is required.  Apple denies the

15    remaining allegations in paragraph 264.

16    265.    Responding to paragraph 265 of the FAC, Apple states that insofar as allegations

17    in paragraph 265 state conclusions of law, no response thereto is required.  Apple denies the

18    remaining allegations in paragraph 265.

19    266.    Apple denies the allegations in paragraph 266 of the FAC.

20    267.    Responding to paragraph 267 of the FAC, Apple admits Plaintiff Lee seeks

21    injunctive relief.  Apple denies that Plaintiff Lee has suffered any injury or is entitled to any relief

22    in this action.  Apple denies the remaining allegations in paragraph 267.

### SEVENTH CLAIM FOR RELIEF

**Violations of the Illinois Consumer Fraud and Deceptive Business Practices Act
815 ILL. COMP. STAT. § 505/1, *et seq.* ("ICFA")**

26    268.    Responding to paragraph 268 of the FAC, Apple realleges and incorporates by

27    reference each and every preceding paragraph of this Answer as if fully set forth herein.

28

la-1418313

269.    Responding to paragraph 269 of the FAC, Apple admits that Plaintiff Hopkins has brought a claim on behalf of himself and the Illinois Subclass as stated.  Apple denies that class treatment is appropriate.

270.    Responding to paragraph 270 of the FAC, Apple states that insofar as allegations in paragraph 270 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 270.

271.    Responding to paragraph 271 of the FAC, Apple states that insofar as allegations in paragraph 271 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 271.

272.    Responding to paragraph 272 of the FAC, Apple states that insofar as allegations in paragraph 272 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 272.

273.    Responding to paragraph 273 of the FAC, Apple states that to the extent paragraph 273 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Apple denies any characterization of the statute that is inconsistent with its content.  Apple further states that insofar as allegations in paragraph 273 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 273.

274.    Responding to paragraph 274 of the FAC, Apple realleges and incorporates by reference paragraph 198-207 of this Answer as if fully set forth herein.  Apple states that insofar as allegations in paragraph 274 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 274.

275.    Responding to paragraph 275 of the FAC, Apple states that insofar as allegations in paragraph 275 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 275.

276.    Responding to paragraph 276 of the FAC, Apple states that insofar as allegations in paragraph 276 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 276.

la-1418313

277.     Responding to paragraph 277 of the FAC, Apple states that insofar as allegations in paragraph 277 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 277.

278.     Responding to paragraph 278 of the FAC, Apple states that insofar as allegations in paragraph 278 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 278.

279.     Responding to paragraph 279 of the FAC, Apple admits Plaintiff Hopkins seeks monetary and injunctive relief as well as attorneys' fees.  Apple denies that Plaintiff Hopkins has suffered any injury or is entitled to any relief in this action.  Apple denies the remaining allegations in paragraph 279.

## EIGHTH CLAIM FOR RELIEF

### Violations of the New Jersey Consumer Fraud Act
### N.J. STAT. ANN. § 56:8-1, *et seq*. ("NJCFA")

280.     Responding to paragraph 280 of the FAC, Apple realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

281.     Responding to paragraph 281 of the FAC, Apple admits that Plaintiff Ferguson has brought a claim on behalf of himself and the New Jersey Subclass as stated.  Apple denies that class treatment is appropriate.

282.     Responding to paragraph 282 of the FAC, Apple states that insofar as allegations in paragraph 282 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 282.

283.     Responding to paragraph 283 of the FAC, Apple states that insofar as allegations in paragraph 283 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 283.

284.     Responding to paragraph 284 of the FAC, Apple states that insofar as allegations in paragraph 284 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 284.

285.     Responding to paragraph 285 of the FAC, Apple states that insofar as allegations in paragraph 285 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 285.

286.     Responding to paragraph 286 of the FAC, Apple states that to the extent paragraph 286 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Apple denies any characterization of the statute that is inconsistent with its content.  Apple further states that insofar as allegations in paragraph 286 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 286.

287.     Responding to paragraph 287 of the FAC, Apple states that insofar as allegations in paragraph 287 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 287.

288.     Responding to paragraph 288 of the FAC, Apple states that insofar as allegations in paragraph 288 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 288.

289.     Responding to paragraph 289 of the FAC, Apple states that insofar as allegations in paragraph 289 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 289.

290.     Responding to paragraph 290 of the FAC, Apple states that insofar as allegations in paragraph 290 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 290.

