UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZIXUAN RAO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 5:18-cv-02813-EJD<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 177 |

This case is scheduled for a Case Management Conference on January 23, 2020. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Designation of Opening Class Certification Experts with Reports | May 7, 2020 |
| Designation of Rebuttal Class Certification Experts with Reports | May 28, 2020 |
| Class Certification Expert Discovery Cutoff | June 12, 2020 |
| Deadline to File Motion for Class Certification | June 25, 2020 |
| Hearing on Motion for Class Certification | 9:00 a.m. on September 10, 2020 |
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | September 28, 2020 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on October 8 |
| Fact Discovery Cutoff | November 2, 2020 |
| Designation of Opening Merits Experts with Reports | December 2, 2020 |
| Designation of Rebuttal Merits Experts with Reports | January 4, 2021 |
| Merits Expert Discovery Cutoff | January 15, 2021 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] *(see Section IV and V of Standing Order for Civil Cases)* and *Daubert* Motions | February 11, 2021 |
| Hearing on Anticipated Dispositive Motion(s) and *Daubert* Motions | 9:00 a.m. on April 29, 2021 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:18-cv-02813-EJD
CASE MANAGEMENT ORDER

and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

A further case management conference is set for April 30, 2020 at 10:00 a.m.  The parties shall file a joint further case management conference statement no later than April 20, 2020.

**IT IS SO ORDERED**.

Dated: January 14, 2020

_____
EDWARD J. DAVILA
United States District Judge