Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (pro hac vice)
Benjamin F. Johns (pro hac vice)
Andrew W. Ferich (pro hac vice)
Beena M. McDonald (pro hac vice)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
awf@chimicles.com
bmm@chimicles.com

*Interim Class Counsel*
[Additional counsel listed on signature page]

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
ppreovolos@mofo.com
cvetesi@mofo.com

Purvi G. Patel (SBN 270702)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
ppatel@mofo.com

Suzanne P. Marinkovich (SBN 311287)
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive
San Diego, California 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5125
smarinkovich@mofo.com

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE DECLARATION IN SUPPORT OF FILING UNDER SEAL PURSUANT TO LOCAL RULE 79-5(E)**<br><br>**[N.D. CAL. L.R. 6-2]**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed:  October 11, 2018<br>Am. Consol. Compl. Filed:  May 13, 2019<br>2nd Am. Consol. Compl. Filed:  July 2, 2020 |

1  Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant Apple Inc., by and through
2  their respective counsel, stipulate as follows:
3  WHEREAS, on August 14, 2020, Plaintiffs filed an Administrative Motion to File Under
4  Seal Plaintiffs' Motion for Class Certification (ECF No. 224), which posted at 12:14 a.m. on
5  August 15 but the Notice of Electronic Filing stated that the transaction was "filed on 8/14/2020";
6  WHEREAS, under Civil Local Rule 79-5(e)(1), if the filing occurred on August 14,
7  Apple's declaration in support of sealing material it has designated confidential would be due
8  August 18, 2020;
9  WHEREAS, Apple requires additional time beyond that provided by Local Rule 79-5(e)
10 to review Plaintiffs' Motion for Class Certification to determine which portions are properly
11 sealable, and to prepare and file a declaration pursuant to Local Rule 79-5(e) in support of sealing
12 (Vetesi Decl. ¶ 3);
13 WHEREAS, Plaintiffs are agreeable to Apple's request for an extension until
14 September 8, 2020 to file and serve a declaration in support of sealing pursuant to Local Rule 79-
15 5(d) and (e) (Vetesi Decl. ¶ 4);
16 WHEREAS, this requested extension will not impact the other case deadlines and Apple
17 does not seek the requested extension for delay or any other improper purpose (Vetesi Decl. ¶ 5);
18 THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's
19 approval, that the deadline for Apple to file and serve a declaration in support of sealing pursuant
20 to Local Rule 79-5(d) and (e) is extended to September 8, 2020.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ////
28 ///

| | | |
|---|---|---|
| 1 | Dated: August 17, 2020 | Respectfully submitted, |
| 2 | By: */s/ Steven A. Schwartz* | By: */s/ Claudia M. Vetesi* |
| 3 |     Daniel C. Girard<br>    Adam E. Polk | Penelope A. Preovolos (SBN 87607)<br>Claudia M. Vetesi (SBN 233485) |
| 4 |     Jordan Elias<br>    Simon S. Grille | **MORRISON & FOERSTER LLP**<br>425 Market Street |
| 5 | **GIRARD SHARP LLP** | San Francisco, California 94105-2482 |
| 6 | 601 California Street, Suite 1400<br>San Francisco, California 94108 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| 7 | Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846 | ppreovolos@mofo.com<br>cvetesi@mofo.com |
| 8 | dgirard@girardsharp.com | |
| 9 | apolk@girardsharp.com<br>jelias@girardsharp.com | Purvi G. Patel (SBN 270702)<br>**MORRISON & FOERSTER LLP** |
| 10 | sgrille@girardsharp.com | 707 Wilshire Boulevard<br>Los Angeles, California 90017-3543 |
| 11 | Steven A. Schwartz (pro hac vice) | Telephone: (213) 892-5200 |
| 12 | Benjamin F. Johns (pro hac vice)<br>Andrew W. Ferich (pro hac vice) | Facsimile: (213) 892-5454<br>ppatel@mofo.com |
| 13 | Beena M. McDonald (pro hac vice) | |
| 14 | **CHIMICLES SCHWARTZ<br>KRINER & DONALDSON-SMITH<br>LLP** | Suzanne P. Marinkovich (SBN 311287)<br>**MORRISON & FOERSTER LLP**<br>12531 High Bluff Drive |
| 15 | 361 W. Lancaster Avenue | San Diego, California 92130<br>Telephone: (858) 720-5700 |
| 16 | Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500 | Facsimile: (858) 720-5125<br>smarinkovich@mofo.com |
| 17 | Facsimile: (610) 649-3633<br>sas@chimicles.com | |
| 18 | bfj@chimicles.com | *Attorneys for Defendant Apple Inc.* |
| 19 | awf@chimicles.com<br>bmm@chimicles.com | |
| 20 | *Interim Class Counsel* | |
| 21 | | |
| 22 | | |
| 23 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** | |
| 24 | | |
| 25 | Date: _____, 2020 | |
| 26 | |   Hon. Edward J. Davila |
| 27 | |   United States District Judge |
| 28 | | |

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR APPLE TO FILE SEALING DECLARATION
CASE NO. 5:18-CV-02813-EJD-VKD
sf-4320564

**ECF ATTESTATION**

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file the foregoing document. I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Steven A. Schwartz, Interim Class Counsel, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 17, 2020    MORRISON & FOERSTER LLP

By: */s/ Claudia M. Vetesi*
Claudia M. Vetesi

***Attorneys for Defendant Apple Inc.***

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR APPLE TO FILE SEALING DECLARATION
CASE NO. 5:18-CV-02813-EJD-VKD
sf-4320564