| | |
|---|---|
| Daniel C. Girard (SBN 114826)<br>Jordan Elias (SBN 228731)<br>Adam E. Polk (SBN 273000)<br>Simon S. Grille (SBN 294914)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>dgirard@girardsharp.com<br>jelias@girardsharp.com<br>apolk@girardsharp.com<br>sgrille@girardsharp.com<br><br>Steven A. Schwartz (pro hac vice)<br>Benjamin F. Johns (pro hac vice)<br>Andrew W. Ferich (pro hac vice)<br>Beena M. McDonald (pro hac vice)<br>**CHIMICLES SCHWARTZ KRINER**<br>**& DONALDSON-SMITH LLP**<br>One Haverford Centre<br>361 W. Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>sas@chimicles.com<br>bfj@chimicles.com<br>awf@chimicles.com<br>bmm@chimicles.com<br><br>*Interim Class Counsel*<br>[Additional counsel listed on signature page] | Penelope A. Preovolos (SBN 87607)<br>Claudia M. Vetesi (SBN 233485)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>ppreovolos@mofo.com<br>cvetesi@mofo.com<br><br>Purvi G. Patel (SBN 270702)<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>ppatel@mofo.com<br><br>Suzanne P. Marinkovich (SBN 311287)<br>**MORRISON & FOERSTER LLP**<br>12531 High Bluff Drive<br>San Diego, California 92130<br>Telephone: (858) 720-5700<br>Facsimile: (858) 720-5125<br>smarinkovich@mofo.com<br><br>*Counsel for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE DECLARATION IN SUPPORT OF FILING UNDER SEAL PURSUANT TO LOCAL RULE 79-5(E)**<br><br>**[N.D. CAL. L.R. 6-2]**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2nd Am. Consol. Compl. Filed: July 2, 2020 |

1  Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant Apple Inc., by and through
2  their respective counsel, stipulate as follows:
3  WHEREAS, on August 14, 2020, Plaintiffs filed an Administrative Motion to File Under
4  Seal Plaintiffs' Motion for Class Certification (ECF No. 224), which posted at 12:14 a.m. on
5  August 15 but the Notice of Electronic Filing stated that the transaction was "filed on 8/14/2020";
6  WHEREAS, under Civil Local Rule 79-5(e)(1), if the filing occurred on August 14,
7  Apple's declaration in support of sealing material it has designated confidential would be due
8  August 18, 2020;
9  WHEREAS, Apple requires additional time beyond that provided by Local Rule 79-5(e)
10 to review Plaintiffs' Motion for Class Certification to determine which portions are properly
11 sealable, and to prepare and file a declaration pursuant to Local Rule 79-5(e) in support of sealing
12 (Vetesi Decl. ¶ 3);
13 WHEREAS, Plaintiffs are agreeable to Apple's request for an extension until
14 September 8, 2020 to file and serve a declaration in support of sealing pursuant to Local Rule 79-
15 5(d) and (e) (Vetesi Decl. ¶ 4);
16 WHEREAS, this requested extension will not impact the other case deadlines and Apple
17 does not seek the requested extension for delay or any other improper purpose (Vetesi Decl. ¶ 5);
18 THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's
19 approval, that the deadline for Apple to file and serve a declaration in support of sealing pursuant
20 to Local Rule 79-5(d) and (e) is extended to September 8, 2020.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ////
28 ///

| | |
|---|---|
| Dated: August 17, 2020 | Respectfully submitted, |
| By: */s/ Steven A. Schwartz* | By: */s/ Claudia M. Vetesi* |
| Daniel C. Girard<br>Adam E. Polk<br>Jordan Elias<br>Simon S. Grille<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>jelias@girardsharp.com<br>sgrille@girardsharp.com<br><br>Steven A. Schwartz (pro hac vice)<br>Benjamin F. Johns (pro hac vice)<br>Andrew W. Ferich (pro hac vice)<br>Beena M. McDonald (pro hac vice)<br>**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**<br>361 W. Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633<br>sas@chimicles.com<br>bfj@chimicles.com<br>awf@chimicles.com<br>bmm@chimicles.com<br><br>*Interim Class Counsel* | Penelope A. Preovolos (SBN 87607)<br>Claudia M. Vetesi (SBN 233485)<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>ppreovolos@mofo.com<br>cvetesi@mofo.com<br><br>Purvi G. Patel (SBN 270702)<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>ppatel@mofo.com<br><br>Suzanne P. Marinkovich (SBN 311287)<br>**MORRISON & FOERSTER LLP**<br>12531 High Bluff Drive<br>San Diego, California 92130<br>Telephone: (858) 720-5700<br>Facsimile: (858) 720-5125<br>smarinkovich@mofo.com<br><br>*Attorneys for Defendant Apple Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____August 18_____, 2020

_____
Hon. Edward J. Davila
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR APPLE TO FILE SEALING DECLARATION
CASE NO. 5:18-CV-02813-EJD-VKD
sf-4320564