EXHIBIT L

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4

 5

 6   IN RE:  MACBOOK KEYBOARD    ) Case No.

 7   LITIGATION                  ) 5:18-cv-02813-EJD-VKD

 8   _____)

 9

10                  *** CONFIDENTIAL ***

11

12

13

14

15      VIDEOTAPED VIDEOCONFERENCE DEPOSITION

16                   LORENZO FERGUSON

17              Wednesday, August 26, 2020

18                       Volume I

19

20   Reported by:

21   CARLA SOARES

22   CSR No. 5908

23   Job No. 4199899

24

25   Pages 1 - 227
```

Page 1

CONFIDENTIAL

```
1    APPEARANCES VIA VIDEOCONFERENCE:
2
3    For the Plaintiffs:
4            CHIMICLES SCHWARTZ KRINER &
5            DONALDSON-SMITH LLP
6            BY:  BEENA M. McDONALD, Attorney at Law
7            BY:  BENJAMIN JOHNS, Attorney at Law
8            361 W. Lancaster Avenue
9            Haverford, Pennsylvania 19041
10           610.642.8500
11           bmm@chimicles.com
12           bjf@chimicles.com
13
14
15           GIRARD SHARP LLP
16           BY:  SIMON S. GRILLE, Attorney at Law
17           601 California Street, Suite 1400
18           San Francisco, California 94108
19           415.981.4800
20           sgrille@girardsharp.com
21
22
23
24
25
```

```
1    APPEARANCES VIA VIDEOCONFERENCE (Continued):
2
3    For the Defendant:
4              MORRISON & FOERSTER LLP
5              BY:   SUZY MARINKOVICH, Attorney at Law
6              BY:   CLAUDIA M. VETESI, Attorney at Law
7              BY:   BRITTANY SCHEINOK, Attorney at Law
8              425 Market Street
9              San Francisco, California 94105
10             415.268.7000
11             smarinkovich@mofo.com
12             cvetesi@mofo.com
13             bscheinok@mofo.com
14
15
16   ALSO PRESENT:   Pami Vyas, Apple In-House Counsel
17                   Madeline Landry, Chimicles
18                   Troy Johnson, Video Operator
19
20                      --oOo--
21
22
23
24
25
```

Page 4

1   that you had the external keyboard, right?
2      A   It was after.
3      Q   Okay.  Did you end up using the iPad Pro
4   for some of the things that you would have used the
5   MacBook Pro for?
6      A   Yes.  Definitely.  That's -- the iPad Pro
7   was purchased to essentially be the replacement,
8   especially when it came to travel.
9      Q   Okay.  So I understand that you bought an
10  external keyboard for the MacBook Pro and then also
11  the iPad Pro with the Folio, correct?
12     A   That is correct.
13     Q   And so how did you use -- having both of
14  those, how did you use the MacBook Pro with the
15  keyboard once you also had the iPad with the Folio?
16         MS. McDONALD:  Objection to form.
17         THE WITNESS:  So to clarify, the Magic
18  Keyboard was purchased because the -- after taking
19  this -- the MacBook in multiple times to the Genius
20  Bar and effectively having no resolution to where
21  they would temporarily fix it -- the keys would work
22  for a while, then they'd stop working -- after that,
23  I just got tired of using it altogether so I
24  purchased an external keyboard so for when I'm home,
25  I could use the external keyboard in replacement of

Page 92

1  the actual MacBook's keyboard itself, which allowed
2  me to use it almost as normal.
3          The problem came when I had to travel,
4  because I often travel to visit family, visit my
5  fiancee's family.  So therefore, having that
6  keyboard on a plane is not a cool thing to have.
7  It's very inconvenient.  It's cumbersome.  It's just
8  not good.
9          So therefore, I purchased the iPad Pro for
10 that very reason, to use specifically for when
11 traveling, or sometimes if I'm home.  You know, if I
12 wanted to just sit on the couch, I don't want to sit
13 on the couch with a laptop and a keyboard in my
14 laptop.  It's not convenient.  So therefore the iPad
15 Pro, it became much more widely used as a result.
16 BY MS. MARINKOVICH:
17      Q   Got it.
18          So you used the iPad Pro with the Folio
19 kind of as your more portable laptop and the MacBook
20 Pro as more sort of a desktop?
21      A   Correct.  The MacBook Pro was essentially
22 relegated to desktop status.
23      Q   Okay.  So just -- after you purchased
24 this -- this MacBook Pro on February 24th, 2017,
25 what happened next?  What was your experience like?

