# FILED UNDER SEAL

# EXHIBIT M

# FILED UNDER SEAL

# EXHIBIT N

# FILED UNDER SEAL

# EXHIBIT O

# FILED UNDER SEAL

# EXHIBIT P