EXHIBIT Q

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4                     --oOo--

5

6    IN RE:  MACBOOK KEYBOARD     Case No.

7    LITIGATION                   5:18-cv-02813-EJD-VKD

8    _____/

9

10

11

12       CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

13

14     VIDEO-RECORDED DEPOSITION BENJAMIN GULKER

15                VERITEXT VIRTUAL

16           TUESDAY, SEPTEMBER 8, 2020

17

18

19

20

21

22   Job No.  4248947

23   Reported by:

24   Anrae Wimberley, CSR No. 7778

25   Pages 1 - 196

                                        Page 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | when you read the article we were discussing | 03:33:19 |
| 2 | earlier, but just the issue that you were just | |
| 3 | describing. | |
| 4 | A.   Okay.  So that would be personal | |
| 5 | experience.  The keyboard on the MacBook failed. | 03:33:29 |
| 6 | The failures first occurred in the spring of 2017. | |
| 7 | So that would have been the first -- when I learned | |
| 8 | of it, was the personal experience of having it | |
| 9 | fail. | |
| 10 | Q.   And what are your claims in this lawsuit, | 03:33:51 |
| 11 | specifically? | |
| 12 | MR. GRILLE:  Object to form. | |
| 13 | THE WITNESS:  I did not hear the first part of | |
| 14 | your question.  I'm sorry.  Can I have just a moment | |
| 15 | to turn up the audio because I'm missing parts of | 03:34:04 |
| 16 | what you're saying. | |
| 17 | BY MS. MARINKOVICH: | |
| 18 | Q.   Yeah.  Sure. | |
| 19 | A.   Okay.  If you could repeat the question, | |
| 20 | that would help me. | 03:34:14 |
| 21 | Q.   Sure. | |
| 22 | What are your claims in this lawsuit | |
| 23 | specifically? | |
| 24 | A.   So the claim is that the keyboard -- the | |
| 25 | butterfly keyboard in these MacBooks is defective. | 03:34:28 |

Page 31

1    Apple didn't disclose that to me and to other                03:34:34

2    customers.  We wouldn't have purchased these laptops

3    had we understood that defect, or we would not have

4    paid full price.  We would have paid a lot less for

5    these MacBooks if we understood how defective the           03:34:49

6    keyboard was.

7         Q.   And how have you been harmed?

8         A.   So it's an economic and financial

9    hardship.  We have a computer that to this day is

10   still defective that we paid full price for.  I'm          03:35:14

11   alleging it's not worth what we paid for it.

12        Q.   You say "we."  Just so I understand, do

13   you mean the class or yourself?

14        A.   I mean myself.

15        Q.   Got it.                                           03:35:36

16             And was it your idea to file this lawsuit?

17        MR. GRILLE:  Object to the form.

18        THE WITNESS:  It was my idea to file the

19   lawsuit, yes.

20   BY MS. MARINKOVICH:                                         03:35:51

21        Q.   Did you talk with anyone else besides your

22   attorneys about whether to file this lawsuit?

23        A.   Yes.

24        Q.   Who else did you talk to?

25        A.   I talked to my wife.                              03:36:06

                                                      Page 32

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    it.  I don't recall if I put my Apple ID or my         04:23:01

 2    wife's.

 3         Q.   So it could have been your wife's Apple

 4    ID?

 5         A.   It would have been mine or hers.  Those       04:23:10

 6    are the only two options.

 7         Q.   Did you purchase it yourself?

 8         A.   Yes.

 9         Q.   Did you use your credit card?

10         A.   Yes.                                          04:23:21

11         Q.   And this notebook that you purchased, do

12    you recall what model it was?

13         A.   Yes.  This was a MacBook.

14         Q.   And why did you decide to purchase a

15    MacBook this time, having had MacBook Pros before?      04:23:42

16         A.   At the time, there wasn't just one reason.

17    I would say that the mobility of the MacBook was the

18    primary reason.

