PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (SBN 233485)
CVetesi@mofo.com
CAMILA A. TAPERNOUX (SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: MACBOOK KEYBOARD LITIGATION

Case No. 5:18-cv-02813-EJD

**DECLARATION OF CLAUDIA M. VETESI IN SUPPORT OF APPLE INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO SEAL THE COURTROOM FOR HEARING ON CLASS CERTIFICATION AND DAUBERT MOTIONS [ECF NOS. 229, 238, 239]**

Hearing Date: February 4, 2021
Time: 9:00 A.M.
Judge: Hon. Edward J. Davila
Ctrm: 4 – 5th Floor

I, Claudia M. Vetesi, hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. in this action. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I make this declaration in support of Apple's Administrative Motion to Seal the Courtroom for the Hearings on Class Certification *Daubert* Motions. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2. On January 29, 2021, I met and conferred with Plaintiffs' counsel Steven Schwartz and Daniel Girard regarding the hearing on Plaintiffs' class certification motion and Apple's *Daubert* motions. Mr. Schwartz and Mr. Girard informed me that Plaintiffs did not oppose seeking to have the courtroom sealed so that both parties could discuss and refer to Apple's confidential material throughout the hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of February, 2021 at San Francisco, California.

By: */s/ Claudia M. Vetesi*
    Claudia M. Vetesi