Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz *(pro hac vice)*
Benjamin F. Johns *(pro hac vice)*
Beena M. *McDonald (pro hac vice)*
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

*Interim Class Counsel*

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
ppreovolos@mofo.com
cvetesi@mofo.com
ctapernoux@mofo.com

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY DEADLINE FOR DEPOSITIONS**<br><br>Hon. Edward J. Davila<br><br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Am. Consol. Compl. Filed: July 2, 2020 |

Pursuant to Civil Local Rules 6-2, 7-12, and 37-3, Plaintiffs Kyle Barbaro, Joseph Baruch, Steve Eakin, Lorenzo Ferguson, Benjamin Gulker, Michael Hopkins, Adam Lee, Kevin Melkowski, Zixuan Rao, Bo Laurent, and Ashley Marin (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, stipulate as follows:

WHEREAS, on December 8, the Court entered a new case scheduling order establishing the current fact discovery cut-off date of March 12, 2021 (ECF 275), which made March 19, 2021 the deadline for filing related discovery motions;

WHEREAS, on February 25, Apple served supplemental Rule 26(a)(1) disclosures identifying Apple employees Mark Rollins, Shruti Haldea, and Todd VanGoethem, and on March 12, Apple served supplemental Rule 26(a)(1) disclosures identifying Apple employee Avi Sen;

WHEREAS, Plaintiffs requested documents related to these four new witnesses, and the parties are negotiating this request;

WHEREAS, Plaintiffs also notified Apple of its intention to take these witnesses' depositions and issued deposition notices with placeholder dates, and Apple has agreed to make these witnesses available for these noticed depositions;

WHEREAS, the parties have met and conferred and, in order for the parties to address Plaintiffs' request for documents related to these four witnesses and for Plaintiffs to prepare to take their depositions, the parties have agreed that the noticed depositions of these four witnesses, and production of their documents that may occur based on the parties' negotiations or court order, may occur after the March 12 fact discovery cut-off;

WHEREAS, the parties agree that disputes concerning these depositions and documents produced in connection with these depositions may be filed with the Court after March 19;

WHEREAS, the parties agree that no other fact discovery may occur after the March 12 fact discovery cut-off without leave of Court;

WHEREAS, previous modifications to the fact discovery deadline are as follows:

1)    On January 14, 2020, the Court entered an initial Case Management Order setting a case schedule. (ECF No. 178.)

2)    On March 20, the Court granted the parties' stipulation to continue each of those deadlines by approximately two months in light of the coronavirus pandemic. (ECF 203.)

3)    On December 8, the Court granted Defendant's motion to continue the case deadlines, whereby the fact discovery cut-off date is March 12, 2021. (ECF 275.)

WHEREAS, the parties do not make this request for delay or any other improper purpose;

NOW THEREFORE, subject to the Court's approval, the parties agree that document discovery and depositions of the four newly-identified Apple witnesses may occur after the March 12 fact discovery cut-off, and disputes concerning these depositions and documents produced in connection with these depositions may be filed with the Court after March 19.

**IT IS SO STIPULATED**, through counsel of record.

Dated:  March 12, 2021

By: /s/ *Simon S. Grille*
Daniel C. Girard
Adam E. Polk
Jordan Elias
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz *(pro hac vice)*
Benjamin F. Johns *(pro hac vice)*
Beena M. McDonald *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**

Respectfully submitted,

By: /s/  *Claudia M. Vetesi*
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
ppreovolos@mofo.com
cvetesi@mofo.com
ctapernoux@mofo.com

*Attorneys for Defendant Apple Inc.*

2
STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY DEADLINE FOR
DEPOSITIONS
CASE NO. 5:18-CV-02813-EJD-VKD

361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Interim Class Counsel*

## **ATTESTATION**

I, Simon S. Grille, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel has concurred in this filing.

/s/ *Simon S. Grille*_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____          _____
                                  HON. EDWARD J. DAVILA
                                  United States District Judge

3
STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY DEADLINE FOR DEPOSITIONS
CASE NO. 5:18-CV-02813-EJD-VKD

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Simon S. Grille*