Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE JOINT CONSOLIDATED SEALING MOTION**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Am. Consol. Compl. Filed: July 2, 2020 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Apple Inc., by and through their respective counsel, stipulate as follows:

WHEREAS, on March 8, 2021, the Court issued an Order Granting Motion to Certify Class; Granting in Part and Denying in Part Apple's Motion to Strike Expert Opinions of Hal J. Singer; Granting Motion to Strike Expert Opinions of David V. Niebuhr ("Class Cert Order"), and an Order Granting in Part Apple's Administrative Motion to Seal Portions of Plaintiffs' Motion for Class Certification ("Sealing Order") (ECF Nos. 298, 299);

WHEREAS, the Court ordered the parties to provide stipulated redacted copies of the March 8, 2021 Orders that redacts only information subject to sealing orders and that the parties still desire to maintain under seal by March 19, 2021;

WHEREAS, the Court's Sealing Order ordered the parties to file a Joint Consolidated Motion to Seal for all outstanding sealed material which meets all the requirements set forth in Civil L.R. 79-5(d) and details the parties' positions on any material still in dispute by March 19, 2021 (ECF No. 299);

WHEREAS, the parties have conferred and agree, subject to Court approval, that a two week extension of the Joint Consolidated Motion to Seal deadline is warranted to allow the parties to complete their review of the material subject to pending sealing orders and detail their positions on any material still in dispute;

WHEREAS, the requested modification of the Joint Consolidated Motion to Seal will not have any effect on the deadline for the parties to file stipulated redacted copies of the March 8, 2021 Orders with the Court by March 19, 2021, or on any other deadlines in this matter.

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, that the deadline for the parties' to file a Joint Consolidated Motion to Seal be continued from March 19, 2021 to April 2, 2021.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 18, 2021 | Respectfully submitted, |
| 3 | | By: */s/ Simon S. Grille* |
| 4 | | Daniel C. Girard |
| | | Jordan Elias |
| 5 | | Simon S. Grille |
| 6 | | **GIRARD SHARP LLP** |
| | | 601 California Street, Suite 1400 |
| 7 | | San Francisco, California 94108 |
| | | Telephone: (415) 981-4800 |
| 8 | | Facsimile: (415) 981-4846 |
| | | *dgirard@girardsharp.com* |
| 9 | | *jelias@girardsharp.com* |
| 10 | | *sgrille@girardsharp.com* |
| 11 | | Steven A. Schwartz (*pro hac vice*) |
| | | Benjamin F. Johns (*pro hac vice*) |
| 12 | | Beena M. McDonald (*pro hac vice*) |
| 13 | | **CHIMICLES SCHWARTZ** |
| | | **KRINER & DONALDSON-SMITH** |
| 14 | | **LLP** |
| | | 361 W. Lancaster Avenue |
| 15 | | Haverford, Pennsylvania 19041 |
| 16 | | Telephone: (610) 642-8500 |
| | | Facsimile: (610) 649-3633 |
| 17 | | *sas@chimicles.com* |
| | | *bfj@chimicles.com* |
| 18 | | *bmm@chimicles.com* |
| 19 | | *Class Counsel* |

3

Dated: March 18, 2021

By: */s/ Claudia M. Vetesi*

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Attorneys for Defendant Apple Inc.*

## ATTESTATION

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel has concurred in this filing.

/s/ *Claudia M. Vetesi*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 19, 2021

HON. EDWARD J. DAVILA
United States District Judge