Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REDACTED ORDER PURSUANT TO THE COURT'S ORDER GRANTING IN PART APPLE'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF NO. 299)**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Am. Consol. Compl. Filed: July 2, 2020 |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Apple Inc., by and through their respective counsel, stipulate as follows:

WHEREAS, on March 8, 2021, the Court issued an Order Granting Motion to Certify Class; Granting in Part and Denying in Part Apple's Motion to Strike Expert Opinions of Hal J. Singer; Granting Motion to Strike Expert Opinions of David V. Niebuhr, and an Order Granting in Part Apple's Administrative Motion to Seal Portions of Plaintiffs' Motion for Class Certification (ECF Nos. 298, 299);

WHEREAS, the Court ordered the parties to provide stipulated redacted copies of the March 8, 2021 Orders that redacts only information subject to sealing orders and that the parties still desire to maintain under seal;

WHEREAS, attached to the Declaration of Camila A. Tapernoux, is a stipulated redacted copy of ECF No. 298 pursuant to the Court's Order;

WHEREAS, the parties stipulate that ECF No. 299 should be public in its entirety, with no redactions;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court issue a public redacted version of the stipulated redacted copy of ECF No. 298 attached to the Declaration of Camila A. Tapernoux as Exhibit A, and a public unredacted version of ECF No. 299 attached to the Declaration of Camila A. Tapernoux as Exhibit B.

Dated:  March 19, 2021

Respectfully submitted,

By:  */s/ Simon S. Grille*
Daniel C. Girard
Jordan Elias
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dgirard@girardsharp.com*

*jelias@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

March 19, 2021                                By: */s/ Claudia M. Vetesi*

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Attorneys for Defendant Apple Inc.*

**ATTESTATION**

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel has concurred in this filing.

/s/ *Claudia M. Vetesi*

2

STIPULATION AND [PROPOSED] ORDER REGARDING REDACTED ORDER
CASE NO. 5:18-CV-02813-EJD-VKD

sf-4444274

1
2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4
5  Dated:
6                                                    HON. EDWARD J. DAVILA
                                                     United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28