Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*
*awf@chimicles.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**NOTICE OF SUBMISSION OF REDACTED DOCUMENTS PURSUANT TO COURT ORDER** |

1  Pursuant to the Order Granting in Part Apple's Administrative Motion to Seal Portions of
2  Plaintiffs' Motion for Class Certification (Dkt. 299), Plaintiffs hereby submit redacted versions of
3  Plaintiffs' Motion for Class Certification, Expert reports of Hal J. Singer and David Niebuhr, Exhibits
4  A-G, 14, 15, 25, 27, 52, 56, and 60.

6  Dated: March 22, 2021                                   Respectfully submitted,

7                                                          By: /s/ *Simon S. Grille*

8                                                              Daniel C. Girard (SBN 114826)
                                                               Jordan Elias (SBN 228731)
9                                                              Adam E. Polk (SBN 273000)
                                                               Simon S. Grille (SBN 294914)
10                                                             **GIRARD SHARP LLP**
                                                               601 California Street, Suite 1400
11                                                             San Francisco, CA 94108
                                                               Telephone: (415) 981-4800
12                                                             Fax: (415) 981-4846
13                                                             *dgirard@girardsharp.com*
                                                               *jelias@girardsharp.com*
14                                                             *apolk@girardsharp.com*
                                                               *sgrille@girardsharp.com*
15

16                                                             Steven A. Schwartz (*pro hac vice*)
17                                                             Benjamin F. Johns (*pro hac vice*)
                                                               Beena M. McDonald (*pro hac vice*)
18                                                             Andrew W. Ferich (*pro hac vice*)
                                                               **CHIMICLES SCHWARTZ KRINER**
19                                                             **& DONALDSON-SMITH LLP**
20                                                             361 W. Lancaster Avenue
                                                               Haverford, Pennsylvania 19041
21                                                             Telephone: (610) 642-8500
                                                               Facsimile: (610) 649-3633
22                                                             *sas@chimicles.com*
23                                                             *bfj@chimicles.com*
                                                               *bmm@chimicles.com*
24                                                             *awf@chimicles.com*
25
                                                               *Interim Class Counsel*
26
27                                                             Robert C. Schubert
                                                               Willem F. Jonckheer
28                                                             Noah M. Schubert

**SCHUBERT JONCKHEER & KOLBE LLP**
3 Embarcadero Ctr., Ste. 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*rschubert@sjk.law*
*wjonckheer@sjk.law*
*nschubert@sjk.law*

E. Michelle Drake
Joseph C. Hashmall
**BERGER & MONTAGUE, P.C.**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (215) 875-4604
*emdrake@bm.net*
*jhashmall@bm.net*

Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 489-7004
Facsimile: (202) 800-2730
*enafisi@classlawdc.com*

*Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                              */s/ Simon S. Grille*
                                              Simon S. Grille