Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD-VKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER] EXTENDING DEADLINE RE PROPOSED PLAN OF NOTICE**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Am. Consol. Compl. Filed: July 2, 2020 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Apple Inc., by and through their respective counsel, stipulate as follows:

WHEREAS, on March 8, 2021, the Court issued an Order Granting Motion to Certify Class; Granting in Part and Denying in Part Apple's Motion to Strike Expert Opinions of Hal J. Singer; Granting Motion to Strike Expert Opinions of David V. Niebuhr ("Class Certification Order") (ECF No. 298);

WHEREAS, the Court's Class Certification Order directed the parties to confer and submit a proposed plan of Notice within 21 days after the Order, or within 21 days after any interlocutory order allowing the class certification;

WHEREAS, the parties have met and conferred regarding a proposed form of class notice and the components of a notice plan that complies with Federal Rule of Civil Procedure 23;

WHEREAS, Apple has been working to gather class member contact information and requires additional time to compile this data;

WHEREAS, the parties agree, subject to Court approval, that a ten day extension of the deadline to submit a proposed plan of Notice is warranted to allow the parties sufficient time to gather the necessary information and discuss the language for class notice;

WHEREAS, the requested modification of the deadline to submit a proposed plan of Notice will not have any effect on any other deadlines in this matter.

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, that the deadline for the parties' to file a proposed plan of Notice be continued from March 29, 2021 to April 8, 2021.

| | |
|---|---|
| Dated:  March 26, 2021 | Respectfully submitted,<br><br>By: */s/ Simon S. Grille*<br>Daniel C. Girard<br>Jordan Elias<br>Simon S. Grille<br>**GIRARD SHARP LLP** |

2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE RE PROPOSED PLAN OF NOTICE
CASE NO. 5:18-CV-02813-EJD-VKD

sf-4454245

601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

Dated:  March 26, 2021                      By:  */s/ Claudia M. Vetesi*

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Attorneys for Defendant Apple Inc.*

**ATTESTATION**

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel has concurred in this filing.

/s/ *Claudia M. Vetesi*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

HON. EDWARD J. DAVILA
United States District Judge