Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz *(pro hac vice)*
Benjamin F. Johns *(pro hac vice)*
Beena M. McDonald *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jgrant@mofo.com*
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No.: 5:18-cv-02813-EJD-VKD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTIONS TO STRIKE**<br><br>Hon. Edward J. Davila<br><br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Am. Consol. Compl. Filed: July 2, 2020 |

Pursuant to Civil Local Rule 6-2, Plaintiffs Kyle Barbaro, Joseph Baruch, Steve Eakin, Lorenzo Ferguson, Benjamin Gulker, Michael Hopkins, Adam Lee, Kevin Melkowski, Zixuan Rao, Bo Laurent, and Ashley Marin ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on October 25, 2021, the Court issued a notice continuing the Motions [333], [335] and [336] to Strike Hearing from November 18, 2021 to December 9, 2021 (ECF 369);

WHEREAS, lead trial counsel for Apple intends to appear for Apple at this Hearing and has an unavoidable conflict on December 9, 2021;

WHEREAS, Apple therefore requests that this Hearing be continued one week, to December 16, 2021, and Plaintiffs do not oppose this request;

WHEREAS, the Parties do not make this request for delay or any other improper purpose, and this request will not impact any other case deadlines;

WHEREAS, previous modifications to the case schedule deadlines regarding motions to strike are as follows:

1)   On January 14, 2020, the Court entered an initial Case Management Order setting a case schedule (ECF No. 178);

2)   On March 20, 2020, the Court granted the Parties' stipulation to continue each of those deadlines by approximately two months in light of the coronavirus pandemic (ECF No. 203); and

3)   On December 8, 2020, the Court granted Defendant's motion to continue the case deadlines (ECF No. 275); and

5)   On August 6, 2021, the Court issued a notice continuing the Motions [333], [335] and [336] to Strike Hearing from September 16, 2021, to November 18, 2021 (ECF 341).

NOW THEREFORE, the Parties hereby stipulate, and request that the Court continue the Motions [333], [335] and [336] to Strike Hearing from December 9, 2021 to December 16, 2021.

**IT IS SO STIPULATED.**

Dated: November 2, 2021

By: /s/ *Steven A. Schwartz*
Steven A. Schwartz *(pro hac vice)*
Benjamin F. Johns *(pro hac vice)*
Beena M. McDonald *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dgirard@girardsharp.com*
*apolk@girardsharp.com*
*jelias@girardsharp.com*
*sgrille@girardsharp.com*

Class Counsel

Respectfully submitted,

By: /s/ *Jessica L. Grant*
Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jgrant@mofo.com*
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

Attorneys for Defendant Apple Inc.

**ATTESTATION**

I, Jessica L. Grant, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel has concurred in this filing.

                                                            */s/ Jessica L. Grant*
                                                            Jessica L. Grant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

                                                    HON. EDWARD J. DAVILA
                                                    United States District Judge