Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
jgrant@mofo.com
ppreovolos@mofo.com
cvetesi@mofo.com
ctapernoux@mofo.com

*Counsel for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED PLAN OF NOTICE**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Amd. Consol. Compl. Filed: July 2, 2020 |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Apple Inc., by and through their respective counsel, stipulate as follows:

WHEREAS, on March 8, 2021, the Court issued an Order Granting Motion to Certify Class; Granting in Part and Denying in Part Apple's Motion to Strike Expert Opinions of Hal J. Singer; Granting Motion to Strike Expert Opinions of David V. Niebuhr ("Class Certification Order") (ECF No. 298);

WHEREAS, the Court's Class Certification Order directed the parties to confer and submit a proposed plan of Notice within 21 days after the Order, or within 21 days after any interlocutory order allowing the class certification;

WHEREAS, on March 22, 2021, Defendant filed a Petition for Permission to Appeal Order Granting Class Certification Under FED. R. CIV. P. 23(f) with the United States Court of Appeals for the Ninth Circuit ("23(f) Petition"), which Plaintiffs opposed;

WHEREAS, on October 12, 2021, the Ninth Circuit denied Apple's FED. R. CIV. P. 23(f) Petition;

WHEREAS, pursuant to the Court's Class Certification Order, the proposed plan of Notice was due to be submitted to this Court by November 2, 2021;

WHEREAS, on October 29, 2021, the parties filed a stipulation to continue the deadline to submit a plan of Notice from November 2, 2021 to November 24, 2021;

WHEREAS, on October 29, 2021, the Court granted the parties' stipulation, setting the deadline to submit a plan of Notice on November 24, 2021;

WHEREAS, the parties have conferred and have agreed upon the language for the types of Notice contemplated by the parties, copies of which are attached as Exhibits A through C to the Declaration of Simon S. Grille submitted herewith ("Grille Declaration");

WHEREAS, the parties agree that the proposed Notice documents satisfy all requirements of due process and Rule 23, *see* FED. R. CIV. P. 23(c)(2)(B)(i)-(vii), and contain all information necessary "to enable class members to make an informed decision about their participation," MANUAL FOR COMPLEX LITIGATION, FOURTH, § 21.311 at p. 289;

WHEREAS, the parties are working diligently to determine how many and which people will receive Notice under the Notice plan;

WHEREAS, identifying and obtaining class contact information is extremely time- and effort-intensive, and requires that Apple collect all the data available to it across several databases, de-duplicate the data, and engage in several layers of analyzing and validating the resulting information (Declaration of Camila Tapernoux ("Tapernoux Decl.") ¶ 2);

WHEREAS, Apple continues to work diligently to identify and obtain class contact information, which will inform the plan of Notice, but needs additional time to complete this process (Tapernoux Decl. ¶ 2);

WHEREAS, the parties conducted a competitive bidding process for an administrator to distribute the Notice, maintain the class website, process any opt-out requests, and provide follow-up reports to the Court;

WHEREAS, the parties have met and conferred regarding the selection of a class administrator, but require additional time to agree upon an administrator.

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order that:

- The proposed Notice documents set forth in Exhibits A through C of the Grille Declaration are approved; and
- The parties will continue to work on the identification of class contact information and the selection of an administrator, and will submit a supplemental filing with the remaining information necessary for a proposed Plan of Notice by December 21, 2021.

Dated: November 24, 2021

Respectfully submitted,

**GIRARD SHARP LLP**

/s/ *Simon S. Grille*

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED PLAN OF NOTICE
CASE NO. 5:18--02813-EJD-VKD

|   |   |   |
|---|---|---|
| 1 |   | *apolk@girardsharp.com* |
| 2 |   | *sgrille@girardsharp.com* |
| 3 |   | Steven A. Schwartz (*pro hac vice*) |
|   |   | Benjamin F. Johns (*pro hac vice*) |
| 4 |   | Beena M. McDonald (*pro hac vice*) |
| 5 |   | **CHIMICLES SCHWARTZ KRINER** |
|   |   | **& DONALDSON-SMITH LLP** |
| 6 |   | One Haverford Centre |
| 7 |   | 361 West Lancaster Avenue |
|   |   | Haverford, PA 19041 |
| 8 |   | Telephone: (610) 642-8500 |
|   |   | *sas@chimicles.com* |
| 9 |   | *bfj@chimicles.com* |
| 10 |   | *bmm@chimicles.com* |
| 11 |   | *Counsel for Plaintiffs* |
| 12 | Dated: November 24, 2021 | **MORRISON & FOERSTER LLP** |
| 13 |   | By: */s/ Claudia M. Vetesi* |
| 14 |   | Jessica L. Grant |
|   |   | Penelope A. Preovolos |
| 15 |   | Claudia M. Vetesi |
| 16 |   | Camila A. Tapernoux |
|   |   | 425 Market Street |
| 17 |   | San Francisco, California 94105-2482 |
|   |   | Telephone: (415) 268-7000 |
| 18 |   | Facsimile: (415) 268-7522 |
| 19 |   | *JGrant@mofo.com* |
|   |   | *PPreovolos@mofo.com* |
| 20 |   | *CVetesi@mofo.com* |
| 21 |   | *CTapernoux@mofo.com* |
| 22 |   | *Counsel for Defendant Apple Inc.* |

**ATTESTATION**

I, Simon S. Grille, am the ECF user whose identification and password are being used to file this Case Management Statement. I hereby attest under penalty of perjury that concurrence in this filing has been obtained from all counsel listed above.

DATED: November 24, 2021          /s/ *Simon S. Grille*
                                  Simon S. Grille

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____         _____
                                  HON. EDWARD J. DAVILA
                                  United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED PLAN OF NOTICE
CASE NO. 5:18--02813-EJD-VKD