
Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**DECLARATION OF SIMON S. GRILLE IN SUPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED PLAN OF NOTICE**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Amd. Consol. Compl. Filed: July 2, 2020 |

GRILLE DECL. ISO JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED PLAN OF NOTICE
CASE NO. 5:18-CV-02813-EJD-VKD

I, Simon S. Grille, declare as follows:

1. I am a partner at the law firm of Girard Sharp LLP, co-lead class counsel for the Plaintiffs in this matter. I submit this declaration in support of the Parties' Joint Stipulation and [Proposed] Order Regarding Proposed Plan of Notice. I have personal knowledge of the information contained herein, and if called as a witness, could and would testify competently thereto.

2. The Parties have conferred and agreed upon a proposed Notice plan, copies of which are attached hereto as Exhibits A – C.

3. The parties agree that the proposed Notice documents satisfy all requirements of due process and Rule 23, *see* FED. R. CIV. P. 23(c)(2)(B)(i)-(vii), and contain all information necessary "to enable class members to make an informed decision about their participation," MANUAL FOR COMPLEX LITIGATION, FOURTH, § 21.311 at p. 289.

4. Plaintiffs conducted a competitive bidding process for an administrator to distribute the Notice, maintain the class website, process any opt-out requests, and provide follow-up reports to the Court.

5. The parties have met and conferred regarding the selection of a class administrator, but require additional time to agree upon an administrator.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th Day of November, 2021.

/s/ *Simon S. Grille*
Simon S. Grille

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the under-seal documents to be served via electronic mail on defense counsel.

Dated: November 24, 2021         /s/ *Simon S. Grille*
                                                    Simon S. Grille