EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IF YOU PURCHASED A MACBOOK LAPTOP EQUIPPED WITH A "BUTTERFLY" KEYBOARD IN CALIFORNIA, NEW YORK, FLORIDA, ILLINOIS, NEW JERSEY, WASHINGTON OR MICHIGAN, YOU COULD BE INCLUDED IN A CLASS ACTION LAWSUIT**

*The United States District Court for the Northern District of California authorized this notice. It is not a solicitation from a lawyer.*

- A lawsuit is pending in the United States District Court for the Northern District of California (the "Court") against Apple Inc. Plaintiffs allege that certain MacBook laptops sold between 2015-2019 were equipped with defective butterfly keyboards.

- On March 8, 2021, the Court certified a Class for purposes of litigating the merits of the case.

- Defendant denies any wrongdoing, and the Court has not yet decided whether Defendant did anything wrong. Plaintiffs must prove their claims against Defendant at a trial. There are no benefits available at this time and no guarantee there will be.

- Your legal rights are affected whether you act or don't act. These rights and options — **and the deadlines to exercise them** — are explained in this notice. **Please read this notice carefully.**

Your legal rights and options in this lawsuit are summarized below.

| Legal Rights and Options | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br><br>By doing nothing, you will be bound by the Court's judgment, whether favorable or not. You will keep open the possibility of getting money or benefits, if any are awarded from this lawsuit. But you will give up any right to sue Defendant separately about the claims in this lawsuit. |

| | |
|---|---|
| **ASK TO BE EXCLUDED BY** _____ | **Get out of this lawsuit. Get no benefits from it.** If you ask to be excluded now, you cannot get money or benefits, if any are awarded, from this lawsuit. This is the only option that allows you to retain your right to sue Defendant for claims that would otherwise be released by a judgment in the lawsuit, whether that judgment is favorable to the Class or not. |

[[INSERT TABLE OF CONTENTS FOR THE FOLLOWING SECTIONS]]

## BASIC INFORMATION ABOUT THE LAWSUIT

**1. What is this lawsuit about?**

The name of the lawsuit is *In re MacBook Keyboard Litigation*, and it is pending in the United States District Court for the Northern District of California (Case No. 5:18-cv-02813-EJD). In the lawsuit, Plaintiffs claim that Defendant sold MacBook laptops with butterfly keyboards that are defective. Plaintiffs allege that some consumers have experienced the following keyboard issues as a result of this alleged defect:

- Letters or characters repeat unexpectedly;
- Letters or characters do not appear; and
- Key(s) feel "sticky" or do not respond in a consistent manner.

The Class Representatives are individuals from the seven states identified above who purchased, other than for resale, one or more of the following MacBooks equipped with a butterfly keyboard: (i) Apple MacBook Model Years 2015-2017, (ii) Apple MacBook Pro Model Years 2016-2019 (excluding the 16" MacBooks Pro released in November 2019), and (iii) Apple MacBook Air (model years 2018-2019).

You can read Plaintiffs' Complaint here _____

**2. What is Defendant's Response?**

Defendant denies that it did anything wrong. The court has not found that Defendant engaged in any wrongdoing. Defendant's answer to the operative Complaint is here _____.

**3. What are Plaintiffs asking for?**

Plaintiffs are asking the Court to award Class members monetary damages to compensate them for having purchased laptops with allegedly defective keyboards. Defendant disputes that Plaintiffs are entitled to monetary damages.

**4. Has the Court decided who is right?**

The Court has not decided whether Defendant or Plaintiffs are correct. By granting class certification and issuing this Notice, the Court is not suggesting that Plaintiffs will win or lose this case. Plaintiffs must prove their claims at a trial or through a pretrial motion. [Insert sentence regarding trial date, either stating date or stating that no date has been set.]

**5. What is a class action and who is involved?**

In a class action lawsuit, one or more people called the "plaintiffs" sue on behalf of themselves and other people who have similar claims. In certifying a class, the court appoints the plaintiffs to serve as "class representatives." For the purposes of a class action lawsuit, one court will resolve the issues for all class members, except for those people who properly exclude themselves from the lawsuit, as described in Section __ below.

## DETERMINING IF YOU ARE A MEMBER OF THE CLASS

**6. Am I part of the Class?**

The Court has decided that, unless you request to be excluded, you are a member of the Class if you purchased, other than for resale, one or more of the following MacBook laptops equipped with a butterfly keyboard in California, New York, Florida, Illinois, New Jersey, Washington, or Michigan:

- MacBook (Retina, 12-inch, Early 2015)
- MacBook (Retina, 12-inch, Early 2016)
- MacBook (Retina, 12-inch, 2017)
- MacBook Air (Retina, 13-inch, 2018)
- MacBook Air (Retina, 13-inch, 2019)
- MacBook Pro (13-inch, 2016, Two Thunderbolt 3 Ports)
- MacBook Pro (13-inch, 2017, Two Thunderbolt 3 Ports)
- MacBook Pro (13-inch, 2019, Two Thunderbolt 3 Ports)
- MacBook Pro (13-inch, 2016, Four Thunderbolt 3 Ports)
- MacBook Pro (13-inch, 2017, Four Thunderbolt 3 Ports)
- MacBook Pro (15-inch, 2016)
- MacBook Pro (15-inch, 2017)
- MacBook Pro (13-inch, 2018, Four Thunderbolt 3 Ports)
- MacBook Pro (15-inch, 2018)
- MacBook Pro (13-inch, 2019, Four Thunderbolt 3 Ports)
- MacBook Pro (15-inch, 2019)

If you received notice of this action directly, Apple's records show that you may have purchased one of these laptops in California, New York, Florida, Illinois, New Jersey, Washington, or Michigan.

