# EXHIBIT B

EMAIL NOTICE

FROM: Administrator@_____.com

RE: Legal Notice Regarding MacBook Keyboard Litigation

**IF YOU PURCHASED, OTHER THAN FOR RESALE, WITHIN CALIFORNIA, NEW YORK, FLORIDA, ILLINOIS, NEW JERSEY, WASHINGTON, OR MICHIGAN A MACBOOK LAPTOP EQUIPPED WITH A "BUTTERFLY" KEYBOARD, YOU COULD BE INCLUDED IN A CLASS ACTION LAWSUIT.**

**THE MACBOOKS COVERED BY THIS LAWSUIT ARE APPLE MACBOOK MODEL YEARS 2015-2017, APPLE MACBOOK PRO MODEL YEARS 2016-2019 (EXCLUDING THE 16" MACBOOK PRO RELEASED IN NOVEMBER 2019), AND APPLE MACBOOK AIR MODEL YEARS 2018-2019**

**TO EXCLUDE YOURSELF FROM THE CASE, YOU MUST TAKE ACTION BY [DATE]**

**Who's Included?**  You could be affected by a lawsuit against Apple Inc. ("Defendant").  The Court ordered this notice and decided that the lawsuit should proceed on behalf of a group of people that could include you (the "Class").  Generally, the Class includes individuals in California, New York, Florida, Illinois, New Jersey, Washington, and Michigan who purchased, other than for resale, an Apple MacBook model years 2015-2017, an Apple MacBook Pro model years 2016-2019 (excluding the 16" MacBook Pro released in November 2019), or an Apple MacBook Air model years 2018-2019.  If you are the recipient of this email notice, you may be a member of the class.

**What is the lawsuit about?**  The name of the lawsuit is *In re MacBook Keyboard Litigation*, and it is pending in the United States District Court for the Northern District of California (Case No. 5:18-cv-02813-EJD).

Plaintiffs allege that the butterfly keyboards in Apple MacBook model years 2015-2017, Apple MacBook Pro model years 2016-2019 (excluding the 16" MacBook Pro released in November 2019), and Apple MacBook Air model years 2018-2019 are defective.   Defendant denies the allegations in the lawsuit, and the Court has not decided whether Defendant did anything wrong. There is no money available now, and no guarantee there will be.

**Who represents the Class?**  The Court has appointed the two law firms below to represent the Class ("Class Counsel").  You may  contact these attorneys if you have questions about this notice or about this case.   If you are a member of the Class, Class Counsel is representing your interests in the lawsuit.  You don't have to pay Class Counsel to participate.  You may hire your own lawyer to appear in Court for you, but if you do, you have to pay for that lawyer.

*Court Appointed Class Counsel*

| | |
|---|---|
| Daniel C. Girard<br>Jordan Elias<br>Adam E. Polk<br>Simon S. Grille<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile:  (415) 981-4846<br>dgirard@girardsharp.com<br>apolk@girardsharp.com<br>jelias@girardsharp.com<br>sgrille@girardsharp.com | Steven A. Schwartz<br>Benjamin F. Johns<br>Beena M. McDonald<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>361 W. Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone:  610-642-8500<br>Facsimile:  610-649-3633<br>sas@chimicles.com<br>bfj@chimicles.com<br>bmm@chimicles.com |

**How can you exclude yourself?**

The Court's future rulings in this lawsuit, whether favorable or not, will be binding on all members of the class who do not timely exclude themselves. If you want to be included in the Class and this lawsuit, you do not need to do anything. To exclude yourself from the class at this point, you must complete, sign, and mail the attached Exclusion Request Form to the following address: [Administrator's Address]. Alternatively, you may mail a letter that (a) states your name and mailing address, (b) states the make and model of your laptop, (c) states when and from which company you purchased your laptop, (d) contains the serial number(s) of your laptop, (e) states that you believe you are a class member and you wish to be excluded from the class, (f) includes the name and case number of this case (*In Re MacBook Keyboard Litigation*, No. 5:18-cv-02813- EJD), (g) is postmarked by XXXXXXXX, 2021, and (h) is mailed to the following address: [Administrator's Address]. Your request to opt out must be submitted by [MONTH, DAY, 2022].

**Where to get more information?**  More information about this lawsuit is available at the following website _____. Please do not contact Apple, Apple's attorneys, the Clerk of the Court, or the Court.