EXHIBIT C

**IF YOU PURCHASED, OTHER THAN FOR RESALE, WITHIN CALIFORNIA, NEW YORK, FLORIDA, ILLINOIS, NEW JERSEY, WASHINGTON, OR MICHIGAN A MACBOOK LAPTOP EQUIPPED WITH A "BUTTERFLY" KEYBOARD, YOU COULD BE INCLUDED IN A CLASS ACTION LAWSUIT.**

**THE MACBOOKS COVERED BY THIS LAWSUIT ARE APPLE MACBOOK MODEL YEARS 2015-2017, APPLE MACBOOK PRO MODEL YEARS 2016-2019 (EXCLUDING THE 16" MACBOOK PRO RELEASED IN NOVEMBER 2019), AND APPLE MACBOOK AIR MODEL YEARS 2018-2019**

*A court authorized this notice. It is not a solicitation from a lawyer.*

**Who's Included?** You could be affected by a lawsuit against Apple Inc. ("Defendant"). The Court ordered this notice and decided that the lawsuit should proceed on behalf of a group of people that could include you (the "Class"). The Class includes individuals in California, New York, Florida, Illinois, New Jersey, Washington, and Michigan who purchased, other than for resale, an Apple MacBook model years 2015-2017, an Apple MacBook Pro model years 2016-2019 (excluding the 16" MacBook Pro released in November 2019), or an Apple MacBook Air model years 2018-2019. If you are the recipient of this email notice, you may be a member of the class.

**What is the lawsuit about?** The name of the lawsuit is *In re MacBook Keyboard Litigation*, and it is pending in the United States District Court for the Northern District of California (Case No. 5:18-cv-02813-EJD).

Plaintiffs allege that the butterfly keyboards in Apple MacBook model years 2015-2017, Apple MacBook Pro model years 2016-2019 (excluding the 16" MacBook Pro released in November 2019), and Apple MacBook Air model years 2018-2019 are defective. Defendant denies the allegations in the lawsuit, and the Court has not decided whether Defendant did anything wrong. There is no money available now, and no guarantee there will be.

**Who represents the Class?** The Court has appointed the law firms Girard Sharp LLP and Chimicles Schwartz Kriner & Donaldson-Smith LLP to represent the Class ("Class Counsel"). If you are a member of the Class, Class Counsel is representing your interests in the lawsuit. You don't have to pay Class Counsel to participate. You may hire your own lawyer to appear in Court for you, but if you do, you have to pay for that lawyer.

**What are your options?** If you want to be included in the Class and this lawsuit, you do not need to do anything, and you will be bound by the Court's judgment, whether favorable or not. You also keep open the possibility of getting any money or benefits that may come from a trial. If you do not want to participate in this lawsuit against Apple or want to keep any right you may have to sue Apple on your own over the claims in this lawsuit, you need to exclude yourself ("opt out"). If you exclude yourself, you cannot get money or benefits, if any are awarded, from this lawsuit. Your request to opt out must be submitted by [MONTH, DAY, 2022]. Go to [WEBSITE] for more information on how to opt out.

**Where to get more information?** Additional information about the case and how to exclude yourself can be obtained on the following website: _____. Please do not contact Apple, Apple's attorneys, the Clerk of the Court, or the Court.