JESSICA L. GRANT (SBN 178138)
JGrant@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (SBN 233485)
CVetesi@mofo.com
CAMILA A. TAPERNOUX (SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**DECLARATION OF CAMILA A. TAPERNOUX IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED PLAN OF NOTICE**<br><br>Judge: Hon. Edward J. Davila<br>Ctrm: 4 – 5th Floor |

I, Camila A. Tapernoux, hereby declare as follows:

1. I am an associate in the law firm of Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. in this action. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2. Apple has been working diligently to identify and obtain class contact information, which is needed in order to determine an appropriate a plan of Notice. Identifying and obtaining class contact information is extremely time- and effort-intensive, and requires that Apple collect all the data available to it across several databases, de-duplicate the data, and engage in several layers of analyzing and validating the resulting information. Apple continues to work diligently on identifying and obtaining class contact information, but needs additional time to complete this process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November 2021, at San Francisco, California.

By: /s/ *Camila A. Tapernoux*
Camila A. Tapernoux

DECL. OF CAMILA A. TAPERNOUX IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED PLAN OF NOTICE
Case No. 5:18-cv-02813-EJD
sf-4624729

1

## **ATTESTATION**

I, Simon S. Grille am the ECF user whose identification and password are being used to file this declaration. I attest under penalty of perjury that concurrence in this filing has been obtained from the other signatory above.

Dated: November 24, 2021            /s/ Simon S. Grille
                                    Simon S. Grille

DECL. OF CAMILA A. TAPERNOUX IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED PLAN OF NOTICE
Case No. 5:18-cv-02813-EJD
sf-4624729

2