Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

*Counsel for Plaintiffs*

Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
jgrant@mofo.com
ppreovolos@mofo.com
cvetesi@mofo.com
ctapernoux@mofo.com

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENT TO PROPOSED PLAN OF NOTICE**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Amd. Consol. Compl. Filed: July 2, 2020 |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Apple, Inc., by and through their respective counsel, stipulate as follows:

WHEREAS, on March 8, 2021, the Court issued an Order Granting Motion to Certify Class; Granting in Part and Denying in Party Apple's Motion to Strike Expert Opinions of Hal J. Singer; Granting in Part and Denying in Part Motion to Strike Expert Opinion of David V. Niebuhr ("Class Certification Order") (ECF No. 298);

WHEREAS, the Court's Class Certification Order directed the parties to confer and submit a proposed plan of Notice within 21 days after the Order, or within 21 days after any interlocutory order allowing the class certification;

WHEREAS, on March 22, Defendant filed a Petition for Permission to Appeal Order Granting Class Certification Under FED. R. CIV. P. 23(f) with the United States Court of Appeals for the Ninth Circuit ("23(f) Petition"); which Plaintiffs opposed;

WHEREAS, on October 12, the Ninth Circuit denied Apple's FED. R. CIV. P. 23(f) Petition;

WHEREAS, on October 29, 2021, the parties filed a stipulation to continue the deadline to submit a plan of Notice from November 2, 2021 to November 24, 2021;

WHEREAS, on October 29, 2021, the Court granted the parties' stipulation, setting the deadline to submit a plan of Notice on November 24, 2021;

WHEREAS, on November 24, 2021, the parties submitted a Joint Stipulation and Proposed Order Regarding Proposed Plan of Notice, attaching three proposed Notice documents with language agreed-upon by the parties, and explaining that the parties required additional time to identify and obtain class contact information and to agree upon the selection of a class administrator;

WHEREAS, on November 26, the Court granted the parties' stipulation, approving the three proposed Notice documents and setting a deadline of December 21, 2021 for the parties to submit a supplemental filing regarding a proposed Plan of Notice;

WHEREAS, on December 17, the parties submitted a joint stipulation requesting additional time to identify and obtain class contact information and to agree upon the selection of a class administrator;

WHEREAs, on December 20, the Court granted the parties' stipulation and ordered the parties to file a supplement to their Proposed Plan of Notice by January 25;

WHEREAS, to provide "the best notice that is practicable under the circumstances," including "individual notice to all members who can be identified through reasonable effort," FED. R. CIV. P. 23(c)(2)(B), the parties propose notifying class members of the certification directly by email and by U.S. mail using records in Apple's possession;

WHEREAS, Apple has email or mailing address records for the class and expects those records will be sufficient to provide notice directly by email and/or by U.S. mail to a substantial portion of the class;

WHEREAS, the parties also propose creation of a website for the litigation where the notice, relevant pleadings, relevant orders, and additional information will be posted and made available for review;

WHEREAS, the parties conducted a competitive bidding process and Plaintiffs have engaged JND Legal Administration ("JND") to distribute the Notice, maintain the class website, process any opt-out requests, and provide follow-up reports to the Court. JND has extensive experience managing the dissemination of class notice, as shown in JND's resume, attached as Exhibit A to the Declaration of Simon S. Grille;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order that:

- Notice will be disseminated within sixty days after entry of this Order;
- Class members will be given 35 days to opt out of the Class; and
- JND is appointed to supervise and administer the Notice procedure, and will, among other tasks, compile a list of names and addresses of potential class members from Apple's records, to be provided by Apple within thirty days after entry of this Order; ensure distribution of the Notice via email and, as needed, postcard; create a website posting copies of the Notice and relevant pleadings and orders; and compile any timely requests for exclusion, which Class Counsel will file with the Court after the period for opting out has expired.

| | |
|---|---|
| Dated: January 25, 2022 | Respectfully submitted, |
| | **GIRARD SHARP LLP** |
| | /s/ *Simon S. Grille* |
| | Daniel C. Girard (SBN 114826) |
| | Jordan Elias (SBN 228731) |
| | Adam E. Polk (SBN 273000) |
| | Simon S. Grille (SBN 294914) |
| | 601 California Street, Suite 1400 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| | *dgirard@girardsharp.com* |
| | *jelias@girardsharp.com* |
| | *apolk@girardsharp.com* |
| | *sgrille@girardsharp.com* |
| | Steven A. Schwartz (*pro hac vice*) |
| | Benjamin F. Johns (*pro hac vice*) |
| | Beena M. McDonald (*pro hac vice*) |
| | **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** |
| | One Haverford Centre |
| | 361 West Lancaster Avenue |
| | Haverford, PA 19041 |
| | Telephone: (610) 642-8500 |
| | *sas@chimicles.com* |
| | *bfj@chimicles.com* |
| | *bmm@chimicles.com* |
| | *Counsel for Plaintiffs* |
| Dated: January 25, 2022 | **MORRISON & FOERSTER LLP** |
| | By: /s/ *Claudia M. Vetesi* |
| | Jessica L. Grant |
| | Penelope A. Preovolos |
| | Claudia M. Vetesi |
| | Camila A. Tapernoux |
| | 425 Market Street |
| | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |
| | *JGrant@mofo.com* |
| | *PPreovolos@mofo.com* |
| | *CVetesi@mofo.com* |
| | *CTapernoux@mofo.com* |

*Counsel for Defendant Apple Inc.*

**ATTESTATION**

I, Simon S. Grille, am the ECF user whose identification and password are being used to file this document. I hereby attest under penalty of perjury that concurrence in this filing has been obtained from all counsel listed above.

DATED: January 25, 2022                              /s/ *Simon S. Grille*
                                                                            Simon S. Grille

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____                    _____
                                                                         HON. EDWARD J. DAVILA
                                                                         United States District Judge