| | |
|---|---|
| Daniel C. Girard (SBN 114826) | Steven A. Schwartz (*pro hac vice*) |
| Jordan Elias (SBN 228731) | Benjamin F. Johns (*pro hac vice*) |
| Adam E. Polk (SBN 273000) | Beena M. McDonald (*pro hac vice*) |
| Simon S. Grille (SBN 294914) | **CHIMICLES SCHWARTZ KRINER** |
| **GIRARD SHARP LLP** | **& DONALDSON-SMITH LLP** |
| 601 California Street, Suite 1400 | One Haverford Centre |
| San Francisco, CA 94108 | 361 West Lancaster Avenue |
| Telephone: (415) 981-4800 | Haverford, PA 19041 |
| Fax: (415) 981-4846 | Telephone: (610) 642-8500 |
| dgirard@girardsharp.com | Fax: (610) 649-3633 |
| jelias@girardsharp.com | sas@chimicles.com |
| apolk@girardsharp.com | bfj@chimicles.com |
| sgrille@girardsharp.com | bmm@chimicles.com |

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**DECLARATION OF SIMON S. GRILLE IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENT TO PROPOSED PLAN OF NOTICE**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Amd. Consol. Compl. Filed: July 2, 2020 |

I, Simon S. Grille, declare as follows:

1. I am a partner at the law firm of Girard Sharp LLP, co-lead class counsel for the Plaintiffs in this matter. I submit this declaration in support of the Parties' Joint Stipulation and [Proposed] Order Regarding Supplement to Proposed Plan of Notice. I have personal knowledge of the information contained herein, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is true and correct copy of JND Legal Administration's resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th Day of January, 2022.

/s/ *Simon S. Grille*
Simon S. Grille