EXHIBIT A



JND LEGAL ADMINISTRATION

1.800.207.7160          |          CA • MN • NY • WA • DC          |          www.jndla.com



# COMPANY OVERVIEW

*Our Founders – Jennifer Keough ("J"), Neil Zola ("N") and David Isaac ("D") – are seasoned experts with more than 80 years of collective experience in law and administration.*

## WHO WE ARE

Guided by the vision and tenacity of our Founders, JND Legal Administration ("JND") has established itself as the nation's leading legal administration and litigation support services provider. Our teams leverage honed processes, industry-leading technology and JND proprietary systems to deliver superior results in all facets of legal administration related to class action, mass torts, remediation programs, eDiscovery, legal notice and more.

Headquartered in Seattle with regional offices in Los Angeles, Minneapolis, New York and D.C., JND works with law firms on both sides of the aisle; federal and state government agencies; and Fortune 500 companies. We are an approved vendor for the U.S. Federal Trade Commission and U.S. Securities and Exchange Commission and currently hold long-term contracts with both agencies. Our eDiscovery service line ("JND eDiscovery") is a RelativityOne certified cloud solution and services partner.

## RECOGNITION

Named the #1 Class Action Claims Administrator throughout our history, JND has been recognized for excellence in claims administration by leading legal publications for six consecutive years.



2021 — 2020 — 2019 — 2018 — 2017 — 2016

**JND** Overview



> **Good work gets more work.**
> – JENNIFER KEOUGH

| **450** MILLION + CLAIMS PROCESSED | **5** BILLION + DOLLARS IN DISTRIBUTION | **1500** USERS TRAINED IN JND'S RELATIVITYONE ENVIRONMENT | **3** PATENT-PENDING eDISCOVERY APPLICATIONS |

## HOW WE DO IT

The principals at JND have overseen many of the largest and most complex class action, mass tort and remediation cases in U.S. history. As the majority of our clients come as referrals, client delivery and a commitment to superior results will always remain central to our approach. As Jennifer Keough likes to say, "Good work gets more work."

## OUR CULTURE

Committed to diversity and inclusion, JND is proud to have an executive leadership team comprising more women than any of our competitors. Fifty-one percent of JND staff are women and more than 40% identify as an ethnic minority.

## OUR TECHNOLOGY

JND's data security posture and state-of-the-art technology are key differentiators that strengthen and support all areas of our business. We incorporate the latest developments in technology into our practice, engineering proprietary systems and developing custom solutions to serve our clients.

Protecting the confidentiality, integrity and availability of client data is of the utmost importance to JND. Our systems and technology solutions are AICPA SOC 2-certified, and compliant with the Gramm-Leach-Bliley Act (GLBA), California Consumer Privacy Act (CCPA), NIST, HIPAA and HITECH, and FISMA.



CLASS ACTION ADMINISTRATION
eDISCOVERY
GOVERNMENT SERVICES
HEALTHCARE SOLUTIONS
LEGAL NOTICE PROGRAMS
MASS TORT & LIEN RESOLUTION

---

CONTACT:  JNDLA.com    800.207.7160    info@JNDLA.com

CONNECT:  /jnd-legal-administration    /jnd_la    /JNDLegalAdministration

# CLASS ACTION ADMINISTRATION

JND's Class Action team comprises experienced legal administrators and court-acknowledged notice experts who have overseen some of the largest and most complex settlement administrations in our country's history. Led by Jennifer Keough, CEO and Co-Founder of JND, our firm has been recognized for excellence in class action claims administration every year since its founding and was named #1 Claims Administrator in 2021 by readers of the National Law Journal.



### PRE-SETTLEMENT CONSULTATION
- Plan of Allocation development
- Project timeline development
- Preliminary approval hearing support
- Drafting Notice Documents
- Extensive data review and analysis

### EXPERT NOTICE PROGRAMS
- Drafting of plain language notices for direct mail, postcard and email formats
- Claim forms designed to capture complete and accurate claimant information
- Media strategy and campaign coordination for identifying unknown class members
- Search engine optimized settlement websites provide remote access to notice and court documents
- Member inquiry support services



### SECURE CLAIMS PROCESSING
- Tracking and verification of claimant data in JND's NIST 800-53 based, SOC 2 certified information system
- Case-specific database design and custom reporting
- Claims processing and opt-out processing
- Evaluation and resolution of disputed claims, duplicate claims and deficient claims



### FUND MANAGEMENT AND BENEFIT DISBURSEMENT
- Opening and reconciling of disbursement accounts
- Establishing a Qualified Settlement Fund (QSF)
- Serving as Escrow Agent
- Benefit calculation and disbursement
- Benefit distribution formats include, among others, checks, debit cards, PayPal, Venmo, and wires
- Tax withholding and reporting

JNDLA.com   |   1.800.207.7160   |   info@JNDLA.com

## PROMINENT CASE HISTORY

- Gulf Coast Claims Facility
  $20,000,000,000

- Deepwater Horizon Gulf Oil Spill Settlement
  $10,000,000,000+

- WorldCom Securities Litigation
  $6,150,000,000

- Health Republic Insurance Company and Common Ground Healthcare Cooperative v. The United States
  $3,700,000,000

- Cobell Indian Trust Settlement
  $3,400,000,000

- Visa MasterCard Antitrust Settlement
  $3,050,000,000

- In re Blue Cross Blue Shield Antitrust Litigation
  $2,670,000,000

- In re Mercedes-Benz Emissions Litigation
  $1,500,000,000

- In re Equifax Inc. Customer Data Security Breach Litigation
  $1,300,000,000

- In re Stryker Rejuvenate and ABG II Hip Implant Products Liab. Litig.
  $1,000,000,000

- Air Cargo Antitrust Settlement
  $853,000,000

- Engle Trust Fund
  $800,000,000

- IPO Securities Litigation
  $586,000,000

- Loblaw Canadian Remediation Program
  $300,000,000

- In re Signet Jewelers Limited Securities Litigation
  $240,000,000

- USC Student Health Center Litigation
  $215,000,000

- In re Snap Inc. Securities Litigation
  $185,000,000

- In re Akorn, Inc. Data Integrity Securities Litigation
  $155,000,000

- In re Equifax Inc. Securities Litigation
  $149,000,000

- Cecil v. BP America Production Company
  $147,000,000

- In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation
  $135,000,000

- In re General Motors LLC Ignition Switch Litigation
  $121,100,000

- Fitzgerald Farms, LLC v. Chesapeake Operating, Inc.
  $119,000,000

- Fresno County Employees RetirementAssociation, et al. v. comScore Inc., et al.
  $110,000,000

- Chieftain Royalty Company v. XTO Energy, Inc.
  $80,000,000

- In re Yahoo! Inc. Securities Litigation
  $80,000,000

- JPM Stable Value Fund
  $75,000,000

- UCLA Heaps Settlement
  $73,000,000

- Beltran, et al. v. InterExchange, Inc., et al.
  $65,500,000

- Allagas, et al. v. BP Solar International, Inc., et al.
  $65,330,000

*All cases listed above were handled directly by one of the Founders of JND or by another senior JND employee still working for the company.*

CONTACT: JNDLA.com   800.207.7160   info@JNDLA.com
CONNECT: /jnd-legal-administration   /jnd_la   /JNDLegalAdministration





