JESSICA L. GRANT (SBN 178138)
JGrant@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (SBN 233485)
CVetesi@mofo.com
CAMILA A. TAPERNOUX (SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**DECLARATION OF CAMILA A. TAPERNOUX IN SUPPORT OF JOINT MOTION TO SEAL (ECF NOS. 342, 344, 349, 355, 357, 359)**<br><br>Courtroom: 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

I, Camila A. Tapernoux, hereby declare as follows:

1. I am an associate in the law firm of Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. in this action. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2. On January 31, 2022, this Court Granted in Part and Denied in Part Apple's Administrative Motions to Seal Portions of Briefing regarding its motions to exclude the opinions of Hal J. Singer, Ph.D., David V. Niebuhr, Ph.D., and Charles M. Curley. (ECF No. 391.) Pursuant to the Court's Order, Apple hereby resubmits the following documents, which include revised redactions conforming to the Court's January 31, 2022 Order.

3. Attached hereto as **Exhibit 1** is a true and correct redacted copy of the Merits Expert Report of Hal J. Singer, dated April 13, 2021, which was initially submitted to this Court as Exhibit 1 to the Declaration of Jessica L. Grant in Support of Apple's Motion to Exclude the Expert Opinions of Hal J. Singer (ECF No. 331) and Exhibit 1 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude the Expert Opinions of Hal J. Singer (ECF No. 349.)

4. Attached hereto as **Exhibit 2** is a true and correct redacted copy of the Merits Rebuttal Report of Denise M. Martin, Ph.D., dated May 13, 2021, which was initially submitted to this Court as Exhibit 3 to the Declaration of Jessica L. Grant in Support of Apple's Motion to Exclude the Expert Opinions of Hal J. Singer (ECF No. 331).

5. Attached hereto as **Exhibit 3** is a true and correct redacted copy of Apple's Motion to Exclude Expert Opinions of David V. Niebuhr, Ph.D., which was initially submitted to this Court as ECF No. 334.

6. Attached hereto as **Exhibit 4** is a true and correct redacted copy of excerpts from the deposition of David Niebuhr, taken on June 4, 2021, which were initially submitted to this Court as Exhibit 1 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 334.)

7. Attached hereto as **Exhibit 5** is a true and correct redacted copy of the Report of David V. Niebuhr, Ph.D., dated April 13, 2021, which was initially submitted to this Court as Exhibit 2 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 334) and Exhibit 1 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 342.)

8. Attached hereto as **Exhibit 6** is a true and correct redacted copy of excerpts from the deposition of David Niebuhr, taken on September 18, 2020, which were initially submitted to this Court as Exhibit 3 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 334.)

9. Attached hereto as **Exhibit 7** is a true and correct redacted copy of the Rebuttal Expert Report of Darran Cairns, Ph.D., dated May 13, 2021, which was initially submitted to this Court as Exhibit 4 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 334), Exhibit 4 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 342), and Exhibit 3 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions of Charles M. Curley (ECF No. 344.)

10. Attached hereto as **Exhibit 8** is a true and correct redacted copy of the Reply Expert Report of David V. Niebuhr, Ph.D., dated May 27, 2021, which was initially submitted to this Court as Exhibit 5 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 334), Exhibit 6 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 342), and Exhibit 4 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D.

11. Attached hereto as **Exhibit 9** is a true and correct redacted copy of Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories (Nos. 7-8), dated March 12,

2021, which was initially submitted to this Court as Exhibit 6 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 334.)

12. Attached hereto as **Exhibit 10** is a true and correct redacted copy of excerpts from the deposition of Charles M. Curley, taken on June 10, 2021, which were initially submitted to this Court as Exhibit 7 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 334.)

13. Attached hereto as **Exhibit 11** is a true and correct redacted copy of the Report of Charles M. Curley, dated April 13, 2021, which was initially submitted to this Court as Exhibit 8 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 334) and Exhibit 1 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions of Charles M. Curley (ECF No. 344.)

14. Attached hereto as **Exhibit 12** is a true and correct redacted copy of the Reply Report of Charles M. Curley, dated May 27, 2021, which was initially submitted to this Court as Exhibit 9 to the Declaration of Claudia M. Vetesi in Support of Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D (ECF No. 334) and Exhibit 2 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions of Charles M. Curley (ECF No. 344.)

15. Attached hereto as **Exhibit 13** is a true and correct redacted copy of Apple's Motion to Exclude Expert Opinions Charles M. Curley, which was initially submitted to this Court as ECF No. 337.

16. Attached as **Exhibit 14** is a true and correct redacted copy of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions of David V. Niebuhr, Ph.D, which was initially submitted to this Court as ECF No. 342.

17. Attached as **Exhibit 15** is a true and correct redacted copy of excerpts from the deposition of David Niebuhr, Ph.D., taken on September 18, 2020, which were initially submitted to this Court as Exhibit 5 to the Declaration of Simon S. Grille in Support of Plaintiffs'

Opposition to Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 342.)

