# Exhibit 5

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

**United States District Court**
**Northern District of California**

**Case No.: 5:18-cv-02813**

**IN RE MACBOOK KEYBOARD LITIGATION**

**Report of David V. Niebuhr, Ph.D.**
**April 13, 2021**

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO A PROTECTIVE ORDER

## <u>TABLE OF CONTENTS</u>

I.      ASSIGNMENT...................................................................................................1

II.     QUALIFICATIONS .........................................................................................1

III.    OVERVIEW OF RELEVANT LAPTOP KEYBOARD COMPONENTS........................3

IV.     BASES FOR OPINIONS...................................................................................5

V.      THE BUTTERFLY KEYBOARD DESIGN IS VULNERABLE TO PARTICLE
        CONTAMINATION...........................................................................................6

VI.     MY FAILURE ANALYSIS CONCLUSIONS ARE CONSISTENT WITH
        APPLE'S INTERNAL ANALYSIS AND EMPLOYEE TESTIMONY .........................22

VII.    CONCLUSION...............................................................................................24

## I.    ASSIGNMENT

1.  I have been retained as an expert witness by Class Counsel in connection with the class action lawsuit, *In re: Macbook Keyboard Litig.*, in which the Plaintiffs allege that their butterfly keyboard MacBooks ("MacBooks") suffer from a defect that causes them to fail due to the keys registering more than once, getting stuck, and/or not registering at all when pressed (the "Defect").

2.  I was engaged to review and assess the underlying root cause of the reported failures in the butterfly equipped MacBooks. I inspected the internal components of eight MacBooks, which covered each of the design variations Apple has identified in the litigation. I then examined each MacBook for the existence of keyboard failures. I also inspected a scissor mechanism MacBook that was released before the butterfly keyboard MacBooks to help place my opinions in context. Finally, I reviewed Apple's technical documents, ███████████████████████ ███████ and Apple witnesses' testimony.

3.  In connection with my work as an expert, my company Niebuhr Metallurgical Engineering is being compensated at a rate of $300 per hour for consulting, and $350 per hour for deposition testimony and court appearances, plus reimbursement for reasonable expenses. No portion of my compensation is dependent or otherwise contingent on the content of my testimony or the outcome of the lawsuit.

4.  My opinions are based upon my 25 years of experience in the field of mechanical engineering and metallurgy, my inspection and testing of MacBooks, and my review of public materials and materials produced in this litigation as set out in **Appendix 2**. My work on this matter is ongoing and, as such, this report represents only those opinions I have formed to date. I understand that the parties are continuing to engage in expert discovery. My opinions are therefore subject to modification and supplementation based upon my continuing analysis of materials provided, additional information received in discovery or otherwise, as well as any information, materials, and analysis disclosed in any other experts' report.

## II.    QUALIFICATIONS

5.  I am an Adjunct Professor in the Mechanical Engineering department at California Polytechnic State University in San Luis Obispo, California. I teach courses in mechanics, experimental design, and mechanics of materials to undergraduate students. In the past I was a professor of materials engineering, also known as metallurgical engineering, which entails the study of various materials, such as metal, plastic, ceramics, etc., and their applications, including

how they are made and how they behave in a variety of situations. As a materials engineering professor, I taught courses to both undergraduates and graduate students in materials selection and design, failure analysis, physical metallurgy, electronic materials, and tribology. Additionally, I have taught several courses in consumer product design and failure analysis with faculty in other disciplines.

6. I have also conducted research for the University in tribology, which is the study of friction and wear of materials. My research included two summer appointments to NASA's Jet Propulsion Laboratory as a visiting scholar.

7. I am a member of the American Society of Materials, a professional organization comprised of metallurgical and materials engineers.

8. I began my studies at California Polytechnic State University in San Luis Obispo, graduating in 1993 with a B.S. in Materials Engineering. I then attended Oregon Graduate Institute of Science & Technology, graduating in 1997 with a Ph.D. in Materials Science and Engineering. I have a professional engineering license in the subject of metallurgy.

9. I am the owner and founder of Niebuhr Metallurgical Engineering in San Luis Obispo, California, where I have performed expert and consulting services in several cases related to product design, materials selection, and the identification of design flaws and ways to mitigate them.

10. I have extensive experience in root cause failure analysis and in the evaluation of mechanical designs of electro-mechanical consumer products. For example, my prior experience includes work as a Tribologist where I was tasked with both design engineering for computer hard drives as well as failure and root cause analysis based on contamination during production. I also understand the fundamental design, behavior, and failure modes of switches and understand how they function; I recently conducted failure analysis on customer-operated point of purchase systems where the source of the failure was determined to be contamination of a small switch. My CV, attached as **Appendix 1**, lists my qualifications, publications I have authored, and cases in which I have testified as an expert at trial or by deposition over the last four years.

11. My background and experience provide me with a comprehensive and specialized understanding of the mechanical and material design of consumer electronics. I have performed numerous detailed analyses of materials and how they are integrated into systems to optimize performance. I have applied my design and failure analysis expertise to, among other electronic

2

products, thermal printers, hard disk drives, solenoids, and various medical devices.  I have relevant expertise in electronic product-failure testing and analysis as well as in materials selection based on products' operational requirements.

## III.    OVERVIEW OF RELEVANT LAPTOP KEYBOARD COMPONENTS

12. A laptop keyboard is made up of a key matrix – a grid of miniature circuits underneath each individual key that is connected to the Printed Circuit Board, or PCB, which serves as the keyboard's command center.  When a key is pressed, it collapses the components beneath it, sending a small electrical current to the PCB that completes a circuit.  The laptop's processor compares the location of the closed circuit on the key matrix to its character map memory, and then registers the associated character.

13.

14.


Traditional scissor mechanism

(APL-MBKeyboard_00134030).

15. In 2014, Apple patented a "butterfly" switch for laptop keyboards.[1] The butterfly switch is a single assembly mechanism, the movement of which resembles a butterfly flapping its wings.  The two wings attach to a hinge in the middle, in a "V" or "U" shape.  In contrast to the ██████████████████████████████████████████████████████████████████████ ████████████████████████████████ I understand from Apple's documents and testimony that ████ ███████████████████████████████████████████████████ (Goldberg Depo., 50:16-51:2). ████████████████████████████████████████



(APL-MBKeyboard_00134030.)

16. Key "travel" distance refers to the vertical displacement of a key measured from its resting position to its fully compressed position.  In other words, travel is the distance that a key must be depressed before its key strike is registered.  As discussed in more detail below, the travel distance of a keyboard factors heavily into the overall thickness of a laptop.

