Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jgrant@mofo.com*
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD |
| | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING NOTICE DEADLINE** |
| | Hon. Edward J. Davila |
| | Consol. Compl. Filed: October 11, 2018 |
| | Am. Consol. Compl. Filed: May 13, 2019 |
| | 2d Amd. Consol. Compl. Filed: July 2, 2020 |

1    Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Apple Inc., by and through their

2  respective counsel, stipulate as follows:

3    WHEREAS, on January 25, 2022, the parties filed a Joint Stipulation and [Proposed] Order

4  Regarding Supplement to Proposed Plan of Notice, agreeing to a plan of notice and requesting that the

5  Court order that class notice would be disseminated within sixty days after entry of that Order (ECF

6  No. 388);

7    WHEREAS, on January 26, 2022, the Court granted the parties' Stipulation Regarding

8  Supplement to Proposed Plan of Notice, which set the deadline to disseminate class notice as March 27,

9  2022 (ECF No. 389);

10    WHEREAS, on February 15, 2022, the Court continued the notice distribution deadline from

11  March 27, 2022 to May 11, 2022 (ECF No. 394);

12    WHEREAS, the parties request that the Court continue the current notice distribution deadline by

13  twenty-two (22) days, from May 11, 2022, until June 2, 2022;

14    NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court

15  continue the current notice distribution deadline from May 11, 2022, until June 2, 2022.

16

17                                        Respectfully submitted,

18  Dated:  May 10, 2022                   **MORRISON & FOERSTER LLP**

19
                                          By:  */s/ Claudia M. Vetesi*
20                                        Jessica L. Grant
                                          Penelope A. Preovolos
21                                        Claudia M. Vetesi
                                          Camila A. Tapernoux
22                                        425 Market Street
                                          San Francisco, California 94105-2482
23                                        Telephone: (415) 268-7000
                                          Facsimile: (415) 268-7522
24                                        *JGrant@mofo.com*
                                          *PPreovolos@mofo.com*
25                                        *CVetesi@mofo.com*
                                          *CTapernoux@mofo.com*
26
27
                                          *Counsel for Defendant Apple Inc.*
28

2

SF-4825364

1

2     Dated:  May 10, 2022                         **GIRARD SHARP LLP**

3                                                  /s/ *Simon S. Grille*

4                                                  Daniel C. Girard (SBN 114826)
                                                   Jordan Elias (SBN 228731)
5                                                  Adam E. Polk (SBN 273000)
                                                   Simon S. Grille (SBN 294914)
6                                                  601 California Street, Suite 1400
                                                   San Francisco, CA 94108
7                                                  Telephone: (415) 981-4800
                                                   *dgirard@girardsharp.com*
8                                                  *jelias@girardsharp.com*
                                                   *apolk@girardsharp.com*
9                                                  *sgrille@girardsharp.com*
10

11                                                 Steven A. Schwartz (*pro hac vice*)
                                                   Benjamin F. Johns (*pro hac vice*)
12                                                 Beena M. McDonald (*pro hac vice*)
13                                                 **CHIMICLES SCHWARTZ KRINER
                                                     & DONALDSON-SMITH LLP**
14                                                 One Haverford Centre
                                                   361 West Lancaster Avenue
15                                                 Haverford, PA 19041
                                                   Telephone: (610) 642-8500
16                                                 *sas@chimicles.com*
                                                   *bfj@chimicles.com*
17                                                 *bmm@chimicles.com*
18

19                                                 *Counsel for Plaintiffs*

20

21

22

23

24

25

26

27

28

SF-4825364

1

## ATTESTATION

2

I, Claudia M. Vetesi, am the ECF user whose identification and password are being used to

3

file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in

4

this filing has been obtained from all signatories listed above.

5

6     DATED: May 10, 2022                                    /s/  *Claudia M. Vetesi*

                                                                         Claudia M. Vetesi

7

8

9

10

11    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13

14    Dated:_____                          _____

15                                                                    HON. EDWARD J. DAVILA
                                                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

SF-4825364