Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jgrant@mofo.com*
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING NOTICE DEADLINE**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Amd. Consol. Compl. Filed: July 2, 2020 |

1  Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Apple Inc., by and through their
2  respective counsel, stipulate as follows:

4  WHEREAS, on January 25, 2022, the parties filed a Joint Stipulation and [Proposed] Order
5  Regarding Supplement to Proposed Plan of Notice, agreeing to a plan of notice and requesting that the
6  Court order that class notice would be disseminated within sixty days after entry of that Order (ECF
7  No. 388);

8  WHEREAS, on January 26, 2022, the Court granted the parties' Stipulation Regarding
9  Supplement to Proposed Plan of Notice, which set the deadline to disseminate class notice as March 27,
10  2022 (ECF No. 389);

11  WHEREAS, on February 15, 2022, the Court continued the notice distribution deadline from
12  March 27, 2022 to May 11, 2022 (ECF No. 394);

13  WHEREAS, on May 10, 2022, the parties filed a Joint Stipulation and [Proposed] Order
14  Continuing Notice Deadline, requesting that the Court continue the notice distribution deadline by
15  twenty-two days, from May 11, 2022, until June 2, 2022 (ECF No. 401);

16  WHEREAS, on May 11, 2022, the Court granted the parties' Stipulation Continuing Notice
17  Deadline until June 2, 2022 (ECF No. 402);

18  WHEREAS, on June 1, 2022, the parties filed a Joint Stipulation and [Proposed] Order
19  Continuing Notice Deadline, requesting that the Court continue the notice distribution deadline by
20  twenty-two days, from June 2, 2022, until June 24, 2022 (ECF No. 403);

21  WHEREAS, on June 2, 2022, the Court granted the parties' Stipulation Continuing Notice
22  Deadline until June 24, 2022 (ECF No. 404);

WHEREAS, the parties respectfully request that the Court continue the current notice distribution deadline by eighteen days, from June 24, 2022, until July 12, 2022;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court continue the current notice distribution deadline from June 24, 2022, until July 12, 2022.

Respectfully submitted,

Dated: June 23, 2022

**MORRISON & FOERSTER LLP**

By: */s/ Claudia M. Vetesi*
Jessica L. Grant
Penelope A. Preovolos
Claudia M. Vetesi
Camila A. Tapernoux
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*JGrant@mofo.com*
*PPreovolos@mofo.com*
*CVetesi@mofo.com*
*CTapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

Dated: June 23, 2022

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

/s/ *Steven A. Schwartz*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

*Counsel for Plaintiffs*

### ATTESTATION

I, Claudia M. Vetesi, am the ECF user whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in this filing has been obtained from all signatories listed above.

DATED: June 23, 2022              /s/  *Claudia M. Vetesi*
                                                Claudia M. Vetesi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____              _____
                                                HON. EDWARD J. DAVILA
                                                United States District Judge