| | |
|---|---|
| Daniel C. Girard (SBN 114826) | Jessica L. Grant (SBN 178138) |
| Jordan Elias (SBN 228731) | Penelope A. Preovolos (SBN 87607) |
| Adam E. Polk (SBN 273000) | Claudia M. Vetesi (SBN 233485) |
| Simon S. Grille (SBN 294914) | Camila A. Tapernoux (SBN 299289) |
| **GIRARD SHARP LLP** | **MORRISON & FOERSTER LLP** |
| 601 California Street, Suite 1400 | 425 Market Street |
| San Francisco, CA 94108 | San Francisco, California 94105-2482 |
| Telephone: (415) 981-4800 | Telephone: (415) 268-7000 |
| Fax: (415) 981-4846 | Facsimile: (415) 268-7522 |
| dgirard@girardsharp.com | jgrant@mofo.com |
| jelias@girardsharp.com | ppreovolos@mofo.com |
| apolk@girardsharp.com | cvetesi@mofo.com |
| sgrille@girardsharp.com | ctapernoux@mofo.com |

*Counsel for Defendant Apple Inc.*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING NOTICE DEADLINE**<br><br>Hon. Edward J. Davila<br>Consol. Compl. Filed: October 11, 2018<br>Am. Consol. Compl. Filed: May 13, 2019<br>2d Amd. Consol. Compl. Filed: July 2, 2020 |

1   Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Apple Inc., by and through their
2  respective counsel, stipulate as follows:
3   WHEREAS, on January 25, 2022, the parties filed a Joint Stipulation and [Proposed] Order
4  Regarding Supplement to Proposed Plan of Notice, agreeing to a plan of notice and requesting that the
5  Court order that class notice would be disseminated within sixty days after entry of that Order (ECF
6  No. 388);
7   WHEREAS, on January 26, 2022, the Court granted the parties' Stipulation Regarding
8  Supplement to Proposed Plan of Notice, which set the deadline to disseminate class notice as March 27,
9  2022 (ECF No. 389);
10   WHEREAS, on February 15, 2022, the Court continued the notice distribution deadline from
11  March 27, 2022 to May 11, 2022 (ECF No. 394);
12   WHEREAS, on May 10, 2022, the parties filed a Joint Stipulation and [Proposed] Order
13  Continuing Notice Deadline, requesting that the Court continue the notice distribution deadline by
14  twenty-two days, from May 11, 2022, until June 2, 2022 (ECF No. 401);
15   WHEREAS, on May 11, 2022, the Court granted the parties' Stipulation Continuing Notice
16  Deadline until June 2, 2022 (ECF No. 402);
17   WHEREAS, on June 1, 2022, the parties filed a Joint Stipulation and [Proposed] Order
18  Continuing Notice Deadline, requesting that the Court continue the notice distribution deadline by
19  twenty-two days, from June 2, 2022, until June 24, 2022 (ECF No. 403);
20   WHEREAS, on June 2, 2022, the Court granted the parties' Stipulation Continuing Notice
21  Deadline until June 24, 2022 (ECF No. 404);
22   WHEREAS, on June 23, 2022, the parties filed a Joint Stipulation and [Proposed] Order
23  Continuing Notice Deadline, requesting that the Court continue the notice distribution deadline by
24  eighteen days, from June 24, 2022 to July 12, 2022 (ECF No. 405);
25   WHEREAS, on June 24, 2022, the Court granted the parties' Stipulation Continuing Notice
26  Deadline until July 12, 2022 (ECF No. 406);

1  WHEREAS, the parties respectfully request that the Court continue the current notice distribution
2  deadline by six days, from July 12, 2022, until July 18, 2022;
3  NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court
4  continue the current notice distribution deadline from July 12, 2022, until July 18, 2022.

Respectfully submitted,

Dated:  July 12, 2022              **MORRISON & FOERSTER LLP**

By: */s/ Claudia M. Vetesi*
Jessica L. Grant
Penelope A. Preovolos
Claudia M. Vetesi
Camila A. Tapernoux
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*JGrant@mofo.com*
*PPreovolos@mofo.com*
*CVetesi@mofo.com*
*CTapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

Dated:  July 12, 2022              **CHIMICLES SCHWARTZ KRINER**
                                    **& DONALDSON-SMITH LLP**

/s/ *Steven A. Schwartz*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

|     |                                                          |
| --- | -------------------------------------------------------- |
| 1   |                              Daniel C. Girard (SBN 114826) |
| 2   |                              Jordan Elias (SBN 228731)     |
|     |                              Adam E. Polk (SBN 273000)     |
| 3   |                              Simon S. Grille (SBN 294914)  |
|     |                              **GIRARD SHARP LLP**          |

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

*Counsel for Plaintiffs*

### ATTESTATION

I, Claudia M. Vetesi, am the ECF user whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in this filing has been obtained from all signatories listed above.

DATED: July 12, 2022                    /s/  *Claudia M. Vetesi*
                                        Claudia M. Vetesi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____              _____
                                   HON. EDWARD J. DAVILA
                                   United States District Judge

3

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING NOTICE DEADLINE
CASE NO. 5:18-02813-EJD-VKD

SF-4845688