Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Counsel for Plaintiffs*

Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jgrant@mofo.com*
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING NOTICE DEADLINE** <br><br> Hon. Edward J. Davila <br> Consol. Compl. Filed: October 11, 2018 <br> Am. Consol. Compl. Filed: May 13, 2019 <br> 2d Amd. Consol. Compl. Filed: July 2, 2020 |

1  Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Apple Inc., by and through their
2  respective counsel, stipulate as follows:
3  WHEREAS, on January 25, 2022, the parties filed a Joint Stipulation and [Proposed] Order
4  Regarding Supplement to Proposed Plan of Notice, agreeing to a plan of notice and requesting that the
5  Court order that class notice would be disseminated within sixty days after entry of that Order (ECF
6  No. 388);
7  WHEREAS, on January 26, 2022, the Court granted the parties' Stipulation Regarding
8  Supplement to Proposed Plan of Notice, which set the deadline to disseminate class notice as March 27,
9  2022 (ECF No. 389);
10  WHEREAS, on February 15, 2022, the Court continued the notice distribution deadline from
11  March 27, 2022 to May 11, 2022 (ECF No. 394);
12  WHEREAS, on May 10, 2022, the parties filed a Joint Stipulation and [Proposed] Order
13  Continuing Notice Deadline, requesting that the Court continue the notice distribution deadline by
14  twenty-two days, from May 11, 2022, until June 2, 2022 (ECF No. 401);
15  WHEREAS, on May 11, 2022, the Court granted the parties' Stipulation Continuing Notice
16  Deadline until June 2, 2022 (ECF No. 402);
17  WHEREAS, on June 1, 2022, the parties filed a Joint Stipulation and [Proposed] Order
18  Continuing Notice Deadline, requesting that the Court continue the notice distribution deadline by
19  twenty-two days, from June 2, 2022, until June 24, 2022 (ECF No. 403);
20  WHEREAS, on June 2, 2022, the Court granted the parties' Stipulation Continuing Notice
21  Deadline until June 24, 2022 (ECF No. 404);
22  WHEREAS, on June 23, 2022, the parties filed a Joint Stipulation and [Proposed] Order
23  Continuing Notice Deadline, requesting that the Court continue the notice distribution deadline by
24  eighteen days, from June 24, 2022 to July 12, 2022 (ECF No. 405);
25  WHEREAS, on June 24, 2022, the Court granted the parties' Stipulation Continuing Notice
26  Deadline until July 12, 2022 (ECF No. 406);
27
28

WHEREAS, the parties respectfully request that the Court continue the current notice distribution deadline by six days, from July 12, 2022, until July 18, 2022;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court continue the current notice distribution deadline from July 12, 2022, until July 18, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 12, 2022 | **MORRISON & FOERSTER LLP** |
|  | By: */s/ Claudia M. Vetesi* <br> Jessica L. Grant <br> Penelope A. Preovolos <br> Claudia M. Vetesi <br> Camila A. Tapernoux <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br> *JGrant@mofo.com* <br> *PPreovolos@mofo.com* <br> *CVetesi@mofo.com* <br> *CTapernoux@mofo.com* |
|  | *Counsel for Defendant Apple Inc.* |
| Dated: July 12, 2022 | **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** |
|  | /s/ *Steven A. Schwartz* |
|  | Steven A. Schwartz (*pro hac vice*) <br> Benjamin F. Johns (*pro hac vice*) <br> Beena M. McDonald (*pro hac vice*) <br> One Haverford Centre <br> 361 West Lancaster Avenue <br> Haverford, PA 19041 <br> Telephone: (610) 642-8500 <br> *sas@chimicles.com* <br> *bfj@chimicles.com* <br> *bmm@chimicles.com* |

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

*Counsel for Plaintiffs*

### **ATTESTATION**

I, Claudia M. Vetesi, am the ECF user whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in this filing has been obtained from all signatories listed above.

DATED: July 12, 2022                         /s/ *Claudia M. Vetesi*
                                                               Claudia M. Vetesi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 12, 2022

HON. EDWARD J. DAVILA
United States District Judge