1   Daniel C. Girard (SBN 114826)
2   Jordan Elias (SBN 228731)
    Adam E. Polk (SBN 273000)
3   Simon S. Grille (SBN 294914)
    **GIRARD SHARP LLP**
4   601 California Street, Suite 1400
    San Francisco, CA 94108
5   Telephone: (415) 981-4800
    Fax: (415) 981-4846
6   *dgirard@girardsharp.com*
7   *jelias@girardsharp.com*
    *apolk@girardsharp.com*
8   *sgrille@girardsharp.com*

9   Steven A. Schwartz (*pro hac vice*)
    Benjamin F. Johns (*pro hac vice*)
10  Beena M. McDonald (*pro hac vice*)
    **CHIMICLES SCHWARTZ KRINER**
11  **& DONALDSON-SMITH LLP**
12  One Haverford Centre
    361 West Lancaster Avenue
13  Haverford, PA 19041
    Telephone: (610) 642-8500
14  Fax: (610) 649-3633
    *sas@chimicles.com*
15  *bfj@chimicles.com*
    *bmm@chimicles.com*
16

Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jgrant@mofo.com*
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                   SAN JOSE DIVISION

21

22  IN RE:  MACBOOK KEYBOARD          Case No. 5:18-cv-02813-EJD
    LITIGATION
23                                    **JOINT ADMINISTRATIVE MOTION TO
                                      FILE UNDER SEAL**
24
                                      [L.R. 79-5]
25
                                      Judge:     Hon. Edward J. Davila
                                      Ctrm:      4 – 5th Floor
26
                                      Consol. Compl. Filed:  October 11, 2018
27                                    Am. Consol. Compl. Filed: May 13, 2019
                                      2nd Consol. Compl. Filed:  July 2, 2020
28

1         Pursuant to Civil L.R. 7-11 and 79-5 and the Stipulated Protective Order (ECF No. 84),

2    Plaintiffs and Defendant Apple Inc. (the "Parties) respectfully request an administrative order to

3    file under seal Exhibit A to the Declaration of Camila A. Tapernoux ("Tapernoux Decl.")

4    attached hereto.

5        **I.     LEGAL STANDARD**

6         Parties seeking to seal judicial records must show "compelling reasons supported by

7    specific factual findings that outweigh the general history of access and the public policies

8    favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir.

9    2006) (internal quotation marks and citation omitted); *see also Ctr. for Auto Safety v. Chrysler*

10    *Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016).  Courts have held that the need to "prevent third

11    parties from utilizing [information] for the improper purpose of obstructing the settlement and

12    obtaining higher payouts" constitutes a compelling reason to seal "the threshold number of opt-

13    out exclusions by class members" in order for a party to be permitted to terminate a settlement.

14    *Thomas v. Magnachip Semiconductor Corp.*, No. 14-CV-01160-JST, 2016 WL 3879193 at *7

15    (N.D. Cal. July 18, 2016) (citing *In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 934, 948 (9th

16    Cir. 2015)); *Free Range Content, Inc., et al. v. Google, LLC*, No. 5:14-CV-02329-BLF (N.D. Cal.

17    Mar. 7, 2018), Dkt. No. 248 at 3 ("This Court … agrees with the reasoning in *Thomas* that

18    compelling reasons exist to seal this information.  The Court also finds that Plaintiffs' proposed

19    redactions are narrowly tailored.").

20        **II.    THERE ARE COMPELLING REASONS TO SEAL**

21         The Parties requests that the Court seal Exhibit A to the Tapernoux Decl. because it

22    contains confidential information related to the Parties' Settlement Agreement.  Specifically, it

23    provides the threshold of requests for exclusion sufficient to grant Apple the discretion to reject

24    the settlement.  The parties jointly designate this information as highly confidential and request

25    that this information be sealed to avoid potential manipulation of the settlement, which would be

26    an improper use of the information sought to be sealed.  The parties have narrowly tailored their

27    request, and seek to seal only the threshold of requests for exclusion that would trigger

28    withdrawal rights, with the entirety of the Settlement Agreement itself remaining public.  ECF

1    410-1. The Parties' request thus falls squarely within the precedents discussed above.

2           **III.    CONCLUSION**

3           For the foregoing reasons, the Parties respectfully request that the Court grant this joint

4    motion to file under Exhibit A to the Tapernoux Decl.

5

6

7

8    Dated: July 22, 2022                        **MORRISON & FOERSTER LLP**

9                                                By: */s/ Claudia M. Vetesi*
                                                 Jessica L. Grant
10                                               Penelope A. Preovolos
                                                 Claudia M. Vetesi
11                                               Camila A. Tapernoux
                                                 425 Market Street
12                                               San Francisco, California 94105-2482
                                                 Telephone: (415) 268-7000
13                                               Facsimile: (415) 268-7522
                                                 *JGrant@mofo.com*
14                                               *PPreovolos@mofo.com*
                                                 *CVetesi@mofo.com*
15                                               *CTapernoux@mofo.com*

16

17                                               *Counsel for Defendant Apple Inc.*

18

19   Dated: July 22, 2022                        **CHIMICLES SCHWARTZ KRINER
                                                 & DONALDSON-SMITH LLP**
20                                               */s/ Steven A. Schwartz*
                                                 Steven A. Schwartz (*pro hac vice*)
21                                               Benjamin F. Johns (*pro hac vice*)
                                                 Beena M. McDonald (*pro hac vice*)
22                                               One Haverford Centre
                                                 361 West Lancaster Avenue
23                                               Haverford, PA 19041
                                                 Telephone: (610) 642-8500
24                                               *sas@chimicles.com*
                                                 *bfj@chimicles.com*
25                                               *bmm@chimicles.com*

26

27                                               Daniel C. Girard (SBN 114826)
                                                 Jordan Elias (SBN 228731)
28                                               Adam E. Polk (SBN 273000)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

*Counsel for Plaintiffs*

## ATTESTATION

I, Claudia M. Vetesi, am the ECF user whose identification and password are being used to file this Motion. I attest under penalty of perjury that concurrence in this filing has been obtained from the other signatory above.


Dated: July 22, 2022

*/s/ Claudia M. Vetesi*
Claudia M. Vetesi

SF-4882300