1  JESSICA L. GRANT (SBN 178138)
   JGrant@mofo.com
2  PENELOPE A. PREOVOLOS (SBN 87607)
   PPreovolos@mofo.com
3  CLAUDIA M. VETESI (SBN 233485)
   CVetesi@mofo.com
4  CAMILA A. TAPERNOUX (SBN 299289)
   CTapernoux@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
7  Facsimile:  (415) 268-7522

8  Attorneys for Defendant
   APPLE INC.
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14                                        Case No. 5:18-cv-02813-EJD

15  IN RE:  MACBOOK KEYBOARD            **DECLARATION OF CAMILA A.**
    LITIGATION                          **TAPERNOUX IN SUPPORT OF THE**
16                                      **PARTIES' JOINT ADMINISTRATIVE**
                                        **MOTION TO FILE UNDER SEAL**
17
                                        [L.R. 79-5]
18
                                        Judge:     Hon. Edward J. Davila
19                                      Ctrm:      4 – 5th Floor

20

21

22

23

24

25

26

27

28

1    I, Camila A. Tapernoux, hereby declare as follows:

2    1.    I am an associate in the law firm of Morrison & Foerster LLP, counsel of record

3    for Defendant Apple Inc. in this action.  I am a member in good standing of the Bar of the State of

4    California, and I am admitted to practice before this Court.  I make this declaration on my own

5    personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could

6    and would competently testify to them.

7    2.    On February 7, 2019, the Court entered the Parties' Stipulated Protective Order

8    (ECF 84) under which a party may designate information that it produces as "CONFIDENTIAL"

9    or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."  *Id*. at ¶ 5.2.  Paragraphs 7.2

10   and 7.3 of the Stipulated Protective Order prohibit a party from filing in the public record any

11   material so designated without written permission from the Designating Party or a court order

12   secured after appropriate notice to all interested persons.

13   3.    Paragraph 6.5 of the Settlement Agreement attached to Plaintiffs' Motion for

14   Preliminary Approval of Class Action Settlement (ECF 410-1) provides that "[i]f the number of

15   Class Members who elect to exclude themselves from the Settlement Class exceeds the threshold

16   agreed to by the Parties, … Apple, in its sole discretion, may elect to reject the Settlement."  The

17   parties have agreed to the threshold indicated in Exhibit A attached hereto.

18   4.    The Parties have jointly designated Exhibit A as HIGHLY CONFIDENTIAL –

19   ATTORNEYS' EYES ONLY.  The Parties' request to seal Exhibit A is specific, narrowly

20   tailored, and necessary to avoid potential manipulation of the settlement, which would be an

21   improper use of this information.  Sealing Exhibit A will prevent non-parties from using the

22   information therein to thwart or otherwise manipulate the settlement.

23   I declare under penalty of perjury under the laws of the United States of America that the

24   foregoing is true and correct.

25   Executed this 22nd day of July 2022, at San Francisco, California.

26

27   By: */s/ Camila A. Tapernoux*
     Camila A. Tapernoux

28

TAPERNOUX DECL. ISO AMFUS
CASE NO. 5:18-CV-02813-EJD

1

1

**ATTESTATION**

2      I, Claudia M. Vetesi, am the ECF user whose identification and password are being used

3   to file this declaration. I attest under penalty of perjury that concurrence in this filing has been

4   obtained from the other signatory above.

5

6   Dated: July 22, 2022                          /s/ Claudia M. Vetesi
                                                   Claudia M. Vetesi
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28