UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[L.R. 79-5]<br><br>Judge:  Hon. Edward J. Davila<br>Ctrm:   4 – 5th Floor |

[PROPOSED] ORDER GRANTING JOINT AMFUS
CASE NO. 5:18-cv-02813-EJD

The matter is before the Court on the Parties' Joint Administrative Motion to File Under Seal information related to the Parties' settlement agreement. Upon consideration of the motion and the materials submitted in support, the motion is hereby **GRANTED** as set forth below.

| Information to be Sealed | Ruling |
|---|---|
| Exhibit A to the Declaration of Camila A. Tapernoux in Support of the Parties' Joint Administrative Motion to File Under Seal | Granted |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge