Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

Jessica L. Grant (SBN 178138)
Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jgrant@mofo.com*
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE: MACBOOK KEYBOARD LITIGATION

Case No. 5:18-cv-02813-EJD

**JOINT STIPULATION AND [PROPOSED] ORDER TO HOLD THE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT ON OCTOBER 6, 2022**

Hon. Edward J. Davila

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Apple Inc., by and through their respective counsel, stipulate as follows:

WHEREAS, on July 18, 2022, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement (ECF No. 410);

WHEREAS, at the time of that filing, this Court's earliest available hearing date for the preliminary approval motion was January 19, 2023, which Plaintiffs reserved;

WHEREAS, no opposition to the motion was filed;

WHEREAS, this case was filed May 11, 2018 (Dkt. No. 1) and concerns consumer products sold beginning in 2015;

WHEREAS, the settlement affects several million Class Members, some of whom have already begun to inquire about submitting claims;

WHEREAS, the parties agree that the proposed Settlement Class Members would benefit from an earlier determination on preliminary approval, including to reduce any further delay, which increases the potential for Class Member confusion concerning the settlement; and

WHEREAS, to serve the interests of justice and judicial economy, the parties therefore request that the Court hear the settlement motion on an earlier date than January 19, 2023;

NOW THEREFORE, the parties stipulate and respectfully request that, pursuant to Local Rule 6-2(a), the Court set the hearing date for the preliminary approval motion to October 6, 2022, or the soonest date thereafter that is convenient to the Court.

Dated: August 22, 2022

Respectfully submitted,

**GIRARD SHARP LLP**

/s/ *Simon S. Grille*

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

2

JOINT STIPULATION AND [PROPOSED] ORDER TO HOLD THE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT ON OCTOBER 6, 2022
CASE NO. 5:18-cv-02813-EJD-VKD

*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*sas@chimicles.com*
*bfj@chimicles.com*
*bmm@chimicles.com*

*Counsel for Plaintiffs*

Dated: August 22, 2022

**MORRISON & FOERSTER LLP**

By: */s/ Claudia M. Vetesi*
Jessica L. Grant
Penelope A. Preovolos
Claudia M. Vetesi
Camila A. Tapernoux
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*JGrant@mofo.com*
*PPreovolos@mofo.com*
*CVetesi@mofo.com*
*CTapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

3

JOINT STIPULATION AND [PROPOSED] ORDER TO HOLD THE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT ON OCTOBER 6, 2022
CASE NO. 5:18-cv-02813-EJD-VKD

**ATTESTATION**

I, Simon S. Grille, am the ECF user whose identification and password are being used to file this Joint Stipulation to Hold the Hearing on Motion for Preliminary Approval of Class Settlement on October 6, 2022. I hereby attest under penalty of perjury that concurrence in this filing has been obtained from all counsel listed above.

DATED: August 22, 2022

/s/ *Simon S. Grille*
Simon S. Grille

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:____________________

____________________________________

HON. EDWARD J. DAVILA
United States District Judge