| | |
|---|---|
| Daniel C. Girard (SBN 114826) | Jessica L. Grant (SBN 178138) |
| Jordan Elias (SBN 228731) | Penelope A. Preovolos (SBN 87607) |
| Adam E. Polk (SBN 273000) | Claudia M. Vetesi (SBN 233485) |
| Simon S. Grille (SBN 294914) | Camila A. Tapernoux (SBN 299289) |
| **GIRARD SHARP LLP** | **MORRISON & FOERSTER LLP** |
| 601 California Street, Suite 1400 | 425 Market Street |
| San Francisco, CA 94108 | San Francisco, California 94105-2482 |
| Telephone: (415) 981-4800 | Telephone: (415) 268-7000 |
| Fax: (415) 981-4846 | Facsimile: (415) 268-7522 |
| dgirard@girardsharp.com | jgrant@mofo.com |
| jelias@girardsharp.com | ppreovolos@mofo.com |
| apolk@girardsharp.com | cvetesi@mofo.com |
| sgrille@girardsharp.com | ctapernoux@mofo.com |

Steven A. Schwartz (*pro hac vice*)    *Counsel for Defendant Apple Inc.*
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

*Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD <br><br> **NOTICE OF FILING OF AMENDED PROPOSED ORDER AND EXHIBITS TO CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE** |

# NOTICE OF FILING OF AMENDED PROPOSED ORDER AND EXHIBITS

Following the Preliminary Approval hearing held on November 3, 2022 (Dkt. No. 419), and consistent with the Court's guidance, the parties respectfully submit the following documents for the Court's consideration in connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 410):

1. Amended Proposed Preliminary Approval Order, attached hereto as Exhibit A;
2. Amended Claim Form, attached hereto as Exhibit B;
3. Amended Long Form Notice, attached hereto as Exhibit C;
4. Amended Email Notices, attached hereto as Exhibit D;
5. Amended Postcard Notices, attached hereto as Exhibit E;
6. Redline version of an Amended Proposed Preliminary Approval Order, attached hereto as Exhibit F;
7. Redline version of an Amended Claim Form, attached hereto as Exhibit G;
8. Redline version of an Amended Long Form Notice, attached hereto as Exhibit H;
9. Redline version of Amended Email Notices, attached hereto as Exhibit I; and
10. Redline version of Amended Postcard Notices, attached hereto as Exhibit J.

Dated: November 7, 2022

**GIRARD SHARP LLP**

By: /s/ *Simon S. Grille*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

|   |   |
|---|---|
| 1 | Steven A. Schwartz (*pro hac vice*) |
| 2 | Benjamin F. Johns (*pro hac vice*) |
|   | Beena McDonald (*pro hac vice*) |

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

*Class Counsel*

By:  /s/ *Claudia M. Vetesi*
Jessica L. Grant
Penelope A. Preovolos
Claudia M. Vetesi
Camila A. Tapernoux
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*JGrant@mofo.com*
*PPreovolos@mofo.com*
*CVetesi@mofo.com*
*CTapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

## ATTESTATION

I, Simon S. Grille, am the ECF user whose identification and password are being used to file this Notice of Filing of Amended Proposed Order and Exhibits.  I hereby attest under penalty of perjury that concurrence in this filing has been obtained from all counsel listed above.

DATED: November 7, 2022                    /s/ *Simon S. Grille*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Simon S. Grille*
Simon S. Grille