EXHIBIT B

*In re MacBook Keyboard Litigation*
c/o Settlement Administrator
[Street]
[City State Zip]
[email address]
[www._____.com]

| |
|---|
| **CLAIM FORM** |

| |
|---|
| **CLAIM FORM INSTRUCTIONS** |

— IMPORTANT —

**PLEASE READ THE NOTICE AND INSTRUCTIONS BELOW BEFORE COMPLETING THIS CLAIM FORM**

**The Easiest Way to File is Online at www.[insert website URL].com.**

**You may also file a claim by downloading a Claim Form or calling 1-8xx-xxx-xxxx to request one, and mailing the completed Claim Form to [address]**

**ALL CLAIMS MUST BE SUBMITTED BY [DATE].**

**If you fail to return your Claim Form by the required date, your claim will be rejected, and you will be deemed to have waived all rights to receive a cash payment under this settlement. Remember: To be valid, your Claim Form must be completely and accurately filled out, signed and dated, and must include all requested information. If your Claim Form is incomplete, untimely, illegible, not signed, or contains false information, it may be rejected by the Settlement Administrator.**

**IF YOU HAVE ANY QUESTIONS ABOUT THE CLAIM FORM, THE PAYMENT OPTIONS, OR THE SETTLEMENT, PLEASE READ THE FULL NOTICE AND FAQ AVAILABLE AT WWW.[INSERT WEBSITE URL].COM OR CALL THE SETTLEMENT ADMINISTRATOR AT 1-8XX-XXX-XXXX.**

| |
|---|
| **SECTION A: CLAIM ID NUMBER AND MACBOOK ID NUMBER** |

Please provide below the Claim Number contained in the email or on the postcard notice that you received.

**Listing your UNIQUE Claim Number will pre-populate the claim form with information contained in Apple's records. You must declare that any pre-populated information is true and correct.**

*In re MacBook Keyboard Litigation*
c/o Settlement Administrator
[Street]
[City State Zip]
[email address]
[www._____.com]

| | |
|---|---|
| **CLAIM NUMBER -** You can find your claim number on the email or postcard you received notifying you about the settlement | |

**IF YOU DO NOT HAVE A UNIQUE CLAIM NUMBER, BUT BELIEVE THAT YOU MAY BE ELIGIBLE TO MAKE A CLAIM, PLEASE CLICK <u>HERE</u> TO PROCEED. You will need to provide the serial number or other proof of purchase, as set forth below.**

[Only one bullet will pre-populate]

- **You are in Group 1. Apple's records indicate that the serial number for your eligible MacBook device is [insert.] You do not need to submit a claim to be eligible for a payment. Please go to Section B below to confirm or update your contact information** [Skip to end after Section B]

- **You are in Group 2. Apple's records indicate that the serial number for your eligible MacBook device is [insert.] Apple's records reflect that you had a single Topcase Replacement. To be eligible for payment, you must declare that the repair did not resolve your keyboard issues, and sign and submit your completed claim form.** [Skip to Section E after Section B]

- **You are in Group 3. Apple's records indicate that the serial number for your eligible MacBook device is [insert.] Apple's records reflect that you had one or more Keycap Replacements. To be eligible for payment, you must declare that the repair(s) did not resolve your keyboard issues, and sign and submit your completed claim form.** [Skip to Section E after Section B]

- **Apple's records do not reflect that you had either a Topcase or Keycap Replacement. If you did obtain a Topcase or Keycap Replacement, you must complete this claim form and: (1) provide reasonable documentation containing information, as detailed below, showing that you obtained a Topcase or Keycap Replacement; (2) declare that the repair did not resolve your keyboard issues; and (3) sign and submit your completed claim form.** [Skip to Section D after Section B]

- **Apple's records do not reflect that you purchased an eligible Macbook or that you had either a Topcase or Keycap Replacement. To submit a claim, you must complete this claim form and (1) provide proof of purchase of an eligible Macbook; (2) provide reasonable documentation containing information, as detailed below, showing that you obtained a Topcase or Keycap Replacement; (3) declare that the repair did not resolve your keyboard issues; and (4) sign and submit a completed claim form.** [Go directly to Section C after Section B]

