EXHIBIT I

| |
|---|
| To:      [Class Member Email Address]<br>From: info@xxxx.com<br>Subject: MacBook Butterfly Keyboard Class Action Settlement |

**Apple's records indicate that you are eligible for payment from a class action settlement without the need to make a claim**

A Settlement has been reached with Apple Inc. ("Apple") in a class action lawsuit alleging that the "butterfly" keyboard mechanism in certain MacBook laptops is defective, and can result in characters repeating unexpectedly; letters or characters not appearing; and/or the keys feeling "sticky" or not responding in a consistent manner.

Apple denies all of the allegations made in the lawsuit, denies that any MacBooks are defective, and denies that Apple did anything improper or unlawful.  The proposed Settlement is not an admission of guilt or wrongdoing of any kind by Apple.  The United States District Court for the Northern District of California approved this notice.

- o   **Why am I receiving this notice?**

Apple's records indicate that you are a member of the Settlement Class and entitled to receive a payment because you obtained at least two Topcase Replacements from Apple or an Authorized Service Provider. The Settlement Class includes all persons and entities in the United States who purchased, ~~because you: (1) purchased in the United States,~~ other than for resale, an Apple MacBook, MacBook Pro or MacBook Air laptop model equipped with a "Butterfly" keyboard between 2015 and 2019 (the "Class Computers") (a list of qualifying Class Computer models is available **here**)~~; and (2) obtained at least two Topcase Replacements from Apple or an Authorized Service Provider~~.  **Under the terms of the Settlement, you will receive a payment estimated to be between $300 and $395 if the Court approves the Settlement and it becomes final.**

[Formatted: Font: Bold]
[Formatted: Font: Bold]

Your payment will be made via check and will be delivered to [XXXXXXXXXXXX]. To confirm your address or if would like to have your payment sent to another address, please click here or visit www._____.com and **use your Claim Number XXXX or your MacBook Serial number. You do not need to file a claim form to receive payment under the Settlement.**

For more information and to review the full notice, please visit **www._____.com.**

- o   **What does the Settlement provide?**

Apple has agreed to pay $50 million into a Settlement Fund. After deducting Court-approved attorneys' fees (up to 30% of the Settlement Fund) and expenses, service awards (up to $5,000 to each of the 12 individual class representatives), and the costs of notice and settlement administration, the net Settlement Fund will be distributed to Settlement Class Members based on the type and number of keyboard repairs they obtained, and other factors.  For more information about how distributions will be made to Settlement Class Members, please visit [insert website].

- **What types of repairs are covered by the Settlement?**

The Settlement covers **Topcase Replacements**, which refers to the replacement of the full keyboard module (including the battery, track pad, speakers, top case, and keyboard), and **Keycap Replacements,** which refers to the replacement of one or more keycaps on a keyboard and does not involve replacement of the full keyboard module. Either repair must have been performed by Apple or an Apple Authorized Service Provider. **Group 1** Settlement Class Members received at least two Topcase Replacements. **Group 2** Settlement Class Members received a single Topcase Replacement that did not resolve their keyboard issues. **Group 3** Settlement Class Members received one of more Keycap Replacements that did not resolve their keyboard issues. According to Apple's records, **you are a Group 1 Settlement Class Member.**

- **What are the expected payments?**

The amount of the payments for each Group will vary depending on the number of valid claims received. As a Group 1 Settlement Class Member, you will receive a payment estimated to be between $300 and $395. Eligible Group 2 Settlement Class Members are estimated to receive up to $125 and eligible Group 3 Settlement Class Members are estimated to receive up to $50. We will not know the final amounts that each Group will receive until all claims are evaluated. Please be patient.

- **Do I have to submit a claim?**

No. As a Group 1 Settlement Class Member, you are eligible to receive a payment without the need to submit a claim.

- **What are my other options?**

You can do nothing, exclude yourself or object. If you do nothing, you will get a check if the Settlement becomes final, but you will give up the right to sue or continue to sue Apple for any claim regarding the subject matter of the claims in this case.

If you don't want to receive an automatic payment or be legally bound by the Settlement, you must exclude yourself from it by **[date]**. Unless you exclude yourself, you won't be able to sue or continue to sue Apple for any claim regarding the subject matter of the claims in this case. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your own lawyer to appear and speak at the Final Approval Hearing—at your own cost— but you don't have to. Objections and requests to appear are due by **[date]**. The Final Approval Hearing will be held on _____, 2022, at _____.m., in Courtroom 4, of the San Jose federal courthouse, located at 280 South 1st Street, San Jose, CA 95113, or via Zoom Webinar.

More information about your options is in the detailed notice available at www.___.com, or you may contact Class Counsel with any questions:

- **Simon S. Grille.** Telephone: (415) 981-4800; email: mackeyboard@girardsharp.com
- **Steve Schwartz.** Telephone: (610) 642-8500; email: mackeyboard@chimicles.com

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

**BY ORDER OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

To unsubscribe from this list, please click on the following link: Unsubscribe

**To:** [Class Member Email Address]
**From:** info@xxxx.com
**Subject: MacBook Butterfly Keyboard Class Action Settlement**

**If you bought a MacBook laptop sold between 2015 and 2019 equipped with a "Butterfly" keyboard, you may be eligible for payment from a class action settlement**

A Settlement has been reached with Apple Inc. ("Apple") in a class action lawsuit alleging that the "butterfly" keyboard mechanism in certain MacBook laptops is defective, and can result in characters repeating unexpectedly; letters or characters not appearing; and/or the keys feeling "sticky" or not responding in a consistent manner.

Apple denies all of the allegations made in the lawsuit, denies that any MacBooks are defective, and denies that Apple did anything improper or unlawful.  The proposed Settlement is not an admission of guilt or wrongdoing of any kind by Apple.  The United States District Court for the Northern District of California approved this notice.

- **Why am I receiving this notice?**

Apple's records indicate that you may be a member of the Settlement Class and entitled to receive a payment. The Settlement Class includes all persons and entities in the United States who ~~You are a member of the Settlement Class  if you purchased~~are in the United States ~~and~~ purchased, other than for resale, an Apple MacBook, MacBook Pro, or MacBook Air laptop model equipped with a "Butterfly" keyboard between 2015 and 2019 (the "Class Computers") (a list of qualifying Class Computer models is available **here**).

**Apple's records reflect that you received a qualifying keyboard repair. If the repair did not resolve your keyboard issues,** ~~and that you are a Group 2 or Group 3 Settlement Class member and that~~ **you are**~~may be eligible to receive up to $50 or $125, or $50 respectively~~depending on the type of repair~~, as described in more detail.  If the repair did not resolve your keyboard issues.~~, **Y**~~y~~ou can submit a claim to be paid from the Settlement. A link to your claim form is available [insert hyperlink]

For more information and to review the full notice, please visit www._____.com.

- **What does the Settlement provide?**

Apple has agreed to pay $50 million into a Settlement Fund.  After deducting Court-approved attorneys' fees (up to 30% of the Settlement Fund) and expenses, service awards (up to $5,000 to each of the 12 individual class representatives), and the costs of notice and settlement administration, the net Settlement Fund will be distributed to Settlement Class Members based on

~~W0044833.~~

the type and number of keyboard repairs they obtained, and other factors.  For more information about how distributions will be made to Settlement Class Members, please visit [insert website].

- o **What types of repairs are covered by the Settlement?**

The Settlement covers **Topcase Replacements**, which refers to the replacement of the full keyboard module (including the battery, track pad, speakers, top case, and keyboard), and **Keycap Replacements,** which refers to the replacement of one or more keycaps on a keyboard and does not involve replacement of the full keyboard module.  Either repair must have been performed by Apple or an Apple Authorized Service Provider.  **Group 1** Settlement Class Members received at least two Topcase Replacements. **Group 2** Settlement Class Members received a single Topcase Replacement that did not resolve their keyboard issues. **Group 3** Settlement Class Members received one or more Keycap Replacements that did not resolve their keyboard issues. According to Apple's records, **you are a Group 2 or 3 Settlement Class Member.**

- o **What are the expected payments?**

The amount of the payments for each Group will vary depending on the number of valid claims received.  Group 1 Settlement Class Members are estimated to receive a payment between $300 and $395.  Eligible Group 2 Settlement Class Members are estimated to receive up to $125 and eligible Group 3 Settlement Class Members are estimated to receive up to $50.  We will not know the final amounts that each Group will receive until all claims are evaluated.  Please be patient.

- o **How do I file a claim ?**

To file a claim, click here: [HYPERLINK]. **Use your Claim Number XXXX**, which will pre-populate information in Apple's records, including whether Apple's records reflect you received a Topcase or Keycap Replacement.  You will be required to declare that the information in the Claim Form is accurate and that the keyboard repair did not resolve your keyboard issue.  Your claim must be submitted electronically or postmarked no later than **_____, 2022** in order to be considered for payment.  See the Claim Form and Instructions for detailed information about what is required to submit a claim [hyperlink].

- o **What are my other options?**

You can do nothing, exclude yourself, or object.  If you do nothing, your rights will be affected and you won't get a payment.  If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **[date]**.  Unless you exclude yourself, you will give up the right to sue or continue to sue Apple for any claim regarding the subject matter of the claims in this case. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your own lawyer to appear and speak at the Final Approval Hearing—at your own cost—but you don't have to.  Objections and requests to appear are due by **[date]**. The Final Approval Hearing will be held on _____, 2022, at _____.m., in Courtroom 4, of the

San Jose federal courthouse, located at 280 South 1st Street, San Jose, CA 95113, or via Zoom Webinar.

More information about these options is in the detailed notice available at www.____.com, or you may contact Class Counsel with any questions:

- **Simon S. Grille.** Telephone: (415) 981-4800; email: mackeyboard@girardsharp.com
- **Steve Schwartz.** Telephone: (610) 642-8500; email: mackeyboard@chimicles.com

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

**BY ORDER OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

To unsubscribe from this list, please click on the following link: Unsubscribe

W0044833.

**To:** [Class Member Email Address]
**From:** info@xxxx.com
**Subject:** MacBook Butterfly Keyboard Class Action Settlement

## If you bought a MacBook laptop sold between 2015 and 2019 equipped with a "Butterfly" keyboard, you may be eligible for payment from a class action settlement

A Settlement has been reached with Apple Inc. ("Apple") in a class action lawsuit alleging that the "butterfly" keyboard mechanism in certain MacBook laptops is defective, and can result in characters repeating unexpectedly; letters or characters not appearing; and/or the keys feeling "sticky" or not responding in a consistent manner.

Apple denies all of the allegations made in the lawsuit, denies that any MacBooks are defective, and denies that Apple did anything improper or unlawful. The proposed Settlement is not an admission of guilt or wrongdoing of any kind by Apple. The United States District Court for the Northern District of California approved this notice.

- o **Why am I receiving this notice?**

Apple's records indicate that you may be a member of the Settlement Class and may be eligible to receive a payment. <ins>The Settlement Class includes all persons and entities in the United States who purchased</ins><del>You are a member of the Settlement Class if you purchased</del><ins>are in the United States and</ins> <del>purchased</del>, other than for resale, an Apple MacBook, MacBook Pro, or MacBook Air laptop model equipped with a "Butterfly" keyboard between 2015 and 2019 (the "Class Computers") (a list of qualifying Class Computer models is available here). You are eligible to submit a claim for payment if you: (1) purchased a Class Computer; (2) obtained a qualifying keyboard repair from Apple or an Apple Authorized Service provider; and (3) the repair did not resolve your keyboard issues.

- o **What does the Settlement provide?**

Apple has agreed to pay $50 million into a Settlement Fund. After deducting Court-approved attorneys' fees (up to 30% of the Settlement Fund) and expenses, service awards (up to $5,000 to each of the 12 individual class representatives), and the costs of notice and settlement administration, the net Settlement Fund will be distributed to Settlement Class Members based on the type and number of keyboard repairs they obtained, and other factors. For more information about how distributions will be made to Settlement Class Members, please visit [insert website].

- o **What types of repairs are covered by the Settlement?**

The Settlement covers **Topcase Replacements**, which refers to the replacement of the full keyboard module (including the battery, track pad, speakers, top case, and keyboard), and **Keycap**

<del>W0044834.</del>

**Replacements,** which refers to the replacement of one or more keycaps on a keyboard and does not involve replacement of the full keyboard module. Either repair must have been performed by Apple or an Apple Authorized Service Provider. **Group 1** Settlement Class Members received at least two Topcase Replacements. **Group 2** Settlement Class Members received a single Topcase Replacement that did not resolve their keyboard issues. **Group 3** Settlement Class Members received one or more Keycap Replacements that did not resolve their keyboard issues. You may be a Group 2 or 3 Settlement Class Member.

- o **What are the expected payments?**

The amount of the payments for each Group will vary depending on the number of valid claims received. Group 1 Settlement Class Members are estimated to receive a payment between $300 and $395. Eligible Group 2 Settlement Class Members are estimated to receive up to $125 and eligible Group 3 Settlement Class Members are estimated to receive up to $50. We will not know the final amounts that each Group will receive until all claims are evaluated. Please be patient.

- o **How do I file a claim?**

To file a claim, click here: [HYPERLINK]. You will be required to provide reasonable documentation that you obtained a qualifying keyboard repair. You must also declare that the information in the Claim Form is accurate and that the keyboard repair did not resolve your keyboard issue. Your claim must be submitted electronically or postmarked no later than _____, 2022 in order to be considered for payment. See the Claim Form and Instructions for detailed information about what is required to submit a claim and what qualifies as reasonable documentation [hyperlink].

**What are my other options?**

You can do nothing, exclude yourself, or object. If you do nothing, your rights will be affected and you won't get a payment. If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **[date]**. Unless you exclude yourself, you will give up the right to sue or continue to sue Apple for any claim regarding the subject matter of the claims in this case. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your own lawyer to appear and speak at the Final Approval Hearing—at your own cost—but you don't have to. Objections and requests to appear are due by **[date]**. The Final Approval Hearing will be held on _____, 2022, at _____.m., in Courtroom 4, of the San Jose federal courthouse, located at 280 South 1st Street, San Jose, CA 95113, or via Zoom Webinar.

More information about these options is in the detailed notice available at www.____.com, or you may contact Class Counsel with any questions:

- **Simon S. Grille.** Telephone: (415) 981-4800; email: mackeyboard@girardsharp.com

- **Steve Schwartz.** Telephone: (610) 642-8500; email: <mackeyboard@chimicles.com>

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

**BY ORDER OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

To unsubscribe from this list, please click on the following link: Unsubscribe