December 29, 2022

RE: Objection to the proposed Settlement in MacBook Keyboard Litigation, No. 5:18-cv-02813-EJD (N.D. Cal.)

Cody Miles Loepp
5705 NW 109th St.
Oklahoma City, OK 73162
(918) 724-0409
Cody.loepp@gmail.com

FILED
JAN 03 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Whom It May Concern:

My name is Cody Loepp and I am a Group 2 Settlement Class Member in the subject class action lawsuit, case number 5:18-cv-02813-EJD-VKD. I am writing the Court to object to the proposed settlement terms on behalf of all Settlement Classes. The currently proposed settlement terms do not represent a fair or equitable compensation to consumers, while simultaneously awarding a disproportionate share to attorney's fees and expenses.

If the proposed terms are accepted by the Court, all effected parties requiring new hardware will be required to supplement repair costs using personal financial resources. All Settlement Class Members qualify as Consumers, protected by the Consumer Bill of Rights, which states, "Consumers have the right to be informed, the right to choose, the right to safety, the right to be heard, the right to have problems corrected, the right to consumer education, and the right to service." The proposed settlement terms do not allow Consumers with the right to have problems corrected, nor the right to service.

At the time of this notice, independent research of local Apple Certified repair locations indicates repair costs in excess of $300 with wait times of 1-2 weeks. A new, like-in-kind replacement currently retails for $1,200. These figures indicate that Class Members, not Apple, are the ones paying for these defective units, while the attorneys are collecting the lion's share of the settlement.

Apple has a Market Cap of $2.06 trillion and reported a revenue of $90.15 billion in September of 2022; the proposed terms of this payout represents 0.00055% of current revenue, with only 0.00038% going to the consumers effected by these defective units. Apple sold defective units and must be held accountable for their unscrupulous business practices and sourcing of inadequate materials and/or practices.

I am not looking to benefit from this situation; however, I am expecting a fair and equitable resolution. I am self-employed and use this computer for work every day; my livelihood depends on my ability to work effectively using all available resources. Suffering through malfunctioning hardware/software has had an incalculable cost to my company's success. However, I am unable to simultaneously address this situation, and continue to provide for my family without access to information only present on my computer. As an ordinary American Citizen, it confounds me how the Court allowed these terms to even be on the table. $125 does not fix my problem, it only makes Apple's problem go away. How hard is it to require the perpetrator fix or replace the broken units? No one profits, they just have to correct their mistakes at their own cost. Accountability is not a novel idea. If the proposed terms are accepted by the Court, the attorneys will be the only ones celebrating.

I am not represented by counsel. I do not intend on speaking at the Final Approval Hearing. I have not filed objections to any class action settlement in the past five years.

Regards,
Cody M. Loepp

 **Gmail**                                                    Cody Loepp <cody.loepp@gmail.com>

---

**In re MacBook Keyboard Litigation Settlement**
1 message

---

**In re MacBook Keyboard Litigation Settlement Administrator**                Tue, Dec 27, 2022 at 4:38 PM
<info@keyboardsettlement.com>
To: cody.loepp@gmail.com

# If you bought a MacBook laptop sold between 2015 and 2019 equipped with a "Butterfly" keyboard, you may be eligible for payment from a class action settlement

| You are a GROUP 2 or 3 Settlement Class Member | | | |
|---|---|---|---|
| **Unique ID:** | D5DQR892NM | **PIN:** | 2248594 |
| **PLEASE SAVE THESE NUMBERS TO FILE A CLAIM** | | | |

Dear cody loepp:

A Settlement has been reached with Apple Inc. ("Apple") in a class action lawsuit alleging that the "butterfly" keyboard mechanism in certain MacBook laptops is defective, and can result in characters repeating unexpectedly; letters or characters not appearing; and/or the keys feeling "sticky" or not responding in a consistent manner.

Apple denies all of the allegations made in the lawsuit, denies that any MacBooks are defective, and denies that Apple did anything improper or unlawful. The proposed Settlement is not an admission of guilt or wrongdoing of any kind by Apple. The United States District Court for the Northern District of California approved this notice.

| **Why am I receiving this notice?** |
|---|

Apple's records indicate that you may be a member of the Settlement Class and entitled to receive a payment. The Settlement Class includes all persons and entities in the United States who purchased, other than for resale, an Apple MacBook, MacBook Pro, or MacBook Air laptop model equipped with a "Butterfly" keyboard between 2015 and 2019 (the "Class Computers") (a list of qualifying Class Computer models is available here).

**Apple's records reflect that you received a qualifying keyboard repair. If the repair did not resolve your keyboard issues, you may be eligible to receive up to $50 or $125, depending on the type of repair. You can submit a claim to be paid from the Settlement. A link to your claim form is available here.**

**For more information and to review the full notice, please visit www.KeyboardSettlement.com.**

## What does the Settlement provide?

Apple has agreed to pay $50 million into a Settlement Fund. After deducting Court-approved attorneys' fees (up to 30% of the Settlement Fund) and expenses, service awards (up to $5,000 to each of the 12 individual class representatives), and the costs of notice and settlement administration, the net Settlement Fund will be distributed to Settlement Class Members based on the type and number of keyboard repairs they obtained, and other factors. For more information about how distributions will be made to Settlement Class Members, please visit www.KeyboardSettlement.com.

## What types of repairs are covered by the Settlement?

The Settlement covers **Topcase Replacements**, which refers to the replacement of the full keyboard module (including the battery, track pad, speakers, topcase, and keyboard), and **Keycap Replacements**, which refers to the replacement of one or more keycaps on a keyboard and does not involve replacement of the full keyboard module. Either repair must have been performed by Apple or an Apple Authorized Service Provider. **Group 1** Settlement Class Members received at least two Topcase Replacements. **Group 2** Settlement Class Members received a single Topcase Replacement that did not resolve their keyboard issues. **Group 3** Settlement Class Members received one or more Keycap Replacements that did not resolve their keyboard issues. According to Apple's records, **you are a Group 2 or 3 Settlement Class Member.**

## What are the expected payments?

The amount of the payments for each Group will vary depending on the number of valid claims received. Group 1 Settlement Class Members are estimated to receive a payment between $300 and $395. Eligible Group 2 Settlement Class Members are estimated to receive up to $125 and eligible Group 3 Settlement Class Members are estimated to receive up to $50. We will not know the final amounts that each Group will receive until all claims are evaluated. Please be patient.

## How do I file a claim?

To file a claim, click here. **Use your Unique ID and PIN provided above**, which will pre-populate information in Apple's records, including whether Apple's records reflect you received a Topcase or Keycap Replacement. You will be required to declare that the information in the Claim Form is accurate and that the keyboard repair did not resolve your keyboard issue. Your claim must be submitted electronically or postmarked no later than **March 6, 2023** in order to be considered for payment. See the Claim Form and Instructions for detailed information about what is required to submit a claim.

## What are my other options?

You can do nothing, exclude yourself, or object. If you do nothing, your rights will be affected and you won't get a payment. If you don't want to be legally bound by the Settlement, you must exclude yourself from it by **February 10, 2023**. Unless you exclude yourself, you will give up the right to sue or continue to sue Apple for any claim

regarding the subject matter of the claims in this case. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your own lawyer to appear and speak at the Final Approval Hearing—at your own cost—but you don't have to. Objections and requests to appear are due by **February 10, 2023**. The Final Approval Hearing will be held on March 16, 2023, at 9:00 a.m., in Courtroom 4, of the San Jose federal courthouse, located at 280 South 1st Street, San Jose, CA 95113, or via Zoom Webinar.

More information about these options is in the detailed notice available at www.KeyboardSettlement.com, or you may contact Class Counsel with any questions:

- **Simon S. Grille.** Telephone: (415) 981-4800; email: KeyboardSettlement@girardsharp.com
- **Steve Schwartz.** Telephone: (610) 642-8500; email: KeyboardSettlement@chimicles.com

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

### BY ORDER OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

To unsubscribe, please click on the following link: unsubscribe