Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**DECLARATION OF KYLE BARBARO IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS** |

I, Kyle Barbaro, declare as follows:

1. I am a named Plaintiff in this case. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards. I have personal knowledge of the facts in this declaration, and I could and would testify to these facts.

2. I agreed to serve as a class representative in this action. I understand that in my role as a class representative, I have a duty to all people who bought any of the allegedly defective MacBook models to make decisions in their best interests. Throughout this case, I believe that I have served as an adequate class representative for the affected group of consumers.

3. I worked with my attorneys to prepare the Class Action Complaint filed on May 11, 2018, among other case documents. I reviewed and approved a draft of this complaint before it was filed with the Court, and have been closely involved and continuously attentive to this litigation since then.

4. Prior to the filing of the Class Action Complaint, I was interviewed by counsel several times and searched for emails and other documents regarding my purchase and the problems I experienced with my MacBook's keyboard.

5. After the Class Action Complaint was filed, I continued to stay in contact with Class Counsel regarding developments in the litigation. Over the past few years, I have had numerous telephone calls and email exchanges with Class Counsel. I worked with my attorneys to discuss the facts of this case, frame the issues, and to assist them in preparing for mediation, moving for class certification, and in every other aspect they needed.

6. I also worked with my counsel to prepare discovery responses, including responses to multiple requests for production and interrogatories, and a request for inspection of my computer. I searched for and gathered documents for production in this case.

7. I provided several hours of deposition testimony on September 4, 2020. I prepared for the deposition with my attorneys before it took place.

8. I have kept my MacBook and any other relevant documentation throughout the duration of this lawsuit.

9. I was prepared to appear and testify at trial, if necessary.

10. I have reviewed the complaints, settlement agreement and other related materials, and discussed them with my attorneys. I believe the settlement represents an outstanding result considering the potential risks of going forward with this litigation, particularly in light of Apple's defenses. My attorneys advised me of the risk of not prevailing at trial, the risk of decertification, and the delay associated with a possible appeal. Given these considerations, I believe that the settlement is fair, reasonable, and a win for the class.

11. I have devoted substantial time and attention to working on this case, always with the best interests of the class in mind. I am therefore respectfully asking the Court to approve a service award of $5,000 for myself, even though I will support the settlement regardless of whether the Court awards any service award. I understand that my attorneys took this case on a contingency basis, and neither they nor I have received any compensation from anyone for the work we performed on this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 3, 2023 in Salem, Massachusetts.

By: _____
KYLE BARBARO

DECLARATION OF KYLE BARBARO IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS
CASE NO. 5:18-CV-02813-EJD