EXHIBIT 1

ROBERT C. SCHUBERT (S.B.N. 62684)
(rschubert@sjk.law)
AMBER L. SCHUBERT (S.B.N. 278696)
(aschubert@sjk.law)
WILLEM F. JONCKHEER (S.B.N. 178748)
(wjonckheer@sjk.law)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone:   (415) 788-4220
Facsimile:   (415) 788-0161

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br><br>**DECLARATION OF AMBER L. SCHUBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS**<br><br>Judge:   Hon. Edward J. Davila<br>Date:    March 16, 2023<br>Time:    9:00 a.m.<br>Courtroom: 4 – 5th Floor |

I, Amber L. Schubert, declare as follows:

1. I am a partner at Schubert Jonckheer & Kolbe LLP in San Francisco, CA. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards. I make this declaration based on my own personal knowledge, and if called upon to do so, could testify competently to the matters set forth herein.

### Schubert Jonckheer & Kolbe's Professional Qualifications

2. Schubert Jonckheer & Kolbe has over forty years of relevant experience in class action litigation. The Firm and its lawyers are litigators in the field of consumer protection class actions, including product defect class actions. In addition to prosecuting cases in California federal and state courts, the firm has been actively involved in securities, antitrust, unfair competition, and employment class actions throughout the United States. Schubert Jonckheer & Kolbe has served as Lead Counsel or Co-Lead Counsel in class actions and shareholder derivative actions that have produced recoveries valued at over $1 billion.

3. A detailed description of Schubert Jonckheer & Kolbe and its attorneys can be found on the firm's website at http://www.sjk.law.

### Schubert Jonckheer & Kolbe's Lodestar

4. The lodestar incurred by each individual biller at Schubert Jonckheer & Kolbe is as follows as of December 23, 2022.

| Name | Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Schubert, Robert C. | Partner | 76.7 | $975.00 | $74,782.50 |
| Jonckheer, Willem F. | Partner | 113.5 | $875.00 | $99,312.50 |
| Schubert, Dustin L. | Partner | 27.9 | $775.00 | $21,622.50 |
| Schubert, Amber L. | Partner | 136.7 | $775.00 | $105,942.50 |
| Kolbe, Miranda P. | Of Counsel | 62.3 | $875.00 | $54,512.50 |
| Stuart, Gregory T. | Associate | 441.2 | $625.00 | $275,750.00 |
| McCauley, Kathryn Y. | Associate | 239.2 | $550.00 | $131,560.00 |
| Kim, Cassidy | Associate | 56.9 | $420.00 | $23,898.00 |
| Jeevaprakash, Anujan | Associate | 56.4 | $350.00 | 19,740.00 |
| Kahan, Sara | Paralegal | 0.2 | $200.00 | 40.00 |
| **TOTAL** | | **1,211** | | **807,160.50** |

1

DECLARATION OF AMBER L. SCHUBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS
CASE NO. 5:18-cv-02813-EJD-VKD

5. The hours above were recorded contemporaneously and in one-tenth of an hour increments.

6. The hourly rates above are the current hourly rates for each applicable biller and are the usual and customary rates charged by each applicable biller in Schubert Jonckheer & Kolbe's cases.

7. My firm's hourly rates are regularly accepted by courts throughout the country for purposes of class action and shareholder derivative fee awards. *See, e.g.*, *In re 3D Systems Corp. Derivative Litig.*, No. 15-cv- 3756-MGL (D.S.C. Dec. 19, 2019); *In re Vizio, Inc. Consumer Privacy Litig.*, No. 16-ml-02693-JLS-KES (C.D. Cal. Jul. 31, 2019); *Etter v. Allstate Insurance Company*, No. 17-cv-184-WHA (N.D. Cal. Nov. 4, 2018); *In re Google AdWords Litig.*, No. 08-cv-3369-EJD (N.D. Cal. Aug. 7, 2017); *Wilfred v. Modany et al.*, No. 1:13-cv-3110 (S.D.N.Y. Apr. 6, 2016); *In re Polyurethane Foam Antitrust Litig.*, No. 10-md-2196 (N.D. Ohio Jan. 27, 2016); *True Health Chiropractic, Inc. v. McKesson Corp.*, No. 13-cv-2219-HSG, (N.D. Cal. May 29, 2015).

8. All hours were reasonably incurred under the supervision of Class Counsel and necessary to litigating this matter.

9. Schubert Jonckheer & Kolbe's work included researching issues related to class certification, summary judgment, and expert testimony; drafting briefs concerning motions to exclude expert testimony; reviewing drafts of briefs related to the motions to dismiss, class certification, and summary judgment; preparing for depositions of Apple's and plaintiffs' witnesses; drafting and reviewing discovery requests and responses, including meet-and-confer letters and discovery letter briefs; reviewing and analyzing documents produced by Apple; reviewing and analyzing privilege logs; and engaging in settlement discussions with co-counsel and Apple's counsel, including reviewing draft settlement documents and participating in mediations.

10. In incurring the time set forth above, my firm followed the timekeeping protocol entered by the Court in this action on September 24, 2018. ECF Nos. 30-1, 62.

11. I have provided a copy of Schubert Jonckheer & Kolbe's detailed time entries to Class Counsel and have authorized them to make such records available to the Court for *in camera* review to the extent necessary.

**Schubert Jonckheer & Kolbe's Litigation Expenses**

12. Schubert Jonckheer and Kolbe's litigation expenses are as follows as of December 23, 2022:

| Category Name | Total Expenses per Category |
|---|---|
| Court/Filing Fees | $400.00 |
| Professional Fees (e.g., experts, consultants, etc.) | |
| Air Transportation | |
| Ground Transportation | |
| Meals | |
| Lodging | |
| Telephone/Facsimile | $14.99 |
| Postage/Express Delivery/Messenger | $61.28 |
| Commercial Copies | |
| Court Reports/Transcripts | |
| Witness/Service Fees | |
| Internal Reproduction/Copies | $322.40 |
| Computer Research (e.g Westlaw) | $1,343.80 |
| Miscellaneous (Advertising and inflight wifi) | $1,340.70 |
| **Total** | **$3,483.17** |

13. The expenses incurred by Schubert Jonckheer & Kolbe are reflected in the books and records of the firm. The books and records are prepared from expense vouchers, invoices, receipts, and other reasonable supporting records and are an accurate record of the expenses incurred.

14. All expenses were reasonably incurred and necessary to litigating this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 6, 2023.

/s/ *Amber L. Schubert*
AMBER L. SCHUBERT

E. Michelle Drake, *pro hac vice*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
emdrake@bm.net

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br><br>**DECLARATION OF E. MICHELLE DRAKE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS**<br><br>Judge: Hon. Edward J. Davila<br>Date: March 16, 2023<br>Time: 9:00 a.m.<br>Courtroom: 4 – 5th Floor |

I, E. Michelle Drake, declare as follows:

1. I am an Executive Shareholder with Berger Montague PC. I manage the Firm's Minneapolis, Minnesota office and serve as a co-chair of the Firm's Consumer Protection Department. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards. I make this declaration based on my own personal knowledge, and if called upon to do so, could testify competently to the matters set forth herein.

### Berger Montague's Professional Qualifications

2. Berger Montague PC has over 50 years of relevant experience in class action litigation. The Firm and its lawyers are litigators in the field of consumer protection class actions, including product defect class actions.

3. A detailed description of Berger Montague and its attorneys can be found on the Firm's website at www.bergermontague.com.

### Berger Montague's Lodestar

4. The lodestar incurred by each individual biller at Berger Montague is as follows as of December 23, 2022.

| Name | Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Carson, Shanon | Shareholder | 2.7 | $990 | $2,673 |
| Drake, E. Michelle | Shareholder | 27.4 | $980 | $26,852 |
| Twersky, Martin | Shareholder | 2 | $890 | $1,780 |
| Paul, Russell | Shareholder | 1 | $855 | $855 |
| Albanese, John | Shareholder | 1.1 | $720 | $792 |
| Hashmall, Joseph | Senior Counsel | 38.8 | $645 | $25,026 |
| Peterson, Elizabeth | Staff Attorney | 2.5 | $400 | $1,000 |
| Gebo, Rachel | Legal Project Team Manager | 3.7 | $410 | $1,517 |
| Hibray, Jean | Paralegal | 2.9 | $425 | $1,232.50 |
| Xiong, Mai | Paralegal | 51.5 | $310 | $15,965 |
| Albanese, Anthony | Case Intake Analyst | 13.9 | $175 | $2,432.50 |
| Avery, Ekene | Litigation Support | 5 | $54.95 | $274.75 |
| Totals | | 152.5 | | $80,399.75 |

1

DECLARATION OF E. MICHELLE DRAKE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS
CASE NO. 5:18-cv-02813-EJD-VKD

5. The hours above were recorded contemporaneously and in one-tenth of an hour increments.

6. The hourly rates above are the current hourly rates for each applicable biller and are the usual and customary rates charged by each applicable biller in Berger Montague's cases.

7. My firm's hourly rates are regularly accepted by courts throughout the country for purposes of class action fee awards. *See*, *e.g.*, *See*, *e.g.*, *In re Domestic Drywall Antitrust Litig.*, No. 13-md-2437, 2018 WL 3439454, *20 (E.D. Pa. July 17, 2018) (holding that the hourly rates claimed by Berger, among other firms, were "well within the range of rates charged by counsel in this district in complex cases"); *Devlin v. Ferrandino & Son, Inc.*, No. 15-4976, 2016 WL 7178338, *10 (E.D. Pa. Dec. 9, 2016) ("[T]he hourly rates for Class Counsel [including Berger Montague] are well within the range of what is reasonable and appropriate in this market").

8. All hours were reasonably incurred under the supervision of Class Counsel and necessary to litigating this matter.

9. The Firm's work included assisting with preparing pleadings, discovery, and vetting clients, as well as participating in legal strategy discussions and decisions.

10. In incurring the time set forth above, my firm followed the timekeeping protocol entered by the Court in this action on September 24, 2018. ECF Nos. 30-1, 62.

11. I have provided a copy of Berger Montague's detailed time entries to Class Counsel and have authorized them to make such records available to the Court for *in camera* review to the extent necessary.

**Berger Montague's Litigation Expenses**

12. The Firm's litigation expenses are as follows as of December 23, 2022:

| Expense Type | Total |
|---|---|
| Court/Filing Fees | $37.00 |
| Professional Fees (e.g., experts, consultants, etc.) | |
| Air Transportation | |
| Ground Transportation | |
| Meals | |
| Lodging | |
| Telephone/Facsimile | |
| Postage/Express Delivery/Messenger | $369.88 |
| Commercial Copies | |
| Court Reports/Transcripts | |
| Witness/Service Fees | |
| Internal Reproduction/Copies | $5.85 |
| Computer Research (e.g Westlaw) | $629.28 |
| Miscellaneous | $22.32 |
| **Total** | $1,064.33 |

13. The expenses incurred by Berger Montague are reflected in the books and records of the firm. The books and records are prepared from expense vouchers, invoices, receipts, and other reasonable supporting records and are an accurate record of the expenses incurred.

14. All expenses were reasonably incurred and necessary to litigating this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 6, 2023.

/s/ *Michelle Drake*
E. Michelle Drake

JASON S. RATHOD, *pro hac vice*
NICHOLAS A. MIGLIACCIO, *pro hac vice*
**MIGLICACCIO & RATHOD LLP**
412 H St NE
Washington DC 20002
Telephone (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Attorney for Plantiff Huey and the Class

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br><br>**DECLARATION OF JASON S. RATHOD IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS**<br><br>Judge: Hon. Edward J. Davila<br>Date: March 16, 2023<br>Time: 9:00 a.m.<br>Courtroom: 4 – 5th Floor |

I, JASON S. RATHOD, declare as follows:

1. I am a partner at Migliaccio & Rathod LLP ("M&R") in Washington D.C. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards. I make this declaration based on my own personal knowledge, and if called upon to do so, could testify competently to the matters set forth herein.

### M&R's Professional Qualifications

2. Migliaccio & Rathod LLP launched in January of 2016 as a plaintiff-side class action litigation boutique and has seven years of relevant experience in consumer protection class action litigation. The partners at M&R had significant experience in the area even before the firm launched, however. My co-founding partner, Nicholas Migliaccio, has over 20 years of relevant experience in consumer protection and product defect class action litigation and I have over 12 years of such experience. M&R and its lawyers are litigators in the field of consumer protection class actions, including product defect class actions, and have been appointed to leadership positions and as class counsel in a number of noteworthy product defect cases. *See, e.g., Carlotti v. Asus Comput. Int'l,* No. 18-cv-03369-DMR, 2020 U.S. Dist. LEXIS 108917 (N.D. Cal. June 22, 2020) (nationwide class action settlement on behalf of purchasers of ASUS laptops, with M&R appointed as class counsel).

3. A detailed description of M&R, its attorneys, and its successes can be found on M&R's website at http://www.classlawdc.com.

### M&R's Lodestar

4. The lodestar incurred by each individual biller at M&R is as follows as of December 23, 2022 in the instant action:

| Name | Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Selin Demir | Associate | 15.7 | $508 | $7,975.60 |
| Kevin Kearns | Paralegal | 0.8 | $225 | $180 |
| Kevin Leddy | Associate | 27.6 | $413 | $11,398.80 |
| Nicholas Migliaccio | Partner | 11.9 | $997 | $11,864.30 |
| Esfand Nafisi | Of Counsel | 87.5 | $829 | $72,537.50 |
| Bruno Ortega-Toledo | Law Clerk | 102.9 | $225 | $23,152.50 |
| Mark Patronella | Associate | 58.9 | $508 | $29,921.20 |
| Jason Rathod | Partner | 21.2 | $829 | $17,574.80 |
| Anna Tayman | Law Fellow | 6.4 | $413 | $2,643.20 |
| Total | | 332.9 | | $177,247.90 |

5.  The hours above were recorded contemporaneously and in one-tenth of an hour increments.

6.  The hourly rates above are the current hourly rates for each applicable biller and are the usual and customary rates charged by each applicable biller in M&R's cases.

7.  My firm's hourly rates, which are based on the LSI Laffey Matrix and updated annually, are regularly accepted by courts throughout the country, including the Northern District of California, for purposes of class action fee awards. *See*, *e.g.*, *Vasquez v. Libre by Nexus, Inc.*, No. 17-cv-00755 CW, 2022 U.S. Dist. LEXIS 180791, at *46 n.11 (N.D. Cal. Oct. 3, 2022); *Carlotti*, No. 18-cv-03369-DMR, 2020 U.S. Dist. LEXIS 108917, at *17 (N.D. Cal. June 22, 2020); *Fath v. Am. Honda Motor Co.*, No. 18-CV-1549 (NEB/LIB), 2020 U.S. Dist. LEXIS 252264, at *11 (D. Minn. Sep. 11, 2020) (approving M&R's rates as reasonable).

8.  All hours were reasonably incurred and necessary to litigating this matter. The hours spent after the case was consolidated, with interim class counsel appointment, were under the supervision of Class Counsel

9.  M&R's work included: conducting a comprehensive pre-suit investigation of the facts that gave rise to the case, which included extensive factual and legal research; communicating with class members and potential class representatives; drafting a pre-suit CLRA letter and class action complaint; attending the initial in-person status conference; communicating with defense counsel; preparing pre-trial stipulations and motions; and engaging in written discovery, including substantial

1   document review. The time this reflects was time actually spent, in the exercise of reasonable
2   judgment by lawyers and staff of M&R.

3       10.    In incurring the time set forth above, my firm followed the timekeeping protocol entered
4   by the Court in this action on September 24, 2018. ECF Nos. 30-1, 62.

5       11.    I have provided a copy of M&R's detailed time entries to Class Counsel and have
6   authorized them to make such records available to the Court for *in camera* review to the extent
7   necessary.

**M&R's Litigation Expenses**

12. M&R's litigation expenses in the instant action are as follows as of December 23, 2022:

| Expense Type | Total |
|---|---|
| Filing Fees | $1,034 |
| Postage/Express Delivery/Messenger | $158.23 |
| | |
| | |
| | |
| **Total** | **$1,192.23** |

13. The expenses incurred by M&R are reflected in the books and records of the firm. The books and records are prepared from expense vouchers, invoices, receipts, and other reasonable supporting records and are an accurate record of the expenses incurred. Expenses are accounted for and billed separately and are not duplicated in the firm's professional billing rate. M&R has not received reimbursement for expenses incurred in connection with this litigation.

14. All expenses were reasonably incurred and necessary to litigating this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 6, 2023.

/s/ Jason S. Rathod
Jason S. Rathod