Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER**
**& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

*Class Counsel*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br><br>**PLAINTIFFS' NOTICE OF TIME AND EXPENSE SUBMISSION** |

Pursuant to the Order for Appointment of Counsel, Dkt. No. 62, and approved Time and Expense Reporting Protocol, Plaintiffs' counsel hereby submit summary time and expense reports from October 1, 2022 through December 31, 2022. Each firm's summary reports are attached as Exhibits A-C.

Dated: January 17, 2023

**GIRARD SHARP LLP**

By: /s/ *Simon S. Grille*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

*Class Counsel*

Robert C. Schubert
Willem F. Jonckheer
Noah M. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
3 Embarcadero Ctr Ste 1650
San Francisco, California 94111

1
PLAINTIFFS' NOTICE OF TIME AND EXPENSE SUBMISSION
CASE NO. 5:18-cv-02813-EJD-VKD

Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.com
nschubert@sjk.law

E. Michelle Drake
Joseph C. Hashmall
**BERGER & MONTAGUE, P.C.**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (215) 875-4604
emdrake@bm.net
jhashmall@bm.net

Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 489-7004
Facsimile: (202) 800-2730
enafisi@classlawdc.com

*Plaintiffs' Executive Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Simon S. Grille*
Simon S. Grille