# GIRARD SHARP LLP

# EXHIBIT A

**Attachment 3**

**Firm Name: Girard Sharp LLP**
**Date: October 1, 2022 to December 31, 2022**
**Case: In re MacBook Keyboard Litigation**

| Category Name | Total Time Per Category | Total Fees Per Category |
|---|---:|---:|
| Pre-Complaint Investigation/Complaint Prep (Including Amended Complaint(s))/Class Member Intakes | 1.00 | $875.00 |
| Court Hearings/Conferences/ Pretrial Stipulations | 16.60 | $14,525.00 |
| MTD Briefing/Research | | |
| Class Cert Briefing/ Research | | |
| SJ Briefing/Research | | |
| Other Motion Practice/Research | 63.40 | $62,324.00 |
| Discovery Requests/Responses/Meet & Confer | 0.10 | $87.50 |
| Factual Analysis/Document Review | | |
| Depositions and Related Preparation | | |
| Experts/Expert Discovery/Daubert | | |
| Trial/Trial Preparation | | |
| Appeals | | |
| Settlement/Settlement Administration/Notice | 69.20 | $47,805.00 |
| Litigation Strategy and Analysis | 13.60 | $10,502.00 |
| **Total** | **163.90** | **$136,118.50** |

**Attachment 4**

**Firm Name: Girard Sharp LLP**
**Date: October 1, 2022 to December 31, 2022**
**Case: In re MacBook Keyboard Litigation**

| Category Name | Total Expenses per Category |
|---|---|
| Court/Filing Fees | |
| Professional Fees (e.g., experts, consultants, etc.) | |
| Air Transportation | |
| Ground Transportation | $ 173.09 |
| Meals | $ 334.93 |
| Lodging | $ 617.97 |
| Telephone/Facsimile | $ 21.62 |
| Postage/Express Delivery/Messenger | |
| Commercial Copies | |
| Court Reports/Transcripts | |
| Witness/Service Fees | $ 160.00 |
| Internal Reproduction/Copies | |
| Computer Research (e.g Westlaw) | $ 600.61 |
| Miscellaneous | |
| **Total** | **$ 1,908.22** |