January 23, 2023

I object to the proposed Settlement in re MacBook Keyboard Litigation, No. 5:18-cv-02813-EJD (N.D. Cal.)
This objection applies only to me.
I have never filed an objection to a class action settlement.

I purchased this MacBook Pro June 26, 2017 for $2959.00. One year and 8 months later, I had to have the screen replaced for the sum of $795.00. About a year and a half ago I noticed the letter 'n' and number 5 keys didn't work properly. About a year ago, the speakers stopped working and two months ago the touch bar, at the top of the keyboard, changed color and just flickers.

I have struggled with all of this because I did not want to pay Apples' horrendous repair charges and now I find out that they produced junk computers and didn't have the decency to recall them and make it right. And now, because I didn't spend who knows how much to have it repaired, I'm entitled to nothing.
I think there's something wrong with this law suit and Apples business practices.

I just read that Apple would repair the problem free of charge within 4 years of purchase. A simple email would have alerted me and I could have had it repaired. https://support.apple.com/keyboard-service-program-for-mac-notebooks I was never aware of this until the law suit email.

Very unhappy Customer.
James H Finney
132 Trailwood Drive
Leesburg, Florida  34748-8145
Phone 603 642 4098
E-mail jimfinney@jandnmfg.com

*James H Finney*

| **Unique ID:** | **DB8NYG7TZS** | **PIN:** | **4361588** |

I do not intend to speak at the Final Approval Hearing

Finney
397 railroad Dr.
Leesburg, FL. 34748-8145

7022 3330 0001 3469 2870

Clerk of The Court
U.S. District Court for The
Northern District of California
280 South 1st Street
San Jose, Ca. 95113

Case No. 5:18-cv-02813-EJD

95113-305599

