January 19, 2023

If it pleases the Court;

My name is Leslie M Parker of 46 Slate Hill Rd, Eliot, ME, 03903. My email is leslie@innerbalancept.com. My phone is 207-475-7889. I am not represented by counsel.

I object to the proposed Settlement in regarding the MacBook Keyboard Litigation, No. 5:18-cv-02813-EJD (N.D. Cal.).

Please see my proof of membership in the Settlement Class attached; the invoice of the purchase. The serial number of my MacBook Pro (13-inch, 2017, Four Thunderbolt 3 Ports) is C02TT3L9HV2M. Here is the 'About This Mac' screenshot:



Here is a detailed statement of my objection:

I object because I have the above laptop with the butterfly keyboard that I use, and used, for my physical therapy business from 2017 to current. My keyboard began repeating keys about 2 years ago (during Covid) but I could not bring it in for service because I would have been without it for at least a week according to Best Buy Geek Squad. I could not be without it for any length of time because I need(ed) it for scheduling, charting, and billing my clients daily and for online insurance benefits, authorizations, payment details, etc. I believe I should be a participant in this class action despite the fact I haven't gotten this problem fixed yet. I can't bring it for service until a have another laptop I can use which would cost about $2500 to replace this one. I'm between a rock and a hard place with this repeating-keys laptop. It takes 2-3 times longer to type anything every day because of the repeating letters, and, time is money. I never received any notice on this class action, I assume, because I didn't bring it in for service. I believe I (and everyone else in my situation) should also be reimbursed and not just everyone who tried to fix their laptops. I believe this should apply to the entire Settlement Class as many, many people have the same problems to date. Some people just don't have the time or the finances to fix this expensive problem, especially when it falls outside of the warranty date. I have never filed an objection to any class action in the past 5 years.

Thank you for your consideration in this case,

*Leslie M Parker*

Leslie M Parker