SO. MAINE P&DC 041

28 JAN 2023. PM 2 L

L. Porter
46 Slate Hill Rd
Eliot ME 03903

Clerk of the Court
US District Court for the Northern
District of California
280 South 1st Street
San Jose, California 95113
Case No. 5:18-cv-02813-EJD

95113-309599