Jennifer Yellin
111 Sable Run
Zelienople, PA 16063
January 29, 2023

FILED
FEB 02 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk of the Court
U.S. District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113
Case No. 5:18-cv-02813-EJD

Dear Clerk of the Court:

I object to the settlement of case 5:18-cv-02813-EJD. As the owner of a 2016 MacBook Pro 15", I have dealt with an erratic keyboard for several years, primarily through the use of an external keyboard. I did not know there was a manufacturer's defect and the settlement has no provision for the repair of my keyboard on the computer that I use on a daily basis or reimbursement for my inconvenience.

Sincerely,

*Jennifer Yellin*

Jennifer Yellin



Jennifer Yellin
111 Sable Run
Zelienople, PA 16063-3141

Case No: 5:18-cv-02813-EJD

Clerk of the Court
U.S. District Court
280 South 1st Street
San Jose, CA 95113
for the Northern District of CA