Kyle Kavanagh
4024 Roswell St.
Dallas Texas, 75219
201-638-3451
Kkavanagh93@gmail.com

Objection of Macbook Keyboard Settlement: Case No. 5:18-cv-02813-EJD

In 2015 Apple designed a new "butterfly keyboard" that is completely integrated into the top case. If a key fails, you must remove every part of the machine and swap the whole top case. Apple was quoted stating that "dust" can get under the keys and can cause failure. The repair to fix this out of warranty can exceed $700. While apple did recall and replace these keyboards, they are flawed by design and cannot be repaired. In 2019, apple completely redesigned the keyboards and fixed the membrane issue. Even if apple replaced the keyboard as shown in this lawsuit (referred to level 4 class action members), the keys will never be fixed. The issue will continue to occur and the end user will be responsible as many are falling out of the extended recall period.

Please see the video provided below to explain the issue further in more simplistic terms.

https://www.youtube.com/watch?v=Bvsi2e3M5Ek at 1:30 minutes into the video she breaks down the mechanism fault.

Another issue is Apple's repair records only allow a 90 day search. The law firm presenting this case is asking for proof of repair when many users may no longer be able to access that information. If they have a different apple id, a new computer, or threw out their records they are out of luck for a class 4 settlement. It also does not factor in people who purchased these computers on the secondary market.

This objection applies to the entire class. The average MacBook user is not schooled in this category and I am sure if made aware that this issue will be reoccurring will second guess the award being presented to them.

I am formally requesting to speak at this hearing and am requesting this via a video call (Zoom, etc).

Sincerely,
Kyle Kavanagh