JESSICA L. GRANT (SBN 178138)
JGrant@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (SBN 233485)
CVetesi@mofo.com
CAMILA A. TAPERNOUX (SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**APPLE INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS**<br><br>Judge:   Hon. Edward J. Davila<br>Date:    March 16, 2023<br>Time:   9:00 a.m.<br>Ctrm:   4 – 5th Floor |

Apple Inc. respectfully submits the following response to Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards (ECF 431) ("Motion").

Ninth Circuit precedent holds that the benchmark for attorneys' fee awards in common fund cases, such as this, is 25%. *See In re Apple Inc. Device Performance Litig.*, 50 F.4th 769, 784 (9th Cir. 2022) ("The benchmark percentage is 25%"); *Hermosillo v. Davey Tree Surgery Co.*, No. 18-CV-00393-LHK, 2021 WL 2826697, at *1 (N.D. Cal. July 7, 2021) ("it is well-established that 25 percent of a common fund is a presumptively reasonable amount of attorneys' fees"); *Destefano v. Zynga, Inc.*, 2016 U.S. Dist. LEXIS 17196, at *54 (N.D. Cal. Feb. 11, 2016) ("In common fund cases in the Ninth Circuit, the 'benchmark' award is 25 percent of the recovery obtained . . ."); *Rieckborn v. Velti PLC*, 2014 U.S. Dist. LEXIS 13542, at *74 (N.D. Cal. Feb. 3, 2015) ("In common fund cases such as this one, the benchmark fee award is 25 percent of the settlement fund."). Apple acknowledges that it is within the discretion of the Court to determine the appropriate fee award for this case, and simply notes that the presence of a negative lodestar multiplier does not require the Court to make an award above the 25% benchmark. *See Jones v. GN Netcom, Inc. (In re Bluetooth Headset Prods. Liab. Litig.)*, 654 F.3d 935, 938 (9th Cir. 2011) (courts have discretion in calculating attorneys' fees "so as to achieve a reasonable result").[1]

---

[1] Apple recognizes that, based on the figures provided in Plaintiffs' Motion, the amount of fees Plaintiffs request results in a negative lodestar multiplier. Apple also notes that a purported negative multiplier does not always result in a fee award above the 25% benchmark. *See Pedraza v. Pier 1 Imports U.S. Inc.*, No. 816CV01447JLSDFM, 2018 WL 11327201, at *7 (C.D. Cal. June 19, 2018); *Rodriguez v. El Toro Med. Invs. Ltd. P'ship*, No. 816CV00059JLSKES, 2018 WL 11348094, at *7 (C.D. Cal. June 26, 2018); *cf Scott v. ZST Digital Networks, Inc.*, No. CV 11-3531 GAF (JCX), 2013 WL 12126744, at *9 (C.D. Cal. Aug. 5, 2013); *In re Stec Inc. Sec. Litig.*, No. CV 09-8536-JVS(MLGX), 2013 WL 12129391, at *4 (C.D. Cal. May 23, 2013).

APPLE'S RSP TO PLAINTIFFS' MTN FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS
CASE NO. 5:18-CV-02813-EJD
sf-5417543

1

| | | |
|---|---|---|
| 1 | Dated: February 9, 2023 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Claudia M. Vetesi* |
| 4 | | Claudia M. Vetesi |
| 5 | | Attorneys for Defendant APPLE INC. |

APPLE'S RSP TO PLAINTIFFS' MTN FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS
CASE NO. 5:18-CV-02813-EJD
sf-5417543

2