| | |
|---|---|
| JESSICA L. GRANT (SBN 178138)<br>JGrant@mofo.com<br>PENELOPE A. PREOVOLOS (SBN 87607)<br>PPreovolos@mofo.com<br>CLAUDIA M. VETESI (SBN 233485)<br>CVetesi@mofo.com<br>CAMILA A. TAPERNOUX (SBN 299289)<br>CTapernoux@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Defendant<br>APPLE INC. | Daniel C. Girard (SBN 114826)<br>Jordan Elias (SBN 228731)<br>Adam E. Polk (SBN 273000)<br>Simon S. Grille (SBN 294914)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Fax: (415) 981-4846<br>dgirard@girardsharp.com<br>jelias@girardsharp.com<br>apolk@girardsharp.com<br>sgrille@girardsharp.com<br><br>Steven A. Schwartz (*pro hac vice*)<br>Beena M. McDonald (*pro hac vice*)<br>**CHIMICLES SCHWARTZ KRINER<br>& DONALDSON-SMITH LLP**<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Telephone: (610) 642-8500<br>Fax: (610) 649-3633<br>sas@chimicles.com<br>bmm@chimicles.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO PARTIALLY EXTEND OPT-OUT AND OBJECTION DEADLINE**<br><br>Judge:  Hon. Edward J. Davila<br>Date:  March 16, 2023<br>Time:  9:00 am<br>Courtroom:  4–5th Floor |

1    Plaintiffs and Defendant Apple Inc. ("Apple"), by and through their respective counsel,
2    stipulate and agree as follows:
3    WHEREAS, on December 2, 2022, the Court granted preliminary approval of the class
4    action settlement (the "Settlement") and, among other rulings, approved the notice program
5    ("Notice Program") proposed by the parties (the "Preliminary Approval Order," ECF No. 426);
6    WHEREAS, pursuant to the schedule established in the Preliminary Approval Order,
7    Class Notice was substantially completed by January 6, 2023; February 10 was the deadline for
8    objections or requests for exclusion to the Settlement, and objections to Plaintiffs' motion for
9    attorneys' fees, expenses, and service awards; and March 6 is the deadline to file claims;
10   WHEREAS, 97% of the Settlement Class was sent direct notice by January 6 and the
11   Settlement has also been well-publicized;
12   WHEREAS, the Settlement Class, as agreed to by the parties and as provided in the
13   Preliminary Approval Order, is defined as "all persons and entities in the United States who
14   purchased, other than for resale, one or more Class Computers," subject to certain additional
15   exclusions (ECF No. 246);
16   WHEREAS, based on records provided by Apple, the Settlement Administrator identified
17   various entities as resellers and excluded them from the Class Notice program because resellers
18   are excluded from the Settlement Class;
19   WHEREAS, after further investigation, although many of these entities are resellers,
20   approximately 31,000 entities ("At Issue Entities") may not be resellers, and thus could be
21   members of the Settlement Class;
22   WHEREAS, subject to this Court's approval, the parties believe notice can be given to the
23   At Issue Entities consistent with Due Process, in accordance with the following schedule:
24   • February 15, 2023: notice to be provided to the At Issue Entities;
25   • March 10, 2023: deadline for At Issue Entities to object to the Settlement, or to
26      object to Plaintiffs' motion for attorneys' fees, expenses, and service awards;
27   • March 15, 2023: deadline for At Issue Entities to request exclusion;
28   • March 31, 2023: deadline for At Issue Entities to file claims;

1    WHEREAS, the proposed deadlines provide the At Issue Entities with approximately 24 days to object to the Settlement or to Plaintiffs' motion for attorneys' fees, expenses, and service awards, 28 days to request exclusion, and 44 days to file claims;

4    WHEREAS, the Settlement Administrator is prepared to send notice, in the form already approved by this Court, on February 15, 2023, or as soon thereafter as the Court approves this stipulation;

7    WHEREAS, the parties propose that the At Issue Notice be identical in form to the notice approved by the Court in the Preliminary Approval Order, except that the dates for objections, exclusions and claims will be modified consistent with this stipulation.

10   NOW THEREFORE, the parties stipulate and respectfully request that the Court order as follows:

- The Settlement Administrator shall provide notice to the At Issue Entities on February 15, 2023.
- The At Issue Entities shall have until March 10, 2023 to object to the Settlement, or to object to Plaintiffs' motion for attorneys' fees, expenses, and service awards.
- The At Issue Entities shall have until March 15, 2023 to request exclusion from the Settlement Class.
- The At Issue Entities shall have until March 31, 2023 to file claims under the Settlement.
- Deadlines for all other Settlement Class Members remain unchanged.

The Final Fairness Hearing will proceed as scheduled on March 16, 2023, at 9:00 a.m.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: February 14, 2023 | **MORRISON & FOERSTER LLP** |
| 4 |   | By: /s/ *Claudia M. Vetesi* |
| 5 |   | Claudia M. Vetesi |
| 6 |   | *Attorneys for Defendant* APPLE INC. |
| 8 | Dated: February 14, 2023 | **GIRARD SHARP LLP** |
| 10 |   | By: /s/ *Simon S. Grille* |
| 11 |   | Simon S. Grille |

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com
Steven A. Schwartz (*pro hac vice*)
Benjamin F. Johns (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
sas@chimicles.com
bfj@chimicles.com
bmm@chimicles.com

*Attorneys for Plaintiffs*

**ATTESTATION**

I, Simon S. Grille, am the ECF user whose identification and password are being used to file this Joint Stipulation to Partially Extend Opt-Out and Objection Deadline. I hereby attest under penalty of perjury that concurrence in this filing has been obtained from all counsel listed above.

Dated: February 14, 2023                    GIRARD SHARP LLP

                                            By: */s/ Simon S. Grille*
                                                Simon S. Grille

                                            *Attorney for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                            _____
                                            HON. EDWARD J. DAVILA
                                            United States District Judge

JOINT STIPULATION TO PARTIALLY EXTEND
OPT-OUT AND OBJECTION DEADLINE                    5
5:18-cv-02813-EJD