JESSICA L. GRANT (SBN 178138)
JGrant@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (SBN 233485)
CVetesi@mofo.com
CAMILA A. TAPERNOUX (SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ADAM J. HUNT (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 W. 55th St.
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02823-EJD<br><br>**DEFENDANT APPLE INC.'S STATEMENT IN RESPONSE TO SETTLEMENT OBJECTIONS**<br><br>Judge: Hon. Edward J. Davila<br>Date: March 16, 2023<br>Time: 9:00 am<br>Courtroom: 4–5th Floor |

# INTRODUCTION

After hard-fought litigation and several rulings by this Court narrowing Plaintiffs' claims, the parties agreed to resolve this litigation. The Settlement Class Members' response to the Settlement has been overwhelmingly positive. Of the more than 14 million Class Computers for which notice was sent, only six *pro se* objections[1] to the Settlement have been lodged— none of which provides a basis to deny Final Approval. A few of these objections, however, raise repair issues and ignore or fundamentally misconstrue the availability and effectiveness of Apple's Keyboard Service Program ("KSP"). Apple therefore submits this brief statement to address these objections.

# RESPONSE

As Plaintiffs' counsel have conceded, a major obstacle they faced in the litigation was Apple's implementation of its KSP, which provided free repairs (and refunds for prior repairs) resolving issues related to the "butterfly" keyboard. (*See* ECF No. 410, at 2.) Apple announced the KSP for MacBook and MacBook Pro on June 22, 2018. (ECF No. 130-1, Ex. A.) The KSP covers eligible MacBook, MacBook Pro, and MacBook Air models for four years after the first retail sale of the unit. (*Id.* Exs. A, B.) Under the KSP, Apple or an Apple Authorized Service Provider will service eligible MacBook, MacBook Pro, or MacBook Air notebooks, free of charge, in order to address the behaviors that the plaintiffs in this class action allege experiencing: letters or characters repeating unexpectedly, letters or characters not appearing, or keys feeling "sticky," or not responding in a consistent manner. (*Id.*). On May 21, 2019, Apple expanded the KSP to include the 2018 MacBook Air and the 2018 and 2019 MacBook Pro. (ECF No. 130-1, Ex. B.) As part of the negotiated relief that Apple is providing under the Settlement Agreement, Apple will continue to offer the KSP to any Settlement Class Member[2] whose Class Computer keyboard may experience future issues within four years of purchase. (ECF No. 410-1,

---

[1] Although another individual, John Hawkinson, filed with the Court a document styled as an objection, Mr. Hawkinson states in the first sentence that it "is not, principally, a merits objection. Rather, [Mr. Hawkins] uses this forum to raise minor technical quibbles with the form of the email notice sent to class members". (ECF 443.) Apple does not address this filing herein.

[2] Capitalized terms used herein have the same meaning and effect as in the Settlement Agreement. (ECF No. 410-1.)

DEFENDANT APPLE INC.'S STATEMENT
IN RESPONSE TO SETTLEMENT OBJECTIONS        2
5:18-CV-02823-EJD

Settlement Agreement § 3.1.1.)

Only one objector, James Finney, claims that he was not made aware of the KSP until receiving notice of the settlement. (ECF No. 436, J. Finney Objection.) But Apple publicly disclosed the KSP through the apple.com website "support" page where customers go to get information if they are experiencing issues with their Apple products. (ECF No. 168 at 10 (granting Apple's request for judicial notice that the statements in ECF No. 130-1 Exs. A, B were publicly disclosed by Apple).) Further, the KSP was widely reported in the press. When the KSP launched in 2018, its availability was reported by numerous media outlets, among others, the Wall Street Journal[3], 9to5Mac[4]; and CNET.[5] Similarly, when the KSP was expanded in 2019, it was publicly disclosed by Apple on its website and that expansion was also widely reported in the press, including by the Wall Street Journal[6]; CNBC[7]; 9to5Mac[8]; and CNET.[9] Information about the expanded program remains available on Apple's website on the "support" page. (*See* https://support.apple.com/keyboard-service-program-for-mac-notebooks.)

---

[3] "Apple's Sticky Keyboard Triggers Offer for Free Repairs," June 22, 2018 (available at https://www.wsj.com/articles/apples-sticky-keyboard-triggers-offer-for-free-repairs-1529712509) (last visited 3/2/2023)

[4] "Apple finally acknowledges 'sticky' keyboard issues on MacBooks, offering free fix and refunds for past repairs," June 22, 2018 (available at https://9to5mac.com/2018/06/22/apple-macbook-pro-keyboard-sticky-repair-refund/) (last visited 3/2/2023)

[5] "Apple will fix sticky keyboard on some MacBooks, MacBook Pros," June 22, 2018 (available at https://www.cnet.com/tech/computing/apple-will-fix-certain-problem-butterfly-switch-keyboards-on-macbooks-macbook-pros/ ) (last visited 3/2/2023)

[6] "Apple Changes MacBook Butterfly Keyboard After User Complaints; Company also expands its repair program to cover third-generation keyboards" May 21, 2019 (available at https://www.wsj.com/articles/apple-changes-macbook-butterfly-keyboard-after-user-complaints-11558458029) (last visited 3/2/2023)

[7] "How to get your MacBook keyboard fixed now that Apple is repairing them for free" May 22, 2019 (available at https://www.cnbc.com/2019/05/22/how-to-get-macbook-keyboard-fixed-for-free.html ) (last visited 3/2/2023)

[8] "Apple expands Keyboard Service Program to include 2018 MacBook Pro and current MacBook Air," May 21, 2019 (available at https://9to5mac.com/2019/05/21/apple-expands-macbook-keyboard-service-program/) (last visited 3/2/2023)

[9] "Apple redesigns keyboard in new MacBook Pro update and promises quick repairs on sticky keys" May 21, 2019 (available at https://www.cnet.com/tech/computing/apple-redesigns-keyboard-in-new-macbook-pro-update-and-promises-quick-repairs-on-sticky-keys/?ftag=CMG-01-10aaa1b) (last visited 3/2/2023)

Further, the near total absence of any objections related to repair issues demonstrates the KSP's effectiveness. Over 700,000 Class Computers were associated with keyboard repairs in Apple's records. (ECF No. 433 at ¶ 19.)[10] However, only two objectors purport to raise repair issues. (ECF No. 439, J. Kavanagh Objection; ECF No. 428, C. Loepp Objection.) Yet only one objector, Kyle Kavanagh, claims that alleged issues with the MacBook butterfly keyboard cannot be adequately addressed through a repair. (ECF No. 439, J. Kavanagh Objection.) Notably, however, Mr. Kavanagh does not claim that any class computer he purchased was "never fixed" or that he was ever required to pay any amount to have any computer repaired by Apple or an Authorized Service Provider. (*Id*.) Moreover, Mr. Kavanagh will be compensated for any Class Computers he purchased not for resale and for which he declares that the repair did not resolve his keyboard issues. Similarly, another objector, Cody Loepp, claims that the $125 he may receive as Group 2 class member is insufficient because repairs "cost in excess of $300". (ECF No. 428, C. Loepp Objection.) But he does not contend that he paid anything for the repair he received while the KSP was in effect or that this repair did not resolve his alleged issues. (*See id*; *see also* Declaration of Jennifer Keough Regarding Class Member Cody Loepp (reflecting that Mr. Loepp received a Topcase Replacement when the KSP was in effect and that he has not submitted a claim attesting that the repair did not resolve his issues).)

Finally, the remaining two objectors contend that that they should be compensated even though they did not try to obtain a repair, under the KSP or otherwise. One, Jennifer Yellin, contends that she should now be able to receive a repair for her 2016 MacBook. (ECF No. 438, J. Yellin Objection). She does not contend, however, that she sought to obtain a repair under the KSP or otherwise within the four years following her purchase. (*Id*.). The other, Leslie Parker, claims that she chose not to obtain a repair because she was told by a service provider that the

---

[10] "Group 1" includes persons and entities in the United States who purchased, other than for resale, a Class Computer, who had two or more topcase replacements; "Group 2" includes persons and entities in the United States who purchased, other than for resale, a Class Computer and had one topcase replacement; and "Group 3" includes persons and entities in the United States who purchased, other than for a resale, a Class Computer and had one or more Keycap replacements.

repair would take approximately a week.  (ECF No. 437, L. Parker Objection.)  But she does not contend that she sought and was denied a repair under the KSP or otherwise.  (*Id.*)

In sum, none of the objections provides any basis to deny Final Approval.  In particular, the objectors ignore the widely available information about the KSP and its effectiveness in resolving the alleged keyboard issues free-of-charge.  The Court should overrule the objections and grant final approval.

Respectfully submitted,

Dated: March 6, 2023

**MORRISON & FOERSTER LLP**

By:  */s/ Claudia M. Vetesi*
Claudia M. Vetesi

*Attorneys for Defendant*
APPLE INC.