UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE : MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br><br>**DECLARATION OF JENNIFER KEOUGH REGARDING CLASS MEMBER CODY LOEPP** |

I, Jennifer Keough, hereby declare and state as follows:

1. I am the CEO and President of JND Legal Administration LLC ("JND"). I have more than 20 years of experience creating and supervising notice and claims administration programs and have personally overseen well over 1,000 matters.

2. JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action"), as ordered by the Court in its Order Granting Preliminary Approval of Class Action Settlement and Setting Deadlines for Notice, Objection, Exclusion and Final Fairness Hearing ("Preliminary Approval Order"), dated December 2, 2022.

3. This Declaration is submitted at the request of Apple's counsel in connection with the objection filed by Cody Loepp.

4. According to the data provided to JND by Apple (the "Class Member Data") and pursuant to the Preliminary Approval Order, Cody Loepp is a member of the Settlement Class.

---

[1] Capitalized terms used and otherwise not defined in this Declaration shall have the meanings given to such terms in the Class Action Settlement Agreement and Release.

5. The Class Member Data reflects that Cody Loepp is the purchaser of one Class Computer ("The Class Computer"). The Class Computer is a MacBook Pro (13-inch, 2017, Two Thunderbolt 3 ports) and was purchased on or about November 9, 2017.

6. The Class Member Data reflects that The Class Computer received one Qualifying Keyboard Repair. Specifically, The Class Computer received a single Topcase Replacement on or about August 14, 2018.

7. As of the date of this Declaration, JND has no record of any claims or exclusions filed in this Settlement by Cody Loepp.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2023 at Seattle, Washington.

_Jennifer Keough_ (signature)

Jennifer Keough