Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**UNOPPOSED ADMINISTRATIVE REQUEST TO PERMIT OBJECTING SETTLEMENT CLASS MEMBER KYLE KAVANAUGH TO APPEAR TELEPHONICALLY AT MARCH 16, 2023 FINAL APPROVAL HEARING** |

Pursuant to this Court's Standing Order for Civil Cases, Plaintiffs' hereby request permission for Kyle Kavanaugh to appear telephonically at the March 16, 2023 Final Approval Hearing. Mr. Kavanaugh is a Settlement Class Member who has filed an objection to the Settlement (ECF 439). He resides in Dallas, Texas and has told Class Counsel that he would like the opportunity to speak at the Final Approval Hearing regarding his objection and would prefer to appear telephonically to avoid the burden and expense of traveling from Texas to California. Accordingly, Plaintiffs respectfully request the Court's permission for Mr. Kavanaugh to attend the Final Approval Hearing telephonically. Class Counsel have consulted with counsel for Defendant Apple, Inc., who does not oppose this request.

Class Counsel and counsel for Apple will appear in-person for the Final Approval Hearing.

Dated: March 9, 2023

Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**

/s/ *Steven A. Schwartz*
Steven A. Schwartz *(pro hac vice)*
Beena M. McDonald *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bmm@chimicles.com*

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>[PROPOSED] ORDER GRANTING PERMISSION TO OBJECTING SETTLEMENT CLASS MEMBER KYLE KAVANAUGH TO APPEAR TELEPHONICALLY AT MARCH 16, 2023 FINAL APPROVAL HEARING |

Objecting Settlement Class Member Kyle Kavanaugh has requested to appear telephonically at the March 16, 2023 Final Approval Hearing regarding his objection. *See* ECF No.439. Plaintiffs have requested that the Court permit Mr. Kavanaugh to appear telephonically. Defendant Apple, Inc. does not oppose this request. After full consideration, Plaintiffs' request to permit Mr. Kavanaugh to appear telephonically at the Final Approval Hearing is GRANTED.

The Court hereby orders Mr. Kavanaugh to be available on March 16, 2023 at 9:00 a.m. Pacific Standard Time to telephonically attend the Final Approval Hearing, and to provide the Court no later than March 13, 2023 with a telephone number at which he will be available.

IT IS SO ORDERED.

Dated: March 10, 2023

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Steven A. Schwartz*
Steven A. Schwartz