# TRANSCRIPT ORDER

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Anne von Goetz |
| 2a. CONTACT PHONE NUMBER | (415) 981-4800 |
| 3. CONTACT EMAIL ADDRESS | avongoetz@girardsharp.com |
| 1b. ATTORNEY NAME (if different) | Simon S. Grille |
| 2b. ATTORNEY PHONE NUMBER | (415) 981-4800 |
| 3. ATTORNEY EMAIL ADDRESS | sgrille@girardsharp.com |
| 4. MAILING ADDRESS | Girard Sharp LLP, 601 California Street, Suite 1400, San Francisco, CA 94108 |
| 5. CASE NAME | In Re: MacBook Keyboard Litigation |
| 6. CASE NUMBER | 5:18-cv-02813 |
| 7. COURT REPORTER NAME | Irene Rodriguez |

**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL  ☒ CIVIL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)  CJA: Do not use this form; use Form CJA24.

## 9. TRANSCRIPT(S) REQUESTED

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S)
c. DELIVERY TYPE

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/2023 | EJD | Motion | | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Simon S. Grille

**12. DATE:** 03/24/2023