Joe Hannon

69 Willow St
West Roxbury MA 02132
(617) 487-2666
johannon@gmail.com

May 31, 2023

Clerk of the Court
US District Court for the Northern District of California
280 South 1st St
San Jose CA 95113

Case No. 5:18-cv-02813-EJD

I have lately become aware of case No. 5:18-cv-02813-EJD, regarding faulty MacBook Pro keyboard replacement. I would like to join the class. However apparently the deadline for acceptance into the class was March 6th 2023, which has passed. I did receive email notification about the case, but it was at an unused email address. I am writing to inform the court of my desire to join the class in the event of any late or post-deadline additions. I have submitted my claims form to the claims administrator today, May 31st, by email, as well as a paper copy which should be postmarked today.

Sincerely yours,

Joseph Hannon