*In re MacBook Keyboard Litigation*
c/o JND Legal Administration
PO Box 91341
Seattle, WA 98111
info@KeyboardSettlement.com
www.KeyboardSettlement.com

# CLAIM FORM

## CLAIM FORM INSTRUCTIONS

— IMPORTANT —

**PLEASE READ THE NOTICE AND INSTRUCTIONS BELOW
BEFORE COMPLETING THIS CLAIM FORM**

The Easiest Way to File is Online at www.KeyboardSettlement.com.

You may also file a claim by downloading a Claim Form or calling 1-855-579-1311 to request one, and emailing a completed Claim Form to info@keyboardsettlement.com or mailing the completed Claim Form to:

In re MacBook Keyboard Litigation Settlement
c/o JND Legal Administration
PO Box 91341
Seattle, WA 98111

**ALL CLAIMS MUST BE SUBMITTED BY MARCH 6, 2023.**

If you fail to return your Claim Form by the required date, your claim will be rejected, and you will be deemed to have waived all rights to receive a cash payment under this settlement. Remember: To be valid, your Claim Form must be completely and accurately filled out, signed and dated, and must include all requested information. If your Claim Form is incomplete, untimely, illegible, not signed, or contains false information, it may be rejected by the Settlement Administrator.

IF YOU HAVE ANY QUESTIONS ABOUT THE CLAIM FORM, THE PAYMENT OPTIONS, OR THE SETTLEMENT, PLEASE READ THE FULL NOTICE AND FAQ AVAILABLE AT WWW.KEYBOARDSETTLEMENT.COM OR CALL THE SETTLEMENT ADMINISTRATOR AT 1-855-579-1311.

*In re MacBook Keyboard Litigation*
c/o JND Legal Administration
PO Box 91341
Seattle, WA 98111
info@KeyboardSettlement.com
www.KeyboardSettlement.com

## SECTION A: UNIQUE ID AND PIN

Please provide below the Unique ID and PIN contained in the email or postcard notice that you received. If you do not have the Unique ID and PIN, please leave this section blank and proceed to Section B.

| Unique ID |
|---|
| D4DLSPNU8F |
| **PIN** |
| 2122133 |

- If you received a Notice and it provided that you are in Group 1, you do not need to submit a claim to be eligible for a payment. Please go to Section B below to provide your contact information.

- If you received a Notice and it provided that you are in Group 2 or 3, Apple's records reflect that you had a single Topcase Replacement or one or more Keycap Replacements. To be eligible for payment, you must declare that the repair did not resolve your keyboard issues, and sign and submit your completed claim form. Please complete Sections B, E, and F.

- If you received a Notice, but it did not indicate what Group you are in, Apple's records do not reflect that you had either a Topcase or Keycap Replacement. If you did obtain a Topcase or Keycap Replacement, you must complete this claim form and: (1) provide reasonable documentation containing information, as detailed below, showing that you obtained a Topcase or Keycap Replacement; (2) declare that the repair did not resolve your keyboard issues; and (3) sign and submit your completed claim form. Please complete sections B, D, E, and F.

- If you did not receive a Notice, Apple's records do not reflect that you purchased an eligible MacBook or that you had either a Topcase or Keycap Replacement. To submit a claim, you must complete all sections of this claim form and (1) provide proof of purchase of an eligible MacBook; (2) provide reasonable documentation containing information, as detailed below, showing that you obtained a Topcase or Keycap Replacement; (3) declare that the repair did not resolve your keyboard issues; and (4) sign and submit a completed claim form. Please complete all sections of this claim form.

2

*In re MacBook Keyboard Litigation*
c/o JND Legal Administration
PO Box 91341
Seattle, WA 98111
info@KeyboardSettlement.com
www.KeyboardSettlement.com

## SECTION B: NAME AND CONTACT INFORMATION

Please provide your name and contact information below. If you received a Notice and it provided that you are in Group 1, you may provide your Unique ID and PIN in section A and use this section to update your contact information if you choose, but you are not required to submit a Claim Form or complete any other section. If your name or contact information changes after you submit this Claim Form, please notify the Settlement Administrator of the new information.

| Full Name | Joseph Hannon | | |
|---|---|---|---|
| Street Address | 69 Willow St | | |
| City | West Roxbury | State: MA | Zip Code: 02132 |
| Email Address | johannon@gmail.com | Phone Number | 1 (617) 487-2666 |

## SECTION C: PROOF OF PURCHASE

**If you are a Group 2 or 3 Settlement Class Member, skip to Section E. If you received a notice but it does not indicate what Group you are in, skip to Section D.**

Otherwise, because Apple does not have a record of you purchasing an eligible MacBook, please provide your device serial number below.

**MACBOOK SERIAL NUMBER**   C02SW1NJGTF1

If you do not have a serial number for your device, you may submit reasonable documentation showing:

- the model purchased;
- purchase date (month/year);
- seller;
- the amount of the purchase;

Reasonable documentation includes, for example, an email from an Apple Store or retailer, receipt, or credit card statement. If your documentation does not include all of the information above, you may fill it in below.

If you do not have a serial number or reasonable documentation of purchase containing the information above, you may still submit a claim by providing the information below:

| Purchase Model: Late 2016 MacBook Pro | Purchase Date (month/year): Dec 2016 |
|---|---|
| Seller Name: Apple (online order number W618301556) | |
| Seller Location: online, shipment for pickup in Dedham MA | Purchase Price: $3,229.00 |

3

*In re MacBook Keyboard Litigation*
c/o JND Legal Administration
PO Box 91341
Seattle, WA 98111
info@KeyboardSettlement.com
www.KeyboardSettlement.com

## SECTION D: PROOF OF REPAIR

**If you are a Group 2 or 3 Settlement Class Member, skip to Section E.**

Otherwise, because Apple's records do not reflect that you had either a Topcase or Keycap Replacement, you must provide reasonable documentation showing:

- **You had either a Topcase or Keycap Replacement;**
    - A Topcase Replacement refers to the replacement of the full keyboard module (including the battery, track pad, speakers, top case, and keyboard), performed by Apple or an Apple Authorized Service Provider.
    - A Keycap Replacement refers to the replacement of one or more keycaps on a keyboard, performed by Apple or an Apple Authorized Service Provider, and does not involve replacement of the full keyboard module.
- **The date (month/year) of your Topcase or Keycap Replacement;**
- **The name and location of the Apple retail store or Apple Authorized Service Provider that provided the Topcase or Keycap Replacement;**
- **The amount paid for the repair, if applicable.**

Reasonable documentation includes, for example, receipts, emails from Apple or an Apple Authorized Service Provider, repair records, insurance or extended warranty claims, or customer service chat logs. If your documentation is missing some of the information above, you may fill it in below. But you must provide some form of documentation demonstrating that you obtained either a Topcase or Keycap Replacement.

If your documentation is missing any portion of the information listed above, you may still submit a claim by providing the information below:

| Repair Type: topcase replacement, twice | Repair Date (month/year): Dec 2018 (repair R405811562) and June 2019 (repair R424992474) |
|---|---|
| Repair Provider: Apple Store genius bar | Repair Provider Location: Dedham MA |
| Amount of Repair (or $0, if you were not charged): | $0 and $0 |

## SECTION E:

 **I hereby declare under penalty of perjury that the keyboard repair did not resolve the keyboard issues I had with my Class Computer.** To be eligible for a payment for any claim, you must declare that the repair did not resolve your keyboard issues by checking this box.

Questions? Visit www.KeyboardSettlement.com or call toll-free 1-855-579-1311
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy

*In re MacBook Keyboard Litigation*
c/o JND Legal Administration
PO Box 91341
Seattle, WA 98111
info@KeyboardSettlement.com
www.KeyboardSettlement.com

## SECTION F: VERIFICATION AND DECLARATION UNDER PENALTY OF PERJURY

By signing below and submitting this Claim Form, I hereby declare under penalty of perjury that I am the person identified above, that I purchased a Class Computer not for resale, and that all of the information I have provided on this Claim Form is true and accurate.

| SIGNATURE | DATE |
|---|---|
| *[signed]* Joe Hannon | 31 May 2023 |

**PRINTED NAME**

Joseph Hannon

## CLAIM FORM REMINDER CHECKLIST

1. Complete all sections of the Claim Form.
2. Sign the Claim Form.
3. Keep a copy of the completed Claim Form for your records.
4. If your name or contact information changes after you submit this Claim Form, please notify the Settlement Administrator of the new information.
5. If you have any questions or concerns about your claim, please contact the Settlement Administrator at the address below, or by emailing info@KeyboardSettlement.com.

THIS CLAIM FORM MUST BE ELECTRONICALLY SUBMITTED ON THE SETTLEMENT WEBSITE, NO LATER THAN **MARCH 6, 2023,** OR EMAILED TO INFO@KEYBOARDSETTLEMENT.COM NO LATER THAN **MARCH 6, 2023**, OR MAILED TO THE SETTLEMENT ADMINISTRATOR BY FIRST-CLASS MAIL POSTMARKED NO LATER THAN **MARCH 6, 2023** to:

*In re MacBook Keyboard Litigation*
c/o JND Legal Administration
PO Box 91341
Seattle, WA 98111

Questions? Visit www.KeyboardSettlement.com or call toll-free 1-855-579-1311
To view JND's privacy policy, please visit https://www.jndla.com/privacy-policy