Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com

*Class Counsel*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD |
|---|---|
| | **RESPONSE RE LETTER FROM JOSEPH HANNON AND OTHER CLASS MEMBER COMMUNICATIONS** |

Class Counsel have noted the letter filed by Joseph Hannon on June 8, 2023. Dkt. No. 457. We have contacted Mr. Hannon and connected him with the claims administrator, JND, for information concerning late claims. Class Counsel will similarly advise other class members who contact the Court regarding claim submissions.

Dated: June 20, 2023

**GIRARD SHARP LLP**

By: /s/ *Simon S. Grille*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER**
**& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com

*Class Counsel*

Robert C. Schubert
Willem F. Jonckheer
Noah M. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
3 Embarcadero Ctr Ste 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

RESPONSE RE LETTER FROM JOSEPH HANNON
CASE NO. 5:18-cv-02813-EJD-VKD

rschubert@sjk.law
wjonckheer@sjk.com
nschubert@sjk.law

E. Michelle Drake
Joseph C. Hashmall
**BERGER & MONTAGUE, P.C.**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (215) 875-4604
emdrake@bm.net
jhashmall@bm.net

Esfand Nafisi
**MIGLIACCIO & RATHOD LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 489-7004
Facsimile: (202) 800-2730
enafisi@classlawdc.com

*Plaintiffs' Executive Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Simon S. Grille*
Simon S. Grille