3- 11 – 2024

Roger Phillips
4651 Desert Springs Trail
Sierra Vista, Az 85635

rogerphillips1962@gmail.com
218-790-8701


Judge Edward Davila,

I am contacting you regarding the Apple butterfly keyboard class action suit.  I have been waiting for the settlement check, which I was told would be sent out "SOON", but that was about a year ago.  I have contacted them 3 times so far with no results but it seems to be the old delay, delay, delay tactic. I am hoping you can get things moving with not too much effort.  I will be 80 this year and would like to receive it before my address is a grave plot.

My thanks in advance,

Roger Phillips