Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER**
**& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com

*Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br><br>**RESPONSE RE LETTER FROM ROGER PHILLIPS** |

1  Class Counsel have noted the letter filed by Roger Phillips on March 20, 2024. Dkt. No. 459. We contacted Mr. Phillips and connected him with the claims administrator, JND. JND has informed Mr. Phillips that he is approved to receive a Group 1 payment, which will be disbursed following entry of the Class Payment Order under Section 3.4.7 of the Settlement Agreement. The parties expect to submit a proposed Class Payment Order within the next 75 days.

Dated: April 3, 2024

**GIRARD SHARP LLP**

By: /s/ *Simon S. Grille*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER**
**& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Simon S. Grille*
Simon S. Grille