Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER**
**& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com

*Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD-VKD<br><br>**STATUS REPORT RE: SETTLEMENT ADMINISTRATION** |

1       Plaintiffs file this Status Report to provide an update concerning ongoing settlement administration activities and next steps. The Settlement Administrator, JND, is concluding the claim review process. JND has processed over 113,000 claims and more than 57,000 projected automatic payments. After reviewing all claims and verifying those claims against data provided by Apple, JND sent notices to Class Members with deficient claims. *See* Settlement Agreement, ECF No. 410-1 § 3.4.1. Deficiency responses were due by February 24, 2024, and the deficiency process recently concluded.

      JND is now finalizing a spreadsheet detailing all claims, which will be provided to the parties under section 3.4.2 of the Settlement Agreement. After receiving additional data from Apple, JND will provide a spreadsheet to the parties within 14 days, and the parties will then have 21 days to review it. *See* ECF No. 410-1 § 3.4.2. After this review period, JND will provide final calculations to Class Counsel, who will submit a proposed Class Payment Order under section 3.4.7 of the Settlement Agreement. We anticipate submitting the proposed Class Payment Order by June 17. JND will regularly update the Settlement Website to provide current information for Class Members.

Dated: April 3, 2024

**GIRARD SHARP LLP**

By: /s/ *Simon S. Grille*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Steven A. Schwartz (*pro hac vice*)
Beena McDonald (*pro hac vice*)
**CHIMICLES SCHWARTS KRINER
& DONALDSON-SMITH LLP**

361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
sas@chimicles.com
bmm@chimicles.com

*Class Counsel*

STATUS REPORT RE: SETTLEMENT ADMINISTRATION
CASE NO. 5:18-cv-02813-EJD-VKD

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Simon S. Grille*
Simon S. Grille