Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Fax: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*sas@chimicles.com*
*bmm@chimicles.com*

*Counsel for Plaintiffs*

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*jgrant@mofo.com*
*ppreovolos@mofo.com*
*cvetesi@mofo.com*
*ctapernoux@mofo.com*

Adam J. Hunt (*pro hac vice*)
250 West 55th Street
New York, NY, 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
*Adamhunt@mofo.com*

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] CLASS PAYMENT ORDER**<br><br>Hon. Edward J. Davila |

Pursuant to Section 3.4.6 of the Settlement Agreement (Dkt. No. 410-1) and Civil Local Rule 7-12, Plaintiffs and Defendant Apple Inc., by and through their respective counsel, stipulate as follows:

1

WHEREAS, on May 25, 2023, the Court granted final approval of the Class Action Settlement in this action (Dkt. No. 455);

WHEREAS, the Court-appointed administrator, JND Legal Administration ("JND"), has now substantially completed the claim review and deficiency notice process required by section 3.4 of the Settlement Agreement;

WHEREAS, pursuant to the section 3.4.3-3.4.5, JND has made the following claim payment calculations:

|  | Total Class Members | Payment Value | Group Total |
|---|---|---|---|
| **Group 1** | 63,069 | $395 | $24,912,255 |
| **Group 1 Future Reserve** | 300 | $395 | $118,500 |
| **Group 2** | 64,686 | $125 | $8,085,750 |
| **Group 3** | 4,773 | $50 | $238,650 |
| **Late Claim Reserve** | 293 | *Varied* | $41,725 |
| **Duplicate Claim Reserve** | 817 | *Varied* | $267,635 |
|  |  |  | $33,664,515 |

WHEREAS, the payment cap for Group 1 Claims is $395, Group 2 is $125, and Group 3 is $50, which means all eligible Class Members will receive the maximum payment under the Settlement;

WHEREAS, the Settlement Administrator has reserved $41,725 to pay late claims[1] and $267,635 to pay disputed duplicate claims;[2]

---

[1] Pursuant to section 3.5.4 of the Settlement Agreement, the parties conferred and agreed to pay individual late claims. The Settlement Administrator is completing the deficiency process for the late claims and will endeavor to make final determinations within 30 days of the deadline for the Claimants to respond to the deficiency notice.

[2] There are 1,619 claims where more than one person claimed a Class Computer with the same serial number or an individual submitted a claim for a Group 1 device where Apple's records reflect a different purchaser. The Settlement Administrator is adjudicating these disputed claims pursuant to section 3.4.1 of the Settlement Agreement. After sending notice to the duplicate claimants, the Settlement Administrator will make final determinations based upon Apple's records and documentation provided by the Claimants in response to the notice. The Settlement Administrator will endeavor to make final determinations within 30 days of the deadline for the Claimants to respond to the notice.

WHEREAS, the amount reserved for late and duplicate claims will not lower any of the claim payment amounts identified in the chart above for any payment group;

WHEREAS, if additional money is left after payment to eligible Class members, the Parties will follow the procedure in section 3.5.3 of the Settlement Agreement;

WHEREAS, pursuant to this District's Procedural Guidance for Class Action Settlements, the parties will submit a post-distribution accounting within 21 days after settlement checks become stale;

NOW THEREFORE, the parties stipulate and respectfully request that, pursuant to section 3.4.6 of the Settlement Agreement, the Court order payments to eligible Class members in line with the above chart.

Dated:  June 26, 2024

Respectfully submitted,

**GIRARD SHARP LLP**

By:  /s/ *Simon S. Grille*

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Steven A. Schwartz (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*sas@chimicles.com*
*bmm@chimicles.com*

*Counsel for Plaintiffs*

| | |
|---|---|
| 1  Dated: June 26, 2024 | **MORRISON & FOERSTER LLP** |
| 2 | |
| 3 | By: */s/ Adam J. Hunt* <br> Adam J. Hunt (*pro hac vice*) |
| 4 | 250 West 55th Street <br> New York, NY, 10019-9601 |
| 5 | Telephone: (212) 468-8000 <br> Facsimile: (212) 468-7900 |
| 6 | *Adamhunt@mofo.com* |

Penelope A. Preovolos (SBN 87607)
Claudia M. Vetesi (SBN 233485)
Camila A. Tapernoux (SBN 299289)
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
*JGrant@mofo.com*
*PPreovolos@mofo.com*
*CVetesi@mofo.com*
*CTapernoux@mofo.com*

*Counsel for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 27, 2024

HON. EDWARD J. DAVILA
United States District Judge

JOINT STIPULATION AND [PROPOSED] CLASS PAYMENT ORDER
CASE NO. 5:18-cv-02813-EJD-VKD

## ATTESTATION

I, Simon S. Grille, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Class Payment Order. I hereby attest under penalty of perjury that concurrence in this filing has been obtained from all counsel listed above.

Dated: June 26, 2024              /s/ *Simon S. Grille*
                                  Simon S. Grille