UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**ORDER FOR ACCOUNTING OF FEES** |

The Court is in receipt of the parties' Unopposed Motion Regarding Supplemental Distribution of Residual Fund and Payment of Additional Administration Expenses. ECF No. 466. The parties request, in part, additional payment be permitted from the Settlement Fund to the Class Administrator, JDN Legal Administration LLC ("JDN"). *See* JDN Decl., ECF No. 466-1.

It appears JDN has already been paid $1.4 million for administrative fees and costs, as permitted by the Court-approved Settlement Agreement. *Id.* ¶ 13; Order Approving Final Settlement Agreement 5, ECF No. 455 ("The Settlement Agreement provides that settlement notice and administration shall not exceed $1,400,000."). In addition to the payments permitted by the Settlement Agreement, JDN now reports that it has incurred an extra $1.95 million in unpaid administrative fees and expenses, which it agrees to reduce to $850,000, for "services outside the scope of the original assumptions." JDN Decl. ¶ 8–11. In other words, JDN reports that it has spent over double its original proposal. JDN also expects to incur an additional $290,000 in expenses for the supplemental distribution of payments to Class Members. *Id.* ¶ 12.

The Court **ORDERS** JDN file a detailed accounting of fees and costs by January 12, 2026, at 4:00 p.m., as well as a declaration explaining in greater detail the reasons why JDN's fees and

Case No.: 5:18-cv-02813-EJD
ORDER FOR ACCOUNTING OF FEES

1

expenses doubled those originally anticipated. JDN's declaration shall also describe the measures JDN will take moving forward to ensure such a gross misestimate will not occur again.

The Court **SETS** a status conference on January 22, 2026, at 10:00 a.m. to discuss this matter further.

**IT IS SO ORDERED.**

Dated: December 22, 2025

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-02813-EJD
ORDER FOR ACCOUNTING OF FEES