UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: MACBOOK KEYBOARD LITIGATION | Case No. 5:18-cv-02813-EJD<br><br>**ORDER GRANTING IN PART MOTION FOR DISBURSEMENT OF FUNDS AND PAYMENT OF ADDITIONAL ADMINISTRATION EXPENSES**<br><br>Re: Dkt. No. 466 |

The Court is in receipt of the parties' Unopposed Motion Regarding Supplemental Distribution of Residual Fund and Payment of Additional Administration Expenses. Mot., ECF No. 466. The Court has also ordered, received, and reviewed Class Administrator JND's supplemental accounting of fees and declaration. Order for Accounting of Fees, ECF No. 467; JND Accounting of Fees, ECF No. 468.

The Court **GRANTS IN PART** the request to approve additional payment from the Class Fund for administrative expenses. The Court-approved Settlement Agreement provides that settlement notice and administration shall not exceed $1,400,000. As of July 21, 2023, JND has been paid the maximum amount of $1,400,000 for administrative fees and expenses incurred through March 2023. Since that time, JND has incurred an additional $1,954,815.88 in expenses, but it has agreed to limit its request for additional reimbursement from the Class Fund to $850,000. Upon review of JND's filings and the Settlement Agreement, the Court finds it appropriate to authorize an additional payment of $425,000 from the Class Fund. No further Class Funds shall be set aside for this purpose.

The Court also **GRANTS** the request to authorize distribution of the remaining settlement funds to the class.  After deducting from the Residual Fund $425,000 for administrative expenses, JND shall distribute the balance to Settlement Class Members in Groups 1, 2, and 3 who negotiated their initial payments, with such payments valid for thirty days.

The parties shall file a post-distribution accounting in accordance with this District's Procedural Guidance for Class Action Settlements no later than **May 14, 2026**. The Court sets a compliance deadline hearing on **May 21, 2026, at 9:00 a.m.** to verify timely filing of the post-distribution accounting.

**IT IS SO ORDERED.**

Dated: January 20, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:18-cv-02813-EJD
ORDER GRANTING IN PART MOTION FOR DISBURSEMENT OF FUNDS AND
PAYMENT OF ADDITIONAL ADMINISTRATION EXPENSES

2