291.     Responding to paragraph 291 of the FAC, Apple admits Plaintiff Ferguson seeks monetary and injunctive relief as well as attorneys' fees.  Apple denies that Plaintiff Ferguson has suffered any injury or is entitled to any relief in this action.  Apple denies the remaining allegations in paragraph 291.

la-1418313

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### NINTH CLAIM FOR RELIEF

### Violations of New York General Business Law § 349
### N.Y. GEN. BUS. LAW § 349

292.    Responding to paragraph 292 of the FAC, Apple realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

293.    Responding to paragraph 293 of the FAC, Apple admits that Plaintiff Eakin has brought a claim on behalf of himself and the New York Subclass as stated.  Apple denies that class treatment is appropriate.

294.    Responding to paragraph 294 of the FAC, Apple states that insofar as allegations in paragraph 294 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 294.

295.    Responding to paragraph 295 of the FAC, Apple states that insofar as allegations in paragraph 295 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 295.

296.    Responding to paragraph 296 of the FAC, Apple states that to the extent paragraph 296 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Apple denies any characterization of the statute that is inconsistent with its content.  Apple further states that insofar as allegations in paragraph 296 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 296.

297.    Responding to paragraph 297 of the FAC, Apple states that insofar as allegations in paragraph 297 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 297.

298.    Responding to paragraph 298 of the FAC, Apple states that insofar as allegations in paragraph 298 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 298.

299.    Responding to paragraph 299 of the FAC, Apple states that insofar as allegations in paragraph 299 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 299.

1       300.    Responding to paragraph 300 of the FAC, Apple states that insofar as allegations

2  in paragraph 300 state conclusions of law, no response thereto is required.  Apple denies the

3  remaining allegations in paragraph 300.

4       301.    Responding to paragraph 301 of the FAC, Apple states that insofar as allegations

5  in paragraph 301 state conclusions of law, no response thereto is required.  Apple denies the

6  remaining allegations in paragraph 301.

7       302.    Responding to paragraph 302 of the FAC, Apple states that insofar as allegations

8  in paragraph 302 state conclusions of law, no response thereto is required.  Apple denies the

9  remaining allegations in paragraph 302.

10       303.    Responding to paragraph 303 of the FAC, Apple states that insofar as allegations

11  in paragraph 303 state conclusions of law, no response thereto is required.  Apple denies the

12  remaining allegations in paragraph 303.

13       304.    Responding to paragraph 304 of the FAC, Apple admits Plaintiff Eakin seeks

14  injunctive and monetary relief as well as attorneys' fees.  Apple denies that Plaintiff Eakin has

15  suffered any injury or is entitled to any relief in this action.  Apple denies the remaining

16  allegations in paragraph 304.

17                                 **TENTH CLAIM FOR RELIEF**

18               **Violations of the Michigan Consumer Protection Act**
                      **MICH. COMP. LAWS § 445.901, *et seq.* ("MCPA")**

19

20       305.    Responding to paragraph 305 of the FAC, Apple realleges and incorporates by

21  reference each and every preceding paragraph of this Answer as if fully set forth herein.

22       306.    Responding to paragraph 306 of the FAC, Apple admits that Plaintiff Gulker has

23  brought a claim on behalf of himself and the Michigan Subclass as stated.  Apple denies that class

24  treatment is appropriate.

25       307.    Responding to paragraph 307 of the FAC, Apple states that insofar as allegations

26  in paragraph 307 state conclusions of law, no response thereto is required.  Apple denies the

27  remaining allegations in paragraph 307.

28

la-1418313

308.     Responding to paragraph 308 (including subparagraphs 308a through 308d) of the FAC, Apple states that to the extent paragraph 308 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Apple denies any characterization of the statute that is inconsistent with its content.  Apple further states that insofar as allegations in paragraph 308 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 308.

309.     Responding to paragraph 309 of the FAC, Apple states that insofar as allegations in paragraph 309 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 309.

310.     Responding to paragraph 310 of the FAC, Apple states that insofar as allegations in paragraph 310 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 310.

311.     Responding to paragraph 311 of the FAC, Apple states that insofar as allegations in paragraph 311 state conclusions of law, no response thereto is required.  Apple denies the remaining allegations in paragraph 311.

312.     Responding to paragraph 312 of the FAC, Apple admits Plaintiff Gulker seeks monetary relief and attorneys' fees.  Apple denies that Plaintiff Gulker has suffered any injury or is entitled to any relief in this action.  Apple denies the remaining allegations in paragraph 312.

## **PRAYER FOR RELIEF**

Apple denies that Plaintiffs are entitled to any of the requested relief, including the relief requested in paragraphs A through F under the section entitled "Prayer for Relief."

## **AFFIRMATIVE DEFENSES**

As to affirmative defenses to the FAC, Apple does not, by stating the matters set forth in these defenses, allege or admit that it has the burden of proof or persuasion with respect to any of these matters, and does not assume the burden of proof or persuasion on any matters as to which Plaintiffs have the burden of proof or persuasion.  The following affirmative defenses are based on Apple's knowledge, information, and belief at this time, and Apple specifically reserves the right to modify, amend, or supplement any affirmative defense contained in this Answer.  Apple

48

1  reserves the right to assert other defenses as information is gathered through discovery and

2  investigation.

3  **FIRST AFFIRMATIVE DEFENSE**
**(Lack of Standing)**

4

5  The claims of Plaintiffs and the claims of the purported class are barred, in whole or in

6  part, because they lack of standing to assert any or all of the causes of action alleged in the FAC,

7  including pursuant to standing requirements under specific state statutes.

8  **SECOND AFFIRMATIVE DEFENSE**
**(Waiver, Acquiescence, Estoppel)**

9

10  The FAC, and each of its purported causes of action, is barred, in whole or in part, by the

11  doctrines of waiver, acquiescence, or estoppel.

12  **THIRD AFFIRMATIVE DEFENSE**
**(Failure to Mitigate)**

13

14  Plaintiffs and the purported class have failed to mitigate damages, if any, including by

15  failing to take advantage of Apple's Keyboard Service Program.

16  **FOURTH AFFIRMATIVE DEFENSE**
**(Misuse)**

17

18  The claims of Plaintiffs and the claims of the purported class are barred by the doctrine of

19  misuse to the extent they misused or abused their MacBook, MacBook Pro, or MacBook Air.

20  **FIFTH AFFIRMATIVE DEFENSE**
**(Economic Loss Doctrine)**

21

22  The claims of Plaintiffs and the claims of the purported class are barred, in whole or in part,

23  by the Economic Loss Doctrine.

24  **SIXTH AFFIRMATIVE DEFENSE**
**(Offset)**

25

26  Any claims for damages or other monetary recovery by Plaintiffs or the purported class

27  must be offset and reduced by the value received.

28

1

2

**SEVENTH AFFIRMATIVE DEFENSE**
**(Adequate Remedy)**

3

4

Plaintiffs and the purported class have an adequate remedy at law for the claimed damages (if any) and cannot seek equitable relief.

5

6

**EIGHTH AFFIRMATIVE DEFENSE**
**(Statute of Limitations)**

7

8

The class definition includes putative class members whose claims are time-barred under the applicable statutes of limitations.

9

10

**NINTH AFFIRMATIVE DEFENSE**
**(Contractual Defenses)**

11

12

13

14

The claims of Plaintiffs and the claims of the purported class are barred, in whole or in part, by the terms of Apple's express warranty.  Further, the claims of the purported New Jersey subclass are barred to the extent that they occurred after the expiration of Apple's express warranty.

15

16

**TENTH AFFIRMATIVE DEFENSE**
**(California Civil Code Section 1784)**

17

18

19

20

21

Plaintiffs' claims, and those of the purported class, are barred, in whole or in part, because, although Apple denies each and every claim of Plaintiffs and the purported class and denies that it engaged in any wrongdoing or error of any kind, if any occurred, it was not intentional and occurred notwithstanding Apple's use of reasonable preventative procedures and Apple has made an appropriate correction, repair, replacement or other remedy.

22

23

**ELEVENTH AFFIRMATIVE DEFENSE**
**(Reasonableness)**

24

25

26

The claims of Plaintiffs and the claims of the purported class are barred because Apple's conduct was reasonable, including under the reasonableness standards pursuant to Washington Consumer Protection Act.  (Wash. Rev. Code § 19.86.920.)

27

**<u>DEMAND FOR JURY TRIAL</u>**

28

Apple hereby demands a trial by jury on all issues upon which trial by jury may be had.

50

1

## **PRAYER FOR RELIEF**

2       WHEREFORE, Apple prays for the following relief:

3       1.      That judgment on the FAC, and on each cause of action herein, be entered in favor

4   of Apple;

5       2.      That this Court finds that this suit cannot be maintained as a class action;

6       3.      That this Court denies Plaintiffs or the members of the purported Class and

7   Subclasses relief of any kind;

8       4.      That the request for equitable relief be denied;

9       5.      That Apple be awarded its costs incurred, including reasonable attorneys' fees; and

10      6.      For such other or further relief as this Court may deem just and proper.

11

12   Dated: December 18, 2019                MORRISON & FOERSTER LLP

13

14                                           By:  */s/ Purvi G. Patel*
                                                   Purvi G. Patel
15                                            ***Attorneys for Defendant Apple Inc.***

16

17

18

19

20

21

22

23

24

25

26

27

28

la-1418313