```
 1   102 on pages 15 and 16, if you want to turn down
 2   there.  And then let me know if you had a chance to
 3   review these before it was filed.
 4        A    Yes.
 5        Q    And then did you update this -- the fact
 6   background here to include anything -- any new
 7   developments since the last complaint?
 8             MS. McDONALD:  Objection as to form.
 9   Calls for attorney-client privilege.
10             I'm going to instruct you not to answer,
11   Lorenzo.
12   BY MS. MARINKOVICH:
13        Q    And Lorenzo, turning to paragraph -- let's
14   see here -- 17, that would be on page 3.  Let me
15   know when you get there.
16        A    Yes.
17        Q    It says "Plaintiff Lorenzo Ferguson was a
18   citizen and resident of Jersey City, New Jersey,
19   when the events alleged in this complaint occurred.
20   He now resides in New York, New York."
21             Did you move between the time -- the
22   complaint before this and this complaint?
23        A    Yes.
24        Q    And then taking a look down at those
25   paragraphs, 95 to 102, we discussed this with the
```

1    last complaint.  But at paragraph 95, that's -- did
2    you have -- for paragraph 95, this is the one where
3    it says "On February 21st, Mr. Ferguson purchased
4    the MacBook Pro in New Jersey."
5            And then as we discussed, there was the
6    exchange that occurred on the 24th for the new
7    MacBook Pro at the Apple Store, correct?
8        A   Yes.  And -- exactly as clarified.
9    Essentially, this was purchased and shipped to me in
10   New Jersey.  I took it and exchanged it in the World
11   Trade Center store, which is the closest one to me.
12   So correct.
13       Q   Okay.  And then as we discussed on
14   paragraph 97, the October 2017 dates, those are the
15   ones that might have been in some months later
16   according to the Apple records, correct?
17           MS. McDONALD:  Objection as to form.
18           THE WITNESS:  Yes, that might be correct.
19   BY MS. MARINKOVICH:
20       Q   And then turning to paragraph 102 where it
21   says "Mr. Ferguson still has his MacBook," that "the
22   keyboard issues became so bad in May 2019, Mr.
23   Ferguson had to purchase an external Bluetooth
24   keyboard for approximately 149 so he would have a
25   reliable keyboard," did you disclose to your

Page 185

```
1    attorneys that you had had a top case replacement
2    around that time as well?
3              MS. McDONALD:  Objection as to form.
4    Calls for attorney-client privilege.
5              You do not have to answer that question.
6    I instruct you not to.
7    BY MS. MARINKOVICH:
8         Q   Mr. Ferguson, did you -- did you want to
9    include language about participating in the top
10   case -- in the keyboard service program in the
11   paragraphs of your complaint?
12             MS. McDONALD:  Objection as to form.
13   Calls for attorney-client privileged communication.
14             Instruct you not to answer.
15   BY MS. MARINKOVICH:
16        Q   And then taking a look at the remainder of
17   the second amended complaint, do you understand what
18   the overall differences are between this one and the
19   last one?
20             MS. McDONALD:  Objection as to form.
21             You can answer if you know.
22             THE WITNESS:  Not necessarily.
23   BY MS. MARINKOVICH:
24        Q   So you don't understand if there are any
25   differences between this -- the allegations in this
```

Page 186

1  complaint and the one that we looked at that was
2  from the middle of 2019?
3         MS. McDONALD:  Objection as to form.
4  Objection as to form.
5         You can answer if you know.
6         THE WITNESS:  So when it comes to the
7  overall structure as to what happened to me in
8  regards to me having to go to the Genius Bar
9  multiple times for a keyboard that continued to
10 fail, then yes, I do understand that this all
11 appeared in sync to me, and that's what I was
12 looking for.
13        I wanted to ensure that my story was told,
14 the amount of just annoyance and suffering that I
15 had to go through as a result of this entire debacle
16 with Apple.
17        So that's what I looked at, and that was
18 accurate, and that is what I went by, and that is
19 what I signed off on.
20 BY MS. MARINKOVICH:
21     Q  And it's true that paragraph 102 does not
22 include that you participated in getting a top case
23 repair from Apple, correct?
24        MS. McDONALD:  Objection as to form.
25        You can answer, Lorenzo.

Page 187

```
 1              THE WITNESS:  That is correct.
 2   Nonetheless, it doesn't change that at the end of
 3   the day, the keyboard still does not work.
 4              So yes, the top case part is not mentioned
 5   there.  However, at the end of the day, everything
 6   else is true.  And once again, the keyboard is still
 7   not functioning despite the top case replacement.
 8   BY MS. MARINKOVICH:
 9        Q    Are you aware that in this case you filed
10   suit not only on behalf of yourself but on behalf of
11   a class?
12        A    Yes, I'm aware.
13        Q    What's your understanding of that?
14        A    I understand that I represent not only
15   myself but anyone else that is having this exact
16   same issue with their keyboards.
17        Q    And do you understand that you represent a
18   class of New Jersey consumers?
19             MS. McDONALD:  Object as to form.
20             You can answer if you know.
21             THE WITNESS:  Yes, I do.
22   BY MS. MARINKOVICH:
23        Q    And what do you understand your
24   responsibilities to be as the class representative?
25        A    I understand that I'm the voice of
```

Page 188

1  those -- for not only myself, but for those that
2  obviously are not going to be here today, for the
3  countless other people that have the exact same
4  issue as me.
5           Unfortunately, not everyone is able to
6  speak out in regards to just how horrendous this
7  experience has been for people that bought this
8  butterfly keyboard.  So therefore, I am here today
9  to speak on their behalf, to be their voice.
10      Q   And what makes you qualified to represent
11 New Jersey purchasers of MacBooks with the butterfly
12 keyboard?
13      A   Because when this MacBook was purchased, I
14 lived in New Jersey.  It was shipped to me in
15 New Jersey, and I used it in New Jersey for the time
16 of -- for the period of time that I was actually
17 there.
18          And I experienced many of those issues
19 while I lived in New Jersey, so therefore, as a
20 result of that, I do represent the people of
21 New Jersey that have had this issue.
22      Q   Just to clarify, you said that you -- the
23 MacBook that you had issues with was shipped to you
24 in New Jersey.
25          Earlier, you testified that the MacBook

```
 1   that you had issues with you picked up at the Apple
 2   Store at the World Trade Center; is that correct?
 3        A    Okay.  If we're going to go into
 4   specifics, as reiterated before, the MacBook that
 5   was shipped to me was taken into the World Trade
 6   Center store in New York City because of a scratch,
 7   and I had it exchanged.  It was a direct exchange.
 8   So therefore, that laptop was -- was correct.
 9        Q    Okay.  So just -- yeah.  I'm just trying
10   to clarify.
11             So the MacBook that gave you issues that
12   are the basis of the paragraphs in your complaint
13   concerning the butterfly keyboard issues was the one
14   that you picked up at the Apple Store in New York,
15   correct?
16        A    Yes.  It was the exchanged MacBook.  Yes.
17   A direct exchange, correct, since there were no
18   stores next to me in Jersey City.
19        Q    Let's take a look back at the -- let's see
20   what exhibit?  Apologies.  Exhibit 33.
21             When you have a moment, let me know when
22   that gets pulled up.
23        A    It's pulled up.
24        Q    Okay.  Great.
25             And then just taking a look at this, this
```

1  is the receipt for that exchange you referred to,
2  correct?
3       A    That is correct.
4       Q    And then looking down, it says "In-store
5  Purchases," correct?
6       A    Correct.
7       Q    And then down at the "Amount Paid," it
8  says "Amount Paid," and it has those last four
9  digits, 1007.  Is that your credit card number?
10      A    Yes.  That was my Amex.
11      Q    Okay.  So going back to talking about the
12 role of the class representative, what makes you --
13 why do you feel like you're best suited to represent
14 the class of New Jersey purchasers?
15      A    The MacBook -- the original MacBook was
16 purchased in New Jersey.  It was exchanged in
17 New York City because, you know, I don't have a
18 car --
19      Q    Sorry, Lorenzo.  I'm not asking about the
20 purchase.  I'm just asking you what's making you
21 qualified to be a representative.
22      A    Because the MacBook was still --
23           MS. McDONALD:  Hold on, Lorenzo.  One
24 second.
25           I'm going to object as to form.  And Suzy,

Page 191

```
1    I would ask that you please allow him to finish his
2    answer before you start another question.  Objection
3    to form.
4              Lorenzo, if you remember the question, you
5    can answer.
6              THE WITNESS:  Because the MacBook that I
7    purchased was shipped to me in New Jersey.  Because
8    of a manufacturer defect, yet another one, now that
9    I think about it, as a result of a manufacturer
10   defect by Apple, I had to exchange it at the closest
11   Apple Store that was available to me.
12             Seeing that I do not have a car, and that
13   the World Trade Center store is essentially 15
14   minutes away, I went to the New York City store to
15   exchange it.
16             So while semantically, yes, the MacBook in
17   question was exchanged within New York City, I still
18   used that MacBook Pro within New Jersey for an
19   extended period of time.  And so therefore, because
20   of my residency, I -- I represent the people of
21   New Jersey.
22   BY MS. MARINKOVICH:
23       Q   Okay.  Actually, I'm not asking, though,
24   about where you purchased.  I'm asking what makes
25   you personally qualified to be a representative for
```

```
 1   the class?
 2           MS. McDONALD:  Objection as to form.
 3   Asked and answered.
 4           THE WITNESS:  That's also not the same
 5   question.
 6           As a representative of the class -- I've
 7   already answered that before.  You were asking about
 8   the people in New Jersey.
 9           But as aforementioned, in regards to the
10   representative of the class, I represent them
11   because I, along with the rest of them, have
12   experienced many of the same frustrations and issues
13   as a response [sic].  This just debacle with this
14   keyboard that was advertised as being responsive,
15   highly responsive, and, in fact, it proved to be the
16   opposite.  It's unresponsive and unreliable.
17           So because of that experience that I've
18   been through, along with the experience of other
19   people, I represent them because they unfortunately
20   are not able to speak on their behalf.
21   BY MS. MARINKOVICH:
22      Q   What do you understand your obligations
23   are as a class representative?
24      A   My obligations are to represent my
25   experiences, consult with my attorneys, and do what
```

Page 193

```
 1    is necessary in order to show what my experience has
 2    been and to speak on behalf of others that have had
 3    similar experiences so that Apple is fully aware of
 4    what they have done to us.
 5              You know, we were promised a certain
 6    product.  We purchased this MacBook on the
 7    assumption of what Apple promised us, and we were
 8    given a false promise.
 9              We would not have purchased -- many would
10    not have purchased this.  I personally would not
11    have purchased this MacBook if I knew that it had a
12    faulty keyboard, because I would not want to be
13    wasting, you know, hours of my life chasing around a
14    keyboard that just, at the end of the day, would not
15    work no matter what I do to it.
16              So that's my answer.
17        Q    What promises do you think Apple made you?
18        A    A responsive keyboard.  At the end of the
19    day, that's why I'm here.
20              They made many promises, but I'm sitting
21    here on the basis of a responsive keyboard, which
22    they promised to be responsive, and, well, as we
23    know, it's not responsive.
24              And this is a perfect example as to why
25    it's not responsive.  I'm using an external keyboard
```

```
 1   representative incentive fee or award?
 2        A    No, I have not.
 3        Q    What do you personally hope to get out of
 4   this lawsuit?
 5        A    As aforementioned, I want to ensure that
 6   Apple takes care of the injuries and the -- just the
 7   problems that they've caused us.  I want to ensure
 8   that we have an appropriate remedy for what has been
 9   done.
10             You know, I spent over two grand on this
11   laptop.  I overpaid for this laptop by over two
12   grand, essentially.  As aforementioned, I would not
13   have purchased this laptop if I knew this was going
14   to be a faulty keyboard.  And I'm certain that
15   thousands and millions of other people would not
16   have wasted, you know, whatever they spent on a
17   MacBook with a butterfly mechanic if they knew that
18   the butterfly mechanic just did not work.
19             So therefore, that is what I expect to get
20   from Apple.
21        Q    What's your basis for thousands and
22   millions of other people have experienced the same
23   issue?
24        A    I don't have exact numbers, but I imagine
25   that there have been thousands of people that have
```

Page 196

```
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4              That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12              Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [X] was not requested.
16              I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21              Dated: 8/31/2020
22
23
24              /s/ Carla Soares
25              CARLA SOARES, CSR No. 5908
```

Page 227