19         Q.   Any other reasons besides the mobility?

20         A.   At the time that we purchased it, if I        04:24:25

21    recall correctly, the MacBook Air models and the

22    MacBook Pro models were becoming dated.  They were

23    showing their age in terms of the hardware that was

24    on offer at the time.  So I would say that was

25    probably the second most important reason.  The         04:24:49
```

Page 54

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    Several hours a day, four days a week for work and          04:33:24

2    then -- yeah, several hours a day, four days a week.

3         Q.   And so does she use it primarily for work

4    or for personal?

5         A.   I mean, it's pretty close to split down        04:33:43

6    the middle between work and personal use, with both

7    of us using it on the personal side, her using it

8    exclusively on the business side.

9         Q.   And how often do you use it in a

10   particular week these days?                               04:34:02

11        A.   I would say I use it weekly, primarily on

12   weekends, several times a week, but in a very

13   different way.

14        Q.   How do you use it?

15        A.   I maintain all of the software updates, so     04:34:28

16   I do that weekly.  It's used as a place to do photo

17   management and media management for our family.  So

18   I would include in that usage the things that I do.

19   Photo albums, digital and hard copy, I would

20   consider usage when we're using that connected to        04:34:58

21   our TV.  I manage all of those tasks and processes.

22   So just normal personal use; multimedia, video,

23   photos, sometimes web browsing.

24        Q.   Got it.

25             And then do you -- so you mentioned that       04:35:21

Page 60

1    you purchased a fourth MacBook.                          04:35:27

2         When was that?

3         A.   So that was purchased -- I believe it was

4    February of 2019.

5         Q.   How do you use that MacBook?                   04:35:38

6         A.   That MacBook is exclusively for personal

7    use, so the same types of uses I just described.

8    And it kind of depends on which one is closer at any

9    given moment.

10        Q.   Got it.                                        04:36:00

11             So you would say you use both your

12   MacBook Pro February 2019 and your 2016 MacBook

13   equally?

14        A.   I probably use -- me personally, I

15   probably use the 2019 a bit more, but not            04:36:25

16   exclusively.  I use both of them.

17        Q.   And what about your wife?

18        A.   She uses the 2019 model less than I use

19   the 2016 model.  But she does use it, just not as

20   much as she uses the 2016.  She uses the 2016 more   04:36:58

21   than the 2019.

22        Q.   Got it.

23             Sounds like she uses the 2016 more than

24   you use the 2016, and you use the 2019 more than she

25   uses the 2019.                                        04:37:12

Page 61

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Is that fair to say?                    04:37:14
 2         A.    The second part of that is fair to say.
 3    I'm not sure I would say that she uses -- well, she
 4    uses it -- she uses the 2016 more than I do -- yeah,
 5    so I guess that would be fair to say, but I would    04:37:30
 6    want to parse out . . .
 7         Q.    Yeah.   Yeah.   That's fine.   And I think
 8    you explained earlier that you use the 2016 a lot as
 9    well.
10              So why do you use the 2019 more?          04:37:44
11         A.    There are certain tasks that I do on this
12    computer that are better suited to this computer
13    because it's more powerful.
14         Q.    And why did you decide to purchase the
15    2019 -- the MacBook Pro in 2019?                     04:38:10
16         A.    The computer that I was using previously
17    died.   So that was, I think, Computer No. 1 that we
18    were discussing.   That computer stopped working and
19    I chose to get a new computer.
20         Q.    Got it.                                   04:38:29
21              And why did you pick the -- a MacBook Pro
22    versus a MacBook -- in the 2019 purchase, a MacBook
23    or a MacBook Air?
24         A.    Just to be clear, those weren't the only
25    things that I was choosing from for this 2019        04:38:58
```

Page 62

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1   purchase.                                           04:39:01

 2        Q.   Yeah.   I'll go over non-Apple products as

 3   well.

 4        A.   Okay.

 5        Q.   Let's just start with why you picked       04:39:06

 6   MacBook Pro over an Air or a MacBook.

 7        A.   Okay.   I was also considering a Mac Mini,

 8   and I do want that to get out there as well.   So

 9   there was a Mac Mini and then the other models you

10   just mentioned.   This particular computer, in terms   04:39:26

11   of the specifications of the computer matched what I

12   was looking for.   And it happened to be a fairly --

13   fairly significant sale price.   So essentially

14   AppleCare+ got thrown in for free.

15             So I researched this one fairly            04:39:55

16   extensively, felt that it would meet my needs.   And,

17   again, the relatively steep discount for an Apple

18   product anyway was a pretty important factor.

19        Q.   And you mentioned the -- that there may

20   have been other models outside Apple that you were    04:40:16

21   considering at that time.

22             Which ones were you considering?

23        A.   So this one I can say for sure was the

24   Microsoft Surface Book, so that was Microsoft's

25   touch screen notebook form factor.   So that -- I     04:40:31
```

Page 63

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    believe that was the only non-Mac, non-Apple          04:40:39

2    computer that I was considering.

3         Q.    And why did you pick the MacBook Pro over

4    that one this time?

5         A.    So price was definitely a consideration.   04:40:59

6    I felt this was a fairly steep discount as far as

7    Apple products go.   I would say, at that point in

8    time, I still remained fairly skeptical of -- after

9    doing the research into the Surface Book, I guess I

10   sort of was skeptical that Microsoft had really       04:41:26

11   pulled it off from a user experience perspective

12   with Windows 10 and a touch screen and decided I

13   wasn't ready to make that big of a purchase on a

14   hardware/software combination I didn't feel great

15   about.                                                04:41:43

16        Q.    Got it.

17              And this last -- this MacBook Pro

18   February 2019, is that this one registered to you?

19        A.    If we're still talking about Apple IDs,

20   then, yes, this one is connected to my Apple ID.      04:42:01

21        Q.    Yes, we are.

22              And do you still use this one?

23        A.    Yes.

24        Q.    Did you review any materials about the

25   MacBook Pro in February 2019 before purchasing that   04:42:26

Page 64

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    one?                                                    04:42:29

2         A.    Yes, I did.

3         Q.    What materials did you review?

4         A.    So, again, this would have been a very

5    similar process to the 2016 purchase.   I visited the   04:42:39

6    Apple Store numerous times, spoke with different

7    employees each time I was there, reviewed all of the

8    various specs and comparison documentation that

9    Apple puts on its display computers that you can

10   just see right from the desktop.                        04:43:03

11        And then I reviewed Apple's website very

12   thoroughly.   Given the experience I had had with the

13   2016 keyboard, I had some pretty significant

14   apprehensions about getting another butterfly

15   keyboard device.   But I reviewed Apple's             04:43:24

16   documentation on their claims about how it had

17   become better and more reliable and it was sort of a

18   new generation of keyboard, et cetera, prior to

19   making the purchase.

20        Q.    So did those -- those representations       04:43:41

21   factor into your decision to buy it?

22        A.    I mean, Apple's claims about the keyboard

23   specifically, yes, those were important to my

24   decision-making practice and my purchasing process.

25        Q.    Okay.   And outside of these four MacBooks   04:44:05

Page 65

1    reviewed.  And I believe it would have brought me to    05:13:03

2    this page or a page essentially identical to it.

3        Q.   And is there anything in particular in

4    this advertisement that factored into your decision

5    to purchase the MacBook?  You can feel free to take    05:13:17

6    your time to look at it.

7        A.   Sure.  I'm going to look at it page by

8    page.  I mentioned the words "thinner and lighter."

9    That shows up on the first page of this exhibit.

10        (Witness reviews document.)    05:13:36

11        A.   Okay.  As I'm reviewing page 2, I do

12    recall "full-size keyboard" being an important

13    factor in the decision.

14        On page 5, I recall retina display being

15    important and also 12-inch.  So that first sentence,    05:14:10

16    "the 12-inch retina display," that phrase would have

17    been important.

18        On the bottom of page 9, "thin and light

19    enclosure," back to "thin and light."  There's also

20    some discussion of efficient, optimized processors.    05:14:44

21    That would have been important.

22        Q.   Got it.

23        A.   Using as little power as possible would

24    have directly impacted my considerations around

25    battery life.    05:14:59

Page 83

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        A.   Yes.                                06:20:33

2        Q.   Do you recall when that was?

3        A.   I know that we produced the receipt for

4   that, which has the date of purchase on it.  From

5   memory, I don't recall.                       06:20:47

6        Q.   Do you recall if it was before or after

7   the repairs?

8        A.   Not from memory.

9        Q.   And do you use that keyboard?

10       A.   Yes.                                06:21:01

11       Q.   How often?

12       A.   Weekly.

13       Q.   Are there times that you use the laptop

14   without the keyboard?  External keyboard, I mean.

15       A.   Yes.                                06:21:28

16       Q.   And what governs whether or not you use

17   the external keyboard versus the one on the

18   notebook?

19       A.   Whether the external keyboard is charged,

20   whether it's charging.  Most importantly I would say   06:21:47

21   location, where the computer is being used.  If the

22   computer is sitting on a desk, for example, it's

23   more conducive to using an external keyboard;

24   whereas, if it's sitting on a lap desk while sitting

25   on the couch, that's a lot less feasible to use an   06:22:11
```

Page 111

1    external keyboard.                                    06:22:15

2         Q.   Since you bought the external keyboard,

3    would you say you use it with the -- like of the

4    time that you use the notebook, do you use it

5    80 percent of the time that you use the notebook or   06:22:25

6    20 percent?

7         MR. GRILLE:  Object to form.

8         THE WITNESS:  I would say it has much more to

9    do with the task the computer is being used for

10   rather than some percentage of time.  It depends on   06:22:43

11   what the task is.

12   BY MS. MARINKOVICH:

13        Q.   So I guess I'm just trying to understand

14   how often you use it.  So we can -- you know, in

15   terms of hours per week -- for example, you           06:22:54

16   mentioned that your wife, pre-COVID times, would

17   take it to work and use it four to five hours a day.

18   Would she bring the external keyboard with her for

19   those trips?

20        A.   Yes and no.  For an extended period of       06:23:17

21   time, that keyboard was left at the office for the

22   purpose of using it at the office.

23        Q.   So when she would commute, presumably she

24   would commute with the notebook to and from the

25   house, and then the external keyboard would stay at   06:23:37

                                                Page 112

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    Media No. 3, of the deposition of Benjamin Gulker.      06:58:57

 2    BY MS. MARINKOVICH:

 3         Q.   Ben, you understand that you're still

 4    under oath?

 5         A.   Yes.                                           06:59:03

 6         Q.   And did you speak with anyone during the

 7    break other than your attorneys?

 8         A.   Yes.

 9         Q.   Was it just your family?

10         A.   Yes.                                           06:59:14

11         Q.   And was it about the deposition?

12         A.   Only to say that we're still going and

13    that we might go for a little while longer.

14         Q.   And is there anyone in the room with you

15    now?                                                     06:59:26

16         A.   No.

17         MS. MARINKOVICH:  I would like to introduce

18    Exhibit 123.

19              (Defendant's Exhibit 123 was marked.)

20         THE WITNESS:  Okay.  I have that document open.     06:59:53

21    BY MS. MARINKOVICH:

22         Q.   Okay.  Go ahead and take a look at it and

23    let me know if you recognize it.

24         A.   Yes, I recognize it.

25         Q.   And what is this?                              07:00:06
```

Page 130

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A.    This appears to be the e-mail receipt that        07:00:11

 2   I received for the 2019 MacBook purchase that we've

 3   been discussing.

 4        Q.    This is not the one that we were just

 5   discussing, though; right?  This is a newer one?          07:00:27

 6        A.    Yes, that's correct.

 7        Q.    Okay.  And did you purchase this -- it

 8   says here -- at the first page, the top, it says,

 9   "Thank you for ordering from Costco.com."

10             Did you order it at Costco?                      07:00:46

11        A.    Yes, Costco.com.  It was an online

12   purchase.

13        Q.    And then it says, "Order placed:

14   February 2, 2019."

15             Does that sound like the date you bought         07:01:00

16   it?

17        A.    Yes.

18        Q.    And then it says, "MacBook Pro 13.3 inch

19   with Touch Bar with AppleCare+."  And the price is

20   $1,979.99.  And then on the next page, "Less Promo         07:01:12

21   Code."  It looks like the total you paid was

22   $1,801.99.

23             Does that sound correct?

24        A.    Yes.

25        Q.    And looking back at the first page, it          07:01:32
```

Page 131

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | says, "Ship to East Lansing Warehouse." | 07:01:35 |
| 2 | Did you order it for in-store pickup? | |
| 3 | A.    Yes. | |
| 4 | Q.    And this came with AppleCare, correct, | |
| 5 | this purchase? | 07:01:50 |
| 6 | A.    AppleCare+, yes. | |
| 7 | Q.    And prior to purchasing this MacBook Pro, | |
| 8 | did you go into the Apple Store to take a look at | |
| 9 | this laptop in person? | |
| 10 | A.    Yes. | 07:02:05 |
| 11 | Q.    And what did you notice about it, if | |
| 12 | anything? | |
| 13 | A.    I recall going to the Apple Store not | |
| 14 | specifically to look at this laptop, but to look at | |
| 15 | the range of computers that were on offer from Apple | 07:02:24 |
| 16 | in early 2019.  With respect to this model, I | |
| 17 | remember looking at the touch bar to get a sense for | |
| 18 | what it could do.  And I remember typing on the | |
| 19 | keyboard.  And I remember paying attention to the | |
| 20 | number of USB-C ports.  Those are the things that | 07:02:48 |
| 21 | stick out. | |
| 22 | Q.    And what was it like typing on this | |
| 23 | keyboard? | |
| 24 | MR. GRILLE:  Object to form. | |
| 25 | THE WITNESS:  The tactile experience felt | 07:03:09 |

Page 132

```
 1   similar to the 2016 butterfly keyboard, I guess I      07:03:11

 2   would say.

 3   BY MS. MARINKOVICH:

 4        Q.   And did you experience any issues with

 5   this MacBook Pro?                                       07:03:22

 6        A.   With the one that I purchased?

 7        Q.   Yeah.

 8        A.   Yes, I have experienced issues.

 9        Q.   And what issues have you experienced?

10        A.   I have experienced issues with the           07:03:37

11   keyboard not registering key strokes.

12        Q.   Have you reported these issues to Apple?

13        A.   No.

14        Q.   And why not?

15        A.   As I testified to regarding the              07:03:56

16   November 2017 visit to the Apple Store, the Apple

17   employee I worked with told me that that second

18   send-away repair was the last piece they could

19   replace.  It was the last part or component they

20   could replace to resolve the issue with the space      07:04:18

21   bar not working.

22             After that repair failed to resolve the

23   issues with the 2016 MacBook, to me it just felt

24   futile and pointless to try to go through the same

25   process with the 2019 MacBook.                         07:04:42
```

Page 133

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q.   Did you do anything to try to resolve the          07:04:46

2   issues with this MacBook?

3      A.   Yes.

4      Q.   And what did you do?

5      A.   I've used compressed air to clean the              07:04:58

6   keys, as recommended by the Apple Store employee.

7      Q.   And has that helped?

8      A.   No.

9      Q.   And going through the issues that you had

10  with your keyboard, what specific issues did you           07:05:14

11  have with this one, the 2019?

12     A.   So the specific issue is failure to

13  register key strokes.

14     Q.   Which keys?

15     A.   It has not been consistent with the 2019           07:05:34

16  MacBook.

17     Q.   Do you recall any of the keys?

18     A.   I mean, I don't recall a specific key as

19  we're talking.  My experience has just been that

20  intermittently key strokes won't register, and I'll        07:06:00

21  have to retype things multiple times.

22     Q.   Have you had issues with keys sticking?

23     MR. GRILLE:   Object to form.

24     THE WITNESS:   I don't think I understand "keys

25  sticking."                                                 07:06:20

                                                   Page 134

```
 1   BY MS. MARINKOVICH:                            07:06:20

 2       Q.   I think that you just described that as an

 3   issue with your 2016 MacBook, that the keys felt

 4   sticky or they were getting stuck down.  So I'm just

 5   asking if this one had the same issue.          07:06:31

 6       A.   No, the only issue I've had with the 2019

 7   MacBook is the intermittent failure to register key

 8   strokes.  That's it.

 9       Q.   Does that impact all the keys on the

10   keyboard or just certain ones?                  07:06:46

11       A.   I'm not sure that I've experienced it with

12   every key.  I mean, as I've said, my experience is

13   that it's sort of intermittent and to me feels a

14   little bit random.  Occasionally it won't register

15   the key strokes.                                07:07:11

16       Q.   When you say "occasionally," does it

17   happen every hour, every six hours of use?  How

18   often are you seeing this behavior?

19       A.   So to clarify, because of my previous

20   experience with the 2016 MacBook, the 2019 MacBook, 07:07:31

21   I almost always have to connect to some sort of

22   external keyboard and monitor.  So I type on

23   external keyboards a lot more frequently.  When I

24   say "keyboards," my external keyboard, excuse me,

25   more frequently than the actual MacBook keyboard on  07:07:54
```

Page 135

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    Apple's proposed solutions didn't fix the issue.  So      08:03:47

 2    I've still got a 2016 MacBook that's defective.

 3              And then, secondly, in my opinion, I'm in

 4    this for the right reason.  I really want customers

 5    who have dealt with this issue as a whole, as the         08:04:04

 6    this entire group of people, who already experienced

 7    an issue or who are likely to experience an issue

 8    down the road -- my opinion is that Apple has an

 9    obligation to make those customers whole.

10              And I'm in it for that reason.  I'm in it       08:04:22

11    for the good of the many.  I'm not seeking a little

12    bit of money for myself.

13    BY MS. MARINKOVICH:

14         Q.   And what do you --

15         A.   That's why.                                     08:04:34

16         Q.   Sorry.  I didn't mean to interrupt.

17              What do you think would make customers

18    that you represent whole?

19         A.   Well, we're seeking -- we've got two

20    options in our complaint.  First and foremost, it's       08:04:47

21    financial or economic injury that we feel we've

22    suffered.  We overpaid for computers that are

23    defective.  We don't think they work like they were

24    supposed to.  We either overpaid for them and/or

25    wouldn't have purchased them in the first place if        08:05:08
```

Page 166

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    we had understood the problem.  So there's that        08:05:12

 2    financial component.

 3            Second thing is the repair program, that

 4    we have asked for repairs that actually fix the

 5    issue.                                                  08:05:23

 6        Q.   And what repairs would you envision?  Do

 7    you have an idea of what repairs would fix the

 8    issue?

 9        MR. GRILLE:  Object to form.

10        THE WITNESS:  I mean, I don't know the              08:05:40

11    technical components.  I know from my experience

12    with the 2016 MacBook, that I was told directly at

13    the November repair that this was the last part they

14    could replace.  And that didn't fix the issue.

15            So, no, I don't know.  I don't know what        08:05:55

16    the repair would look like necessarily.  Having said

17    that, you know, I've hired lawyers to help me figure

18    that out, to figure out what those things might be.

19    BY MS. MARINKOVICH:

20        Q.   Yeah -- no, I understand that.  I'm just       08:06:11

21    looking for your independent understanding.

22            So if the judge decides to certify a

23    class, do you understand what your responsibilities

24    and rights would be?

25        A.   I believe so, yes.                            08:06:27
```

Page 167

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1        I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4        That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were administered an oath; that

8   a record of the proceedings was made by me using

9   machine shorthand which was thereafter transcribed

10  under my direction; that the foregoing transcript is

11  a true record of the testimony given.

12       Further, that if the foregoing pertains to

13  the original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript ( ) was (X) was not requested.

16       I further certify that I am neither

17  financially interested in the action nor a relative

18  or employee of any attorney of any party to this

19  action.

20       IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22  Dated:  September 11, 2020

23

24

25       ANRAE WIMBERLEY, CSR No. 7778

                              Page 196