**7.    Are there exceptions to being included in the Class?**

Yes. The Class excludes the lawyers for Plaintiffs ("Class Counsel"), any employees of Class Counsel, any officers, directors, or employees of Defendant and Defendant's counsel, and the judge presiding over this case (as well as members of his immediate family and staff). The Class will also exclude anyone who properly requests to be excluded (see Section __ below).

**8.    I am still not sure if I am included. What do I Do?**

If you are still not sure whether you are a member of the class, you can get free help by calling or writing to the lawyers in this case at the phone number or address listed in Section __ below. **Please do not call the Court**.

## YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the class or ask to be excluded before the trial, and you have to decide this on or before _____.

**9.    How do I stay in the class?**

You do not have to do anything to stay in the Class. If you are a class member, by doing nothing you will keep the possibility of getting money or benefits, if any, from this lawsuit. If you stay in the class and Plaintiffs obtain money or benefits, you will be notified about how to apply for a share. By staying in the Class, you will also be legally bound by all of the orders the Court issues and the judgment the Court makes in this lawsuit. If you do nothing now, regardless of whether Plaintiffs win or lose, you will give up your right to sue or continue to sue Defendant as part of any other lawsuit about the same legal claims in this lawsuit.

**10.   How do I ask the Court to exclude me from the Class?**

If you do not want to be a member of the Class, you can exclude yourself by completing the attached Exclusion Request Form and sending it by U.S. mail. The opt-out form requires you to: (a) state your name and mailing address, (b) state the model of your laptop(s), (c) state when and from which company you purchased your laptop(s), (d) list the serial number(s) of the laptop(s), (e) state that you believe you are a Class Member and you wish to be excluded from the Class, (f) include the name and docket number of this case (*In Re MacBook Keyboard Litigation,* No. 5:18-cv-02813-EJD), (g) have the mailing postmarked by XXXXXXXX, 2022, and (h) mail the form to the following address: -------------. Be sure to sign the form and complete all required information.

## THE LAWYERS REPRESENTING YOU

**11. As a Class member, who represents me in this case?**

The Court has appointed Plaintiffs Zixuan Rao, Joseph Baruch, Bo Laurent, Ashley Marin, Kyle Barbaro, Steve Eakin, Michael Hopkins, Adam Lee, Kevin Melkowski, Lorenzo Ferguson, and Benjamin Gulker to represent the Class and seven subclasses, and the law firms Girard Sharp LLP and Chimicles Schwartz Kriner & Donaldson-Smith LLP ("Class Counsel") to represent you and other Class members. The attorneys' information is listed below.

**12. Should I get my own attorney?**

If you wish to remain a Class Member, you do not need to hire your own lawyer because Class Counsel is working on your behalf. You may make an appearance in the case through another attorney at your own expense if you choose. If you wish to pursue your own case separate from this one, you will need to file a request for exclusion. If you do so, you will need to decide whether to hire your own attorney.

**13. How will they lawyers be compensated? Will the Class Representatives receive any money?**

Class Counsel represents the Class on a contingency-fee basis, which means that Class members do not incur any legal fees or out-of-pocket expenses. Class Counsel will request the Court to approve an award of attorneys' fees and reimbursement of expenses. They also may ask for incentive awards for the Class Representatives. If approved, these fees, expenses, and incentive awards will be paid from any settlement or judgment if Plaintiffs win at trial.

### THE TRIAL

**14. How and when will the Court decide who is right?**

Plaintiffs will have to prove their claims against Defendant at a trial, and Defendant will have to prove their defenses. The trial date is not yet scheduled. To check on the status of the trial date, please click here: _____

During the trial, the Court or a jury will hear all of the evidence to help them reach a decision about whether Defendant or Plaintiffs are right about the claims in this lawsuit. There is no guarantee that Plaintiffs will win or that they will get any benefits for the Class.

**15. Do I have to come to the trial?**

No, you do not need to attend the trial. Class Counsel will present the case for Plaintiffs and the class, and Defendant will present its defenses.

### GETTING MORE INFORMATION

**16. How do I get more information?**

If you have any questions, you may contact Class Counsel listed below or the Class Action Administrator at [insert]. Certain case documents are available here: _____.

*Court Appointed Class Counsel*

| | |
|---|---|
| Daniel C. Girard<br>Jordan Elias<br>Adam E. Polk<br>Simon S. Grille<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile:  (415) 981-4846<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>jelias@girardsharp.com<br>sgrille@girardsharp.com | Steven A. Schwartz<br>Benjamin F. Johns<br>Beena M. McDonald<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>361 W. Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone:  610-642-8500<br>Facsimile:  610-649-3633<br>sas@chimicles.com<br>bfj@chimicles.com<br>bmm@chimicles.com |

**Please do not call the Court**.