# Sample List of JND Matters

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| A.B. v. Regents of the Univ. of California | 20-cv-09555-RGK-E | C.D. Cal. |
| Abrams v. Peppermill Casinos | CV16-00578 | D. Nev. |
| Achziger v. IDS Prop. Cas. Ins. | 14-cv-5445 | W.D. Wa. |
| Adair v. Michigan Pain Specialist, PLLC | 14-28156-NO | Mich. Cir. |
| Adkins v. EQT Prod. Co. | 10-cv-00037-JPJ-PMS | W.D. Va. |
| Advance Trust & Life Escrow Serv., LTA v. Sec. Life of Denver Ins. Co. | 18-cv-01897-DDD-NYW | D. Colo. |
| Ahmed v. HSBC Bank USA, NA | 15-cv-2057-FMO-SPx | N.D. Ill. |
| Aho v. Jackson Hewitt, Inc. | BC682490 | Cal. Super. Ct. |
| Allagas v. BP Solar Int'l, Inc. | 14-cv-00560 (SI) | N.D. Cal. |
| Amador v. Baca | 10-cv-1649 | C.D. Cal. |
| Amin v. Mercedes-Benz USA, LLC | 17-cv-01701-AT | N.D. Ga. |
| Andreas-Moses v. Hartford Fire Ins. Co. | 17-cv-2019-Orl-37KRS | M.D. Fla. |
| Anger v. Accretive Health | 14-cv-12864 | E.D. Mich. |
| Arellano v. Optum, Inc. | BC704125 | Cal. Super. Ct. |
| Armstrong v. Taco Bell | 19CV26675 | Or. Cir. Ct. |
| Atkins v. Nat'l. Gen. Ins. Co. | 16-2-04728-4 | Wash. Super. Ct. |
| Atl. Ambulance Corp. v. Cullum & Hitti | MRS-L-264-12 | N.J. Super. Ct. |
| Atuogu v. Regeis Care Ctr., LLC | 30899/2019E | N.Y. Super. Ct. |
| Avila v. LifeLock Inc. | 15-cv-01398-SRB | D. Ariz. |
| Backer Law Firm, LLC v. Costco Wholesale Corp. | 15-cv-327 (SRB) | W.D. Mo. |
| Baker v. Collins Mobile | 20-cv-01996 | S.D. Ohio |
| Baker v. Equity Residential Mgmt., LLC | 18-cv-11175 | D. Mass. |
| Bankhead v. First Advantage Background Servs. Corp. | 17-cv-02910-LMM-CCB | N.D. Ga. |
| Barclays Dark Pool Sec. Litig. | 14-cv-5797 (VM) | S.D.N.Y. |
| Barrett v. Nestle USA, Inc. | 18-cv-167-DPM | E.D. Ark. |
| Barrios v. City of Chicago | 15-cv-02648 | N.D. Ill. |
| Beezley v. Fenix Parts, Inc. | 17-cv-7896 | N.D. Ill. |
| Belanger v. RoundPoint Mortg. Servicing | 17-cv-23307-MGC | S.D. Fla. |

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| *Beltran v. InterExchange, Inc.* | 14-cv-3074 | D. Colo. |
| *Bergman v. Thelen LLP* | 08-cv-05322-LB | N.D. Cal. |
| *Bey v. Encore Health Res.* | 19-cv-00060 | E.D. Tex. |
| *BlackRock Core Bond Portfolio v. Wells Fargo* | 65687/2016 | N.Y. Super. Ct. |
| *Blanco v. Hunter Indus. Inc.* | 19STCV26347 | Cal. Super. Ct. |
| *Bland v. Premier Nutrition Corp.* | RG19-002714 | Cal. Super. Ct. |
| *Blasi v. United Debt Serv., LLC* | 14-cv-0083 | S.D. Ohio |
| *Blocher v. Landry's Inc.* | 14-cv-03213-MSS-JSS | M.D. Fla. |
| *Bobo v. LM Wind Power Blades (ND), Inc.* | 18-cv-230-DPM | E.D. Ark. |
| *Bollenbach Enters. Ltd. P'ship. v. Oklahoma Energy Acquisitions* | 17-cv-134 | W.D. Okla. |
| *Boskie v. Backgroundchecks.com* | 2019CP3200824 | S.C. C.P. |
| *Boyd v. RREM Inc., d/b/a Winston* | 2019-CH-02321 | Ill. Cir. Ct. |
| *Boyle v. Harbor Freight Tools USA* | 2020-L-00386 | Ill. 3d. Cir. Ct. |
| *Bradley v. Honecker Cowling LLP* | 18-cv-01929-CL | D. Or. |
| *Brandewie v. Wal-Mart Stores, Inc.* | 14-cv-965 | N.D. Ohio |
| *Brna v. Isle of Capri Casinos* | 17-cv-60144 (FAM) | S.D. Fla. |
| *Broussard v. Stein Mart, Inc.* | 16-cv-03247 | S.D. Tex. |
| *Brown v. Transurban USA, Inc.* | 15-cv-494 | E.D. Va. |
| *Buescher v. Brenntag N. Am., Inc.* | 20-cv-00147 | E.D. Pa. |
| *Call v. Shutterstock* | SCV-262841 | Cal. Super. Ct. |
| *Cambridge v. Sheetz, Inc.* | 17-cv-01649-JEJ | M.D. Pa. |
| *Careathers v. Red Bull N. Am., Inc.* | 13-cv-369 (KPF) | S.D.N.Y. |
| *Carmack v. Amaya Inc.* | 16-cv-1884 | D.N.J. |
| *Carson v. Cheers* | 17-2-29644-9 | Wash. Super. Ct. |
| *Castro v. Sola Rentals, Inc.* | 19STCV02041 | Cal. Super. Ct. |
| *Cecil v. BP Am. Prod. Co.* | 16-cv-410 (RAW) | E.D. Okla. |
| *Chamblee v. TerraForm Power, Inc.* | 16 MD 2742 (PKC)(AJP) | S.D.N.Y. |
| *Chanve c. E.I. Du Pont De Nemours* | 16-cv-00376-MAC-ZJH | E.D. Tex. |
| *Charles v. Scheels All Sports, Inc.* | 2020L0180 | Ill. Cir. Ct. |
| *Chavez v. Our Lady of Lourdes Hosp.* | 12-2-50575-9 | Wash. Super. Ct. |
| *Chavez v. Temperature Equip. Corp.* | 2019-CHS-02538 | Ill. Cir. Ct. |
| *Chester v. TJX Cos.* | 15-cv-1437 (ODW) (DTB) | C.D. Cal. |
| *Chieftain Royalty Co. v. Newfield Exploration Mid-Continent Inc.* | 17-cv-00336-KEW | E.D. Okla. |
| *Chieftain Royalty Co. v. SM Energy Co.* | 18-cv-01225-J | W.D. Okla. |

| CASE NAME | CASE NUMBER | LOCATION |
|---|---|---|
| *Chiou v. Sumo Logic Inc.* | 1220065681 | JAMS |
| *Christopher v. Residence Mut. Ins. Co.* | CIVDS1711860 | Cal. Super. Ct. |
| *City of Los Angeles v. Bankrate, Inc.* | 14-cv-81323 (DMM) | S.D. Fla. |
| *Cline v Sunoco, Inc.* | 17-cv-313-JAG | E.D. Okla. |
| *Cline v. TouchTunes Music Corp.* | 14-CIV-4744 (LAK) | S.D.N.Y. |
| *Cobell v. Salazar* | 96-cv-1285 (TFH) | D.D.C. |
| *Common Ground Healthcare Coop. v. United States* | 17-877C | F.C.C. |
| *Commonwealth of Kentucky AG v. Daymar Learning, Inc.* | 11-ci-1016 | Ky. Daviess Cir., Div. I |
| *Connolly v. Umpqua Bank* | C15-517 (TSZ) | W.D. Wash. |
| *Conoly v. Mercantile Dining* | 2020CV30841 | D. Colo. |
| *Cooper Clark Found. v. Oxy USA* | 2017-CV-000003 | D. Kan. |
| *Corker v. Costco Wholesale Corp.* | 19-cv-00290-RSL | W.D. Wash. |
| *DASA Inv., Inc. v. EnerVest Operating LLC* | 18-cv-00083-SPS | E.D. Okla. |
| *Davis v. State Farm Ins.* | 19-cv-466 | W.D. Ky. |
| *Davis v. Yelp Inc.* | 18-cv-00400-EMC | N.D. Cal. |
| *De Rodriguez v. All Care Home Health Serv. LLC* | 509728/2016 | N.Y. Super. Ct. |
| *De Santiago v. California Respite Care, Inc.* | CIVDS1807688 | Cal. Super. Ct. |
| *Dearth v. Hartford Fire Ins. Co.* | 16-cv-1603-Orl-37LRH | M.D. Fla. |
| *del Toro Lopez v. Uber Techs., Inc.* | 14-cv-6255 | N.D. Cal. |
| *Delgado v. Am.'s Auto Auction* | 2019-CH-04164 | Ill. Cir. Ct. |
| *Delkener v. Cottage Health Sys.* | 30-2016-847934 (CU) (NP) (CXC) | Cal. Super. Ct. |
| *Deora v Nanthealth* | 17-cv-01825-TJH-MRWx | C.D. Cal. |
| *Derby v. Thomas Pink, Inc.* | 15-984 | Mass. Super. Ct. |
| *De Santiago v. California Respite Care, Inc.* | CIVDS1807688 | Cal. Super. Ct. |
| *Diaz v. BTG Int'l, Inc.* | 19-cv-01664 | E.D. Pa. |
| *Diaz v. Lost Dog Pizza, LLC* | 17-cv-02228-WJM-NYW | D. Colo. |
| *Diel v Salal Credit Union* | 19-2-10266-7 KNT | Wash. Super. Ct. |
| *Dinkins v. YP Adver. & Publ'g LLC* | 14-cv-1463-G | N.D. Tex. |
| *Dixon v. Grunt Style, LLC* | 2019 CH 01981 | Ill. Cir. Ct. |
| *Doan v. CORT Furniture Rental Corp.* | 30-2017-00904345-CU-BT-CXC | Cal. Super. Ct. |
| *Donnenfield v. Petro, Inc.* | 17-cv-02310 | E.D.N.Y. |
| *Dougherty v. Barrett Bus. Serv., Inc.* | 17-2-05619-1 | Wash. Super. Ct. |
| *Dozier v. Club Ventures Invs. LLC* | 17BK10060 | S.D.N.Y. |
| *Duran v. DirecTV* | 4850 (1-14-CV-274709) | Cal. Super. Ct. |

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| *Dwyer v. Snap Fitness, Inc.* | 17-cv-00455-MRB | S.D. Ohio |
| *Easley v. The Reserves Network, Inc.* | 16-cv-544 | N.D. Ohio |
| *Edwards v. Arkansas Cancer Clinic, P.A.* | 35CV-18-1171 | Ark. Cir. Ct. |
| *Edwards v. Hearst Commc'ns., Inc.* | 15-cv-9279 (AT) (JLC) | S.D.N.Y. |
| *EEOC v. Patterson-UTI Drilling Co. LLC* | 5-cv-600 (WYD) (CBS) | D. Colo. |
| *Elgar v. Seafield Ctr., Inc.* | 18-cv-0591 | E.D.N.Y. |
| *Elinknan v. RP Field Serv.* | 18-cv-108 | S.D. Ga. |
| *Ellis v. Terminal Operations Mgmt., Inc.* | 2019CH09407 | Ill. Cir. Ct. |
| *Engquist v. City of Los Angeles* | BC591331 | Cal. Super. Ct. |
| *Erica P. John Fund, Inc. v. Halliburton Co.* | 02-cv-1152 | N.D. Tex. |
| *Espenshade v. Wilcox & Wilcox* | BC647489 | Cal. Super. Ct. |
| *Essex v. The Children's Place, Inc.* | 15-cv-5621 | D.N.J. |
| *Family Med. Pharmacy LLC v. Impax Labs., Inc.* | 17-cv-53 | S.D. Ala. |
| *Family Med. Pharmacy LLC v. Trxade Grp. Inc.* | 15-cv-00590-KD-B | S.D. Ala. |
| *Fanelli v. Total Renal Care, Inc.* | 19-2-10835-5 SEA | Wash. Super. Ct. |
| *Farris v. Carlinville Rehab and Health Care Ctr.* | 2019CH42 | Ill. Cir. Ct. |
| *Felix v. WM. Bolthouse Farms, Inc.* | 19-cv-00312-AWI-JLT | E.D. Cal. |
| *Fielder v. Mechanics Bank* | BC721391 | Cal. Super. Ct. |
| *Finerman v. Marriott Ownership Resorts, Inc.* | 14-cv-1154-J-32MCR | M.D. Fla. |
| *Fitzgerald v. Lime Rock Res.* | CJ-2017-31 | Okla. Dist. Ct. |
| *Fitzgerald Farms, LLC v. Chesapeake Operating, Inc.* | CJ-2010-38 | Okla. Dist. Ct. |
| *Folweiler v. Am. Family Ins. Co.* | 16-2-16112-0 | Wash. Super. Ct. |
| *Fosbrink v. Area Wide Protective, Inc.* | 17-cv-1154-T-30CPT | M.D. Fla. |
| *Fresno Cnty. Employees Ret. Assoc. v. comScore Inc.* | 16-cv-1820 (JGK) | S.D.N.Y. |
| *FTC v. Reckitt Benckiser Grp. PLC* | 19CV00028 | W.D. Va. |
| *Gallaway v. Great W. Pac.* | 19-2-06604-1 SEA | Wash. Super. Ct. |
| *Garechana v. Summit Subway* | 2019CV032622 | D. Colo. |
| *Gazda v. Serve U Brands, Inc.* | E2019009233 | N.Y. Super. Ct. |
| *Gehrich v. Howe* | 37-2018-00041295-CU-SL-CTL | N.D. Ga. |
| *Gervasio v. Wawa, Inc.* | 17-cv-245 (PGS) (DEA) | D.N.J. |
| *Gettys v. Banc of Am. Merchant Serv., LLC* | 19STCV17233 | Cal. Super. Ct. |
| *Godfrey v. City of Chicago* | 12-cv-8601 | N.D. Ill. |
| *Gomez v. Chipotle Serv.* | 19-3398 PJM | D. Md. |
| *Gonzalez v. Greenleaf Nursery, Inc.* | 20-cv-00086-FL | E.D.N.C. |

| CASE NAME | CASE NUMBER | LOCATION |
|---|---|---|
| Gonzales v. Lance Camper | 19-2-07125-2 | Cal. Super. Ct. |
| Gonzalez-Tzita v. City of Los Angeles | 16-cv-00194 | C.D. Cal. |
| Goodman v. Burlington Coat Factory | 11-cv-04395; 14-cv-2787 | D.N.J. |
| Gormley v. magicJack Vocaltec Ltd. | 16-cv-1869 | S.D.N.Y. |
| Graf v. Orbit Machining Co. | 2020CH03280 | Ill. Cir. Ct. |
| Gragg v. Orange Cab Co. | C12-0576RSL | W.D. Wash. |
| Granados v. County of Los Angeles | BC361470 | Cal. Super. Ct. |
| Grant v. Ballard Mgmt, Inc. | 18-2-54890-0 SEA | Wash. Super. Ct. |
| Gregory v. Stewarts Shops | 14-cv-00033-TJM/ATB | 14-cv-00033-TJM/ATB |
| Gudz v. Jemrock Realty Co., LLC | 603555/2009 | N.Y. Super. Ct. |
| Guevoura Fund Ltd. v. Sillerman | 15-cv-07192-CM | S.D.N.Y. |
| Hall v. Dominion Energy | 18-cv-00321-JAG | E.D. Va. |
| Halperin v. YouFit Health Clubs | 18-cv-61722-WPD | S.D. Fla. |
| Hanks v. Lincoln Life & Annuity Co. of New York | 16-cv-6399 PKC | S.D.N.Y. |
| Harrington v. Wells Fargo Bank NA | 19-cv-11180-RGS | D. Mass. |
| Harris v. Amgen, Inc. | CV 07-5442 PSG (PLAx) | C.D. Cal. |
| Harris v. Chevron U.S.A., Inc. | 15-cv-00094 | W.D. Okla. |
| Harrison v. Strategic Experiential Grp. | RG16 807555 | Cal. Super. Ct. |
| Hay Creek Royalties, LLC v. Roan Res. LLC | 19-cv-00177-CVE-JFJ | N.D. Okla. |
| Hayes v. Saddle Creek Corp. | 19-cv-01143-SMY | S.D. Ill. |
| Health Republic Ins. Co. v. United States | 16-259C | F.C.C. |
| Henry Price Trust v Plains Mkting | 19-cv-00390-RAW | E.D. Okla. |
| Hernandez v. Experian Info. Sols., Inc. | 5-cv-1070 (DOC) (MLGx) | C.D. Cal. |
| Hernandez v. Great Western Pacific Inc. | 18-2-08788-1 SEA | Wash. Super. Ct. |
| Hernandez v. United States Cold Storage of California, Inc. | S-1500-CV-282297-SPC | Cal. Super. Ct. |
| Hernandez v. Wells Fargo Bank, N.A. | 18-cv-07354 | N.D. Cal. |
| Herrera v. Inland Staffing Inc. | CIVDS1924284 | Cal. Super. Ct. |
| Hill v. Valli Produce of Evanston | 2019CH13196 | Ill. Cir. Ct. |
| Hines v. CBS Television Studios | 17-cv-7882 (PGG) | S.D.N.Y. |
| Holmes v. LM Ins. Corp. | 19-cv-00466 | M.D. Tenn. |
| Holt v. Murphy Oil USA, Inc. | 17-cv-911 | N.D. Fla. |
| Horton v. Cavalry Portfolio Serv., LLC and Krejci v. Cavalry Portfolio Serv., LLC | 13-cv-0307-JAH-WVG and 16-cv-00211-JAH-WVG | C.D. Cal. |
| Howard v. Southwest Gas Corp. | 18-cv-01035-JAD-VCF | D. Nev. |

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| *Howell v. Checkr, Inc.* | 17-cv-4305 | N.D. Cal. |
| *Hoyte v. Gov't of D.C.* | 13-cv-00569 | D.D.C. |
| *Hufford v. Maxim Inc.* | 19-cv-04452-ALC-RWL | S.D.N.Y. |
| *Huntzinger v. Suunto Oy* | 37-2018-27159 (CU) (BT) (CTL) | Cal. Super. Ct. |
| *Ilano v. Wells Fargo* | 30-2019-0199146-CU-OE-CXC | Cal. Super. Ct. |
| *In re Air Cargo Shipping Servs. Antitrust Litig.* | 06-md-1775 (JG) (VVP) | E.D.N.Y. |
| *In re Akorn, Inc. Sec. Litig.* | 15-c-1944 | N.D. Ill. |
| *In re AMR Corp. (Am. Airlines Bankr.)* | 1-15463 (SHL) | S.D.N.Y. |
| *In re Auction Houses Antitrust Litig.* | 00-648 (LAK) | S.D.N.Y. |
| *In re AudioEye, Inc. Sec. Litig.* | 15-cv-163 (DCB) | D. Ariz. |
| *In re AXA Equitable Life Ins. Co. COI Litig.* | 16-cv-740 | S.D.N.Y. |
| *In re Banner Health Data Breach Litig.* | 16-cv-02696 | D. Ariz. |
| *In re Blue Cross Blue Shield Antitrust Litig.* | 2:13-CV-20000-RDP | N.D. Ala. |
| *In re Broiler Chicken Antitrust Litig.* | 16-cv-08637 | N.D. Ill. |
| *In re Chaparral Energy, Inc.* | 20-11947 (MFW) | D. Del. Bankr. |
| *In re Classmates.com* | C09-45RAJ | W.D. Wash. |
| *In re ConAgra Foods Inc.* | 11-cv-05379-CJC-AGR | C.D. Cal. |
| *In re Equifax Inc. Customer Data Sec. Breach Litig.* | 17-md-2800-TWT | N.D. Ga. |
| *In re Equifax Inc. Sec. Litig.* | 17-cv-03463-TWT | N.D. Ga. |
| *In re Glob. Tel*Link Corp. Litig.* | 14-CV-5275 | W.D. Ark. |
| *In re GoPro, Inc. Shareholder Litig.* | CIV537077 | Cal. Super. Ct. |
| *In re Helios and Matheson Analytics, Inc. Sec. Litig.* | 18-cv-06965JGK | S.D.N.Y. |
| *In re Illumina, Inc. Sec. Litig.* | 16-cv-03044-L-MSB | S.D. Cal. |
| *In re J.P. Morgan Stable Value Fund ERISA Litig.* | 12-cv-02548-VSB | S.D.N.Y. |
| *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig. (Indirect-Purchasers)* | 14-md-02542 | S.D.N.Y. |
| *In re Legacy Reserves LP Preferred Unitholder Litig.* | 2018-225 (JTL) | Del. Ch. |
| *In re LIBOR-Based Fin. Instruments Antitrust Litig.* | 11-md-2262 (NRB) | S.D.N.Y. |
| *In re Mercedes-Benz Emissions Litig.* | 16-cv-881 (KM) (ESK) | D.N.J. |
| *In re MyFord Touch Consumer Litig.* | 13-cv-3072 (EMC) | N.D. Cal. |
| *In re Mylan N.V. Sec. Litig* | 16-cv-07926-JPO | S.D.N.Y. |
| *In re Navistar MaxxForce Engines Mktg., Sales Practices and Prods. Liab. Litig.* | 14-cv-10318 | N.D. Ill. |
| *In re Novo Nordisk Sec. Litig.* | 17-cv-00209-BRM-LHG | D.N.J. |

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 2179 (MDL) | E.D. La. |
| In re PHH Lender Placed Ins. Litig. | 12-cv-1117 (NLH) (KMW) | D.N.J. |
| In re Pokémon Go Nuisance Litig. | 16-cv-04300 | N.D. Cal. |
| In re Polyurethane Foam Antitrust Litig. | 10-md-196 (JZ) | N.D. Ohio |
| In re Pre-Filled Propane Tank Antitrust Litig. | 14-md-02567 | W.D. Mo. |
| In re Resistors Antitrust Litig. | 15-cv-03820-JD | N.D. Cal. |
| In re Resonant Inc. Sec. Litig. | 15-cv-1970 (SJO) (MRW) | C.D. Cal. |
| In re Rockwell Med. Inc. Stockholder Derivative Litig. | 19-cv-02373 | E.D. N.Y. |
| In re Saks Inc. Shareholder Litig. | 652724/2013 | N.Y. Super. Ct. |
| In re Sheridan Holding Co. I, LLC | 20-31884 (DRJ) | Bankr. S.D. Tex. |
| In re Signet Jewelers Ltd, Sec. Litig. | 16-cv-06728-CM-SDA | S.D.N.Y. |
| In re Snap Inc. Sec. Litig. | 17-cv-03679-SVW-AGR | C.D. Cal. |
| In re Stericycle, Inc. Sec. Litig. | 16-cv-07145 | N.D. Ill. |
| In re Stryker Rejuvenate and ABG II Hip Implant Prods. Liab. Litig. | 13-md-2441 | D. Minn. |
| In re SunEdison, Inc. Sec. Litig. | 16-md-2742 | S.D.N.Y. |
| In re The Engle Trust Fund | 94-08273 CA 22 | Fla. 11th Cir. Ct. |
| In re Ubiquiti Networks Sec. Litig. | 18-cv-01620 (VM) | S.D.N.Y. |
| In re Unilife Corp. Sec. Litig. | 16-cv-3976 (RA) | S.D.N.Y. |
| In re Vale S.A. Sec. Litig. | 15 Civ. 09539 (GHW) | S.D.N.Y. |
| In re Washington Mut. Inc. Sec. Litig. | 8-md-1919 (MJP) | W.D. Wash. |
| In re Wholesale Grocery Prods. Antitrust Litig. | 9-md-2090 (ADM) (TNL) | D. Minn. |
| In re Yahoo! Inc. Sec. Litig. | 17-cv-373 | N.D. Cal. |
| IPO Sec. Litig. | 21-MC-92 (SAS) (HPB) | S.D.N.Y. |
| Ivery v. RMH Illinois, LLC and RMH Franchise Holdings, Inc. | 17-CIV-1619 | N.D. Ill. |
| Jackson v U.S. Bancorp | 20-CV-02310-EFM-TJJ | D. Kan. |
| James v. Mado Healthcare LLC | 2019CH06140 | Ill. Cir. Ct. |
| Jenkins v. Morley Cos., Inc. | 20-cv-11921 | E.D. Mich. |
| Jerome v. Elan 99, LLC | 2018-02263 | Tx. Dist. Ct. |
| Jeter v. Bullseye Energy, Inc. | 12-cv-411 (TCK) (PJC) | N.D. Okla. |
| Johnson v. Tractor Supply Co. | 19-2-01975-1-KNT | Wash. Super. Ct. |
| Johnston v. Camino Natural Res., LLC | 19-cv-02742-CMA-SKC | D. Colo. |
| Jones v. Encore Health Res. | 19-cv-03298 | S.D. Tex. |

| CASE NAME | CASE NUMBER | LOCATION |
|---|---|---|
| Jordan v. Things Remembered, Inc. | 114CV272045 | Cal. Super. Ct. |
| Kellgren v. Petco Animal Supplies, Inc. | 13-cv-644 (L) (KSC) | S.D. Cal. |
| Kennedy v. McCarthy | 16-cv-2010-CSH | D. Conn. |
| Kent v. R.L. Vallee, Inc. | 617-6-15 | D. Vt. |
| Khona v. Subaru of Am., Inc. | 19-cv-09323-RMB-AMD | D.N.J. |
| King v. Bumble Trading Inc. | 18-cv-06868-NC | N.D. Cal. |
| Kirby v. Gurtler Chem., Inc. | 19-cv-00620-JGB-KK | C.D. Cal. |
| Kissel v. Code 42 Software Inc. | 15-cv-1936 (JLS) (KES) | C.D. Cal. |
| Klein v. Ambrosia QSR Burger LLC | 20-2-06162-5 | Wash. Super. Ct. |
| Kokobaeva v. DKCS LLC | 14-2174 | Mass. Super. Ct. |
| Kokoszki v. Playboy Enter., Inc. | 19-cv-10302 | E.D. Mich. |
| Komesar v. City of Pasadena | BC 677632 | Cal. Super. Ct. |
| Kommer v. Ford Motor Co. | 17-cv-00296-LEK-DJS | N.D.N.Y. |
| Kramer v. DuPont, USA | 17L2 | Ill. Cir. Ct. |
| Lambert v. Navy Fed. Credit Union | 19-cv-00103-LO-MSN | E.D. Va. |
| Langan v. Johnson & Johnson Consumer Co. | 13-cv-01471 | D. Conn. |
| Larson v. Allina Health Sys. | 17-cv-03835 | D. Minn. |
| Lee v. Hertz Corp., Dollar Thrifty Auto. Grp. Inc. | CGC-15-547520 | Cal. Super. Ct. |
| Lewis v. Investigative Consulting Serv. Inc. | C-03-CV-19-000211 | Md. Circ. Ct. |
| Linderman v. City of Los Angeles | BC650785 | Cal. Super. Ct. |
| Lindsay v. Cutter Wireline Serv., Inc. | 7-cv-01445 (PAB) (KLM) | D. Colo. |
| Linneman v. Vita-Mix Corp. | 15-cv-748 | S.D. Ohio |
| Lion BioTechs. Sec. Litig. | 17-cv-02086-SI | N.D. Cal. |
| Liotta v. Wolford Boutiques, LLC | 16-cv-4634 | N.D. Ga. |
| Lippert v. Baldwin | 10-cv-4603 | N.D. Ill. |
| Lloyd v. CVB Fin. Corp. | 10-cv-6256 (CAS) | C.D. Cal. |
| Lord Abbett Affiliated Fund, Inc. v. Navient Corp. | 16-cv-112 | D. Del. |
| Maas v. The Penn Central Corp. | 99-cv-723 | Ohio C.P., Trumbull Cnty. |
| Mabrey v. Autovest | CGC-18-566617 | Cal. Super. Ct. |
| Machado v. Endurance Int'l Grp. Holdings Inc. | 15-cv-11775-GAO | D. Mass. |
| Malin v. Ambry Gentics Corp. | 30-2018-00994841-CU-SL-CXC | Cal. Super. Ct. |
| Maness v. Quality Integrated Serv., Inc. | 20-cv-00179 | S. D. Tex. |
| Maricle v. AgReliant Genetics, LLC | 2019-L-00481 | Ill. Cir. Ct. |
| McClintock v. Continuum Producer Serv., L.L.C. | 17-cv-00259-JAG | E.D. Okla. |

| CASE NAME | CASE NUMBER | LOCATION |
|---|---|---|
| McClintock v Enter. | 16-cv-00136-KEW | E.D. Okla. |
| McClure v. eviCore Healthcare MSI, LLC | 19-cv-03272-RLW | E.D. Mo. |
| McDonald v. Asset Acceptance LLC | 11-cv-13080 (MOB) (MAR) | E.D. Mich. |
| McFarland v. Swedish Med. Ctr. | 18-2-02948-1 SEA | Wash. Super. Ct. |
| McGann v. Jamil Jordan LLC | 19-2-31531-8 SEA | Wash. Super. Ct. |
| McGraw v. Geico Gen. Ins. Co. | 15-2-07829-7 | Wash. Super. Ct. |
| McKeon v. Integrity Pizza LLC | 18-cv-932 | D. Colo. |
| McKibben v. McMahon | 14-2171 (JGB) (SP) | C.D. Cal. |
| McKnight Realty Co. v. Bravo Arkoma, LLC | 17-CIV-308 (KEW) | E.D. Okla. |
| McNeal v. AccentCare, Inc. | 4:15cv03304 | N.D. Cal. |
| McNeill v. Citation Oil & Gas Corp. | 17-CIV-121 (KEW) | E.D. Okla. |
| McWilliams v. City of Long Beach | BC361469 | Cal. Super. Ct. |
| Merrill v. Ohio Dep't of Natural Res. | 4-cv-1080 | Ohio C.P., Lake Cnty. |
| Messner v. Cambridge Real Estate Servs., Inc. | 19CV28815 | Or. Cir. Ct. |
| Metzler v. Med. Mgmt. Int'l, Inc. | 19-cv-2289-T-33CPT | M.D. Fla. |
| Meyer v. American Family Mutual Ins. Co. | 14-cv-5305 | W.D. Wash. |
| Mild v. PPG Indus., Inc. | 18-cv-04231 | C.D. Cal. |
| Miller v. Carrington Mortg. Serv., LLC | 19-cv-00016-JDL | D. Me. |
| Miller v. Mut. of Enumclaw Ins. Co. | 19-2-12357-1 | Wash. Super. Ct. |
| Miller Revocable Trust v DCP Operating Co. | 18-cv-00199-JH | E.D. Okla. |
| Millien v. Madison Square Garden | 17-cv-04000 | S.D.N.Y. |
| Milstead v. Robert Fiance Beauty Sch., Inc. | CAM-L-328-16 | N.J. Super. Ct. |
| Moeller v. Advance Magazine Publishers, Inc. | 15-cv-05671 (NRB) | S.D.N.Y. |
| Mohamed v. SkyHop Glob. LLC | 18-2-54565-0-KNT | Wash. Super. Ct. |
| Mojica v. Securus Techs., Inc. | 14-cv-5258 | W.D. Ark. |
| Molina v. Dart Int'l | BC507473 | Cal. Super. Ct. |
| Moodie v. Maxim HealthCare Servs. | 14-cv-03471-FMO-AS | C.D. Cal. |
| Morel v. Lions Gate Entm't. Inc. | 16-cv-1407 (JFC) | S.D.N.Y. |
| Moss v. United Airlines | 16-cv-08496 | N.D. Ill. |
| Murphy v. Precision Castparts Corp. | 16-cv-00521-sb | D. Or. |
| Naik v. Swagat Rest. | 19-cv-05025 (JMF) | S.D.N.Y. |
| Nesbitt v. Postmates, Inc. | CGC-15-547146 | Cal. Super. Ct. |
| New York v. Steven Croman | 450545/2016 | N.Y. Super. Ct. |
| Nicolucci v. Sephora USA, Inc. | CGC-11-508450 | Cal. Super. Ct. |

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| *Noble v. Northland* | UWY-CV-16-6033559-S | Conn. Super. Ct. |
| *Noland-Moore v. City of Cleveland* | 18-cv-2730 | N.D. Ohio |
| *Noriesta v. Konica Minolta Bus. Sols. U.S.A., Inc.* | 19-cv-00620 | C.D. Cal. |
| *Novoa v. The GEO Grp., Inc.* | 17-cv-02514-JGB-SHK | C.D. Cal. |
| *Nozzi v. Housing Auth. of the City of Los Angeles* | CV 07-00380 PA (FFMx) | C.D. Cal. |
| *Nwauzor v. GEO Grp., Inc.* | 17-cv-05769 | W.D. Wash. |
| *O'Brien v. Leegin Creative Leather Prod., Inc.* | 4-cv-1668 | Kan. 18th Dist. Ct., Sedgwick Cnty. |
| *Oliva v. Rock Fish LLC* | BC658207 | Cal. Super. Ct. |
| *Ollila v. Babcock & Wilcox Enter., Inc.* | 17-cv-00109 | W.D.N.C. |
| *Ortega v. Borton & Sons, Inc.* | 17-2-03005-39 | Wash. Super. Ct. |
| *Ortez v. United Parcel Serv., Inc.* | 17-cv-01202 (CMA) (SKC) | D. Colo. |
| *Ortiz v. Amazon.com, LLC* | 17-2-25002-3 KNT | Wash. Super. Ct. |
| *Ostendorf v. Grange Indem. Ins. Co.* | 19-cv-01147-ALM-KAJ | S.D. Ohio |
| *Owens v. Dart Cherokee Basin Operating Co., LLC* | 12-4157 (JAR) (JPO) | D. Kan. |
| *Paetzold v. Metro. Dist. Comm'n* | X07-HHD-CV-18-6090558-S | Conn. Super. Ct. |
| *Paggos v. Resonant, Inc.* | 15-cv-01970-SJO | C.D. Cal. |
| *Palazzolo v. Fiat Chrysler Auto. NV* | 16-cv-12803 | E.D. Mich. |
| *Palmateer v. Les Schwab* | 17CV22189 | Or. Cir. Ct. |
| *Palmer v City of Anaheim* | 30-2017-00938646 | Cal. Super. Ct. |
| *Parker v. Berkeley Premium Nutraceuticals Inc.* | 04-cv-1903 | Ohio C.P., Montgomery Cnty. |
| *Parker v. Maverick Tube Corp.* | 20-cv-00005-DPM | E.D. Ark. |
| *Parker v. Universal Pictures* | 16-cv-1193-CEM-DCI | M.D. Fla. |
| *Parmelee v. Santander Consumer USA Holdings Inc.* | 16-cv-783-K | N.D. Tex. |
| *Patel v. Darktrace Inc.* | 0505263/2020 | N.Y. Super. Ct. |
| *Pauley v. CF Ent.* | 13-CV-08011-RGK-CW | C.D. Cal. |
| *Pelka v. Saren Rest.* | 2019 CH 14664 | Ill. Cir. Ct. |
| *Pemberton v. Nationstar Mortg. LLC* | 14-cv-1024-BAS (MSB) | S.D. Cal. |
| *Pena v. Wells Fargo Bank* | 19-cv-04065-MMC-TSH | N.D. Cal. |
| *Perez v. Central Ohio Gaming Ventures, LLC* | 15-cv-2636 (MHW) | S.D. Ohio |
| *Perez v. DIRECTV* | 16-cv-01440-JLS-DFM | C.D. Cal. |
| *Perez v. Wells Fargo Co.* | 17-cv-00454-MMC | N.D. Cal. |
| *Perrigo Sec. Litig.* | 16-CV-2805-MCA-LDW | D.N.J. |

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| Peterson v. Apria Healthcare Grp., Inc. | 19-cv-00856 | M.D. Fla. |
| Petersen v. Costco Wholesale Co. | 13-cv-01292-DOC-JCG | C.D. Cal. |
| Phillips v. Hobby Lobby Stores, Inc. | 18-cv-01645-JHE; 16-cv-837-JHE | N.D. Ala. |
| Pickett v. Simos Insourcing Sols. Corp. | 1:17-cv-01013 | N.D. Ill. |
| Pierre v. Kaufman Enter. | 604065/2019 | N.Y. Super. Ct. |
| Pinnell v. Teva Pharm. | 19-cv-05738 | E.D. Pa. |
| Plymouth County Ret. Sys. v. GTT Commc'n, Inc. | 19-cv-00982-CMH-MSN | E.D. Va. |
| Podawiltz v. Swisher Int'l, Inc. | 16CV27621 | Or. Cir. Ct. |
| Prause v. TechnipFMC PLC | 7-cv-2368 | S.D. Tex. |
| Press v. J. Crew Grp., Inc. | 56-2018-512503 (CU) (BT) (VTA) | Cal. Super. Ct. |
| Presson v. Recovery Connections Cmty. | 18-cv-466 | E.D.N.C. |
| Purcell v. United Propane Gas, Inc. | 14-CI-729 | Ky. 2nd Cir. |
| Ralph v. Get Fresh Produce, Inc. | 2019-CH-02324 | Ill. Cir. Ct. |
| Ramos v. Hopele of Fort Lauderdale, LLC | 17-cv-62100 | S.D. Fla. |
| Rayburn v. Santander Consumer USA, Inc. | 18-cv-1534 | S.D. Ohio |
| Red Bull False Advertising Litig. (Wolf v. Red Bull GMBH 1:13-cv-08008) | 1:13-cv-08008 | S.D.N.Y. |
| Reirdon v. Ciamrex Energy Co. | 16-CIV-113 (KEW) | E.D. Okla. |
| Reirdon v. XTO Energy Inc. | 16-cv-00087-KEW | E.D. Okla. |
| Rhea v. Apache Corp. | 14-cv-00433-JH | E.D. Okla. |
| Rice-Redding v. Nationwide Mut. Ins. Co. | 18-cv-01203 | N.D. Ga. |
| Rick Nelson Co. v. Sony Music Ent. | 18-cv-08791 | S.D.N.Y. |
| Rodrigues v WCP Constr. Corp. | 19-cv-10409-DJC | D. Mass. |
| Rollo v. Universal Prop. & Cas. Ins. | 2018-027720-CA-01 | Fla. Cir. Ct. |
| Roth v. Bellevue Club | 19-2-07780-8 | Wash. Super. Ct. |
| Roth v. GEICO Gen. Ins. Co. and Joffe v. GEICO Indem. Co. | 16-cv-62942 | S.D. Fla. |
| Routh v. SEIU Healthcare 775NW | 14-cv-00200 | W.D. Wash. |
| Rozeboom v. Dietz & Watson | 17-cv-01266-RAJ | W.D. Wash. |
| Roy v. Cnty. of Los Angeles | 12-09012-AB | C.D. Cal. |
| Ruppel v. Consumers Union of United States, Inc. | 16-cv-2444 (KMK) | S.D.N.Y. |
| Russett v. Nw. Mut. Life Ins. Co., | 19-cv-07414-KMK | S.D.N.Y. |
| Ryan-House v. GlaxoSmithKline PLC | 02-cv-442 | E.D. Va. |
| Saccoccio v. JP Morgan Chase | 13-cv-21107 | S.D. Fla. |
| Salgado v. UPMC Jameson | 30008-18 | C.P. Pa. |

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| San Antonio Fire & Police Pension Fund v. Dole Food Co. | 15-cv-1140 (LPS) | E.D. Del. |
| Sanchez v. Centene Corp. | 17-cv-00806-AGF | E.D. Mo. |
| Sanchez v. Visual Pak | 2018-CH-2651 | Ill. Cir. Ct. |
| Sanders v CJS Sols. Grp., LLC | 17-cv-03809 | S.D.N.Y. |
| Sanders v. Glob. Research Acquisition, LLC | 18-cv-00555 | M.D. Fla. |
| Sandoval v. Merlex Stucco Inc. | BC619322 | Cal. Super. Ct. |
| Santa Barbara Channelkeeper v. State Water Res. Control Bd. | 37-2020-00005776 | Cal. Super. Ct. |
| Schlesinger v. Ticketmaster | BC304565 | Cal. Super. Ct. |
| Schulte v. Liberty Ins. Corp. | 19-cv-00026 | S.D. Ohio |
| Schwartz v. Opus Bank | 16-cv-7991 (AB) (JPR) | C.D. Cal. |
| SEB Inv. Mgmt. AB v. Endo Int'l PLC | 17-cv-3711-TJS | E.D. Pa. |
| Seegert v. P.F. Chang's China Bistro | 37-2017-00016131-CU-MC-CTL | Cal. Super. Ct. |
| Senne v Office of the Comm'r of Baseball | 14-cv-00608-JCS | N.D. Cal. |
| Shah v Zimmer Biomet Holdings, Inc. | 16-cv-00815-PPS-MGG | N.D. Ind. |
| Sidibe v. Sutter Health | 12-cv-4854-LB | N.D. Cal. |
| Skeen v. BMW of N. Am., LLC | 13-cv-1531 (WHW) (CLW) | D.N.J. |
| Snap Derivative Settlement | 18STCV09365; BC720152; 19STCV08413 | Cal. Super. Ct. |
| Soderstrom v. MSP Crossroads Apartments LLC | 16-cv-233 (ADM) (KMM) | D. Minn. |
| Solberg v. Victim Serv., Inc. | 14-cv-05266-VC | N.D. Cal. |
| Sonner v. Schwabe N. Am., Inc. | 15-cv-01358 VAP (SPx) | C.D. Cal. |
| Spectrum Sec. Litig. | 19-cv-347-JDP | W.D. Wis. |
| Speed v. JMA Energy Co., LLC | CJ-2016-59 | Okla. Dist. Ct. |
| Staats v. City of Palo Alto | 2015-1-CV-284956 | Cal. Super. Ct. |
| Stanley v. Capri Training Ctr. | ESX-L-1182-16 | N.J. Super. Ct. |
| Steinberg v. Opko Health, Inc. | 18-cv-23786-JEM | S.D. Fla. |
| Stewart v. Early Warning Serv., LLC | 18-cv-3277 | D.N.J. |
| Stillman v. Clermont York Assocs. LLC | 603557/09E | N.Y. Super. Ct. |
| Stretch v. Montana | DV-04-713 (A) | Mont. 11th Dist. Ct. |
| Strickland v. Carrington Mortg. Servs., LLC | 16-cv-25237 | S.D. Fla. |
| Strougo v. Lannett Co. | 18-cv-3635 | E.D. Pa. |
| Stuart v. State Farm Fire & Cas. Co. | 14-cv-04001 | W.D. Ark. |
| Sudunagunta v. NantKwest, Inc. | 16-cv-01947-MWF-JEM | C.D. Cal. |
| Sullivan v. Wenner Media LLC | 1:16-cv-00960 | W.D. Mich. |

| CASE NAME | CASE NUMBER | LOCATION |
| --- | --- | --- |
| *Swinton v. SquareTrade, Inc.* | 18-CV-00144-SMR-SBJ | S.D. Iowa |
| *Taafua v. Quantum Glob. Techs.* | 18-cv-06602-VKD | N.D. Cal. |
| *Thomas v. KIK Custom Prods., Inc.* | 2019CH02471 | Ill. Cir. Ct. |
| *Thome v. NOVAtime Tech., Inc.* | 19-cv-06256 | N.D. Ill. |
| *Thompson v. NCO Grp., Inc.* | 1:12-cv-03590 | N.D. Ill. |
| *Tile Shop Stockholders Litig.* | 2019-0892-SG | Del. Chancery |
| *Timberlake v. Fusione, Inc.* | BC 616783 | Cal. Super. Ct. |
| *Tkachyk v. Traveler's Ins.* | 16-28-m (DLC) | D. Mont. |
| *Tolliver v. Avvo, Inc.* | 16-2-5904-0 (SEA) | Wash. Super. Ct. |
| *Torraca-Riano v. ATC Healthcare Serv., Inc.* | 37-2018-00065377-CU-06-CTL | Cal. Super. Ct. |
| *Torres v Melo Dairy* | BCV-19-101450 | Cal. Super. Ct. |
| *Townsend v. G2 Secure Staff* | 18STCV04429 | Cal. Super. Ct. |
| *Trepte v. Bionaire, Inc.* | BC540110 | Cal. Super. Ct. |
| *Truss v. Four Seasons Heating & Air Conditioning, Inc.* | 2019-CH-09633 | Ill. Cir. Ct. |
| *Tschosik v. Diamond Freight Sys.* | 16-2-01247-1 | Wash. Super. Ct. |
| *Tucker v. Papa John's Int'l. Inc.* | 16-L-49 | Ill. 3rd Cir. Ct., Madison Cnty. |
| *Turner v. Chipotle* | 14-CV-02612 (JLK) | 10th Cir. |
| *Tyus v. Gen. Info. Sols. LLC* | 2017CP3201389 | S.C. C.P. |
| *United States (DOJ) v. Baltimore County* | 19-CV-02465-CCB | D. Md. |
| *United States v. City of Chicago* | 16-c-1969 | N.D. Ill. |
| *United States v. Consol. City of Jacksonville* | 170-17M-393 | U.S. D.O.J. |
| *United States v. Greyhound Lines, Inc.* | 16-67-RGA | D. Del. |
| *USC Student Health Ctr. Settlement* | 18-cv-04258-SVW | C.D. Cal. |
| *Van Jacobs v. New World Van Lines, Inc.* | 2019CH02619 | Ill. Cir. Ct. |
| *Vasquez v. Libre by Nexus, Inc.* | 17-cv-00755-CW | N.D. Cal. |
| *Vasquez v. Rainier Hospitality LLC* | 19-2-14813-6 SEA | Wash. Super. Ct. |
| *Vassalle v. Midland Funding LLC* | 11-cv-00096 | N.D. Ohio |
| *Viesse v. Saar's Inc.* | 17-2-7783-6 (SEA) | Wash. Super. Ct. |
| *Villafan v. Broadspectrum Downstream Serv. Inc.* | 18-cv-06741-LB | N.D. Cal. |
| *Visa/Mastercard Antitrust Litig.* | cv-96-5238 | E.D.N.Y. |
| *Vizzi v. MMNA (Mitsubishi Motors of N. Am.)* | 8:08-cv-00650 | C.D. Cal. |
| *Wahl v. Yahoo! Inc.* | 17-cv-2745 (BLF) | N.D. Cal. |
| *Walton v. AT&T Servs., Inc.* | 15-cv-3653 (VC) | N.D. Cal. |

| CASE NAME | CASE NUMBER | LOCATION |
|---|---|---|
| *Weber v. KASA Delivery LLC* | 16-2-13761-0 SEA | Wash. Super. Ct. |
| *Weimar v. Geico Advantage Ins. Co.* | 19-cv-2698-JTF-tmp | W.D. Tenn. |
| *Williams v. Children's Mercy Hosp.* | 1816-CV 17350 | Mo. Cir. Ct. |
| *Williams v. Ret. Plan for Chicago Transit Auth.* | 11 CH 15446 | Ill. Cir. Ct. |
| *Williams v. Weyerhaeuser Co.* | 18-cv-422-Orl-37-DCI | M.D. Fla. |
| *Wills v. Starbucks Corp.* | 17-cv-03654 | N.D. Ga. |
| *Wilner v. Leopold & Assoc,* | 15-cv-09374-PED | S.D.N.Y. |
| *Wilson v. LSB Indus., Inc.* | 15-cv-07614-RA-GWG | S.D.N.Y. |
| *Wiseman v. AJP Enter. Inc.* | 19-2-07125-2 | Wash. Super. Ct. |
| *Wood v. AmeriHealth Caritas Serv.* | 19-2194 | E.D. Pa. |
| *Worledge v. Riverstone* | DV-13-658 | Mont. 4th Dist. Ct., Missoula Cnty. |
| *Wornicki v. Brokerpriceopinion.com, Inc.* | 13-cv-03258 (PAB) (KMT) | D. Colo. |
| *Wright v. Lyft, Inc.* | 14-cv-00421-BJR | W.D. Wash. |
| *Wright v. Sterling Infosystems* | 34-2019-00255349 | Cal. Super. Ct. |
| *Yamagata v. Reckitt Benckiser, LLC* | 17-cv-03529-CV | N.D.Cal. |
| *Yates v. Checkers* | 17-cv-09219 | N.D. Ill. |
| *Yeske v. Macoupin Energy* | 2017-L-24 | Ill. Cir. Ct. |
| *Yi v. Kroger Co.* | 14-2-19935-0 SEA | Wash. Super. Ct. |
| *Yoakum v. ABB Motors and Mech., Inc.* | 20-cv-23-JJV | E.D. Ark. |
| *Yopp v. Madison Square Garden* | BC658234 | Cal. Super. Ct. |
| *Young v. World Wide Tech., LLC* | 2019-L-001728 | Ill. 13th Cir. Ct. |
| *Zhang v. Richemont N. Am., Inc.* | 19STCV32396 | Cal. Super. Ct. |