18. Attached as **Exhibit 16** is a true and correct redacted copy of excerpts from the deposition of Darran Cairns, Ph.D., taken on May 26, 2021, which were initially submitted to this Court as Exhibit 7 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions David V. Niebuhr, Ph.D. (ECF No. 342.)

19. Attached as **Exhibit 17** is a true and correct redacted copy of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions of Charles M. Curley, which was initially submitted to this Court as ECF No. 344.

20. Attached as **Exhibit 18** is a true and correct redacted copy of excerpts from the deposition of Darran Cairns, Ph.D., taken on May 26, 2021, which were initially submitted to this Court as Exhibit 4 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions of Charles M. Curley (ECF No. 344.)

21. Attached as **Exhibit 19** is a true and correct redacted copy of excerpts from the deposition of Charles M. Curley, taken on June 10, 2021, which were initially submitted to this Court as Exhibit 5 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Exclude Expert Opinions of Charles M. Curley (ECF No. 344.)

22. Attached as **Exhibit 20** is a true and correct redacted copy of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D., which was initially submitted to this Court as ECF No. 349.

23. Attached as **Exhibit 21** is a true and correct redacted copy of the Merits Expert Reply Report of Hal J. Singer, Ph.D., dated May 27, 2021, which was initially submitted to this Court as Exhibit 4 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

24. Attached as **Exhibit 22** is a true and correct copy with no redactions of excerpts from the deposition of Denise M. Martin, Ph.D., taken on October 21, 2020, which were initially submitted to this Court as Exhibit 6 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

25. Attached as **Exhibit 23** is a true and correct copy with no redactions of excerpts from the deposition of Itamar Simonson, Ph.D., taken on October 19, 2020, which were initially submitted to this Court as Exhibit 7 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

26. Attached as **Exhibit 24** is a true and correct copy with no redactions of excerpts from the deposition of Chen Song, Ph.D., taken on May 25, 2021, which were initially submitted to this Court as Exhibit 8 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

27. Attached as **Exhibit 25** is a true and correct redacted copy of excerpts from the deposition of Hal J. Singer, Ph.D., taken on June 11, 2021, which were initially submitted to this Court as Exhibit 9 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

28. Attached as **Exhibit 26** is a true and correct copy with no redactions of excerpts from the deposition of Laura Metz, taken on July 2, 2020, which were initially submitted to this Court as Exhibit 11 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

29. Attached as **Exhibit 27** is a true and correct copy with no redactions of excerpts from the deposition of Itamar Simonson, Ph.D., taken on May 25, 2021, which were initially submitted to this Court as Exhibit 12 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

30. Attached as **Exhibit 28** is a true and correct redacted copy of APL-MBKeyboard_01150617, which was initially submitted to this Court as Exhibit 14 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

31. Attached as **Exhibit 29** is a true and correct copy with no redactions of excerpts from the deposition of John Ternus, taken on March 2, 2021, which were initially submitted to

1  this Court as Exhibit 15 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition
2  to Apple's Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

3       32.    Attached as **Exhibit 30** is a true and correct redacted copy of excerpts from the
4  deposition of Jared Williams, taken on July 14, 2020, which were initially submitted to this Court
5  as Exhibit 16 to the Declaration of Simon S. Grille in Support of Plaintiffs' Opposition to Apple's
6  Motion to Strike Expert Opinions of Hal J. Singer, Ph.D. (ECF No. 349.)

7       33.    Attached as **Exhibit 31** is a true and correct redacted copy of Apple's Reply in
8  Support of Motion to Exclude Expert Opinions of Hal J. Singer, Ph.D., which was initially
9  submitted to this Court as ECF No. 355.

10      34.    Attached as **Exhibit 32** is a true and correct redacted copy of Apple's Reply in
11 Support of Motion to Exclude Expert Opinions of David Niebuhr, Ph.D., which was initially
12 submitted to this Court as ECF No. 357.

13      35.    Attached as **Exhibit 33** is a true and correct redacted copy of Apple's Reply in
14 Support of Motion to Exclude Expert Opinions of Charles M. Curley, which was initially
15 submitted to this Court as ECF No. 359.

16      36.    Unredacted copies of all the above redacted documents have already been filed
17 with this Court in connection with the original filings, and are not reattached here.  Additionally,
18 Exhibits 2-4, 6, 9 and 13 to this declaration were already ruled upon in this Court's prior Sealing
19 Order (ECF 391).  Accordingly, they are attached hereto with updated redactions that comply
20 with ECF 391, but are not included in the Proposed Order filed herewith.

21      37.    Attached hereto as **Exhibit 34** is a true and correct copy of the Court's January 25,
22 2022 Order.  The parties have conferred and propose no redactions to this Order.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 15th day of February 2022, at San Francisco, California.

By: /s/ *Camila A. Tapernoux*
Camila A. Tapernoux