17. Traditional scissor keyboards generally have a longer travel distance than butterfly keyboards due to the architecture and materials of the scissor switch and the dome.

18. I understand from Apple's documents and testimony that ████████████████████ ███████████████████████████████████████████████████████████████████████████

---

[1] Leong, C., *et. al.*, 2014, *Low-Travel Key Mechanisms Using Butterfly Hinges* https://patentimages.storage.googleapis.com/84/7a/c8/856d96347b47ae/US20140116865A1.pdf; *see also* Leong, C., *et. al.*, 2016, *Keyboard Assemblies Having Reduced Thickness and Method of Forming Assemblies* (https://patentimages.storage.googleapis.com/e2/09/49/c05a0e669a6f68/US20160336128A1.pdf; Wang, P.X., *et. al.*, 2018, *Ingress Prevention for Keyboards* (https://patentimages.storage.googleapis.com/76/4e/44/6be3f1ed36a5bf/US20180068808A1.pdf; Leong, C., *et. al.*, 2018, *Low-Travel Key Mechanism for an Input Device* (https://patentimages.storage.googleapis.com/d3/25/85/4149a202042b10/US20180137996A1.pdf )

███████████████████████████████████████████████

████████████████████████ (Goldberg Depo., at 38:21-39:7).

19. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████ (McDonald Depo., at

25:24-27:5, 31:2-18).

**Gaps between aluminum web.**

| **Figure 1 illustrates low magnification.** | **Figure 2 better illustrates gap that can range from 350 to 500 microns.** |

 

20. ███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████

## IV.    BASES FOR OPINIONS

21. My opinions are based upon my inspection and testing of eight[2] butterfly keyboard MacBooks, my background and experience, publicly available information, and materials produced in this litigation.

---

[2] I received four additional butterfly MacBooks which are not addressed in the remainder of this report. Two would not power on due to water damage or a corrupted operating system. One was

22. I also reviewed the allegations and customer complaints in the Second Amended Consolidated Complaint, Apple's public statements concerning the MacBook and its failures, and the reports of MacBook keyboard failures in online articles and posts. The publicly available information I reviewed is listed in **Appendix 2**.

23. I reviewed Apple's relevant keyboard patents, and materials concerning the useful life and obsolescence period of laptop computers. The patents and materials I reviewed are also listed in **Appendix 2.**

24. My opinions are consistent with my review and interpretation of Apple's internal ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ discovery responses, and deposition testimony of the following Apple employees: Jeffrey LaBerge, Nathan Yoder, Scott McEuen, Shelly Goldberg, Pradyumna Prabhumirashi, Bryan McDonald, Jared Williams, Cheri Gandy, and John Ternus. The case materials I reviewed are identified in **Appendix 2.** Many of the Apple witnesses deposed in this lawsuit have extensive engineering experience, and most of the internal Apple documents and emails I reviewed for purposes of forming my opinions are, as a general matter, highly technical.

## V.     THE BUTTERFLY KEYBOARD DESIGN IS VULNERABLE TO PARTICLE CONTAMINATION

25. Apple manufactured and sold sixteen models[3] of MacBooks with the butterfly keyboard design. These MacBooks span three "generations" that were sold between March 2015 and March 2020, and which Apple has divided into six groups based on the specifications changes that it implemented.

26. I inspected, disassembled, tested, and photographed eight butterfly keyboard MacBooks. **See Appendix 3.** These MacBooks include at least one computer within each of the six groupings Apple identified over the course of this case. My methodology for inspection is based upon generally accepted engineering principles used in failure analysis and root cause investigations.

27. Based upon my inspections, and as I explain in detail below, I determined that the butterfly design in each of the MacBooks is prone to failing from particle contamination.

---

only partially operable. The last one was operable but I observed no debris in the keyboard and it did not exhibit failures. The absence of key failures is consistent with the lack of debris in the MacBook, and further confirms my opinion that Apple's butterfly keyboard is prone to failure due to particles becoming trapped within the butterfly design.

[3] SAC, ¶ 205.

28. My inspections and analysis show that the debris causes butterfly keyboard failures that prevent the user from being able to type consistently, quickly and reliably, which substantially undermines the functionality of the laptops. I observed that failed keys were stuck, requiring repeated and excessive pressure in order for them to register a key strike or needed to be pried up from their stuck position. Other keys were nonresponsive, meaning a user cannot use the key at all. Some keys would register a character more than once even though the key was depressed only one time.

29. Some keys exhibited multiple failure modes. For instance, during the typing test portion of my inspections (described below), keys would fail to register once, and then later become completely stuck in the depressed position. In light of these failures, a user in a real-world setting would have to continuously check to see if what was typed actually appeared on the page. The failures create so many typing errors and slow down productivity to such a significant degree, a reasonable user would justifiably stop using the keyboard.

30. I also discovered that cleaning the keyboards with compressed air—a process that Apple has recommended—does not fix the problem, again leaving the user to suffer a drastic loss of typing productivity, seek a work-around such as purchasing an external keyboard, or take the time to obtain repeated repairs (which do not address the underlying defective butterfly architecture). Once a failure occurs, the user cannot rely upon the butterfly keyboard to work at the time needed and as intended.

31. I adhered to the following methodology for each of the MacBooks that I inspected:

a. *Chain of custody and initial inspection* – The receipt of each MacBook was documented and during the unpacking process, I checked the condition of the outer box, the laptop, keyboard, and monitor for any cosmetic damage which I documented with pictures.

b. *Inspection of outer keyboard* – Using a low-powered microscope, I viewed each MacBook keyboard and evaluated it to identify and document any damaged keys, observable wear on keypads, or loose, broken, or missing keys. None of the eight MacBooks exhibited such damage. I understand from Apple's documents and the testimony of its employees that ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(Goldberg Depo., 38:21-39:7). Apple's engineers also testified that ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Figures 3 and 4 below are low magnification images of the keyboard from ▮▮▮▮ released in 2019.

7

*Figure 3*                                        *Figure 4*



c. *Functionality* – I powered on each MacBook and plugged it in for charging. Each laptop appeared to be "factory reset" by its previous owners thus requiring set-up with new credentials.

d. *Key performance testing* – I evaluated the up and down motion of individual keys to check functional performance. Using the "Notes" program that is preinstalled on all MacBooks, I typed the phrase "the quick brown fox jumps over the lazy dog" repeatedly to identify any keys that did not perform as intended. (This phrase includes all the letters in the alphabet.) I next tested the other keys on the keyboard that are not part of this sentence, such as the number keys. I pressed each key a minimum of 100 times during testing.

e. *Characterize failure modes* – I characterized the keys that failed according to the following ██████████████████████████ – no make" which means a non-responsive key; ████ – sticky key" or keys getting stuck; and ████ – double make/double click" which means a key registering more than once.

f. *Cleaning keyboard per Apple instructions* – Using Apple's suggested method of cleaning the MacBooks (found at https://support.apple.com/en-us/HT205662), I tilted the keyboard 70° and injected canned air between keys in an attempt to loosen particles that may have been preventing keyboard operation. I conducted further key performance testing after cleaning and again noted failure modes.

g. *Detaching top case from bottom case* – The MacBook keyboard is mounted to ██████████████████████████████████████████████████████████ ████. In order to access the butterfly key mechanism and PCB, I detached the top case of each MacBook from the bottom case (housing the motherboard, processor, memory, and batteries) and

8

screen using a special five-pointed driver bit that is unique to Apple products. The keys attach to web casing, with a hole for each key. I removed the screws or rivets (depending on the model) and peeled back the keyboard from the web casing.

**Figure 5. Inside of Top Case
(view looking up)**

**Figure 6. Inside of Bottom Case
(view looking down)**





h. *Removal of key caps to expose butterfly mechanism* – The entire key assembly can be accessed by removing the keycap, which is attached to the butterfly at four points. To remove the key cap and access the butterfly and key mechanism I used a plastic pick tool, commonly used for this purpose, to unclip the top of the keycap. By applying gentle pressure with a plastic "spudger" tool that acts as a pry bar, the top clips would detach from the butterfly itself. The cap was then rotated to release the bottom clips and prevent damage to the brittle plastic used in the key caps. The images below show this process.

**Figure 7. Spudger and Pick**

**Figure 8. Spudger, Pick & Tweezers**





With the keycap removed, the entire butterfly key structure could be observed, including the butterfly hinge and metal dome. Removal of the metal dome reveals the contact pad which is part of the PCB. The four corners of the contact pad act as one leg of the circuit. The center is the other leg of the circuit which is completed when the dome makes contact with the center.

*Figure 9. Butterfly Mechanism Indicating Anchor Points to Keycap and Housing*



*Figure 10. Key with Butterfly Mechanism Removed*



      i.  *Evaluate area for presence of particles and substances* – Each of the MacBooks I have evaluated in this report had debris of varying quantity and size under the keycaps. I photographed and measured the organic and inorganic particles that I observed. For example, *Figures 11 and 12* are images of the debris found in MacBook #6.

*Figure No. 11*



*Figure No. 12*



j.   *Assess failure mode and root cause* – Keys that were characterized with the failure modes described above were further inspected with a microscope to determine the primary cause of failure.  I also inspected keys that did not exhibit failures.

k.   *Accessing the butterfly mechanism* – I removed the plastic butterfly hinge, polymer coverlay and metal dome from the PCB, observing the particles that I found.

32. Based upon my MacBook inspections and my review of the record in this case, █

███████████████████████████████████████████████████████████████████████████
██████████████████████████████████ .

33. These three elements allow debris to get stuck under the keycap and within the butterfly mechanism key.  The debris lodges itself between the dome contact point and the PCB or within the butterfly hinge, causing the no make, sticky key, and double-click failures.  These failures caused by trapped debris occur whether external debris gets in, or whether internally-generated debris stays in – both can easily remain trapped within the butterfly key architecture, causing failures that will not permit a person to use the keyboard for ordinary typing activities.

34. **Table A**, below, summarizes the types of key failure modes observed on the MacBooks that I inspected.

*Table A. Key Failure Modes Observed on MacBooks*

| MacBook No. Inspected | Model Code/Generation | Failing Keys | Key Failure Mode ██ – *Specific Keys Do Not Work* ("no make") ██ – *Sticky/Stuck Key(s)* **K61** – *Repeat characters* (double-click) | | |
|---|---|---|---|---|---|
| | | | ██ | ██ | ██ |
| 1. | 12" MacBook, Retina, 2015 (C02QGDRYGF84) ██, first generation | Right Arrow | X | X | |
| | | Down Arrow | X | | |
| 2. | 12" MacBook, Retina, 2015 (C02Q90U0FWW3) ██, first generation | Z | X | | X |
| | | X | X | | |
| | | Down Arrow | X | X | X |
| 3. | 12" MacBook, 2016 (C025P0L6GTHV) ██, first generation | Space Bar | X | | |

11

| 4. | 12" MacBook, 2016 (C02RT9B0H3QX) ▉ first generation | Shift (right) | X | | |
| | | Down Arrow | X | | |
| | | Return (Enter) | X | | X |
| 5. | 15" MacBook Pro, 2016 (C02SM0CEGTFM) ▉ second generation | C | X | | |
| | | N | | | X |
| | | Command (left side) | X | | |
| | | Space Bar | | X | X |
| 6. | 13" MacBook Pro, 2017 Four Thunderbolt (C02V5AR7HV2L) ▉ second generation | E | X | | |
| | | B | X | | |
| | | N | X | | |
| | | S | X | | |
| | | I | X | | |
| | | Up Arrow | X | X | |
| | | Return (Enter) | | X | X |
| 7. | 15" MacBook Pro, 2018 (C02XJ0CJJG5M) ▉ third generation | B | X | | |
| | | I | X | | |
| | | K | X | | |
| 8. | 13" MacBook Pro, 2019 (C02YWN5WLLVDC) ▉ third generation | O | X | | |
| | | Z | | | X |
| | | Return (Enter) | X | | |

## MacBook No. 1

35. MacBook No. 1 is a 2015 MacBook, Retina 12", with the first generation butterfly keyboard, identified as the ▉ Upon my inspection of MacBook No. 1, the *right arrow* key exhibited no make and sticky key failures modes, and the *down arrow* key exhibited no make. I tested key performance after cleaning the keyboard with compressed air and found that the failures persisted.

36. The *right arrow* key would operate only after repeatedly depressing on different parts of the key (top corner, bottom corner, etc.). I found debris under the keycap as shown in the Figures below. *Figure 13* is an overview of right arrow after keycap removal. The red boxes in

the bottom two corners in the image on the left are areas with large amounts of debris. *Figures 14-16* are magnified images of the debris found in several areas under the key, ranging in size from ▮▮▮▮▮▮▮▮▮▮



**Figure 13**



**Figure 14**

Debris



**Figure 15**



**Figure 16**

37. The *down arrow* key in MacBook No. 1 also exhibited the no make failure. Foreign debris was present as illustrated in *Figures 17 and 18*. *Figure 17* is an overview of down arrow after keycap removal. Numerous particles were present, with at least six exceeding ▮▮▮ microns in size. This is significant as a particle of between ▮▮▮▮▮▮▮▮▮ can wedge itself under the butterfly key and freeze its motion. *Figure 18* is the magnified image of a hard particle observed in the vicinity of the butterfly mechanism.

*Figure 17*                                              *Figure 18*




**MacBook No. 2**

38. MacBook No. 2 is a 2015 MacBook, Retina 12", with the first generation butterfly keyboard, identified as the ▮▮▮▮▮▮.  Upon my inspection of this MacBook, the *Z* key exhibited no make and double-click, the *X* key exhibited no make, and *down arrow* key exhibited no make, sticky key, and double-click failures.  The *Z* and *X* keys required repeated excessive pressure in order for them to register a key strike.  The *down arrow* key completed failed.  No measurable improvement in performance occurred after cleaning with the air.

39. I observed particles under the *Z*, *X* and *down arrow* keycaps.  Figure 19 is an overview of down arrow after keycap removal illustrating particles in the 300 – 400 micron range (black arrows).

*Figure 19*



14

### MacBook No. 3

40. MacBook No. 3 is a 2016 MacBook 12", with the first generation butterfly keyboard, identified as the ███████. Upon my inspection of this MacBook, the *space bar* key exhibited no make failure. When I removed the keycap, I found debris underneath it. I reattached the space bar and cleaned the keyboard with compressed air. My subsequent typing testing did not reveal improvement in no make failures. I removed the keycap a second time and the distribution of particles looked the same.

41. *Figure 20* is a view from above the spacebar key, after keycap removal, which shows particles ranging in size from 10 microns to 2 mm. *Figure 21* is another magnified image of these particles.

| *Figure 20* | *Figure 21* |
|:---:|:---:|




### MacBook No. 4

42. MacBook No. 4 is a 2016 MacBook 12", with the first generation butterfly keyboard, identified as the ███████. Upon my inspection of this MacBook, the *Return [Enter]* key exhibited no make and double click failures, and the *Shift* (right) and *down arrow* keys also exhibited no make failures. The *down arrow* key was nonresponsive. Cleaning with air did not fix the problem. The *Return [Enter] and Shift (right)* keys had only sporadic functionality.

43. *Figure 22* is a magnified image of the *down arrow* after keycap removal showing evidence of wear on the nub. This wear appeared to be abrasive – similar to being rubbed with sand paper – and evidenced break down of the material.

*Figure 22*



## MacBook No. 5

44. MacBook No. 5 is a 2016 MacBook Pro 15", with a second generation butterfly keyboard, identified as a ▋▋▋▋▋▋ My inspection of this MacBook revealed the *C* and *Command* (left) keys exhibiting no make, the *N* key exhibiting double-click, and the *Space Bar* exhibiting sticky key and double-click failures. This model had observable organic material (external debris) between the dome and the contact pad on the PCB board. This external debris can enter in through the gap between the key mechanism and PCB and adhere itself to the contact pad. The material would then be flattened by the compression of the dome and is an excellent example of how no makes will occur when particles prevent electrical contact. *Figure 23* shows the PCB board after the *Command* key was removed. I found evidence of organic material on the center contact pad, which contributed to the exhibited key failure. *Figure 24* is a higher magnification image showing the contamination. *Figure 25* shows the ▋▋▋▋▋ illustrating the organic material that was adhered to the contact surface. *Figure 26* shows the *Space Bar* with salt and sugar grains as well as particles that have adhered to the PCB and the area around the key mechanism. It is my opinion that these particles caused the exhibited key failures.

**Figure 23**



**Figure 24**



**Figure 25**



**Figure 26**



### MacBook No. 6

45. MacBook No. 6 is a 2017 MacBook Pro, 13", Four Thunderbolt, with a second generation butterfly keyboard, identified as the ▮▮▮▮▮▮▮. Upon inspection of this MacBook, the *E, B, N, S, I,* and *Up Arrow* keys all exhibited no make failures; the *E* and *B* keys also exhibited double-click; the *Up Arrow* and *Return* (Enter) keys exhibited sticky key; and the *Return* (Enter) key also exhibited double-click failures. This model had observable debris in and around each of these key mechanisms. After cleaning, I repeated key testing and noted the same dysfunctional keys.

46. Figures 27 and 28 illustrate the *up-arrow* key and the particles that cover the key mechanism areas. There are numerous particles, many large enough to prevent free motion of the butterfly mechanism, interfere with electrical connections, and cause key failures. Figures 29 and

30 show the *Return (Enter)* key and reveal particles that are under the butterfly mechanism and particles that have migrated under key mechanism.

*Figure 27*



*Figure 28*



*Figure 29*



*Figure 30*



### MacBook No. 7

47. MacBook No. 7 is a 2018 MacBook Pro 15", with a third generation butterfly keyboard, identified as the ███████. Upon my inspection of this MacBook, the *B*, *I* and *K* keys exhibited no make, and the *B* key also exhibited double-click failures. This model utilized the membrane under keyboard ("MUK") that Apple added to some later models. ████████████████

18

████████████████████████████████████

█████████████    The MUK did not cover the areas where the keycap connected to the butterfly mechanism.  As a result, there were openings for particles to enter.

48. The *B*, *I* and *K* keys all exhibited no make failures.  I removed the keys for observation, then replaced them, and cleaned the keyboard with compressed air, which did not resolve the failures.  I observed particles ranging from 10 microns to over 500 microns around and under the MUK for each of the failed keys.

49. *Figure 31* illustrates the areas where particles can circumvent the MUK.  The particles are trapped by the MUK and work their way under the butterfly as seen in *Figure 32*, which is the source of failures of the three keys on MacBook No. 5.  These particles were measured to be in the 200 – 300 micron range.

| *Figure 31* | *Figure 32* |
|:---:|:---:|
|  |  |

50. *Figure 33* depicts the particles found under the *B* key in MacBook No. 5.  *Figure 34* depicts additional particles observed under the MUK after keycap removal.

| *Figure 33* | *Figure 34* |
|:---:|:---:|
|  |  |

**MacBook No. 8**

51. MacBook No. 8 is a 2019 MacBook Pro 13", with the third generation butterfly keyboard, identified as a ████████. My inspection of this MacBook revealed the *Z* and *Return (Enter)* keys exhibiting no make failures, and the *Z* key exhibiting double-click failures. I observed the MUK, which did not cover where the keycap connected to the butterfly mechanism. As a result, there were openings for particles to enter. I observed particles in the key mechanism of the failed keys. *Figure 35* illustrates particles found in the area of the *Z* key and *Figure 36* shows particles from the *Return* (Enter) key. I found organic material adhering to the dome, which is shown in *Figure 37*. This material could migrate and prevent electrical contact, resulting in a key failure.

*Figure 35*                                  *Figure 36*

  

*Figure 37*



20

**Predecessor Scissor Keyboard MacBook**

52. I also received a 2015 MacBook Pro, 13-inch (███) with a scissor keyboard—the predecessor to the butterfly keyboard—for examination and comparison to the butterfly keyboard MacBooks. I████████████████████████████████████████████████████████████████████████████████████████ (Goldberg Dep., 38:11-14.) ██████████████████ ███ makes the scissor keys much less vulnerable to particle-induced failure, especially since the particles found in the butterfly keyboards were █████ or less in size.

53. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

54. ████████████████████████████████████████ ███ ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

55. ████████████████████████████████████████████████████████████████████████████████████████████████████ *Figure 38* shows the scissor architecture and *Figure 39* shows ██████████████████. The area seen below ██████████████████ in *Figure 39* is recessed within the computer (deeper than the dome and its traces) which acts as a trough where particles can fall so they don't interfere with the scissor architecture.

| *Figure 38* | *Figure 39* |
| :---: | :---: |
|  |  |

## VI.    MY FAILURE ANALYSIS CONCLUSIONS ARE CONSISTENT WITH APPLE'S INTERNAL ANALYSIS AND EMPLOYEE TESTIMONY

56.    As I explained above, my inspection and analysis of butterfly keyboard MacBooks demonstrates that debris from outside or from within the laptop causes severe and persistent failures in butterfly keyboard MacBooks.

57. My inspections and the record also reflect that the core design elements of the butterfly keyboard are the same for all MacBooks: low travel (facilitated by the metal dome architecture) and tight X-Y gaps around keys.  According to Apple's discovery responses, ███████████ ████████████████████████████████████████████ █████████████ (Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories, Nos. 7-8). ██████████████████████████████████████████████ (*Id.*).

58.    Apple made only incremental, specification changes which do not prevent the butterfly keys from continuing to fail due to trapped debris.  I observed these iterations of the butterfly design through my inspections, including: ██████████████████████████ ███████████████████████████████████████████████ ██████████████████████████████████ None prevent debris from blocking the electrical connection needed for the keys to work correctly and without failure.

59. For example, *Figure 37*, above, depicts debris on ████████████ that could migrate down and lodge under both connection points ████████████████. In addition, *Figures 31 – 36* show that the MUK does not cover where the keycap connects to the butterfly mechanism, thus leaving space sufficient for particles to enter. ███████████████ ██████████████████████████████ ████████████ ██████████████████████ by trapping debris once it had entered into the key mechanism.

60.    My conclusion that the butterfly keyboard design is prone to fail due to contamination from particles is consistent with Apple's descriptions of the failure modes and conclusions as to the root cause of internal and external debris becoming trapped within the butterfly design.

61. For  example, ██████████████████████████████████████ ██████████████████████████

22



(APL-MBKeyboard_00051910).

Microscopic Debris



Nylon, suspicious MP debris



Aluminum silicate



Salt



Sugar

(APL-MBKeyboard_00704484).

62. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (APL-
MBKeyboard_00148630; APL-MBKeyboard_00154845; APL-MBKeyboard_00299124; APL-
MBKeyboard_00204786;    APL-MBKeyboard_00992840;    APL-MBKeyboard_00992843;
Goldberg Depo., at 105:7-15; 130:21-131:21; 139:19-24, 140:10-20, 154:6-22; Rule 30(b)(6)
Deposition of Pradyumna Prabhumirashi at 193:20-195:25, 196:23-197:7).

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ (APL-MBKeyboard_00051910). ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮



(APL-MBKeyboard_00780296).





(APL-MBKeyboard_00051910).

63. ████████████████████████████████████████████████████████

████████████████████████████████ (*See* APL-MBKeyboard_00618091 -

████████████████████████████████; APL-MBKeyboard_00696755 and APL-

MBKeyboard_00748014 - █████████████████████████████████; APL-

MBKeyboard_00057264 - ████████████████████████████████████

██████████████; APL-MBKeyboard_00228804 and APL-MBKeyboard_00766208 - ████

████████████████████████████████████████████████████████

██████████████; APL-MBKeyboard_00202206 and APL-MBKeyboard_00018700 -

████████████████████████████).

## VII.    CONCLUSION

64. Based upon all of the material available to me – including (1) my inspection and testing of MacBooks (2) the voluminous consumer reports of failed butterfly keyboard MacBooks; (3) the factual allegations in Plaintiffs' complaint; (4) Apple's ████████████████████, and other technical documents; and (5) the testimony of its witnesses – I conclude to a reasonable degree of engineering certainty that the problems in the butterfly keyboard MacBooks – keys getting stuck, registering a keystroke multiple times despite being pressed only once, or failing to register at all, are caused by internal and external particles getting trapped under the keys and ████████████ ████████████████████████████████████ Each butterfly MacBook model is prone to fail from particles becoming trapped because, as my inspections show and the record confirms, ████████████████████████████████████████ The keyboard failures substantially impair the typing experience, which renders the MacBook incapable of performing even the most basic computing tasks.

65. I reserve the right to supplement and modify my opinions based on further analysis and testing using additional evidence that may be developed.

Executed on April 13, 2021 in San Luis Obispo, California.

David V. Niebuhr

APPENDIX 1: CURRICULAM VITAE OF DAVID NIEBUHR, PH.D

# David V. Niebuhr, Ph.D., P.E.

1290 Alder Court • San Luis Obispo, California 93401
(805) 234-7081
david@metallurgyconsultant.com

### Executive Summary

- Metallurgical, Mechanical, and Materials Engineer with over 25 years of experience
- Areas of practice: alloy processing & behavior, failure analysis & prevention, materials analysis & selection in product development.
- Areas of expertise: physical metallurgy, failure analysis, degradation mechanisms (corrosion and wear) and characterization of materials
- Experienced director of hundreds of projects with total revenue greater than $150 million

### Professional Experience

President, Niebuhr Metallurgical Engineering • 2005 – Present
    San Luis Obispo, California
- Responsible for managing operation, marketing & business development
- Domestic and International customer base
- Emphasis on failure analysis of industrial and consumer products, including product development, design and materials selection
- Expert witness testimony in both civil / criminal court and state / federal court
  - Retained as an expert in 30+ cases
  - Deposition and Trial testimony experience
- Industries served included: manufacturing/ consumer products, high technology, aerospace, infrastructure, municipal and oil & gas

Adjunct Professor, California Polytechnic State University • 2007 –Present
    San Luis Obispo, CA
- Instructor in Mechanical & Architectural Engineering Departments
- Responsible for development  and instruction of undergraduate lectures & labs
- Metallurgical consultant for students and faculty.

Director of Forensic Business Unit, Intertek • 2011 – 2013
    Sunnyvale, California
- Metallurgical / Materials Engineer determining root cause failures of systems and/or components.  Recommended material modifications and/or process changes to customer
- Expert in materials degradation, including corrosion, wear, fracture, and fatigue
- Project leader for multi-disciplinary large scale failure investigations
- Specified and oversaw materials characterization using local analytical labs
- Responsible for managing group with $4M in annual consulting projects
- Testifying Expert in Legal and Insurance (subrogation) claims (state & federal court)

Professor of Materials Engineering, California Polytechnic State University • 1999 - 2006
San Luis Obispo, California
- Developed and instructed ~12 courses (4 new) for undergraduate and graduate students, including Failure Analysis, Corrosion, Tribology, NDE, Materials Characterization & Physical Metallurgy
- Active researcher and  consultant in failure analysis, corrosion and tribology
- Managed research grants ($500k) while employing graduate and undergraduate students
- Acquired research equipment leveraging industry grants with state money
- Technical Advisor (failure analysis and tribology) for College of Engineering

Visiting Scholar, Jet Propulsion Laboratory (California Institute of Technology)
Pasadena, California
- Research project to evaluate wear and friction in low pressure $CO_2$ environments
- Atomic Force Microscopy project investigating friction in several inert atmospheres as compared to ambient conditions.
- Research project characterizing CdSe Quantum Dots (QD) via Atomic Force Microscope (AFM)
  - Analysis of shape and morphology as a function of  QD synthesis parameters
  - Design of experiments to evaluate how synthesis parameters influenced size and properties
  - Measurement & characterization of photoluminescence properties

Design Engineer / Tribologist, Quantum Corporation
Milpitas, California
- Team Leader,  Hydrodynamic Bearings (HDB) development group
- Responsible for implementation and testing of (HDB) spindle motors into three drive programs
- Materials / Wear / Failure Analysis consultant responsible for designing, testing and evaluating new materials for a wide variety of cross-departmental projects
- Designed & Purchased $100k materials analysis lab which streamlined HDB wear evaluation

### Academic Preparation

Ph.D.   Materials Science and Engineering
Oregon Health Science University, Portland, Oregon
Concentrations:  Tribology (Wear) and Materials Characterization
Dissertation: Self-Lubricating Composite Plasma Sprayed Coatings
Advisor: Dr. Paul Clayton (deceased)

B.S.   Materials Engineering
California Polytechnic State University, San Luis Obispo, California
Senior Project:  Hydride Kinetics in Zirconium lined, Zircaloy™ ($UO_2$) Fuel Rods

P.E.   Licensed Professional Engineer (Metallurgical), State of California.  License # 1957

### Notable Projects (Examples of 500 + Projects)

- Failure analysis  and investigation of drift in game controllers for the Nintendo Switch™
- Failure analysis of thermal printers used in Ziosk™ table ordering tablet
- Analysis of beta design compact microwave ovens to increase efficiency of waveguide

- Failure analysis of aviation radar system due to degradation of dielectric coating in waveguide.
- Assessment of magnetron durability in commercial microwave ovens
- Analysis of residential fire caused by microwave oven power supply failure
- Failure analysis of high-efficiency gas water heater after explosion and escaped water
- Characterization and design of new piezoelectric material for force sensors
- Inspection of pressurized super-heated water vessel following exposure to corrosive material
- Damage assessment large structures following exposure to concentrated sulfuric acid fumes
- Development of carbide hardened tool steel for industrial knives & cutting tools
- Process development for improved IF sheet steels for extreme forming applications
- Modification of 904L stainless steel for improved resistance to sulfidation
- Investigation of weld cracking in class 300 20 inch pipe flanges for Shell Oil
- Selection of steel alloys for underground salt cave hydrogen storage
- Investigation of hydrogen embrittlement in high pressure natural gas pipe
- Development of weld pre and post heating process for 30 inch oil pipe and flange
- Pipeline cracking assessment in sour gas supply pipes
- Boiler tube Assessment of oxidation, wall thinning and prediction of remaining service life (multiple projects in this area)
- Failure analysis of corroded & leaking 100,000 gallon crude oil tank
- Corrosion and fretting fatigue failure analysis of pipe joint subjected to high frequency vibration
- Weld procedure development for ASTM grade 70-40 steel valve used in a hydroelectric plant
- Failure analysis of 904L stainless steel in the presence of concentrated sulfuric acid
- Failure analysis of a closed loop water cooling system / analysis of corrosion products
- Corrosion and fatigue failure of surgical steel blades
- Characterization and design of new piezoelectric material for force sensors
- Failure analysis of fractured hip implant (multiple projects on this topic)
- Metallurgical advisor to small rotary engine start-up company based in Indio, CA
- Corrosion mitigation of alloy steel in aqueous sulfur environments
- Design and characterization of polymer tanks holding concentrated sulfuric acid
- 52100 steel bearing failure analysis used in heavy machinery (several projects in this area)
- Fatigue cracking investigation of aluminum alloy for high performance off road vehicles
- Weld procedure development for ASTM grade 70-40 steel valve used in a hydroelectric plant

## Technical Publications

Niebuhr, D., "Friction and wear behavior of engineering alloys in a simulated martian ($CO_2$) environment, a preliminary study," 16th International Conference on Wear of Materials, <u>Volume 263, Issues 1-6,</u> 10 September 2007, pp. 88-92.

Niebuhr, D. "Cavitation erosion behavior of ceramics in aqueous solutions," 16th International Conference on Wear of Materials, <u>Volume 263, Issues 1-6,</u> 10 September 2007, pp. 295-300.

Niebuhr, D. "Metallurgical Failure Analysis of a Horse Trailer: A Criminal Investigation," *Journal of Failure Analysis and Prevention,* Volume 6 (4), August 2006. pp. 25-30.

Niebuhr, D. and M. Scholl, "Performance of Steel / Polymer Plasma Sprayed Coatings," *Journal of Thermal Spray Technology,* ASM International.  Vol. 14 (4), December 2005. pp. 1-7.

Niebuhr, D. "Teaching Failure Analysis as an Independent Design Experience," *Proceedings of the ASEE Annual Conference*, Portland, OR, 2005.

Niebuhr, D., "Abrasive Wear as a Function of Microstructure in Metals," *Proceedings of the 19th Annual National Educators Workshop,* October 2004.

Niebuhr, D., "Cavitation / Erosion Wear as a Function of Microstructure in Metals," *Proceedings of the 19th Annual National Educators Workshop,* October 2004.

Niebuhr, D. and W.D. Forgeng, "Age Hardening of Aluminum Alloys," *Proceedings of the 19th Annual National Educators Workshop,* October 2004.

Niebuhr, D., Smith H., "Integrated Laboratories vs. Traditional Laboratories, Is there a difference?" *Proceedings of the ASEE Annual Conference*, Salt Lake City, CA, 2004.

Niebuhr, D. "Discovering the Source of Properties in Alloys: Metallographic Examination," *17th Annual National Educators Workshop.* 2002.

Li, M., Niebuhr, D., Atteridge, D., and Mekeesho, L. "A Computational Model for the Prediction of Steel Hardenability," *Metallurgical and Materials Transactions*, Vol. 29B. No. 3, June 1998.

Niebuhr, D., Scholl, M., and Clayton P. "Self-Lubricating Composite Plasma Sprayed Coatings," *Proceedings from the 9th National Thermal Spray Conference*, ASM International, 1996.

Li, M., Niebuhr, D, Atteridge, D., and Mekeesho, L. "Computing Jominy Hardness Curves of Steels," *Proceedings of the International Symposium on Phase Transformations during the Thermal/Mechanical Processing of Steel*, CIM, Montreal, 1995

<u>**Testimony Within Last Four Years**</u>

*Trials*

October 2019
Tabletop Media LLC v. Citizen Systems of America Corporation; Citizen Systems Japan
No. 2:16-cv-07140_PSG-ASW  Los Angeles Federal Court

*Depositions*

September 2020 – MacBook Keyboard Case No. 5:18-cv-02813-EJD-VKD
July 2020 – Sanchez vs Linn Energy LLC, et al., Case No: S-1500-CV-283816-SDS
July 2019 – Jason Fong vs Donna J. Wood, et al. Case No: 17CIV02038
December 2018 – TableTop Media LLC vs Citizen Systems Corp. No. 2:16-cv-07140_PSG-ASW
August 2018 – TableTop Media LLC vs Citizen Systems Corp. No. 2:16-cv-07140_PSG-ASW

<u>**Professional Service & Affiliations**</u>

*National Science Foundation* Proposal Panel Reviewer
*Metallurgical and Materials Transactions* Reviewer

*Materials Science A* Reviewer
*American Society of Engineering Education* Proceedings Reviewer
American Society of Metals (ASM)
American Society of Testing & Materials (ASTM)
National Eagle Scout Association Life Member

## APPENDIX 2: FACTS AND DATA CONSIDERED

**APPLE BATES DOCUMENTS**

APL-MBKeyboard_00018700
APL-MBKeyboard_00024223
APL-MBKeyboard_00026569
APL-MBKeyboard_00031197
APL-MBKeyboard_00040183
APL-MBKeyboard_00040482
APL-MBKeyboard_00043308
APL-MBKeyboard_00046505
APL-MBKeyboard_00046507
APL-MBKeyboard_00046528
APL-MBKeyboard_00051910
APL-MBKeyboard_00057264
APL-MBKeyboard_00062829
APL-MBKeyboard_00111081
APL-MBKeyboard_00113349
APL-MBKeyboard_00126599
APL-MBKeyboard_00134030
APL-MBKeyboard_00134079
APL-MBKeyboard_00148630
APL-MBKeyboard_00154844
APL-MBKeyboard_00154845
APL-MBKeyboard_00161552
APL-MBKeyboard_00164564
APL-MBKeyboard_00166732
APL-MBKeyboard_00167874
APL-MBKeyboard_00171579
APL-MBKeyboard_00195316
APL-MBKeyboard_00202206
APL-MBKeyboard_00203431
APL-MBKeyboard_00203435
APL-MBKeyboard_00204786
APL-MBKeyboard_00228804
APL-MBKeyboard_00229491
APL-MBKeyboard_00238774
APL-MBKeyboard_00238782
APL-MBKeyboard_00245400
APL-MBKeyboard_00272977
APL-MBKeyboard_00285047
APL-MBKeyboard_00299124
APL-MBKeyboard_00379860
APL-MBKeyboard_00426926
APL-MBKeyboard_00493517

APL-MBKeyboard_00500215
APL-MBKeyboard_00500221
APL-MBKeyboard_00500250
APL-MBKeyboard_00547049
APL-MBKeyboard_00570607
APL-MBKeyboard_00057264
APL-MBKeyboard_00618091
APL-MBKeyboard_00657556
APL-MBKeyboard_00673583
APL-MBKeyboard_00686248
APL-MBKeyboard_00694875
APL-MBKeyboard_00696262
APL-MBKeyboard_00696755
APL-MBKeyboard_00698023
APL-MBKeyboard_00698206
APL-MBKeyboard_00704483
APL-MBKeyboard_00704484
APL-MBKeyboard_00704493
APL-MBKeyboard_00704509
APL-MBKeyboard_00709907
APL-MBKeyboard_00748014
APL-MBKeyboard_00762919
APL-MBKeyboard_00766208
APL-MBKeyboard_00780272
APL-MBKeyboard_00780274
APL-MBKeyboard_00780296
APL-MBKeyboard_00992840
APL-MBKeyboard_00992843
APL-MBKeyboard_01150617
APL-MBKeyboard_01154640
APL-MBKeyboard_01167143
APL-MBKeyboard_01178502
APL-MBKeyboard_01178967

**CASE MATERIALS**

Second Amended Consolidated Class Action Complaint

Apple's Responses to Plaintiffs First Set of Interrogatories

Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories, Nos. 4-5, 9, and 12

Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories, Nos. 1, 8, and 13

Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories, Nos. 9-10

Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories, Nos. 7-8

Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories, Nos. 4-5 and 9-12

Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories, Nos. 1-3 and 13

Expert Report of David Niebuhr, Ph.D. in support of Plaintiffs' Motion for Class Certification

Reply Expert Report of David Niebuhr, Ph.D. in support of Plaintiffs' Motion for Class Certification

Transcript of Rule 30(b)(6) Deposition of Michele Goldberg

Transcript of Rule 30(b)(6) Deposition of Pradyumna Prabhumirashi

Transcript of Rule 30(b)(6) Deposition of Jeffrey LaBerge

Transcript of Rule 30(b)(6) Deposition of Jared Williams

Transcript of Rule 30(b)(6) Deposition of Cheri Gandy

Transcript of Deposition of Nathan Yoder

Transcript of Deposition of Bryan McDonald

Transcript of Deposition of Scott McEuen

Transcript of Deposition of John Ternus

Transcript of T. Kim Parnell, Ph.D.

Declaration of T. Kim Parnell, Ph.D. in support of Apple Opposition to Class Certification


PUBLIC INFORMATION

Apple Patents:

U.S. Patent Publication No. 2014/0116865, Leong, C., *et. al.*, *Low-Travel Key Mechanisms Using Butterfly Hinges* (publication date May 1, 2014) (https://patentimages.storage.googleapis.com/84/7a/c8/856d96347b47ae/US20140116865A1.pdf)

U.S. Patent Publication No. 2016/0336128, *Leong, C., et. al., Keyboard Assemblies Having Reduced Thickness and Method of Forming Assemblies* (publication date Nov. 17, 2016) (https://patentimages.storage.googleapis.com/e2/09/49/c05a0e669a6f68/US20160336128A1.pdf)

U.S. Patent Publication No. 2018/0068808, Wang, P.X., *et. al.*, *Ingress Prevention for Keyboards* (publication date Mar. 8, 2018)
(https://patentimages.storage.googleapis.com/76/4e/44/6be3f1ed36a5bf/US20180068808A1.pdf)

U.S. Patent Publication No. 2018/0137996, Leong, C., *et. al.*, *Low-Travel Key Mechanism for an Input Device* (publication date May 17, 2018)
(https://patentimages.storage.googleapis.com/d3/25/85/4149a202042b10/US20180137996A1.pdf)

Other Public Information:

https://www.apple.com/environment/answers/

https://support.apple.com/keyboard-service-program-for-mac-notebooks

https://support.apple.com/keyboard-service-program-for-mac-notebooks

https://support.apple.com/en-us/HT205662

https://www.change.org/p/apple-apple-recall-macbook-pro-w-defective-keyboard-replace-with-different-working-keyboard

Anh Hoang, Weili Tseng, Shekar Vishwanathan, and Howard Evans, *Life Cycle Assessment of a Laptop Computer and its Contribution to Greenhouse Gas Emissions* (January 2009) (available at
https://www.researchgate.net/publication/268414508_Life_Cycle_Assessment_of_a_Laptop_Computer_and_its_Contribution_to_Greenhouse_Gas_Emissions#:~:text=The%20demand%20for%20higher%20performance,between%203%20to%204%20years.

**INSPECTION PHOTOS**

These photos will be produced under separate cover.

**APPENDIX 3 – LIST OF MACBOOKS INSPECTED BY DAVID NIEBUHR, PH.D.**

| MacBook No. | Model Code/Generation | Received From | Received On | Observable Condition When Received |
|---|---|---|---|---|
| 1. | 12" MacBook, Retina, 2015 (C02QGDRYGF84) ▮first generation | C. Rorwick (MN) | 12/19/19 | Shipping box intact. MacBook wrapped in bubble wrap and paper. Miniscule scratches on case, no dents, screen intact, no indication of being dropped or abused, no observable liquid damage. |
| 2. | 12" MacBook, Retina, 2015 (C02Q90U0FWW3) ▮first generation | E. Davis (MI) | 12/9/19 | Shipping box intact. MacBook wrapped in bubble wrap and foam peanuts. Case in excellent condition, no dents, screen intact, no indication of being dropped or abused, no observable liquid damage. |
| 3. | 12" MacBook, 2016 (C025P0L6GTHV) ▮first generation | B. Middleton (FL) | 2/12/20 | Shipping box was intact. MacBook was in original box within a shipping box filled with foam peanuts. Minor scratches on case, screen intact, no indication of being dropped or abused, no observable liquid damage. |
| 4. | 12" MacBook, 2016 (C02RT9B0H3QX) ▮first generation | J. Azehko (CA) | 1/8/20 | Shipping box was intact. MacBook wrapped in bubble wrap and supported by crumpled newspaper. Crack to screen – screen worked. Small scratches on case, some wear on down arrow. |
| 5. | 15" MacBook Pro, 2016 (C02SM0CEGTFM) ▮second generation | B. Crasnean (ID) | 10/6/20 | Shipping box was intact. MacBook was supported by a carboard frame within box and wrapped with paper. Case in excellent condition, screen intact, no indication of being dropped or abused, no observable liquid damage. |
| 6. | 13" MacBook Pro, 2017 Four Thunderbolt (C02V5AR7HV2L) ▮second generation | M. Unter (IL) | 9/8/20 | Shipping box was intact. MacBook was wrapped in paper and supported by foam peanuts. Case in excellent condition case, screen intact, no indication of being dropped or abused, no observable liquid damage. |
| 7. | 15" MacBook Pro, 2018 (C02XJ0CJJG5M) ▮third generation | J. Puccio (NC) | 2/25/20 | Shipping box was intact. MacBook was wrapped in bubble wrap and paper. No scratches on case, excellent condition, screen intact, no indication of being dropped or abused, no observable liquid damage. |
| 8. | 13" MacBook Pro, 2019 (C02YWN5WLLVDC) ▮third generation | Ebay | 10/13/20 | Shipping box was intact. MacBook was in original box within a shipping box filled with paper. Looked brand new with no observable scratches, no indication of being dropped or abused, no observable liquid damage |

**OTHER MACBOOKS RECEIVED**

| Model Code/Generation | Received From | Received On | Observable Condition When Received |
|---|---|---|---|
| 12" MacBook, 2015 (C02RC2JJGCN3) ▮/ 1st Generation | M. Elitt (OH) | 1/8/20 | Non-operational; Water damaged |

| Model Code/Generation | Received From | Received On | Observable Condition When Received |
|---|---|---|---|
| 13" MacBook Pro, 2017 Four Thunderbolt ports (C02VKACAHV2N) ▮ / 2nd Generation | R. Scruggs (MS) | 3/13/20 | Only partially operational |
| 15" MacBook Pro, 2016 (C02SW4TUGTDY) ▮ / 2nd Generation | M. Kennedy (CA) | 7/6/20 | Non-operational; corrupted system |
| 13" MacBook Air, 2019 (C02Z834MLYWG) ▮ / 3rd Generation | R. Nichols (MA) | 8/3/20 | Operational; no debris |