*In re MacBook Keyboard Litigation*
c/o Settlement Administrator
[Street]
[City State Zip]
[email address]
[www._____.com]

| SECTION B: NAME AND CONTACT INFORMATION |
|---|
| Please verify or provide your name and contact information below. If your name or contact information changes after you submit this Claim Form, please notify the Settlement Administrator of the new information. |

| FIRST NAME | LAST NAME |
|---|---|
|  |  |

**STREET ADDRESS**

| CITY | STATE | ZIP CODE |
|---|---|---|
|  |  |  |

| EMAIL ADDRESS | PHONE NUMBER |
|---|---|
|  |  |

| SECTION C:  Proof of Purchase |
|---|

**Because Apple does not have a record of you purchasing an eligible MacBook, please provide your device serial number below.**

**MACBOOK SERIAL NUMBER** click here for instructions on how to find your MacBook ID

**If you do not have a serial number for your device, you may upload reasonable documentation showing:**

- **the model purchased;**
- **purchase date (month/year);**
- **seller;**
- **the amount of the purchase;**

**Reasonable documentation includes, for example, an email from an Apple Store or retailer, receipt, or credit card statement.  If your documentation does not include all of the information above, you may fill it in below.**

**Upload documents by clicking here.**

*In re MacBook Keyboard Litigation*
c/o Settlement Administrator
[Street]
[City State Zip]
[email address]
[www._____.com]

**If you do not have a serial number or reasonable documentation of purchase containing the information above, you may still submit a claim by providing the information below:**

**Purchase model: _____** (for a list of eligible models, please click here)

**Purchase date (month/year): _____**

**Seller name: _____**

**Seller location: _____**

**Purchase Price: _____**

**SUBMIT**

## SECTION D:  Proof of Repair

**Because Apple's records do not reflect that you had either a Topcase or Keycap Replacement, you must provide reasonable documentation showing:**

- **You had either a Topcase or Keycap Replacement (click [here] for definitions of these repairs);**
- **The date (month/year) of your Topcase or Keycap Replacement;**
- **The name and location of the Apple retail store or Apple Authorized Service Provider that provided the Topcase or Keycap Replacement;**
- **The amount paid for the repair, if applicable.**

**Reasonable documentation includes, for example, receipts, emails from Apple or an Apple Authorized Service Provider, repair records, insurance or extended warranty claims, or customer service chat logs.  If your documentation is missing some of the information above, you may fill it in below. But you must provide some form of documentation demonstrating that you obtained either a Topcase or Keycap Replacement.**

**If your documentation is missing any portion of the information listed above, you may still submit a claim by providing the information below:**

**Repair type: _____**

**Repair date (month/year): _____**

**Repair provider: _____**

**Repair provider location: _____**

*In re MacBook Keyboard Litigation*
c/o Settlement Administrator
[Street]
[City State Zip]
[email address]
[www._____.com]

**Amount of repair (or $0, if you were not charged):** _____

**SUBMIT**

### SECTION E:

☐ **I hereby declare under penalty of perjury that the keyboard repair did not resolve the keyboard issues I had with my Class Computer.** To be eligible for a payment for any claim, you must declare that the repair did not resolve your keyboard issues by checking this box.

### SECTION F: VERIFICATION AND DECLARATION UNDER PENALTY OF PERJURY

By signing below and submitting this Claim Form, I hereby declare under penalty of perjury that I am the person identified above, that I purchased a Class Computer not for resale, and that all of the information I have provided on this Claim Form, or that was pre-populated in this Claim Form, is true and accurate.

| SIGNATURE | DATE |
|---|---|
|  |  |

**PRINTED NAME**

### CLAIM FORM REMINDER CHECKLIST

1. Complete all sections of the Claim Form.
2. Sign the Claim Form.
3. Keep a copy of the completed Claim Form for your records.
4. If your name or contact information changes after you submit this Claim Form, please notify the Settlement Administrator of the new information.
5. If you have any questions or concerns about your claim, please contact the Settlement Administrator at the address below, or by emailing [insert email address].

THIS CLAIM FORM MUST BE ELECTRONICALLY SUBMITTED ON THE SETTLEMENT WEBSITE, www._____.com, NO LATER THAN _____, **2022,** OR MAILED TO THE SETTLEMENT ADMINISTRATOR BY FIRST-CLASS MAIL POSTMARKED NO LATER THAN _____**, 2022** to:

*In re MacBook Keyboard Litigation*
c/o Settlement Administrator
[Street]
[City State Zip]
[email address]
[www._____.com]

*In re MacBook Keyboard Litigation*
c/o Settlement Administrator
[Street]
[City State Zip]

6
Questions? Visit www._____.com or call toll-free 1-XXX-XXX-XXXX
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy